MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: BENJAMIN H. TORRANCE (BT-1118)
Assistant United States Attorney
86 Chambers Street
New York, New York  10007
Telephone: 212.637.2703
Fax: 212.637.2702

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
In re                                                        :    Chapter 11
                                                             :
WORLDCOM, INC., et al.,                                      :    Case No. 02-13533 (AJG)
                                                             :
                         Reorganized Debtors.                :    (Confirmed Case)
------------------------------------------------------------ x

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that the Internal Revenue Service, by its attorney Michael J. Garcia, United States Attorney for the Southern District of New York, hereby appeals to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 158(a), from the Order Granting Reorganized Debtors' Objection to Proof of Claim No. 38365 and Motion for a Determination of Refund Rights Pursuant to Section 505(a)(1) of the Bankruptcy Code, which was entered on June 22, 2007.

The parties to the Order appealed from, and the names and addresses of their respective attorneys, are as follows:

| | |
|---|---|
| Debtor/Appellee: | WorldCom, Inc. |
| Attorney: | Weil, Gotshal & Manges, LLP |
| | Marcia L. Goldstein, Esq. |
| | Lori R. Fife, Esq. |
| | Alfredo R. Pérez, Esq. |
| | 767 Fifth Avenue |
| | New York, New York  10153-0119 |
| | Telephone: 212.310.8000 |
| | |
| Creditor/Appellant: | Internal Revenue Service |
| Attorney: | Michael J. Garcia |
| | United States Attorney for the Southern District of New York |
| | Benjamin H. Torrance, Esq. |
| | Assistant United States Attorney |
| | 86 Chambers Street |
| | New York, New York  10007 |
| | Telephone: 212.637.2703 |

Dated:  New York, New York  
       July 2, 2007

Respectfully submitted,

MICHAEL J. GARCIA  
United States Attorney for the  
Southern District of New York  
Attorney for the Internal Revenue Service

By:  /s/ Benjamin H. Torrance  
     BENJAMIN H. TORRANCE (BT-1118)  
     Assistant United States Attorney  
     Telephone: 212.637.2703  
     Fax: 212.637.2702