UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| In re | : |
| | : Chapter 11 |
| WORLDCOM, INC., et al., | : |
| | : Case No. 02-13533 (AJG) |
| | : |
| Reorganized Debtors. | : (Jointly Administered) |

------------------------------------------------------------x

| | |
|---|---|
| INTERNAL REVENUE SERVICE OF THE UNITED STATES OF AMERICA, | : : |
| | : 07 Civ. 07414 (DLC) |
| Appellant, | : |
| v. | : |
| WORLDCOM, INC., et al., | : |
| Appellees. | : |

------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

State of Texas

County of Harris

    Rene A. Olvera, being duly sworn, hereby deposes and says:

    1.    I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Weil, Gotshal & Manges LLP, having offices at 700 Louisiana, Suite 1600, Houston, Texas 77002.

    2.    On or before August 30, 2007, I caused true and correct copies of the following documents to be served by first class mail, Federal Express or electronic delivery on the parties indicated on the service list attached hereto at the addresses shown thereon:

- Notice of Reorganized Debtors' Motion to Dismiss Appeal or For An Order Denying the IRS Leave to File an Interlocutory Appeal

- Reorganized Debtors' Memorandum of Law in Support of Motion to Dismiss Appeal or For An Order Denying the IRS Leave to File an Interlocutory Appeal

- Declaration of Alfredo R. Pérez in Support of Reorganized Debtors' Motion to Dismiss Appeal or For An Order Denying the IRS Leave to File an Interlocutory Appeal

Sworn to before me this
August 31, 2007

          /s/ Rene A. Olvera
                Rene A. Olvera

 /s/ Rosario Barrientos
Notary Public, State of Texas

## Service List

**Via First Class Mail:**

MCI, LLC dba Verizon Business
1133 19th Street N.W.
Washington, DC  20036
Attn: William Vermette, Esq.

Internal Revenue Service
290 Broadway
New York, NY  10007
Attn: District Director

Securities & Exchange Commission
233 Broadway
New York, NY  10279
Attn: Wayne M. Carlin

Office of the United States Trustee
Attn: Brian S. Masumoto, Esq.
33 Whitehall Street, 21st Floor
New York, NY  10004

Federal Communications Commission
445 12th Street S.W.
Washington, DC  20554

Internal Revenue Service
290 Broadway
New York, NY  10007
Attn: Regional Director

Securities & Exchange Commission
450 Fifth Street, N.W.
Washington, DC  20549
Attn: Michael A. Berman, Esq.

Lowenstein Sandler P.C.
1251 Avenue of the Americas-18th Floor
New York, New York  10020
Attn: Bruce Nathan, David Banker, Esqs.

New York City Department of Finance
345 Adams Street, 10th Floor
Attn: Bankruptcy Unit
Brooklyn, NY  11201

U.S. Dept. of Justice, Civil Division
Commercial Litigation Branch
1100 L Street N.W., Room 10102
Washington, DC  20005
Attn: Margaret M. Newell

O'Melveny & Myers, LLP
153 E. 53rd Street
New York, NY  10022
Attn: Robert White, Esq.

Armstrong Teasdale LLP
2345 Grand Boulevard, Suite 2000
Kansas City, MO  64108-2617
Attn: Casey Housley, Esq.

Pepe & Harzard LLP
30 Jelliff Lane
Southport, CT  06890-1436
Attn: Kristin B. Mayhew

New York State Department of Taxation
and Finance
Post Office Box 5300
Albany, NY  12205-0300
Attn: Bankruptcy Unit

Shearman & Sterling
599 Lexington Avenue
New York, NY  10022
Attn: Douglas Bartner and Marc Hankin, Esqs.

Akin Gump Strauss Hauer & Feld, LLP
590 Madison Ave.
New York, NY  10022
Attn: Daniel Golden, Esq.

Kasowitz Benson Torres & Friedman LLP
1633 Broadway
New York, NY  10019
Attn: David S. Rosner, Esq.

Shughart, Thomson & Kilroy P.C.
20 W. 12th Street, Suite 1600
Kansas City, MO  64105
Attn: Paul Sinclair and Andrew Nazar, Esqs

**Via Federal Express**

Hon. Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl Street, Room 1040
New York, New York  10007

Michael J. Garcia, U.S. Attorney
86 Chambers St., 3rd Floor
New York, New York  10007
Attn: Benjamin H. Torrance, Esq.

Michael J. Garcia, U.S. Attorney
86 Chambers St., 3rd Floor
New York, NY  10007
Attn: Danna Drori, Esq.

**Via E-Mail**

aeckstein@blankrome.com
breen.jean@pbgc.gov
cbelmonte@ssbb.com
cjeanfreau@cov.com
creilly@gibsondunn.com
dp@saiber.com
eagel@bragarwexler.com
efile@pbgc.gov
jack.kinzie@bakerbotts.com
james.hanna@lw.com
jcarr@kelleydrye.com
jlubertazzi@mccarter.com
john.janka@lw.com

kelbon@blankrome.com
kstaplet@loudoun.gov
luis.marini@shawpittman.com
marcb@prestongates.com
margaret.newell@usdoj.gov
mark.broude@lw.com
mhopkins@cov.com
msomerstein@kelleydrye.com
patrick.potter@shawpittman.com
pbosswick@ssbb.com
peter.gilhuly@lw.com
prosenblatt@kilpatrickstockton.com
richard.levy@lw.com

rtowey@lowenstein.com
sanantonio.bankruptcy@publicans.com
sborders@kslaw.com
steele@lowenstein.com
tbattistoni@bpbmv.com
thomas.catliota@shawpittman.com
vdagostino@lowenstein.com
vfp@saiber.com
wtaylor@mccarter.com
zapatj@wilentz.com
Danna.Drori@usdoj.gov
benjamin.torrance@usdoj.gov