UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | |
| | : | **Chapter 11** |
| **WORLDCOM, INC., et al.,** | : | |
| | : | **Case No. 02-13533 (AJG)** |
| | : | |
| Reorganized Debtors. | : | (Jointly Administered) |

------------------------------------------------------------x

| | | |
|---|---|---|
| **INTERNAL REVENUE SERVICE OF THE UNITED STATES OF AMERICA,** | : : | |
| | : | **07 Civ. 07414 (DLC)** |
| Appellant, | : | |
| | : | |
| v. | : | |
| | : | |
| **WORLDCOM, INC., et al.,** | : | |
| | : | |
| Appellees. | : | |

------------------------------------------------------------x

## APPELLEE'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Verizon Business Global LLC ("Verizon Business"), successor by merger of the reorganized debtor WorldCom, Inc., certifies that Verizon Business is a wholly-owned subsidiary of Verizon Communications Inc., a publicly traded Delaware corporation with its headquarters in New York.

Dated: Houston, Texas
      September 4, 2007

                               */s/ Alfredo R. Pérez*
                               Marcia L. Goldstein, Esq. (MG 2606)
                               Lori R. Fife, Esq. (LF 2839)

                               WEIL, GOTSHAL & MANGES LLP
                               767 Fifth Avenue
                               New York, NY  10153-0119
                               Telephone: (212) 310-8000
                               Facsimile: (212) 310-8007

                                         and

                               Alfredo R. Pérez, Esq. (AP 3629)
                               WEIL, GOTSHAL & MANGES LLP
                               700 Louisiana, Suite 1600
                               Houston, TX  77002
                               Telephone: (713) 546-5000
                               Facsimile: (713) 224-9511

                               Attorneys for the Reorganized Debtors

## CERTIFICATE OF SERVICE

       Gayle E. Mitchel, over 18 years of age and not a party to the above-captioned proceeding, hereby certifies that a copy of Appellee's Rule 7.1 Disclosure Statement was served on the following parties in the manner indicated:

                                                  */s/ Gayle E. Mitchel*
                                                  Gayle E. Mitchel

<u>Via Federal Express Next Day Delivery and Electronic Mail</u>

Michael J. Garcia, United States Attorney
for the Southern District of New York
Attn:   Benjamin H. Torrance, Esq.
         Danna Drori, Esq.
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
benjamin.torrance@usdoj.gov
danna.drori@usdoj.gov