# Request for Payment of Internal Revenue Taxes

## (Bankruptcy Code Cases—Administrative Expenses)

Department of the Treasury/Internal Revenue Service

United States Bankruptcy Court for the ___SOUTHERN___
District of ___NEW YORK STATE___

**In the Matter of:** UUNET TECHNOLOGIES, INC.
500 CLINTON CENTER DRIVE
CLINTON, MS  39056

| Case Number |
| --- |
| 02-42302-AJG |

| Type of Bankruptcy Case |
| --- |
| CHAPTER 11 |

| Date of Petition |
| --- |
| 07/21/2002 |

Filed: USBC - Southern District of New York
Worldcom, Inc., Et Al.
02-13533 (AJG)       0000038365



Fiduciary:

Amendment No. 1 to Request for Payment dated 02/25/2004

1. The undersigned, whose business address is ___IRS Insolvency Group 4 290 Broadway  Stop 5TH FLR  New York, NY 1000,___ is the agent of the Department of the Treasury, Internal Revenue Service, and is authorized to make this request for payment on behalf of the United States.
2. Request is made for payment of taxes and any interest or penalty due under the internal revenue laws of the United States as shown below.
3. The ground of liability is taxes due under the internal revenue laws of the United States.

### Administrative Claims

| Taxpayer ID Number | Kind of Tax | Tax Period | Tax Due | Interest Due | Penalty Due | Balance Due |
| --- | --- | --- | --- | --- | --- | --- |
| 54-1543611 | 5 EXCISE | 12/31/2002 | $3,997,592.00 | $275,259.66 | $0.00 | $4,272,851.66 |
| 54-1543611 | 5 EXCISE | 03/31/2003 | $3,737,766.00 | $208,960.20 | $0.00 | $3,946,726.20 |
| 54-1543611 | 5 EXCISE | 06/30/2003 | $1,726,848.00 | $73,705.70 | $0.00 | $1,800,553.70 |
| 54-1543611 | 5 EXCISE | 09/30/2003 | $1,395,081.00 | $42,549.48 | $0.00 | $1,437,630.48 |
| 54-1543611 | 5 EXCISE | 12/31/2003 | $1,476,730.00 | $29,788.86 | $0.00 | $1,506,518.86 |
| 54-1543611 | 5 EXCISE | 03/31/2004 | $2,466,803.00 | $23,088.91 | $0.00 | $2,489,891.91 |
| 54-1543611 | 5 EXCISE | 04/01/2004-04/20/2004 | $822,268.00 | $0.00 | $0.00 | $822,268.00 |
| | | | $15,623,088.00 | $653,352.81 | $0.00 | $16,276,440.81 |

**Total Amount Due:** $16,276,440.81



5 UNASSESSED TAX CLAIMS HAVE BEEN FILED DUE TO PROPOSED ADDITIONAL ASSESSMENT DUE TO AN EXAMINATION OF THE TAX RETURN FOR THE PERIOD UNASSESSED.

The amount due includes interest and penalty computed to 07/09/2004. Compound interest will accrue at the rate established under IRC Section 6621(a) and late payment penalty will be charged under IRC Section 6651. If the claim is paid after 07/09/2004, contact NAN DILLINGHAM at (212) 436-1341 for the current balance.

| Penalty for Presenting Fraudulent Claim - Fine of not more than $5,000 or imprisonment for not more than 5 years or both - Title 18, U.S.C., Section 152. | Signature *M. Dillingham* Marcia Smith | Date 06/28/2004 |
| --- | --- | --- |
| | Title  Insolvency Territory 2 Manager | Telephone Number (212) 436-1341 |

Form 6338 - A (C)