UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                       :
                                                            :     Chapter 11
WORLDCOM, INC., et al.,                                     :
                                                            :     Case No. 02-13533 (AJG)
                                                            :
            Reorganized Debtors.                            :     (Jointly Administered)
                                                            :
-----------------------------------------------------------x
INTERNAL REVENUE SERVICE OF THE                             :
UNITED STATES OF AMERICA,                                   :
                                                            :
                                                            :     07 Civ. 07414 (DLC)
            Appellant,                                      :
                                                            :
v.                                                          :
                                                            :
WORLDCOM, INC., et al.,                                     :
                                                            :
                                                            :
            Appellees.                                      :
                                                            :
-----------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/07
```

### ORDER GRANTING MOTION FOR ADMISSION
### *PRO HAC VICE* FOR JAMES T. GROGAN

Upon consideration of the motion seeking admission *pro hac vice* for James T. Grogan to represent Appellee Verizon Business Global LLC before the United States District Court for the Southern District of New York, IT IS HEREBY ORDERED that:

| | |
|---|---|
| Applicant's Name: | James T. Grogan |
| Firm Name: | Weil, Gotshal & Manges LLP |
| Address: | 700 Louisiana St., Ste. 1600<br>Houston, Texas 77002 |
| Telephone/Fax: | Telephone: 713/546-5000<br>Fax: 713/225-9511 |
| Email Address: | james.grogan@weil.com |

is admitted to appear *pro hac vice* before this Court as counsel to Appellee Verizon Business Global LLC in the bankruptcy appeal number 07 Civ. 07414 (DLC).

Dated: New York, New York
       September 13, 2007

_____
United States District Court Judge