# **APPENDIX**

**Part 1: Exhibits**

**Part 2: Statutes**

## Part 1:  Exhibits to A. Pérez Declaration

| Exhibit No. | Docket No. | Document Description |
|---|---|---|
| 1 | 9686 | Order Confirming Debtors' Modified Second Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, Dated October 21, 2003, entered October 31, 2003 (Plan is attached as Ex. A to the Order) |
| 2 |  | IRS Claim No. 38365 |
| 3 | 12235 | Reorganized Debtors' Objection to Proof of Claim No. 38365 (Department of Treasury Administrative Expense Claim), entered August 5, 2004 |
| 4 | 17873 | Scheduling Order Regarding the Reorganized Debtors' Objection to Proof of Claim No. 38365 (Department of Treasury Administrative Expense Claim), entered January 31, 2006 |
| 5 | 17945 | Reorganized Debtors' Motion for (I) A Determination of Refund Rights Pursuant to Section 505(a)(1) of the Bankruptcy Code, and (II) Consolidation of that Determination with the Reorganized Debtors' Objection to Proof of Claim No. 38365 (Department of Treasury Administrative Expense Claim) Pursuant to Section 105 of the Bankruptcy Code and rules 9014 and 7042 of the Federal Rules of Bankruptcy Procedure, entered February 17, 2006 |
| 6 | 18083 | Amended Scheduling Order Regarding the Reorganized Debtors' Objection to Proof of claim No. 38365 (Department of Treasury Administrative Expense Claim), entered March 27, 2006 |
| 7 | 18286 | Transcript of Hearing held April 11, 2006 (UNDER SEAL) Regarding Claim No. 38365 (Department of Treasury Administrative Expense Claim), entered: May 26, 2006 |
| 8 | 18972 | Order Granting Reorganized Debtors' Objection to Proof of Claim No. 38365 and Motion for A Determination of Refund Rights Pursuant to Section 505(a)(1) of the Bankruptcy Code, entered June 27, 2007 |
| 9 | 18918 | Opinion Granting Reorganized Debtors' Objection to Proof of Claim No. 38365 and Motion for a Determination of Refund Rights Pursuant to Section 505(a)(1) of the Bankruptcy Code, entered June 1, 2007 |

| Exhibit No. | Docket No. | Document Description |
|---|---|---|
| **10** | 18977 | Notice of Appeal, filed by the Internal Revenue Service, entered July 2, 2007 |
| **11** | 17959 | Transcript of Hearing held February 1, 2006 (UNDER SEAL) Regarding Claim No. 38365 Filed by Department Of The Treasury, entered February 24, 2006 |