**EXHIBIT 6**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **WORLDCOM, INC., <u>et</u> <u>al.</u>** | : | 02-13533 (AJG) |
| | : | Jointly Administered |
| **Reorganized Debtors** | : | |
| | : | |

-------------------------------------------------------------x

**AMENDED SCHEDULING ORDER REGARDING THE REORGANIZED DEBTORS'**
**OBJECTION TO PROOF OF CLAIM NO. 38365**
**(DEPARTMENT OF TREASURY ADMINISTRATIVE EXPENSE CLAIM)**

**RECITALS**

A. On July 2, 2004, the Internal Revenue Service ("<u>IRS</u>") of the United States of America filed claim number 38365 (the "<u>Claim</u>") requesting payment of federal communications excise taxes imposed by section 4251 of the Internal Revenue Code.

B. On August 5, 2004, the Reorganized Debtors filed their Objection to Proof of Claim No. 38365 (the "<u>Objection</u>") (Docket No. 12235).

C. On October 5, 2005, this Court entered a protective order pursuant to section 107(b)(1) of the Bankruptcy Code and Rule 9018 of the Federal Rules of Bankruptcy Procedure (Docket No. 17290) that directed the IRS to file any response to the Objection under seal in order to protect certain confidential commercial documents related to the Objection (the "<u>Confidential Documents</u>").

D. On November 2, 2005, the IRS filed its Reply to the Objection under seal (the "<u>Reply</u>") (Docket No. 17489).

E. On December 19, 2005, the Reorganized Debtors filed their Response to the IRS's Reply under seal (Docket No. 17743).

HO1:\327712\04\70V404!.DOC\81793.0023

F.  On January 26, 2006, the IRS filed its Surreply to the Reorganized Debtors' Objection to IRS Request for Payment No. 38365 (Docket No. 17864).

G.  On January 31, 2006, the Court entered a Scheduling Order regarding the Reorganized Debtors' Objection (Docket No. 17873) (the "Initial Scheduling Order"). Pursuant to the Initial Scheduling Order, the hearing on the Objection commenced on February 1, 2006 (the "Hearing").

H.  On February 1, 2006, the Reorganized Debtors filed their Motion for (I) A Determination of Refund Rights Pursuant to Section 505(a) of the Bankruptcy Code and (II) Consolidation of that Determination with the Reorganized Debtors' Objection to Proof of Claim No. 38365 (Department of Treasury Administrative Expense Claim) Pursuant to Section 105 of the Bankruptcy Code and Rules 9014 and 7042 of the Federal Rules of Bankruptcy Procedure (Docket No. 17945) (the "Refund Motion").

I.  At the conclusion of the evidence presented at the Hearing, the Court requested that the parties submit proposed findings of fact and conclusions of law for the Court's consideration prior to giving closing arguments.

J.  On February 15, 2006, the Parties received the transcript of the Hearing.

NOW, THEREFORE, in consideration of the forgoing, the Reorganized Debtors and the United States of America, by their undersigned counsel, stipulate and agree as follows, subject to approval by the Court:

1.  In accordance with Local Bankruptcy Rule 7052-1, the parties shall each submit proposed findings of fact and conclusions of law by 6 p.m. (New York City Time) on March 27, 2006.

2. The Hearing on the Objection is hereby adjourned to April 11, 2006, at 10:00 a.m. (New York City Time), and shall be held before Honorable Arthur J. Gonzalez, United States Bankruptcy Judge, in Room 523 of the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, 10004. At that time, the Court shall hear the parties' closing arguments regarding the Objection and shall also consider the Reorganized Debtors' request for consolidation as set forth in the Refund Motion.

3. Except as otherwise provided in this Order, the provisions of the Court's Initial Scheduling Order shall remain in full force and effect.

| | |
|---|---|
| By: __/s/ Alfredo R. Pérez__<br>Marcia L. Goldstein, Esq. (MG 2606)<br>Lori R. Fife, Esq. (LF 2839)<br><br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY   10153-0119<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br><br>and<br><br>Alfredo R. Pérez, Esq.<br><br>WEIL, GOTSHAL & MANGES LLP<br>700 Louisiana, Suite 1600<br>Houston, TX   77002<br>Telephone: (713) 546-5000<br>Facsimile: (713) 224-9511<br><br>Attorneys for Debtors and<br>   Reorganized Debtors | By: __/s /Nicole Gueron__<br>Nicole Gueron (NG-7682)<br>Danna Drori (DD-7690)<br>Assistant United States Attorneys<br><br>MICHAEL J. GARCIA<br>United States Attorney for the Southern District<br>of New York<br>86 Chambers Street, 3rd Floor<br>New York, NY 10007<br>Telephone: (212) 637-2699, 637-2689<br>Telecopier: (212) 637-2686<br><br>Attorneys for the United States of America,<br>Internal Revenue Service |

IT IS SO ORDERED.

Dated: New York, New York
       March 27, 2006

                                                       **s/Arthur J. Gonzalez**
                                                       HONORABLE ARTHUR J. GONZALEZ
                                                       UNITED STATES BANKRUPTCY JUDGE