# EXHIBIT 7

```
                    UNITED STATES BANKRUPTCY COURT
                     SOUTHERN DISTRICT OF NEW YORK


IN RE:                              . Case No.02-13533 (AJG)
                                    .
                                    .
  WORLDCOM, INC., et al.,           .
                                    . One  Bowling Green
                                    . New York, New York  10004-1408
                  Debtor,           .
                                    . April 11, 2006
. . . . . . . . . . . . . . . . . . . 9:04 a.m.
```

**S E A L E D   T R A N S C R I P T**

TRANSCRIPT OF HEARING
BEFORE HONORABLE ARTHUR J. GONZALEZ
UNITED STATES BANKRUPTCY COURT JUDGE


APPEARANCES:

For the Debtor:              Weil, Gotschal & Manges, LLP
                             By:  ALFREDO R. PEREZ, ESQ.
                             700 Louisiana, Suite 1600
                             Houston, Texas  77002


For the United States of     United State Attorney's Office
America and the Internal     By:  NICOLE GUERON, ESQ.
Revenue Service:             Department of Justice
                             33 Whitehall Street
                             New York, New York 10004


Proceedings recorded by electronic sound recording, transcript
            produced by transcription service.
_____

**J&J COURT TRANSCRIBERS, INC.**
**268 Evergreen Avenue**
**Hamilton, New Jersey 08619**
**E-mail: jjcourt@optonline.net**
**(609) 586-2311  Fax No.  (609) 587-3599**

23

1 minute recess, and then I'll hear from the U.S. Attorney's
2 Office on behalf of the IRS.
3          MS. GUERON:  Thank you, Your Honor.
4                    (Tape Off)
5          THE COURT:  All right.  Please be seated.
6          MR. PEREZ:  Your Honor, Ms. Gueron reminded me, after
7 the Court left, that we also have a motion for determination of
8 refund rights and consolidation that we carried, I think, until
9 today, and it's my understanding that the government does not
10 oppose the motion.  For procedural purposes, obviously, they
11 oppose the motion on -- they oppose the relief requested in the
12 motion on the merits.  So, we'll confer with Ms. Gueron, have a
13 form of order -- an agreed form of order submitted in the next
14 few days.  Okay?
15          MS. GUERON:  That's fine.
16          MR. PEREZ:  Is that all right with Your Honor?
17          THE COURT:  That's fine.
18          MS. GUERON:  Good morning, Your Honor.  May it please
19 the Court, Nicole Gueron, Assistant United States Attorney, for
20 the Southern District of New York, for the United States of
21 America and the Internal Revenue Service.
22          As a roadmap, Your Honor, first I'll make brief
23 reference to the burdens of proof in this matter, and I'll
24 describe the fundamentals of the government's argument as to
25 why COBRA is taxable, and then rebut MCI's arguments against