**Part 2: Statutes**

| Description | Tab No. |
|---|---|
| 11 U.S.C. § 106 | **A** |
| 11 U.S.C. § 505[1] | **B** |
| 11 U.S.C. § 541 | **C** |
| 11 U.S.C. § 1141 | **D** |
| 26 U.S.C. § 4251 | **E** |
| 26 U.S.C. § 4252 | **F** |
| 26 U.S.C. § 6532 | **G** |
| 26 U.S.C. § 7422 | **H** |
| 28 U.S.C. § 157 | **I** |
| 28 U.S.C. § 158 | **J** |
| 28 U.S.C. § 1292 | **K** |

---

[1] Because these chapter 11 cases were filed prior to the enactment of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005, Pub. L. No. 109-8 (2005), citations in the Reorganized Debtors' Motion and Reply are to the prior Bankruptcy Code. Changes not relevant here were made to section 505 of the Bankruptcy Code. For the Court's convenience, both the prior and current versions of section 505 are included in this Appendix.