# APPENDIX D

**Effective: [See Notes]**

UNITED STATES CODE ANNOTATED
TITLE 11. BANKRUPTCY
**CHAPTER 11--REORGANIZATION**
SUBCHAPTER III--POSTCONFIRMATION MATTERS
→ **§ 1141. Effect of confirmation**

**(a)** Except as provided in subsections (d)(2) and (d)(3) of this section, the provisions of a confirmed plan bind the debtor, any entity issuing securities under the plan, any entity acquiring property under the plan, and any creditor, equity security holder, or general partner in the debtor, whether or not the claim or interest of such creditor, equity security holder, or general partner is impaired under the plan and whether or not such creditor, equity security holder, or general partner has accepted the plan.

**(b)** Except as otherwise provided in the plan or the order confirming the plan, the confirmation of a plan vests all of the property of the estate in the debtor.

**(c)** Except as provided in subsections (d)(2) and (d)(3) of this section and except as otherwise provided in the plan or in the order confirming the plan, after confirmation of a plan, the property dealt with by the plan is free and clear of all claims and interests of creditors, equity security holders, and of general partners in the debtor.

**(d)(1)** Except as otherwise provided in this subsection, in the plan, or in the order confirming the plan, the confirmation of a plan--

  **(A)** discharges the debtor from any debt that arose before the date of such confirmation, and any debt of a kind specified in section 502(g), 502(h), or 502(i) of this title, whether or not--

   **(i)** a proof of the claim based on such debt is filed or deemed filed under section 501 of this title;

   **(ii)** such claim is allowed under section 502 of this title; or

   **(iii)** the holder of such claim has accepted the plan; and

  **(B)** terminates all rights and interests of equity security holders and general partners provided for by the plan.

**(2)** A discharge under this chapter does not discharge a debtor who is an individual from any debt excepted from discharge under section 523 of this title.

**(3)** The confirmation of a plan does not discharge a debtor if--

  **(A)** the plan provides for the liquidation of all or substantially all of the property of the estate;

  **(B)** the debtor does not engage in business after consummation of the plan; and

  **(C)** the debtor would be denied a discharge under section 727(a) of this title if the case were a case under chapter 7 of this title.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

11 U.S.C.A. § 1141

**(4)** The court may approve a written waiver of discharge executed by the debtor after the order for relief under this chapter.

**(5)** In a case in which the debtor is an individual--

**(A)** unless after notice and a hearing the court orders otherwise for cause, confirmation of the plan does not discharge any debt provided for in the plan until the court grants a discharge on completion of all payments under the plan;

**(B)** at any time after the confirmation of the plan, and after notice and a hearing, the court may grant a discharge to the debtor who has not completed payments under the plan if--

**(i)** the value, as of the effective date of the plan, of property actually distributed under the plan on account of each allowed unsecured claim is not less than the amount that would have been paid on such claim if the estate of the debtor had been liquidated under chapter 7 on such date; and

**(ii)** modification of the plan under section 1127 is not practicable; and

**(C)** unless after notice and a hearing held not more than 10 days before the date of the entry of the order granting the discharge, the court finds that there is no reasonable cause to believe that--

**(i)** section 522(q)(1) may be applicable to the debtor; and

**(ii)** there is pending any proceeding in which the debtor may be found guilty of a felony of the kind described in section 522(q)(1)(A) or liable for a debt of the kind described in section 522(q)(1)(B).

**(6)** Notwithstanding paragraph (1), the confirmation of a plan does not discharge a debtor that is a corporation from any debt--

**(A)** of a kind specified in paragraph (2)(A) or (2)(B) of section 523(a) that is owed to a domestic governmental unit, or owed to a person as the result of an action filed under subchapter III of chapter 37 of title 31 or any similar State statute; or

**(B)** for a tax or customs duty with respect to which the debtor--

**(i)** made a fraudulent return; or

**(ii)** willfully attempted in any manner to evade or to defeat such tax or such customs duty.

Current through P.L. 110-80 approved 08-13-07

Copr. © 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.