# APPENDIX G

Page 1

26 U.S.C.A. § 6532


I.R.C. § 6532

**Effective: [See Text Amendments]**

UNITED STATES CODE ANNOTATED
TITLE 26. INTERNAL REVENUE CODE
**SUBTITLE F--PROCEDURE AND ADMINISTRATION**
**CHAPTER 66--LIMITATIONS**
SUBCHAPTER D--PERIODS OF LIMITATION IN JUDICIAL PROCEEDINGS
→ **§ 6532. Periods of limitation on suits**

**(a) Suits by taxpayers for refund.--**

  **(1) General rule.**--No suit or proceeding under section 7422(a) for the recovery of any internal revenue tax, penalty, or other sum, shall be begun before the expiration of 6 months from the date of filing the claim required under such section unless the Secretary renders a decision thereon within that time, nor after the expiration of 2 years from the date of mailing by certified mail or registered mail by the Secretary to the taxpayer of a notice of the disallowance of the part of the claim to which the suit or proceeding relates.

  **(2) Extension of time.**--The 2-year period prescribed in paragraph (1) shall be extended for such period as may be agreed upon in writing between the taxpayer and the Secretary.

  **(3) Waiver of notice of disallowance.**--If any person files a written waiver of the requirement that he be mailed a notice of disallowance, the 2-year period prescribed in paragraph (1) shall begin on the date such waiver is filed.

  **(4) Reconsideration after mailing of notice.**--Any consideration, reconsideration, or action by the Secretary with respect to such claim following the mailing of a notice by certified mail or registered mail of disallowance shall not operate to extend the period within which suit may be begun.

  **(5) Cross reference.--**

    For substitution of 120-day period for the 6-month period contained in paragraph (1) in a title 11 case, see section 505(a)(2) of title 11 of the United States Code.

**(b) Suits by United States for recovery of erroneous refunds.**--Recovery of an erroneous refund by suit under section 7405 shall be allowed only if such suit is begun within 2 years after the making of such refund, except that such suit may be brought at any time within 5 years from the making of the refund if it appears that any part of the refund was induced by fraud or misrepresentation of a material fact.

**(c) Suits by persons other than taxpayers.--**

  **(1) General rule.**--Except as provided by paragraph (2), no suit or proceeding under section 7426 shall be begun after the expiration of 9 months from the date of the levy or agreement giving rise to such action.

  **(2) Period when claim is filed.**--If a request is made for the return of property described in section 6343(b), the 9-month period prescribed in paragraph (1) shall be extended for a period of 12 months from the date of

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

26 U.S.C.A. § 6532

filing of such request or for a period of 6 months from the date of mailing by registered or certified mail by the Secretary to the person making such request of a notice of disallowance of the part of the request to which the action relates, whichever is shorter.

Current through P.L. 110-80 approved 08-13-07

Copr. © 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.