

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

July 16, 2008

By fax: 212.805.6191

The Honorable Barbara S. Jones
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    <u>IRS v. WorldCom, Inc. (In re WorldCom)</u>, 07 Civ. 7414 (BSJ)

Dear Judge Jones:

    This Office represents the appellants (the "government") in the above-named bankruptcy appeal. I am writing to seek an enlargement of the page limit contained in newly adopted Local Civil Rule 7.1(b). Due to the numerous legal issues raised on this appeal and the extensive record in the bankruptcy court, I respectfully request that the Court permit the government to file a brief not exceeding 50 pages. The brief is due July 18, 2008. Counsel for debtors-appellees has consented to this request.

    Thank you for your consideration.

                                        Respectfully,

                                        MICHAEL J. GARCIA
                                        United States Attorney

                By:

                                        BENJAMIN H. TORRANCE
                                        Assistant United States Attorney
                                        Telephone: 212.637.2703
                                        Fax: 212.637.2702
                                        E-mail: benjamin.torrance@usdoj.gov

cc:    Alfredo Pérez, Esq. (by fax: 713.224.9511)

*Application Granted.*

SO ORDERED
Dated:
            BARBARA S. JONES
            U.S.D.J.

7/16/08

TOTAL P.02