UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
In re                                                          :
                                                               :   Chapter 11
WORLDCOM, INC., et al.,                                        :   Case No. 02-13533 (AJG)
                                                               :
          Reorganized Debtors.                                 :
-------------------------------------------------------------- x
INTERNAL REVENUE SERVICE,                                      :
                                                               :   07 Civ. 7414 (BSJ)
          Appellant,                                           :   08 Civ. 3070 (BSJ)
                                                               :
     v.                                                        :   **DECLARATION OF**
                                                               :   **BENJAMIN H. TORRANCE**
WORLDCOM, INC., et al.,                                        :
                                                               :
          Appellees.                                           :
-------------------------------------------------------------- x

      BENJAMIN H. TORRANCE, pursuant to 28 U.S.C. § 1746, declares the following:

      1.      I am an Assistant United States Attorney in the office of Michael J. Garcia, United States Attorney for the Southern District of New York, attorney for appellants in the above-captioned action. I have been assigned to litigate this matter and am familiar with the proceedings herein.

      2.      Attached hereto is a true and correct copy of certain documents designated by the parties as the bankruptcy record on appeal (publicly filed).

      I declare under penalty of perjury that the foregoing is true and correct.

Dated:      New York, New York      /s/ Benjamin H. Torrance
              July 18, 2008                BENJAMIN H. TORRANCE
                                                  Assistant United States Attorney
                                                   Telephone: 212.637.2703
                                                   Fax: 212.637.2702