# WEIL, GOTSHAL & MANGES LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08

700 LOUISIANA
SUITE 1600
HOUSTON, TEXAS 77002

(713) 546-5000
FAX: (713) 224-9511

AUSTIN
BOSTON
BRUSSELS
BUDAPEST
DALLAS
FRANKFURT
LONDON
MIAMI
MUNICH
NEW YORK
PARIS
PRAGUE
SILICON VALLEY
SINGAPORE
WARSAW
WASHINGTON, D.C.

ALFREDO R. PÉREZ
DIRECT LINE (713) 546-5040
E-MAIL: alfredo.perez@weil.com

August 22, 2008


RECEIVED 25 2008 ... JONES

**BY FEDERAL EXPRESS**

Hon. Barbara S. Jones
United States Courthouse
500 Pearl Street, Room 620
New York, New York 10007

    Re:   *IRS v. WorldCom, Inc. (In re WorldCom, Inc.)* 07 Civ. 7414 (BSJ)

Dear Judge Jones:

    We represent Verizon Business Global LLC, successor to WorldCom, Inc., and its subsidiaries as Appellees in the above-referenced appeal taken by the IRS from an order of Judge Arthur J. Gonzales of the United States Bankruptcy Court for the Southern District of New York. I respectfully request that the Court enlarge the page limit established by Local Civil Rule 7.1(b) and permit the Appellees to file a brief not to exceed 50 pages. A similar enlargement was granted to the government with our consent as described in the endorsed letter attached hereto. Counsel for the government has likewise consented to our request.

    Thank you for your consideration.

Alfredo R. Pérez

Attorney for Appellees

cc:  Benjamin H. Torrance, Esq.
    Assistant United States Attorney
    (by facsimile: 212-637-2702)

Application Granted.

SO ORDERED
Dated: 8/26/08
BARBARA S. JONES
U.S.D.J.

HO1:\363840\01\75Q_01!.DOC\81793.0057