UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
| WORLDCOM, INC., *et. al.*, | Case No. 02-13533 (AJG) |
| Reorganized Debtors. | (Jointly Administered) |
| INTERNAL REVENUE SERVICE, | |
| *Appellant*, | 07 CIV 7414 (BSJ) |
| v. | 08 CIV 3070 (BSJ) |
| WORLDCOM, INC., *et. al.*, | |
| *Appellees*. | |

## ADDENDUM TO ANSWERING BRIEF FOR APPELLEES

| Federal Cases | Tab No. |
|---|---|
| *Annabel Z. Dodd, The Essential Guide to Telecommunications* (3d ed. 2002) | 1 |
| *Newton's Telecom Dictionary* page 698 (19th ed. 2003) (defining "station") | 2 |
| IRS Bulletin: Notice 2006-50 | 3 |
| IRS Bulletin: Notice 2007-11 | 4 |
| Saltzman, *IRS Practice and Procedures*, 3-33 (2008) | 5 |