# NEWTON's TELECOM DICTIONARY

**NEWTON's TELECOM DICTIONARY**
copyright © 2002 Harry Newton
email: Harry@HarryNewton.com
personal web site: www.HarryNewton.com
business web site: www.TechnologyInvestor.com

All rights reserved under International and Pan-American Copyright conventions, including the right to reproduce this book or portions thereof in any form whatsoever.

Published by CMP Books
An imprint of CMP Media LLC.
12 West 21 Street
New York, NY 10010

ISBN Number 1-57820-104-7

February 2002

Eighteenth Edition

For individual orders, and for information on special discounts for quantity orders, please contact:

CMP Books
6600 Silacci Way
Gilroy, CA 95020
Tel: 1-800-500-6875 or 408-848-3854
Fax: 408-848-5784
Web: www.cmpbooks.com
Email: cmp@rushorder.com

This book is also sold through www.Amazon.com, www.Fatbrain.com and www.BarnesAndNoble.com

Distributed to the book trade in the U.S. and Canada by Publishers Group West
1700 Fourth St., Berkeley, CA 94710

Manufactured in the United States of America

grounding your phone system to a true cold water pipe (not one that connects to a PVC plastic piper) is the most minimal protection.

**Static IP Address** See Dynamic IP Address and IP Address.

**Static Object** Information that has been pasted into a document. Unlike embedded or "linked" objects, static objects cannot be changed from within the document. The only way you can change a static object is to delete it from the document, change it in the application used to create it, and paste it into the document again.

**Static Positioning** Location determination when the GPS (Global Positioning System) receiver's antenna is presumed to be stationary in the earth. This allows the use of various averaging techniques that improve the accuracy of figuring where you are by factors by over 1000.

**Static RAM** Static Random Access Memory chips do not require a refresh cycle like Dynamic RAM chips and thus can be accessed well over twice as quickly. Static RAM chips must have power to maintain the data they are holding. Static RAM chips cost more than Dynamic RAM chips, which are also called D-RAM.

**Static Route** A route that is manually entered into a routing table. Static routes take precedence over routes chosen by all dynamic routing protocols. See Static Routing.

**Static Routing** Static routing involves the selection of a route for data traffic on the basis of routing options preset by the network administrator. Dynamic routing, on the other hand, adjusts automatically to changes in network topology or traffic. Dynamic routing automatically accomplishes load balancing, therefore optimizing the performance of the network "on the fly." Dynamic routing is more effective, but the routers are more costly and the more complex decision-making process imposes additional delays on the subject packet traffic. In addition to being less costly, static routing offers enhanced security. As there is only a single, pre-programmed route, it is impossible to bypass a security mechanism such as a firewall. See also Link State Routing, Distance Vector Routing, Path Vector Routing Protocol, and Router.

**Static Wire** A grounded wire at the very top of a telephone or utility pole intended to protect lower conductors (i.e. telephone, CATV, etc.) from lightning. See Joint Pole.

**Station** 1. A semi-dumb word for a telephone. Also called an instrument, or a telephone instrument. An extension station is one connected "behind" a PBX or key system. In other words, the PBX or key system is between the station and the telephone central office. Howard Pena, a reader of my dictionary, wrote me that he had heard a story (several times) that the telegraph system in the US was based on a network of telegraph wires strung between railroad stations. When the telephone system reached the American frontier, the most efficient way to install it was to replace each telegraph with a telephone. So, when you placed a call, you were calling a station. If that's true, Station is not a "dumb word for a telephone." The opposite is true. It's a strong reminder that without the PBX, we'd all be standing in line to use the village telephone.

Ray Horak did "a good bit of research on this, but can't verify Howard's story." Makes sense, however. I agree with his criticism of the current definition. The dictionary defines "Station" as a stopping place. It's used in many contexts, including railroads, power transmission, and the bible (stations of the cross). Also used to describe a place established to provide a public service, e.g., fire station and police station.

For my taste, I suspect the word "station" comes from the very old days when regulation of the telephone industry was taken over by the Interstate Commerce Commission, (the ICC), which also at that time regulated the railroad industry.

2. A shortened word for workstation — a name for a PC on a LAN.

**Station Adapters** Cables and interface assemblies for connecting Dialogic network interface and switching products to telephones or analog telephone lines.

**Station Apparatus** The equipment which is installed on the customer's premises, including phones, ancillary electronics and small hardware.

**Station Auxiliary Power Supply** This device is used to provide power to an electronic phone that is connected more than 300 meters (or 1,000 feet) or so away from the Key Service Unit.

**Station Battery** A separate power source which provides the necessary DC power to drive a telephone system. Individual telephones are usually powered by a central source, i.e. their PBX or central office. The batteries may also power radio and telephone equipment as well as provide emergency lighting and controls for equipment. See Battery.

**Station Busy Lamps** Lamps located on a station instrument, providing visual indication of each busy phone in the system. Busy Lamp Fields (BLFs) often come on key systems and sometimes on smaller PBXs. They're very handy.

**Station Busy Override** Pre selected phones have the privilege and ability to preempt busy circuits and override a private conversation.

**Station Call Transfer** A phone user can transfer incoming and outgoing calls to another phone without attendant assistance.

**Station Camp-On** Phones can camp-on to a busy extension. The camped-on phone will be notified of the camp-on by a special beep signal. The person at the other end may or may not hear the signal.

**Station Clock** The principal clock or alternative clock located at a particular station providing the timing reference for all major telecommunications functions at that station. A station clock may also be used to provide timing or frequency signals to other equipment.

**Station Code** The final four digits of a standard seven or 10 digit telephone number.

**Station Conductor** A wire that terminates at the equipment side of the lightning protector.

**Station Direct Station Selection** The phone user places a call to an extension within the PBX by pushing a single pushbutton on his phone.

**Station Equipment** Telephone instruments and associated equipment furnished to subscribers. We suspect that the word "station" came from early telephone industry which was regulated by the same government agency which regulated the railroad business.

**Station Hunting** This feature allows a calling phone which places a call to a busy phone to proceed to the next idle phone in the hunt group. This jump is done automatically. See also Rotary Hunt, which is the same thing for trunks.

**Station Keeping** The process on board a satellite for keeping it at its assigned longitude and inclination.

**Station Line Cards** Station line cards sit inside telephone systems and drive a bunch of connected phones. These cards translate the software inside the phone system into electrical impulses which tell the phones at the other end what they're capable of and let them do things, like dial, transfer, conference, etc.

**Station Line Protector** Circuitry that protects the telephone system from high voltage hits and lightning strikes. Such circuitry is usually on every station line card.

**Station Load** The total power requirements of the integrated station facilities.

**Station Message Detail Recording** Now refers to the RS-232-C "port" or plug found on the back of most modern PBXs and some larger key systems. See Call Accounting System and Call Detail Recording.

**Station Message Registers** Message unit information centrally recorded on a per-station basis for each completed outgoing call.

**Station Message Waiting** Special light on a phone to alert hotel/motel guests of messages waiting at the front desk.

**Station Monitoring** Selected phones can monitor (i.e. listen in on) any other phones in the system.

**Station Override Security** Designated phones can be shielded against executive busy override (presumably other executives).

**Station Protector** A station protector protects phones and other phone-like devices ("stations") from lightning. A station protector is typically a gas discharge, carbon block or other device that short circuits harmful voltages to ground in the event of lightning strikes on the phone line. Sometimes it works. Sometimes it doesn't. If a bad thunderstorm is about to erupt over your house or office, it's a good idea to unplug your phones from AC and from phone lines.

**Station Rearrangement And Change** Allows a user to move phones, change the features and/or restrictions assigned to phones and administer features associated with telephones.

**Station Review** A study of how people in an organization use the telephones and what communications needs are not being satisfied.

**Station Ringer Cutoff** Allows the ringer on the telephone to be turned off. Not always a good idea, since calls may still come in for that phone, but no one may pick them up because they don't hear it ring.

**Station Set** Another word for a common desk telephone. Station comes from earliest days when the phone industry in the U.S. was regulated by the same agency that regulated the railroads. It made phones stations, thus easier for the government bureaucrats.

**Station To Station Call** A directly dialed call. No operator is used. Most calls are now directly dialed. Some long distance companies don't even have operators to help complete calls. AT&T still does.

**Station Tone Ringing** Electronic tone ringer that replaces the bell.