# IRS PRACTICE AND PROCEDURE

**REVISED SECOND EDITION**

## MICHAEL I. SALTZMAN

*Partner, White & Case L.L.P.*
*Member of the New York, California,*
*and District of Columbia Bars*



WARREN, GORHAM & LAMONT
OF RIA

Copyright © 2002–2005 by

WARREN, GORHAM & LAMONT

of RIA

Second Edition Copyright © 1991 by
Research Institute of America Inc.

First Edition Copyright © 1981 by
Warren, Gorham & Lamont, Inc.

---

ALL RIGHTS RESERVED

No part of this book may be reproduced in any form, by photostat, microfilm, xerography, or any other means, or incorporated into any information retrieval system, electronic or mechanical, without the written permission of the copyright owner. Inquiries regarding permission for use of material contained in this publication should be addressed to:

RIA
117 East Stevens Avenue
Valhalla, NY 10595

Main Volume ISBN-10: 0-7913-5865-8
Main Volume ISBN-13: 978-0-7913-5865-8

Library of Congress Control No. 2002108369

This publication is designed to provide accurate and authoritative information in regard to the subject matter covered. It is sold with the understanding that neither the author(s) nor the publisher is engaged in rendering legal, accounting, or other professional service. If legal advice or other expert assistance is required, the services of a competent professional should be sought.

In response to IRS Circular 230 requirements, Thomson-RIA advises that any discussions of federal tax issues in its publications and products, or in third-party publications and products on its platforms, are not intended to be used and may not in fact be used to avoid any penalties under the Internal Revenue Code, or to promote, market, or recommend any transaction or subject addressed therein.

PRINTED IN THE UNITED STATES OF AMERICA

THOMSON
™
RIA

2. After research, a draft ruling is prepared in the prescribed format, along with a Background Information Note (BIN).
3. The draft is given an in-depth review at the Branch level. This review can be performed by the Branch Chief, the Senior Technical Advisor, or the Assistant to the Branch Chief.
4. The ruling is reviewed by the Associate Chief Counsel (Litigation) to determine whether the position is consistent with the Service's litigating position in pending cases.
5. The ruling is scheduled for Assistant Counsel Review, where it undergoes its strongest scrutiny.
6. The ruling is simultaneously reviewed by the Associate Chief Counsel (Technical) and the Chief Counsel and receives approval.
7. The proposed ruling is simultaneously reviewed by the Commissioner and by the Treasury.
8. The ruling is published in the Internal Revenue Bulletin.

### [b] Effect of Revenue Rulings

The Service intends that its employees and taxpayers alike rely on revenue rulings in disposing of cases and in determining the tax treatment of transactions.[126] The invitation to taxpayers is subject to an important qualification, however. The Service states:

> Taxpayers generally may rely upon revenue rulings and revenue procedures published in the Bulletin in determining the tax treatment of their own transactions and need not request specific rulings applying the principles of a published revenue ruling or revenue procedure to the facts of their particular cases. However, taxpayers, Service personnel and others concerned are also cautioned to determine whether a revenue ruling or revenue procedure on which they seek to rely has been revoked, modified, declared obsolete, distinguished, clarified, or otherwise affected by subsequent legislation, treaties, regulations, revenue rulings, revenue procedures or court decisions.[127]

Thus, a revenue ruling's precedential value is qualified by the requirement that taxpayers must determine for themselves whether the facts of their particular transaction are "substantially the same" as those set forth in the revenue ruling.

A revenue ruling is the Service's conclusion about the law applicable to a specific set of facts. Although the Treasury may review revenue rulings, they are issued by the Service. Unlike regulations, revenue rulings are not promul-

---

[126] Rev. Proc. 89-14, §§ 7.01(4), 7.01(5), 1989-1 CB 814.
[127] Rev. Proc. 89-14, § 7.01(5), 1989-1 CB 814. See also Rev. Proc. 2002-1, § 2.05, 2002-1 IRB 1, 8.