UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
In re                                                        :
                                                             :  Chapter 11
WORLDCOM, INC., et al.,                                      :  Case No. 02-13533 (AJG)
                                                             :
            Reorganized Debtors.                             :
------------------------------------------------------------ x
INTERNAL REVENUE SERVICE,                                    :
                                                             :
            Appellant,                                       :
                                                             :  07 Civ. 7414 (BSJ)
        v.                                                   :  08 Civ. 3070 (BSJ)
                                                             :
WORLDCOM, INC., et al.,                                      :
                                                             :
            Appellees.                                       :
------------------------------------------------------------ x

# RECORD ON APPEAL TO THE DISTRICT COURT
### Documents Filed Under Seal in the Bankruptcy Court

                                        MICHAEL J. GARCIA
                                        United States Attorney for the
                                        Southern District of New York
                                        Attorney for Defendant

BENJAMIN H. TORRANCE
Assistant United States Attorney
86 Chambers Street
New York, New York  10007
Telephone: 212.637.2703
Fax: 212.637.2702
E-mail: benjamin.torrance@usdoj.gov

      – Of Counsel –

# TABLE OF CONTENTS
## Documents Filed Under Seal in the Bankruptcy Court

**PAGE**

**Items Designated by Appellant**

Declaration of Assistant United States Attorney Nicole Guéron, with
    attached exhibits, entered under seal on October 7, 2005 (Docket #17488). . . . . . . . . . S 1

Reply of the United States to Reorganized Debtors' Objection to IRS
    Request for Payment No. 38365, entered under seal on October 7, 2005
    (Docket #17489).. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . S 14

Declaration of Michael Hills, with attached exhibits, entered under seal
    on October 7, 2005 (Docket #17490).. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . S 36

Declaration of John R. Anderson in Support of the Reorganized Debtors'
    Objection to the Request of Internal Revenue Service / Department
    of Treasury for Payment of Administrative Expense Claims, Dated
    November 1, 2005, filed under seal. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . S 167

Reorganized Debtors' Response to the Reply of the United States of
    America to Reorganized Debtors' Objection to IRS Request for
    Payment No. 38365, with attached exhibits, entered under seal
    on December 19, 2005 (Docket #17743).. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . S 940

Surreply of the United States of America to Reorganized Debtors'
    Objection to IRS Request for Payment No. 38365, entered under
    seal on January 26, 2006 (Docket #17864 and #17900). . . . . . . . . . . . . . . . . . . . . . S 975

Notice of Cross Motion to of the United States of America to Exclude
    Certain Testimony of John R. Anderson and One Worldcom
    Exhibit, with attached exhibits, entered under seal on January 31, 2006
    (Docket #17879).. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . S 999

Opposition (Under Seal) of the United States of America to Reorganized
    Debtors' Motion to Exclude Certain Testimony of Dr. Michael Hills
    and Cross Motion to Exclude Certain Testimony of John Anderson
    and One Worldcom Exhibit, with attached exhibits, entered under
    seal on February 1, 2006 (Docket #17898).. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . S 1000

Supplemental Declaration of AUSA Nicole Guéron, with attached
    exhibits, entered under seal on February 1, 2006 (Docket #17903).. . . . . . . . . . . . S 1007

Transcript of Hearing before the Honorable Arthur J. Gonzales, dated
    February 1, 2006, and filed under seal on February 23, 2006
    (Docket #17959).. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . S 1085

Trial Exhibits Nos. 1-25 & 27-32, moved into evidence on February 1, 2006,
    but deemed "Confidential—For *In Camera* Review" and not filed.. . . . . . . . . . . . . . S 1146

Transcript of Hearing before the Honorable Arthur J. Gonzales, dated
    April 11, 2006, and filed under seal on May 23, 2006 (Docket #18286).. . . . . . . . . S 1934