# ORIGINAL

3 x 11 such

Exhibit A

## UUNET COBRA
## 3COM RACKED EQUIPMENT SPECIFICATIONS
### Rev. 2 (8/21/00)

### Integrated Equipment Racks

The 3Com COBRA equipment is delivered to the LEC facility as a complete assembly housed in two or more 19" x 84" relay racks (one egress rack plus one or more modem/management racks). This insures all necessary components are properly arranged and cabled. The LEC will install the racks, plug in the power cords, and connect the circuits to pre-wired patch panels.

### Access Types

UUNET end-users will access the COBRA service via analog modem or ISDN on the ingress (incoming) port side. The ingress circuit will be a channelized DS3, which is connected to an M13 Mux located in the modem rack. The equipment will aggregate the traffic and provide an egress (or outgoing) port connection to DS3 egress circuits connecting to UUNET Network facilities, which will be provided by UUNET via third-party telecommunications providers or ordered separately from the LEC, in UUNET's discretion.

### Design Summary

The 3Com Total Control Modem Chassis functions as the NAS. One modem chassis can support up to fourteen (14) HiPerDSP cards, with each HiPerDSP card being able to support one T1 PRI. Each modem rack can support up to four (4) modem chassis, for a total of 56 HiPerDSP cards per rack or 1,344 modems (1,288 usable ports). Dial traffic is passed to the 3Com Ethernet switch located in the egress rack, which is connected to the egress aggregator (the Cisco 7206 egress aggregator).

The 3Com Total Control management chassis is used for authentication, data collection, and management of the dial equipment in the cabinet. The management chassis has an analog modem card for Out-of-band (OOB) access that is used during the initial configuration of the equipment and for troubleshooting if access is not available via the egress circuit(s). The physical demarcation point for the equipment is the egress port of the Cisco 7206 egress aggregator.

### COBRA Out-of-Band Management Network

Initial configuration and emergency maintenance of the 3Com and Cisco equipment is performed by UUNET via analog telephone line and modem. This is called out-of-band ("OOB") access. As part of the COBRA service and without additional charge, the LEC will provide a dedicated analog phone line for each OOB modem installed in a given modem rack.

OOB access is not the preferred method for accessing the equipment because it is slower than IP. OOB access is used initially to configure the equipment and permit activation of the first egress circuit. After the first egress circuit is activated, the remaining equipment configuration and code downloading typically is done via IP through the egress circuit.

### Circuit Configuration

All circuit configurations required at the NAS are the sole responsibility of UUNET. The parameters of circuit translation options required by UUNET are:

- PRI
- FAS or NFAS (to be determined by both parties, as appropriate)
- B8ZS/ESF
- 40 DID numbers per rotary

DOJ - 00223
CONFIDENTIAL

S 216

- 5ESS hunting (GUCD or LUCD; DMS hunting Forward Circular Sequential)
- Sequential Circuit IDs (where possible)

## 3Com Total Control Equipment Configuration

Each Total Control unit is called a chassis. There are up to four (4) modem chassis and one (1) management chassis installed in each modem rack.

The modem chassis are dedicated to housing modems, with each chassis being able to support up to fourteen (14) HiPerDSP cards. Each HiPerDSP card terminates one (1) T1 PRI.

The management chassis is dedicated to housing cards required to manage the equipment in the modem and egress racks. The management chassis is responsible for data collection, authentication, domain name service and out-of-band management to all of the equipment in the racks. Within the management chassis is a 3Com EdgeServer card. This card contains UUNET proprietary software. In the event the EdgeServer needs to be replaced, UUNET will need to re-install this proprietary software. Remote hands & eyes assistance may be required from a LEC technician.

With the COBRA service, UUNET is responsible for providing configuration and management of the equipment in the racks. The LEC is responsible for all COBRA equipment sparing.

Provisioning, test, and acceptance of the egress circuits are UUNET's responsibility, unless such egress circuits are ordered by UUNET from the LEC. Provisioning, test, and acceptance of the ingress DS3 and PRI/DSS will be the joint responsibility of UUNET, configuring the 3Com equipment, and the LEC, configuring the switch side.

## Site Manual

A detailed Site Manual, including Central Office floor plans, bay placement, bay configuration, cabling schematics, PRI configuration, DSX cross connects, and contact procedures will be provided by the LEC to UUNET as part of the COBRA service. The LEC may choose to provide secure web access to such information.

## Site Environmentals/Specifications

Footprint:        Footprint should be 3' deep X 2' wide for each rack, and accommodate a height of 7 feet and a weight of 750 lbs.

Electrical:       Redundant 30amp DC feeds to each relay rack to be connected to Hendry fuse panels.

Flooring:         Raised computer floor preferred provided under-floor ventilation is present, otherwise slab floor is acceptable. First floor location preferable. Floor loading requirements are 100 lbs. per sq. foot.

Telephone:        Each rack may have a maximum of two DS3 circuits (56 PRIs) connected to such modem rack, and one (1) POTS line for OOB mgmt., and one clear channel egress DS3 in the egress rack.

Environmental:    Room temperatures maintained between 55-75 degrees F. is required.

                  Facility must provide a virtually dust-dirt free environment for rack location. Racks should not be placed within 2 feet of any heating or air conditioning vents and or ducts or located in the proximity of automated sprinkler heads.

DOJ - 00224
CONFIDENTIAL

Rev. 2.0 – 8/21/00

S 217

Grounding:                    Racks must be grounded at facility.  Any facility with a grounding ring must
                              ground rack to facility grounding ring.

**Equipment Requirements**

The equipment components for the egress and modem (minimum build) racks are as below.  A modem
rack can be enhanced from the minimum build configuration by adding up to 14 HiPerDSP cards for each
of the three (3) empty modem chassis that are pre-built into the rack.  Such cards can be added when a
given rack is ordered by UUNET from 3Com, or installed separately later by the LEC.

Egress Rack*

| Quantity | Part No. | Description | Unit List $ |
|---|---|---|---|
| 1 | CISCO7206-DC | Cisco 7206 DC non-VXR | $ 36,300.00 |
| 1 | 3C39036-DC | 3Com 3900 DC Ethernet Switch | $ 7,995.00 |
| 1 | 2500CAT5PS-24B | Lucent 24-port Patch Panel | $ 260.00 |
| 2 | OHCKTK225R | Fuse Panel | $ 868.00 |
| 1 | 08022-646 | 7' Rack | $ 2,000.00 |
| 1 | UU-STD-1A | Cable Harness | $ 880.00 |
| 1 | UU-STD-1B | Misc. Hardware and Labels | $ 2,900.00 |
| 1 | UU-STD-1C | Staging/Integration Service | N/A |

*      *Supports up to 8 Modem Chassis per Egress Rack*
Note:  *GridNet and Fixed Port Networks Each Require Separate Egress Rack*

Modem Rack

| Quantity | Part No. | Description | Unit List $ |
|---|---|---|---|
| 1 | 3C0504776-00 | Total Control DC Mgmt. Chassis * | $ 27,438.00 |
| includes: | | | |
| 1 | 003458-00 | TCH Dual 130A/DC Power w/ HiPerNMC | $ 8,150.00 |
| 1 | 003802-01 | EdgeServer OverDrive, 256mb, 2x2GB HD | $ 12,750.00 |
| 1 | 003281-00 | 16 port Serial Ethernet NIC | $ 1,200.00 |
| 1 | 001893-00 | Pentium Pro Processor | |
| 1 | 002157-01 | Dual 10/100 BaseT Ethernet NIC | $ 1,300.00 |
| 1 | 000849-12 | Quad Analog Digital Modem Card Set | $ 600.00 |
| 4 | 003458-00 | TCH Dual 130A/DC Power w/ HiPerNMC ** | $ 3,438.00 |
| 4 | 002106-01 | HiperARC Card Set (Ethernet) | $ 8,150.00 |
| 14 | 002092-00 | HiPerDSP Card Set (24 ports/card) *** | $ 9,575.00 |
| 1 | 2500CAT5PS-24B | Lucent 24-port Patch Panel | $ 10,925.00 |
| 2 | 930-0093 | Carrier Access Mux **** | $ 260.00 |
| 2 | OHCKTK225R | Fuse Panels | $ 9,995.00 |
| 1 | 08022-646 | 7' Rack | $ 868.00 |
| 1 | UU-STD-2A | Cable Harness | $ 2,000.00 |
| 1 | UU-STD-2B | Misc. Hardware and Labels | $ 5,000.00 |
| 1 | UU-STD-2C | Staging/Integration Service | $ 3,100.00 |
| | | | N/A |

*        *Supports up to 4 Modem Chassis per Management Chassis*
**       *Supports up to 14 DSP Cards & 1 HiperARC Card per Modem Chassis*
***      *Additional HiperDSP Cards available at same Unit Disc. Price*
****     *Supports up to 2 Modem Chassis per Mux*

DOJ - 00225
CONFIDENTIAL

S 218

**EXHIBIT 1: INGRESS/EGRESS**



DOJ - 00226
CONFIDENTIAL

UUNET CONFIDENTIAL

Rev. 2.0 – 8/21/00

S 219

**EXHIBIT 2: MODEM RACK**



FRONT VIEW

DC Fuse Panel

DC Fuse Panel

M13 Mux

Modem Chassis #4

Modem Chassis #3

RJ-45 Patch Panel

M13 Mux

Modem Chassis #2

Modem Chassis #1

RJ-45 Patch Panel

Management Chassis

DOJ - 00227
CONFIDENTIAL

S 220

**EXHIBIT 3: MODEM RACK**



DOJ - 00228
CONFIDENTIAL

Rev. 2.0 – 8/21/00

S 221

**EXHIBIT 4: EGRESS RACK**



FRONT VIEW

DC Fuse Panel

DC Fuse Panel

Ethernet Switch

RJ-45 Patch Panel

Aggregation System

UUNET CONFIDENTIAL

DOJ - 00229
CONFIDENTIAL

Rev. 2.0 – 8/21/00

S 222

**EXHIBIT 5: EGRESS RACK**



REAR VIEW

DC Fuse Panel

DC Fuse Panel

3Com Ethernet Switch
(Rear)

Ethernet Switch

RJ-45 Patch Panel

Cisco 7206 Egress
Aggregator

Aggregation System

UUNET CONFIDENTIAL

DOJ - 00230
CONFIDENTIAL

Rev. 2.0 – 8/21/00

S 223

ORIGINAL

## Exhibit B

The following list of cities identifies the locations where Gridnet and ANS have PRI services currently active. There will be a minimum of at least one 3Com NAS per LATA to support the deployment of RAS Service.

| Gridnet City | State |
|---|---|
| ALBANY | GA |
| ALEXANDRIA | LA |
| ANDERSON | SC |
| ASHEVILLE | NC |
| ASHEVILLE 2 | NC |
| ATHENS | GA |
| ATLANTA | GA |
| ATLANTA 2 | GA |
| ATLANTA 3 | GA |
| AUGUSTA | GA |
| BATON ROUGE | LA |
| BATON ROUGE 2 | LA |
| BILOXI | MS |
| BIRMINGHAM | AL |
| BIRMINGHAM 2 | AL |
| BRUNSWICK | GA |
| BURLINGTON | NC |
| CHAPEL HILL | NC |
| CHARLESTON | SC |
| CHARLESTON 2 | SC |
| CHARLOTTE | NC |
| CHATTANOOGA | TN |
| CLARKSVILLE | TN |
| COCOA | FL |
| COLUMBIA | SC |
| COLUMBUS | GA |
| DAYTONA BEACH | FL |
| DEERFIELD BEACH | FL |
| FLORENCE | AL |
| FORT LAUDERDALE | FL |
| FORT LAUDERDALE 2 | FL |
| GAINESVILLE | FL |
| GOLDSBORO | NC |
| GREENSBORO | NC |
| GREENSBORO 2 | NC |
| GREENVILLE | SC |
| GULFPORT | MS |
| HUNTSVILLE | AL |
| JACKSON | MS |
| JACKSON | TN |
| JACKSONVILLE | FL |
| JACKSONVILLE 2 | FL |
| KEY WEST | FL |
| KNOXVILLE | TN |
| KNOXVILLE 2 | TN |

DOJ - 00231
CONFIDENTIAL

1
PRIVATE/PROPRIETARY
CONTAINS PRIVATE AND/OR PROPRIETARY INFORMATION. MAY NOT BE USED OR DISCLOSED OUTSIDE THE
UUNET/BELLSOUTH COMPANIES EXCEPT PURSUANT TO A WRITTEN AGREEMENT.

S 224

| | |
|---|---|
| LAFAYETTE | LA |
| LAKE CHARLES | LA |
| LOUISVILLE | KY |
| MACON | GA |
| MELBOURNE | FL |
| MEMPHIS | TN |
| MIAMI | FL |
| MOBILE | AL |
| MONROE | LA |
| MONTGOMERY | AL |
| NASHVILLE | TN |
| NASHVILLE 2 | TN |
| NEW ORLEANS | LA |
| ORLANDO | FL |
| ORLANDO 2 | FL |
| OWENSBORO | KY |
| PANAMA CITY | FL |
| PASCAGOULA | MS |
| PENSACOLA | FL |
| PENSACOLA 2 | FL |
| RALEIGH | NC |
| RALEIGH 2 | NC |
| SAVANNAH | GA |
| SHREVEPORT | LA |
| SPARTANBURG | SC |
| THOMASVILLE | GA |
| TUSCALOOSA | AL |
| VERO BEACH | FL |
| WEST PALM BEACH | FL |
| WEST PALM BEACH 2 | FL |
| WILMINGTON | NC |
| WINSTON-SALEM | NC |

| ANS City | ST |
|---|---|
| BATON ROUGE | LA |
| GULFPORT | MS |
| MIAMI | FL |
| SHREVEPORT | LA |
| SHREVEPORT | LA |
| ATLANTA | GA |
| ORLANDO | FL |
| ORLANDO | FL |
| KNOXVILLE | TN |
| JACKSONVILLE | FL |
| JACKSONVILLE | FL |
| ST. AUGUSTINE | FL |
| RALEIGH | NC |
| RALEIGH | NC |

DOJ - 00232
CONFIDENTIAL

2
PRIVATE/PROPRIETARY
CONTAINS PRIVATE AND/OR PROPRIETARY INFORMATION. MAY NOT BE USED OR DISCLOSED OUTSIDE THE
UUNET/BELLSOUTH COMPANIES EXCEPT PURSUANT TO A WRITTEN AGREEMENT.

S 225

ORIGINAL

Bell South MCSA Attach1 Excl 092400.FINAL.xls



UUNET/BellSouth.Com COBRA - MCSA Attachment 1 Exhibit C
Racked DC HERS (7206 non-VXR 9/1800)

### Egress Rack

| Quantity | Part No. | Description | | Unit List Price |
|---|---|---|---|---|
| 1 | CISCO7206-DC | Cisco 7206 DC (non-VXR) | $ | 36,300.00 |
| 1 | 3C39036-DC | 3Com 3900 DC Ethernet Switch | $ | 7,995.00 |
| 1 | 2500CAT5PS-24B | Lucent 24-port Patch Panel | $ | 260.00 |
| 2 | OHCKTK225R | Fuse Panel | $ | 868.00 |
| 1 | 08022-646 | 7' Rack | $ | 2,000.00 |
| 1 | UU-STD-1A | Cable Harness | $ | 880.00 |
| 1 | UU-STD-1B | Misc. Hardware and Labels | $ | 2,900.00 |
| 1 | UU-STD-1C | Staging/Integration Service | $ | 2,510.00 |
| | | **Planned Quantity** | | **100** |

### Modem Rack (Minimum Build)

| Quantity | Part No. | Description | | Unit List Price |
|---|---|---|---|---|
| 1 | 3C0504776-00 | Total Control DC Management Chassis | $ | 27,438.00 |
| INCLUDES: | | | | – – |
| 1 | 003458-00 | TCH Dual 130A/DC Power w/ HiPerNMC | | |
| 1 | 003802-01 | EdgeServer OverDrive, 256mb, 2x2GB Hard Drives | | |
| 1 | 003281-00 | 16 port Serial Ethernet NIC | | |
| 1 | 001893-00 | Intel Pentium Processor | | |
| 1 | 002157-01 | Dual 10/100 BaseT Ethernet NIC | | |
| 1 | 000849-12 | Quad Analog Digital Modem Card Set | | |
| 4 | 003458-00 | TCH Dual 130A/DC Power w/ HiPerNMC | $ | 8,150.00 |
| 4 | 002106-01 | HiPerARC Card Set (Ethernet) | $ | 9,575.00 |
| 14 | 002092-01 | HiPerDSP Card Set (24 ports/card) | $ | 10,925.00 |
| 1 | 2500CAT5PS-24B | Lucent 24-port Patch Panel | $ | 260.00 |
| 2 | 930-0093 | Carrier Access Mux | $ | 9,995.00 |
| 2 | OHCKTK225R | Fuse Panels | $ | 868.00 |
| 1 | 08022-646 | 7' Rack | $ | 2,000.00 |
| 1 | UU-STD-2A | Cable Harness | $ | 5,000.00 |
| 1 | UU-STD-2B | Misc. Hardware and Labels | $ | 3,100.00 |
| 1 | UU-STD-2C | Staging/Integration Service | $ | 6,430.00 |
| | | **Planned Quantity** | | **125** |

### 3Com Modem Cards

| Planned Quantity | Part No. | Description | | Unit List Price |
|---|---|---|---|---|
| 2600 | 002092-01 | HiPerDSP Card Set (24 ports/card) | $ | 10,925.00 |

40,250 usable ports (23 per modem card)
59,800 usable ports (23 per modem card)
100,050 usable ports (23 per modem card)
179 per usable port
17,908,950

### Included Spares (No Add'l Charge)

| | | |
|---|---|---|
| 1 | CISCO7206-DC | Cisco 7206 DC (non-VXR) |
| 1 | 3C39036-DC | 3Com 3900 DC Ethernet Switch |
| 1 | 2500CAT5PS-24B | Lucent 24-port Patch Panel |
| 1 | OHCKTK225R | Fuse Panel |
| 1 | 3C0504776-00 | Total Control DC Management Chassis |
| 1 | 003458-00 | TCH Dual 130A/DC Power w/ HiPerNMC |
| 1 | 002106-01 | HiPerARC Card Set (Ethernet) |
| 1 | 002092-01 | HiPerDSP Card Set (24 ports/card) |
| 1 | 930-0093 | Carrier Access Mux |

DOJ - 00233
CONFIDENTIAL

UUNET, an MCI WorldCom Co. 3Com Confidential          9/25/00

S 226

Exhibit 4 -- JCOM Pricing

3Com

3/14/2005

## EXHIBIT 4: Qwest ANS COBRA Pricing: 3Com Total Control Equipment Configuration (6/27/01)

### 3Com TC/DC (HDM) CONFIGURATION (336 modem ports per chassis)

| Part No. | Description | Qty. | Virtual COBRA Price (US$) | COBRA Price (US$) |
|---|---|---|---|---|
| 3C0504776-00 | Total Control DC Mgmt. Chassis (per cabinet/rack of 4 modem chassis) | 1 | $ | $ 3,999 |
| 003456-00 | TCH Dual 130A/DC Power w/ HiPer/NIC Card Set | 1 | Included | Included |
| 003802-01 | EdgeServer OverDrive, 256mb, 2x2GB HD | 1 | Included | Included |
| 003281-00 | 16 port Serial NIC | 1 | Included | Included |
| 001693-00 | Pentium Pro Processor | 1 | Included | Included |
| 002157-01 | Dual 10/100 BaseT Ethernet NIC | 1 | Included | Included |
| 000849-12 | Quad Analog Digital Modem Card Set | 1 | Included | Included |
| 003456-00 | TCH Dual 130A/DC Power w/ HiPer/NIC card set (per modem chassis) | 1 | $ 1 | $ 1,999 |
| 002106-01 | HiperARC Card Set (Ethernet) (per modem chassis) | 1 | $ 1 | $ 1,999 |
| 002092-00 | HiPerDSP Card Set (24 ports/card) (per modem chassis) | 14 | $ 14 | $ 30,870 |
| Cisco7206VXR | Cisco 7206 DC VXR (per 8 modem chassis) (T3 or 8xT1 card) | 1 | $ 1 | $ 21,999 |
| WS-C2924M-XL-EN-DC | Cisco 24-port DC NEBS switch | 1 | $ 1 | $ 2,997 |
| WCOM COBRA S/W | WCOM 3Com-TC Custom Software Bundle (WCOM use only) | 1 | N/C | N/C |
| **Total System Price** | (1 modem chassis per cabinet) | | $ 19 | $ 63,833 |
| **Total System Price** | (2 modem chassis per cabinet) | | $ 35 | $ 98,701 |
| **Total System Price** | (3 modem chassis per cabinet) | | $ 51 | $ 133,569 |
| **Total System Price** | (4 modem chassis per cabinet) | | $ 67 | $ 168,437 |

### Pricing Notes

1. Average Lucent TNT COBRA price = $132.73 per port ($63,711/480).  Average 3Com COBRA price (3 modem chassis) = $132.51 per port ($133,569/1008)
2. Virtual COBRA pricing ($1/port) valid only for RAS Equipment purchased by Qwest for use directly in support of WCOM's purchase of Virtual COBRA services from Qwest
3. Prices are exclusive of EF&I hardware and services (e.g., cabinets/racks, panels, cables, OOB mgmt devices, ancillary components, rack/stack services, and site preparation, engineering, and installation services and materials), which are the responsibility of Qwest
4. Cisco 7206 may use DS3, 4xDS1, or 8xDS1 cards (depending on egress capacity requirements from a given site)
5. Prices are exclusive of shipping, insurance, taxes, and duties, which are the responsibility of Qwest

DOJ - 00234
CONFIDENTIAL

WCOM Confidential

Amendew equipment Exhibit.final.clean

3Com

3/14/2005

## AMENDED AND RESTATED EXHIBIT B
## Verizon/WCOM CyberPOP™ 3Com Total Control Equipment Configuration (5/14/01)

### 3Com TC/DC (HDM) CONFIGURATION (336 modem ports per chassis)

| Part No. | Description | Qty. | Virtual COBRA Price (US$) |
|---|---|---|---|
| 3C060476-00 | Total Control DC Mgmt. Chassis (per cabinet/rack of 4 modem chassis) | 1 | $1 |
| 003458-00 | TCH Dual 130VADC Power w/ HiPerNMC Card Set | 1 | included |
| 003802-01 | EdgeServer OverDrive, 256mb, 2x2GB HD | 1 | included |
| 003281-00 | 16 port Serial NIC | 1 | included |
| 001893-00 | Pentium Pro Processor | 1 | included |
| 002157-01 | Dual 10/100 Base T Ethernet NIC | 1 | included |
| 000846-12 | Quad Analog Digital Modem Card Set | 1 | included |
| 003458-00 | TCH Dual 130VADC Power w/ HiPerNMC card set (per modem chassis) | 1 | $1 |
| 002106-01 | HiperARC Card Set (Ethernet) (per modem chassis) | 1 | $1 |
| 002092-00 | HiPerDSP Card Set (24 ports/card) (per modem chassis) | 14 | $14 |
| Cisco7206VXR | Cisco 7206 DC VXR (per 8 modem chassis) | 1 | $1 |
| 3C38026-DC or Cisco WS-C2924M-XL-EN-DC | 3Com 3900 DC Ethernet Switch or Cisco 24-port DC NEBS switch (per cabinet/rack of 4 modem chassis) | 1 | $1 |
| WCOM COBRA SW | WCOM 3Com-TC Custom Software Bundle (WCOM use only) | 1 | N/C |
| Total System Price | | | $19 |

### Pricing Notes

1. Virtual COBRA pricing ($1/part) valid only for RAS Equipment purchased by Verizon for use in support of WCOM's purchase of CyberPOP service from Verizon

2. Prices are exclusive of EF&I hardware and services (e.g., cabinets/racks, panels, cables, OOB mgmt devices, ancillary components, rack/stack services, and site preparation, engineering, and installation services and materials), which are the responsibility of Verizon

3. The Cisco 7206 may use DS3, 4xDS1, or 8xDS1 cards (depending on egress capacity requirements from a given site)

4. For certain GridNet sites, a carrier access mux may be required to support DS3 ingress, subject to Verizon NEBS compliance

5. Prices are exclusive of shipping, insurance, taxes, and duties, which are the responsibility of Verizon

6. In light of 3Com's plans to "end of life" the 3Com 3900 DC Ethernet Switch, the Cisco 24-port DC NEBS Switch may be used instead

DOJ - 00235
CONFIDENTIAL

WCOM Confidential

S 228

Amended Equipment Exhibit.final.clean

## AMENDED AND RESTATED EXHIBIT A
### Verizon/WCOM CyberPOP™: Lucent TNT Equipment Configuration (5/14/01)

T1/DC CONFIGURATION (480 modem ports per chassis)

| Part No. | Description | Qty. | Virtual COBRA Price (US$) |
|---|---|---|---|
| TNT-2DC-H | TNT Chassis, Shelf Controller, Dual DC Power, 19" Rack Mount Kit, 32 MB DRAM, 32MB Flash Memory, and Heat Baffle. | 1 | $1 |
| TNT-SL-48MODV3-S-C | 48-Port Modem Card (V.90 and V.34 compatible) | 10 | $10 |
| TNT-SL-HDLC2 | 96 Channel HDLC Slot Card | 1 | $1 |
| TNT-SL-CT1 | T1 Slot Card | 3 | $3 |
| WCOM COBRA SW | WCOM TNT Custom Software Bundle (WCOM use only) | 1 | N/C |
| **Total System Price** | | | **$15** |

**Pricing Notes**

1. Virtual COBRA pricing ($1/part) valid only for RAS Equipment purchased by Verizon for use in support of WCOM's purchase of CyberPOP service from Verizon

2. Prices are exclusive of EF&I hardware and services (e.g., racks, panels, cables, OOB mgmt devices, ancillary components, rack/stack services, and site preparation, engineering, and installation services and materials), which are the responsibility of Verizon

3. In lieu of the ten (10) TNT-SL-48MODV3-S-C modem cards, five (5) APX-SL-96DSP modem cards may be used for new deployments in accordance with mutually-coordinated configuration changes.

4. Prices are exclusive of shipping, insurance, taxes, and duties, which are the responsibility of Verizon

WCOM Confidential

3/14/2005

TNT

12

DOJ - 00245
CONFIDENTIAL

Qwest TNT T1 Config.081600a

## UUNET/QWEST COBRA SERVICE SCHEDULE: EXHIBIT 2

| Part No. | Qty. | List Unit Price | List Ext. Price | Disc. (%) | Unit Disc. Price | Disc. Ext. Price |
|---|---|---|---|---|---|---|
| Special Quantity Discount | | | | 82.0% | | |
| TNT-2DC-H | 1 | $ 25,750 | $ 25,750 | 82.0% | $ 4,635 | $ 4,635 |
| TNT-SL-48MODV3-S-C | 10 | $ 27,600 | $ 276,000 | 82.0% | $ 4,968 | $ 49,680 |
| TNT-SL-HDLC2 | 1 | $ 9,600 | $ 9,600 | 82.0% | $ 1,728 | $ 1,728 |
| TNT-SL-CT1 | 3 | $ 9,200 | $ 27,600 | 82.0% | $ 1,656 | $ 4,968 |
| TNT-SL-CT1 | 1 | $ 9,200 | $ 9,200 | 100.0% | $ - | $ - |
| TNT-SO-FR | 1 | $ 4,000 | $ 4,000 | 82.0% | $ 720 | $ 720 |
| TNT-SO-ISDN | 1 | $ 4,000 | $ 4,000 | 82.0% | $ 720 | $ 720 |
| TNT-SO-L2TP | 1 | $ 7,000 | $ 7,000 | 82.0% | $ 1,260 | $ 1,260 |
| Total TNT Price | | | $ 363,150 | | | $ 63,711 |

UUNET ~n MCI WorldCom Co. Confidential

3/14/~05

~age 1

13

DOJ - 00246
CONFIDENTIAL



**Lucent Technologies**
Bell Labs Innovations

# Frequently Asked Questions
# TAOS 9.0 for MultiVoice™

**1.  What is the True Access Operating System (TAOS)?**

The True Access™ Operating System (TAOS) from Lucent Technologies is the multiservice, real-time operating system software embedded in the APX 8000™, Stinger™, MAX TNT®, MAX™, SuperPipe, and Pipeline® family of access platforms. TAOS provides the widest range of solutions for WAN access environments and represents the brand name for the leading WAN access feature set for service providers and corporate enterprises. TAOS underlines the Lucent heritage in WAN access solutions and its commitment to research and development to ensure continued leadership in the market.

**2.  What edge access platforms does TAOS 9.0 for MultiVoice support?**

TAOS 9.0 for MultiVoice™ supports the following industry-leading access platforms:

APX 8000, MAX TNT, and MAX 6000. Lucent plans to support the MAX 3000 and SuperPipe Plus in the second quarter of 2001 in TAOS version 9.1.

**3.  What are the major features within TAOS 9.0 for MultiVoice?**

TAOS 9.0 for MultiVoice is a major release that enables "Universal Port" capabilities on the APX 8000 and MAX TNT platforms. Universal Port supports multiple applications including simultaneous analog and digital modems for remote access, voice- and fax-over-IP, and virtual private networks (VPNs) using any available port processor resources on the 96- or 48-port MultiDSP modules.

Specific MultiVoice features include application support for residential 1+ long distance (LD) and 1010 dial-around services, and call routing programmability in and out of the voice-over-IP (VoIP) network based on dialed number identification service (DNIS) or trunk group.  In 2-stage dialing scenarios (calling card), you can implement programmability for authentication and routing based on Automatic Number Identification (ANI), DNIS, trunk group, and/or password. Other features include custom branding (announcements), arbitrary break-in announcements, sequential dialing, and support for operator assistance/calling card balance recharge. **Please note that 1+ LD and 1010 dial-around services require Feature Group D support that is available only in North America and other select regions.**

**4.  What is "Universal Port"?**

"Universal Port" functionality enables the MAX TNT and APX 8000 platforms to configure the digital signal processor (DSP) automatically for the type of incoming call—dial-up (V.90 modem or ISDN), VoIP, fax-over-IP, and virtual private network (VPN)— accommodate it on any available port, and process it for transport over a packet-based IP network. **Please note that "Universal Port" is not supported on the MAX 6000 or MAX 3000 at this time.**

**5.  Which slot cards support "Universal Port" with the MAX TNT and APX 8000 platforms?**

The 48-port MultiDSP slot card(s), and the 96-port MultiDSP card(s) are needed to support the "Universal Port" feature. Part numbers are as follows:

- 48-port MultiDSP cards (TNTV-SL-ADI-C)
- 96-port MultiDSP cards (APX8-SL-96DSP)

DOJ - 00247
CONFIDENTIAL

*14*

**6. Can the same chassis house the 48-port MultiDSP and 96-port MultiDSP slot cards?**

As of TAOS 9.0, you may mix the 48- and 96-port MultiDSP cards in a single chassis for data applications only—that is, you can mix them for V.90, ISDN, VPN, etc., but not when running a VoIP service at this time.

**7. Are there any limitations of the 96-port MultiDSP vs. the 48-port MultiDSP?**

Yes, the 96-port MultiDSP card can be used as a modem or a voice coder. This card supports G.711 and G.729 (a) only. In addition, every port can support fax-over-IP, either as transparent fax transport (carried as G.711 PCM with no echo cancellation) or fax relay (T.38 based). The 48-port MultiDSP card supports analog and digital modems, fax-over-IP, and all supported MultiVoice codecs including G.711, G.729a, G.723.1, G.728, and RT-24.

**8. How do I upgrade TAOS on an existing MAX TNT or APX 8000 platform with MultiVoice hash code? Is there a charge to obtain the software?**

The software is free to existing MultiVoice customers. To obtain the software and release information, go to the following URLs:

**MAX TNT:** ftp://ftp.ascend.com/pub/Software-Releases/MaxTNT/
**APX 8000:** ftp://ftp.ascend.com/pub/Software-Releases/APX/

**7. Can I upgrade my existing remote access concentrator for the MAX TNT and APX 8000 platforms to support MultiVoice TAOS 9.0 with "Universal Port?" and is there a cost?**

Yes, you need the following components to create and contribute to the programmability of the MultiVoice with the "Universal Port" solution:

- MultiVoice Hash Code

- MultiVoice Access Manager 3.1 (MVAM 3.1) or Lucent Softswitch 3.0

- Lucent Worldwide Services for MultiVoice Networks

- Add-on applications from Lucent or a MultiVoice approved third-party vendor (see http://www.lucent.com/ins/map) *(Optional)*

- MultiVoice Settlement Engine 1.0 *(Optional)*

- Either 48- or 96-port MultiDSP cards to support VoIP, fax-over-IP, and all data applications.

You are also required to install the Feature Group D hash code option on each gateway that will support interexchange carrier (IXC) traffic in a MultiVoice network using the MultiVoice Access Manager 3.1 as the gatekeeper.

The Lucent sales force and technical support teams are available to answer questions and assist you with information and pricing regarding your existing network and business needs. For additional support, you may also contact certified Lucent distributors and system integrators directly or go to the Lucent Web site at (http://www.lucent.com/ins/products/multivoice) for more information on the MultiVoice for the MAX product.

**10. If I decide not to upgrade to TAOS 9.0, will Lucent still support the older versions of TAOS?**

Yes, but you should consider upgrading to version 9.0 for its enhanced features, performance and functionality—and it is FREE!

DOJ - 00248
CONFIDENTIAL

*15*

**11. What are the benefits of TAOS 9.0 for MultiVoice?**

The "Universal Port" feature uses the same DSP for voice or data on a call-by-call basis, which allows you to use the APX 8000 and MAX TNT products as multiservice platforms. Lucent is the first to offer Universal Port capability on platforms with multiple DS3 capacity. Multiservice networks provide the key to reduced costs, and are targeted to provide network service providers with a common platform that they can use for transparent integration of voice, fax, and modem services in an existing or new carrier infrastructure.

Other benefits include the ability to sell multiservice capability on a single platform into lucrative calling card, dial-around, and long distance markets. MultiVoice can now be deployed— where, until now, a Class 4 tandem switch was required—to trunk long-distance (LD) calls in intra-LATA or interLATA switching environments. Supported applications include residential 1+ LD and 1010 dial-around services. This new MultiVoice functionality enables any Internet service provider (ISP) to offer telephony services in the $87 billion North American market for long-distance services.

**12. When will TAOS 9.0 be available?**

TAOS 9.0 is available now. You can download the software from the following URLs:

**MAX TNT:** ftp://ftp.ascend.com/pub/Software-Releases/MaxTNT/
**APX 8000:** ftp://ftp.ascend.com/pub/Software-Releases/APX/

**13. Does TAOS 9.0 for MultiVoice operate with  Lucent Softswitch and what type of applications does it support?**

Yes, TAOS 9.0 does interoperate with Lucent Softswitch 2.x, 3.0, and above.

The initial application of Lucent Softswitch 3.0 is to replace the toll/tandem (class-4) switches and to offer VoIP connectivity. Lucent Softswitch controls trunking gateways like the MAX-TNT and APX-8000, which convert circuit trunks to VoIP packets. Lucent Softswitch receives the SS7 signaling from the PSTN by an embedded SS7-Gateway and performs call control functions. This solution allows operators to replace existing toll/tandem exchanges with a Lucent Softswitch + gateway combination distributed in a network.  Being a flexible signaling infrastructure, Lucent Softswitch offers voice over packet connectivity with a variety of technologies.

Another application includes Internet Call Diversion (ICD) which diverts Internet dial-up data traffic directly to the data packet network to alleviate congestion on the circuit based PSTN. This application has been the driving force behind the evolution of gateways we know today and has accelerated the clarification of the Lucent Softswitch architecture by separating payload and call-control. For further information on Lucent's Softswitch product go to

http://www.lucent-ssg.com/ons/softswitch/

Does NavisAccess™ v5.0 support TAOS 9.0 for MultiVoice?

Yes, with Navis™ 5.0 and MultiVoice, you can use the VoIP gateway Management Information Base and call logging to manage the VoIP network and application. You can map VoIP calls based on DNIS and Trunk Group and monitor VoIP services in real-time using NAVIS AccessWatch. You can also monitor physical resources including DSPs, slot cards, and modems and base fault, performance and event monitoring on VoIP statistics—jitter, delay/latency, and call rates. You can purchase the NavisAccess management platform separately.

DOJ - 00249
CONFIDENTIAL

S 233

**14. How can I purchase the TAOS 9.0 and where can I get additional information?**

You may purchase the MultiVoice TAOS 9.0 for the APX 8000 and MAX TNT platforms via the standard MAX distribution channels including the following:

- Distributors

- Value-added reseller (VAR) channels

- Direct from Lucent

For more information, please call Lucent in the U.S. at 1.800.621.9578 or visit our Web site at http://www.lucent.com/ins/products/multivoice.

DOJ - 00250
CONFIDENTIAL

 THE INDEPENDENT GUIDE TO TECHNOLOGY

Go To A Section

PC Maga:

 FREE 512 MB memory stick &
FREE shipping with purchase of any Fujitsu
notebook or Tablet PC
Coupon Code: FCSWBCSD5



| **Home** | **Computers** | **Photography** | **Electronics** | **Software** | powered by Shopping.com

What are you shopping for? [ TNT 2DC H ] in [ Remote Access Servers ] [ Find ]

Back to: **Computers** > **Networking** > **Remote Access Servers**

## Read product information for the Lucent MAX TNT (TNT-2DC-H) Remote Access Server
This product is currently not available for purchase at any of the stores we search

ADVERTISEMENT

DELL Small Business
FREE
Flat Panel
Monitor!
Expires 04/20/05



The MAX TNT multiprotocol WAN access switch enables carriers, ISPs, corporations, and major network providers to offer a variety of access services such as analog, ISDN, leased T1/E1, and frame relay. Because the MAX TNT is the highest-density product in its class, it dramatically reduces rack space requirements while driving down the price per port.The MAX TNT has a scalable, modular card and backplane architecture that provides intelligent access for applications to global network services. The modular card system lets users design a solution that

> See product details
> Write a review at Epinions.com

DOJ - 00251
CONFIDENTIAL

*18*

http://pcmag.shopping.com/xFS?KW=TNT+2DC-H&FN=Modems&FD=0                4/13/2005

S 235

Lucent MAX TNT (TNT-2DC-H) Remote Access Server - Find, Compare, and Buy Lucent MA...     Page 2 of 3

satisfies the
specific
application and
bandwidth
requirements
of any
customer.



## Key Features

| | |
|---|---|
| Connectivity | Cable |
| Platform | PC |
| **Protocols** | |
| Data Link Protocol | Fast Ethernet, Ethernet |
| Remote Management Protocol | SNMP |
| Transport Protocol | TCP/IP |
| **Other Features** | |
| Moduls Qty. | 0 |
| Package Qty. | 1 |
| **Dimensions** | |
| Width | 17.41 in. |
| Depth | 11.5 in. |
| Height | 14.03 in. |
| Weight | 130.1 lb. |
| **Miscellaneous** | |
| MPN | TNT-2DC-H |
| Product ID | 20205182 |

**Additional resources**

**ISPs: Upgrade to V.92**
Get a new V.92 and V.44 RAS Patton buys your old RAS for cash!
www.patton.com

**MyWebExPC (Official Site)**
Access your remote computer Free - No Credit Card Required
www.mywebexpc.com

**Remote Access Servers**
Secure remote access designed for smaller networks. Learn more today.
www.juniper.net

**Remote Access Server**
Compare Perle Access Servers Replacements for Shiva, 3Com, Digi
http://www.perle.com

**Remote Access**
Use Remote Access Technology to Access your PC Remotely. Free Trial
www.gotomypc.com



*19*

DOJ - 00252
CONFIDENTIAL

http://pcmag.shopping.com/xFS?KW=TNT+2DC-H&FN=Modems&FD=0

4/13/2005

S 236

# EXHIBIT B

S 237

# Exhibit B-1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                        :        CHAPTER 11
                                              :
WORLDCOM, INC., et al.,                       :        Case No. 02-13533 (AJG)
                                              :
              Debtors.                        :        (Jointly Administered)
-------------------------------------------------------X

**REPLY OF THE UNITED STATES OF AMERICA TO REORGANIZED
DEBTORS' OBJECTION TO IRS REQUEST FOR PAYMENT NO. 38365**

                            MICHAEL J. GARCIA
                            United States Attorney
                            Southern District of New York
                            86 Chambers Street, 3rd Floor
                            New York, New York  10007
                            Telephone: (212) 637-2689, 637-2699
                            Facsimile: (212) 637-2686

DANNA DRORI (DD-7690)
NICOLE GUERON (NG-7682)
Assistant United States Attorneys

        - Of Counsel -

17177

S 239

### TABLE OF CONTENTS

<u>Page</u>

BACKGROUND . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

ARGUMENT: DEBTORS' OBJECTION TO THE EXCISE TAX CLAIM
                SHOULD BE DENIED OR THE COURT SHOULD ORDER
                THE PARTIES TO CONDUCT DISCOVERY . . . . . . . . . . . . . . . . . . . . . . . 4

I.    The IRS's Claim Is *Prima Facie* Valid and Debtors
      Have Failed to Overcome The Presumption of Its Validity . . . . . . . . . . . . . . . . . . . . . 4

II.   The Excise Tax Claim Is Valid Because UUNET Bought COBRA
      Services That Are Capable of Telephonic Quality Communication . . . . . . . . . . . . . . . 6

      A.     The Excise Tax Applies to Telephonic Quality Communication . . . . . . . . . . . . 6

      B.     The Excise Tax Applies to All Systems Capable of Telephonic
              Quality Communication, Regardless of Actual Use . . . . . . . . . . . . . . . . . . . . . 7

      C.     The Excise Tax Claim Is Valid Because the COBRA
              Services Purchased by UUNET are Capable of
              Telephonic Quality Communication . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

            1.    The COBRA Systems Purchased by UUNET Include
                   Modems and DSPs, Which Require Two-Way,
                   Telephonic Quality Communication to Operate . . . . . . . . . . . . . . . . . . 11

            2.    UUNET's Contracts With COBRA Service
                   Providers Acknowledge that the COBRA Services
                   Are Capable of Telephonic Quality Communication . . . . . . . . . . . . . . . 12

            3.    The Capabilities of the Technological Components of
                   the COBRA Services Add Further Proof that the COBRA
                   Services Are Capable of Telephonic Quality Communication . . . . . . . . 18

            4.    UUNET's Billing Arrangements Add Further Proof that
                   the COBRA Services Are Capable of Telephonic Quality
                   Communication . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

III.  In The Alternative, the Government Is Entitled To Discovery
      as to Whether the Telecommunications Excise Tax Applies Here . . . . . . . . . . . . . . . 21

CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

-i-

S 240

## TABLE OF AUTHORITIES

**Cases**                                                                                           **Page**

In re Allegheny International, Inc., 954 F.2d 167 (3d Cir. 1992)  ............................... 5

BellSouth Corp. v. FCC, 162 F.3d 1215 (D.C. Cir. 1999)  ........................... 10

Comdata Network, Inc. v. United States, 21 Cl. Ct. 128 (1990)  .............................. 7-8

In re Dayton Seaside Assocs. No.2, L.P., 257 B.R. 123 (Bankr. S.D.N.Y. 2000) ......................... 5

In re Forte, 234 B.R. 607 (Bankr. E.D.N.Y. 1999) .................................................. 5

In re Kahn, 114 B.R. 40 (Bankr. S.D.N.Y. 1990) .................................................. 4

In re King, 305 B.R. 152 (Bankr. S.D.N.Y. 2004) .................................................. 4

LaBow v. IRS, 763 F.2d 125 (2d Cir. 1985) ........................................................ 5

Raleigh v. Illinois Dept. of Rev., 530 U.S. 15 (2000) .............................................. 5

Rexnord Holdings, Inc. v. Biderman, 21 F.3d 522 (2d Cir. 1994) ........................ 4

In re Rockefeller Center Properties & RCP Associates,
    241 B.R. 804  (Bankr. S.D.N.Y. 1999) ................................................ 21

SEC v. Unifund SAL, 910 F.2d 1028 (2d Cir. 1990) ........................................ 4

In re Unimet Corp., 74 B.R. 156 (Bankr. N.D. Ohio 1987) ............................... 5

United States v. McCombs, 30 F.3d 310 (2d Cir. 1994)  .............................. 5

Vines v. IRS (In re Vines), 200 B.R. 940 (M.D. Fl. 1996) ............................. 4

Wright v. Holm (In re Holm), 931 F.2d 620 (9th Cir. 1991) .......................... 4


**Statutes**

26 U.S.C. § 4251 ........................................................................... 6

26 U.S.C. § 4252 ....................................................................... *passim*

Fed. R. Bankr. P. 9014 ...................................................... 2, 21

Fed. R. Bankr. P. 7026 ............................................................. 2

S 241

**Other Citations**

IRS Revenue Ruling 79-245, 1979-2 C.B. 380, 1979 IRB LEXIS 290 (July 1979) ................ 8-10

In the Matter of Petition for Declaratory Ruling that AT&T's Phone-to-Phone
    *IP Telephony Services Are Exempt From Access Charges*, F.C.C. 04-97,
    19 F.C.C.R. 7457, [2004 WL 856557] ........................................................................ 14

S 242

MICHAEL J. GARCIA
United States Attorney
Southern District of New York
By:     DANNA DRORI (DD-7690)
         NICOLE GUERON (NG-7682)
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York  10007
Telephone: (212) 637-2689, 637-2699
Facsimile: (212) 637-2686

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
In re:                                              :          CHAPTER 11
                                                    :
WORLDCOM, INC., et al.,                             :          Case No. 02-13533 (AJG)
                                                    :
         Debtors.                                   :          (Jointly Administered)
------------------------------------------------------X

**REPLY OF THE UNITED STATES OF AMERICA TO REORGANIZED
DEBTORS' OBJECTION TO IRS REQUEST FOR PAYMENT NO. 38365**

TO THE HONORABLE ARTHUR J. GONZALEZ
UNITED STATES BANKRUPTCY JUDGE:

1.     The United States of America (the "United States" or "Government") by its

attorney, Michael J. Garcia, United States Attorney for the Southern District of New York,

respectfully submits this reply to the Reorganized Debtors' Objection to Proof of Claim No.

38365, filed on August 5, 2004 (the "Objection," a copy of which is attached as Exhibit B to the

Declaration of Dr. Michael Hills, dated September 21, 2005 ("Hills Decl.")).[1]

2.     On or about July 2, 2004, the Internal Revenue Service ("IRS") filed a Request

For Payment, claim numbered 38365, against MCI subsidiary UUNET Technologies, Inc.

("UUNET") seeking payment of $16,276,440.81 in federal communications excise taxes. (Id.

---

[1] Debtors refer to the IRS's Request for Payment as a Proof of Claim.  In fact, the IRS
filed a Request for Payment of its administrative claim for post-petition taxes.

- 1 -

S 243

Ex. A).

3.    The excise taxes are owed pursuant to 26 U.S.C. § 4252(a), because UUNET has

purchased central office-based remote access ("COBRA") services that include access to the

local telephone system and the capability of providing telephonic quality communication with

substantially all persons in the local telephone system.  (Id. ¶ 5).  In other words, UUNET has

bought services that can provide telephonic quality communication.

4.    In the Objection, Debtors contend that the COBRA services they purchased are

capable of transmitting data only, not voice communications, and that the excise taxes are

therefore inapplicable.  This contention is factually and legally incorrect, as explained below and

in the declaration of the Government's expert witness, Dr. Michael Hills.

5.    For the reasons set forth below, the Government asks the Court to reject Debtors'

efforts to expunge, disallow or modify the IRS's Request for Payment and requests that the

Request for Payment be allowed in the full amount of $16,276,440.81 (plus any subsequently-

accrued interest and penalties) because Debtors have not rebutted the *prima facie* validity of the

IRS's claim and because the evidence demonstrates that the COBRA services purchased by

UUNET are capable of telephonic quality communication.  Alternatively, the Government

respectfully requests that the Court permit discovery on the factual matters raised by the

Objection, pursuant to Federal Rules of Bankruptcy Procedure 9014 and 7026.

## BACKGROUND

6.    On July 21, 2002 and November 8, 2002, the Debtors filed petitions for relief

under Chapter 11, Title 11 of the United States Code, 11 U.S.C. § 101 *et seq.*, as amended (the

"Bankruptcy Code").

7.    On or about February 25, 2004, the IRS filed a Request for Payment, numbered

- 2 -

S 244

37947, against debtor UUNET, in the amount of $19,077,092.19 (inclusive of interest and penalties computed through March 6, 2004) for unpaid post-petition excise taxes for the fourth quarter of 2002, all four quarters of 2003, and some of the first quarter of 2004. (Declaration of Assistant United States Attorney Nicole Guéron, dated September 27, 2005 ("Guéron Decl.") Ex. A).[2]

8.     On or about July 2, 2004, the IRS filed the Request For Payment, claim numbered 38365, as Amendment No. 1 to its prior Request for Payment, in the amount of $16,276,440.81 (inclusive of interest and penalties computed through July 9, 2004) for unpaid post-petition excise taxes for the fourth quarter of 2002, all four quarters of 2003, the first quarter of 2004, and some of the second quarter of 2004 (the "Excise Tax Claim"). (Hills Decl. Ex. A).

9.     In approximately February, 2005, the parties agreed to engage in informal discovery, in an effort to see whether development of the factual record would permit resolution of the dispute without formal litigation. By letter dated February 14, 2005, the Government sought numerous relevant documents from the Debtors. (Hills Decl. Ex. D).

10.     On July 14, 2005, Debtors produced 265 pages of documents, and a letter describing the limited scope of this production. (Hills Decl. Ex. C). Debtors refused to produce many of the documents requested by the Government.

11.     Accordingly, the Government bases this response to the Objection on only a portion of the documents it sought from Debtors, which are only those documents that Debtors chose to disclose. Nonetheless, the documents produced by UUNET prove that the COBRA services UUNET purchased are capable of telephonic quality communication, and are therefore subject to federal communications excise taxes.

---

[2] The IRS later withdrew Claim No. 37947 for unrelated reasons. (Guéron Decl. Ex. B).

- 3 -

S 245

## ARGUMENT

## DEBTORS' OBJECTION TO THE EXCISE TAX CLAIM SHOULD BE DENIED OR THE COURT SHOULD ORDER THE PARTIES TO CONDUCT DISCOVERY

**I.    The IRS's Claim Is *Prima Facie* Valid and Debtors Have Failed to Overcome The Presumption of Its Validity**

12.    "It is well settled that the party objecting to a proof of claim has the burden of coming forward with sufficient evidence rebutting the validity of a properly filed proof of claim." In re King, 305 B.R. 152, 162 (Bankr. S.D.N.Y. 2004).

13.    A proof of claim executed and filed in accordance with the Federal Rules of Bankruptcy Procedure constitutes *prima facie* evidence of the validity and amount of the claim. Fed. R. Bankr. P. 3001(f); see Vines v. IRS (In re Vines), 200 B.R. 940, 949 (M.D. Fl. 1996) (declining to invalidate IRS proof of claim); In re Kahn, 114 B.R. 40, 44 (Bankr. S.D.N.Y. 1990) (properly filed proof of claim is deemed valid and allowed unless debtor objects). "'*Prima facie* case' has a clear meaning: evidence of an amount and quality sufficient to send a case to the trier of fact." SEC v. Unifund SAL, 910 F.2d 1028, 1037 (2d Cir. 1990).

14.    Unsupported allegations cannot rebut the *prima facie* validity of the Excise Tax Claim. See Rexnord Holdings, Inc. v. Biderman, 21 F.3d 522, 526 (2d Cir. 1994) (party cannot rebut *prima facie* case without "competent evidence"); King, 305 B.R. at 164 (objecting party must produce sufficient evidence to refute claimant's *prima facie* case); Kahn, 114 B.R. at 44 (same); see also Wright v. Holm (In re Holm), 931 F.2d 620, 623 (9th Cir. 1991) (debtor who adduced no evidence supporting objection to claim failed to overcome *prima facie* validity of claim).

15.    Thus, in the face of the Excise Tax Claim, "the Debtor 'may not rebut the *prima facie* case merely by stating that the amount of taxes claimed by the Service is not correct; the

- 4 -

S 246