EXHIBIT A

RESPONSIBILITY MATRIX

| Version—→ | INTERIM PLATFORM | SS7/COBRA | |
|---|---|---|---|
| Item/Device | TNT (RAD) | TNT (RAD) | SS7 Gateway |
| • Ownership | USWC | USWC | USWC |
| • Hardware configuration | USWC | USWC | USWC |
| • Software configuration | UUNET | UUNET | USWC |
| • Hardware Alarms and Diagnostics | UUNET | UUNET | USWC |
| • Hardware Repair | USWC | USWC | USWC |
| • NMS Functions | UUNET | UUNET | USWC |
| • Install Hardware | USWC | USWC | USWC |
| • Software Alarms and Diagnostics | UUNET | UUNET | USWC |
| • Install Software | UUNET | UUNET | USWC |
| • Software Repair | UUNET | UUNET | USWC |
| • Physical Access to Hardware | USWC | USWC | USWC |
| • Software Certification Testing | Joint | Joint | USWC |
| • NMS Access | UUNET | UUNET | USWC |
| • End-user demand and locations (LSOs) | UUNET | UUNET | NA |
| • Network Topology<br>• RAD Locations<br>• COBRA Locs | USWC | USWC | USWC |
| • Network Capacity Planning | Joint | Joint | USWC |

| 12/14/98/UUNET-COBRA
Agreement Number CDS-980819-0115/C

DOJ - 00118
CONFIDENTIAL

Page 22

S 371

ORIGINAL

# COPY

**SBC & UUNET MSA**
**SERVICE SCHEDULE A**

## DIAL ACCESS SOLUTION – INTERNET SERVICE PROVIDER

This Service Schedule is entered into by the parties pursuant to the Master Services Agreement between SBC Global Services, Inc. ("SBC") and UUNET Technologies, Inc. ("UUNET" or "Customer"), dated December 31, 1999 ("Agreement"). The Agreement and this Service Schedule, along with any applicable tariffs identified herein, set forth the terms and conditions applicable to the provision of Dial Access Solution – Internet Service Provider services ("DAS Services") by SBC and its affiliates. Words and phrases defined in the Agreement shall have the same meaning in this Service Schedule. This Service Schedule shall be effective as of December 31, 1999 ("Service Effective Date").

A.1.    **Service Description; Demarcation.**

    **(a).**    The DAS Services provide integrated, remote dial access service to Customer, its end users, and the end users of Customer's clients and resellers via modems referred to as network access servers ("NAS") deployed in central offices operated by SBC or an SBC affiliate classified as an incumbent local exchange carrier ("SBC COs"). The DAS Services provide medium to high-speed data transport services for remote dial access to Customer's networks. The DAS Services permit Customer to receive calls from multiple analog modems and ISDN basic rate interface lines for handoff to separately purchased wide area network links. SBC shall connect each NAS used in connection with the DAS Services provided hereunder to the Public Switched Telephone Network ("PSTN") via ISDN primary rate interface ("PRI") or comparable telecommunications facilities, and shall arrange for the dedicated assignment of unique telephone numbers for use by Customer, its end users (for example, America OnLine), and the end users of Customer's clients (for example, a subscriber to America OnLine). SBC shall bill Customer for the use of the DAS Services in accordance with the provisions of the Agreement and this Service Schedule.

    **(b).**    The DAS Services include all equipment, telecommunications services and related facilities (including without limitation active PRI lines, at least 40 DID numbers per rotary, space, power, and other utilities), and ancillary support and maintenance required to connect a call which has been dialed into the PSTN (such call dialing a designated telephone number) to an active DS0 channel-equivalent port (i.e., PRI B-channel) on the corresponding NAS ("DAS Port"). The demarcation of the DAS Services between SBC and Customer shall be at the connection of the NAS egress port to the egress circuit connecting the NAS to the SBC or SBC affiliate's wide area network and/or Customer's network.

A.2.    **Applicable Service Territory.** The prices set forth in this Service Schedule shall apply to all DAS Services purchased hereunder for deployment in those SBC COs where DAS Services are available from SBC and/or its current and future affiliates. SBC agrees to use commercially reasonable efforts to make the DAS Services available in all SBC COs.

A.3.    **Service Ordering Procedure.**

    **(a).**    Customer shall provide SBC with a request for information ("RFI") in writing identifying (i) the number of DAS Ports being considered for deployment by Customer; and (ii) the geographic location (for a new rotary) or the central office (for the expansion of an existing rotary) for such identified DAS Ports.

    **(b).**    SBC shall have seven (7) calendar days from receipt of such RFI to advise Customer in writing whether (i) SBC agrees to provision such identified DAS Ports within the SLA installation time frame set forth in Section A.10(c) below; (ii) SBC agrees to provision such identified DAS Ports within an alternative, reasonable time frame that is greater than the SLA installation time frame set forth in Section A.10(c) below; or (iii) SBC does not agree to provision such identified DAS Ports.

    **(c).**    In the event that SBC responds affirmatively to Customer's RFI (in other words, provides a response pursuant to Sections A.3(b)(i) or A.3(b)(ii) above), Customer shall have seven (7) calendar days from receipt of SBC's written response to send SBC a firm and binding order in writing ("Firm Order") for the identified DAS Ports. Once SBC receives Customer's Firm Order, any cancellation by Customer of such Firm Order shall be subject to any applicable early termination charges as set forth in Section A.14 below, unless otherwise provided by the Agreement or this Service Schedule. If Customer does not send SBC a

DOJ - 00126
**CONFIDENTIAL**

SBC COBRA (final)

SBCO2001

S 372

Firm Order within seven (7) calendar days from receipt of SBC's written response, Customer's RFI and SBC's response thereto shall be deemed to have expired.

(d).   In the event that SBC responds negatively to Customer's RFI (such negative response not being caused by an event of Force Majeure or SBC's inability to secure NAS equipment meeting Customer's specifications), SBC agrees that the number of identified DAS Ports thereafter shall count towards: (i) Customer's satisfaction of any applicable minimum purchase commitment set forth in Section A.8 below; and (ii) the number of active and ordered DAS Ports pursuant to Section A.4(a) below. In the event that SBC responds affirmatively in part and negatively in part regarding the DAS Ports identified in Customer's RFI, this Section A.3(d) shall apply only with respect to those DAS Ports for which SBC does not agree to provision.

A.4.   Service Prices.

(a).   The monthly fee per DAS Port for a given calendar month shall be based on the number of active DAS Ports, plus the number of DAS Ports identified in any Firm Orders issued by Customer, plus the number of DAS Ports subject to the provisions set forth in Section A.3(d) above, plus the number of DAS Ports subject to the provisions set forth in Section A.10(e) below, plus the number of DAS Ports subject to the provisions set forth in Section A.14(e) below, and plus the number of DAS Ports subject to the provisions set forth in Section A.15 below, all of which to be determined as of the last day of such month, in accordance with the following table and subject to the Minimum Purchase Commitment set forth in Section A.8 below:

| Active & Ordered DAS Ports | Monthly Fee per DAS Port |
|---|---|
| 0 – 400,000 | $25.50 |
| 400,001 – 500,000 | $24.50 |
| 500,001 + | $24.00 |

(b).   No non-recurring charges shall apply with respect to the DAS Services provided that the Minimum Purchase Commitment set forth in Section A.8 below is met. To the extent that any applicable tariff includes non-recurring charges, SBC agrees that such non-recurring charges already have been factored into the monthly fee for the DAS Services as set forth above; provided that all other performance obligations of Customer described in this Service Schedule, including the Minimum Purchase Commitment set forth in Section A.8 below, are met.

A.5.   Service Acceptance Procedures. Customer's acceptance of new or migrated DAS Ports at a given location shall be made promptly following the successful completion of service acceptance tests conducted jointly by the parties. At a minimum, such service acceptance tests shall include the login and RADIUS authentication to Customer's network via the newly deployed DAS Ports.

A.6.   Service Billing Procedures. ⁻ SBC shall bill Customer monthly in arrears based on the applicable monthly fee specified in Section A.4(a) above for all active DAS Ports as of the last day of the preceding month.

A.7.   Egress Circuit Access. The prices set forth herein for the DAS Services include any applicable NAS egress port fees, but exclude any egress circuit charges. SBC agrees, to the extent consistent with its then current policies applicable to similar interconnections, to fully cooperate with Customer and any third-party provider selected by Customer to connect any SBC NAS or SBC wide area network equipment to Customer's network via an egress circuit provisioned by such third-party provider to an SBC central office or SBC wide area network location. SBC shall be compensated by Customer for any work associated with such interconnection to the extent SBC is compensated by third parties for similar work.

A.8.   Minimum Purchase Commitment. Customer agrees to maintain a minimum of 300,000 active DAS Ports each month beginning with the first day of the thirteenth (13th) month after the Service Effective Date ("Minimum Commitment Date"). In the event that Customer does not have 300,000 active DAS Ports during a given month after the Minimum Commitment Date, Customer agrees to pay SBC for 300,000 DAS Ports in each such month

DOJ - 00127
CONFIDENTIAL

SBCO2002

S 373

regardless of the actual number of active DAS Ports. This minimum purchase commitment shall expire as of the end of month 60 after the Service Effective Date.

A.9.    **NAS Equipment.**

    (a).    Ownership. SBC or its affiliates shall own all of the NAS equipment used in connection with the DAS Services.

    (b).    Selection. In providing the DAS Services, SBC agrees only to use NAS equipment that is approved by Customer in advance in writing. For any given Firm Order, the parties shall cooperate to determine the applicable NAS equipment to be deployed in connection with those new DAS Ports.

    (c).    Support & Maintenance. SBC or its affiliates shall provide Customer with 24x7x365 NOC-to-NOC technical support. SBC shall proactively maintain all NAS equipment (along with all related equipment) used in connection with the DAS Services. SBC will examine its processes and consider revisions in servicing Customer's accounts in an ongoing effort to provide improved customer service for Customer.

    (d).    Operational Control. Notwithstanding Section A.9(c) above, Customer shall be exclusively responsible for the operational control (i.e., logical access) of all NAS equipment used in connection with the DAS Services. Customer shall be exclusively responsible for the purchase, installation, and management of all software upgrades for the NAS equipment. SBC shall assist Customer in the resolution of any NAS equipment failure in accordance with agreed-upon maintenance procedures. SBC shall have no responsibility for the authentication of end users accessing the DAS Services. Customer shall be exclusively responsible for controlling all end user access to the DAS Services. Customer agrees that SBC shall not be responsible under the Agreement or this Service Schedule for any failure by Customer to properly operate the NAS equipment. If Customer causes the failure of any NAS equipment, Customer shall pay SBC the reasonable costs for repairing such NAS equipment in accordance with agreed-upon maintenance procedures and any resulting fee schedules.

    (e).    Technology Upgrades. In the event that the manufacturer of NAS equipment used in connection with the DAS Services offers a hardware upgrade to such NAS equipment, the parties shall confer and mutually agree as to whether to deploy such hardware upgrade in connection with the DAS Services. In the event that such hardware upgrade involves any out-of-pocket costs, the parties also shall agree upon the appropriate cost sharing arrangement.

A.10.    Service Level Agreements ("SLA").

    (a).    Service Availability. Service outage credits may be claimed by Customer when any DAS Port is interrupted or does not meet performance standards for any period lasting one (1) or more consecutive hours. No credit will be available if the interruption is caused by (i) the failure of Customer to properly operate the NAS equipment as set forth in Section A.9(d) above; (ii) the negligence or willful misconduct of Customer; or (iii) an event of Force Majeure as provided in the Agreement. The amount of the credit shall be equal to the pro-rata monthly fee due for all affected DAS Ports during which a confirmed outage has occurred, including the initial one (1) hour. Outages may be confirmed only by an SBC employee authorized to make such determinations and will be calculated in ½-hour increments, or major fraction thereof, of the interruption.

SBCO2003

S 374

(b).    Service Failure Response Times.  SBC shall use commercially reasonable efforts to diligently respond and repair any service failure based upon the grade of the failure, in accordance with the tables set forth below.

| GRADE | OUTAGE / PROBLEM |
|-------|------------------|
| 1 | PRI outage between the telephone switch and the NAS equipment |
| 1 | No response from maintenance ports on any NAS or associated equipment located in a central office |
| 1 | More than 30% of the modems at any one central office are not responding |
| 1 | Any "single point of failure" piece of hardware outputting major alarms |
| 2 | Less than 30% of the modems at any one central office are not responding |
| 2 | Any "single point of failure" piece of hardware outputting minor alarms |
| 3 | Any non-service affecting problem on any associated equipment located in a central office. |
| 3 | Requests for documentation |
| 3 | Requests for call back on non-service affecting issues |

| GRADE | TIME FRAME TO RESPOND / REPAIR |
|-------|-------------------------------|
| 1 | Mean time to respond:  30 minutes |
| 1 | Mean time to repair:  4 hours |
| 2 | Mean time to respond:  2 hours |
| 2 | Mean time to repair:  12 hours (hardware is onsite) |
| 2 | Mean time to repair:  24 hours (hardware must be ordered) |
| 3 | Mean time to respond:  4 hours |
| 3 | Mean time to repair:  By end of next business day |

(c).    Installation Objective.  SBC agrees to use commercially reasonable efforts to install all new DAS Ports within forty-five (45) calendar days after receipt of a Firm Order from Customer.  SBC immediately shall provide written notice to Customer in the event that SBC determines after beginning the DAS Port installation process that it will not be able to meet this installation objective, and upon receipt of such notice Customer may cancel the ordered DAS Ports without liability for any termination charges.

(d).    PRI Service Objective.  SBC agrees to use commercially reasonable efforts to deploy the DAS Services via PRI facilities.

(e).    Operations Reviews & Chronic Failures.  Each calendar quarter the parties shall conduct an operations review at which time SBC shall present analyses of its performance against the foregoing SLA provisions. If SBC does not meet the combined Grade 1 and Grade 2 response and repair times for more than ten-percent (10%) of all Grade 1 and Grade 2 failures in a given month ("Chronic Failure") after there are at least 50,000 active DAS Ports during the first 12 months after the Service Effective Date, and at any time

DOJ - 00129
CONFIDENTIAL

SBC COBRA (final)

SBCO2004

S 375

thereafter provided Customer is satisfying the Minimum Purchase Commitment set forth in Section A.8 above, both parties agree to: (i) within seven (7) calendar days after the operations review, meet to determine the nature and source of such performance deficiencies and to develop mutually agreeable remedies and timelines to improve performance; (ii) escalate the identified deficiencies to SBC senior management for enhanced performance oversight; and (iii) negotiate in good faith a mutually-agreeable monetary settlement with respect to the identified performance failures. In the event that SBC has Chronic Failures affecting more than 15,000 active DAS Ports during two successive calendar quarters after the beginning of the thirteenth (13th) month following the Service Effective Date (and Customer is satisfying the Minimum Purchase Commitment set forth in Section A.8 above), Customer may terminate the affected DAS Ports without liability for any termination charges. Any DAS Ports cancelled by Customer due to Chronic Failures shall continue to count towards: (i) Customer's satisfaction of any applicable minimum purchase commitment set forth in Section A.8 above; and (ii) the number of active and ordered DAS Ports pursuant to Section A.4(a) above.

(f).    Escalation Matrix. SBC agrees to provide Customer with an operations and senior management escalation matrix, and to update and maintain such matrix on a current basis for the service term of this Service Schedule. Such matrix shall include email addresses and telephone access numbers for operations and senior management points of contact who are available and authorized to address and resolve Service performance issues on a 24x7x365 basis.

A.11.    Migration of Existing Capacity.

(a).    The parties acknowledge that the migration of existing PRI services provided by SBC affiliates to Customer ("PRI Services") may require the installation of certain equipment and facilities. Consistent with the availability of such equipment and facilities, the migration of the PRI Services to the DAS Services hereunder shall be established pursuant to an installation schedule to be agreed upon by the parties in writing during the thirty (30) days following the Service Effective Date. Successful migration of any portion of such PRI Services shall be deemed to have occurred when the replacement DAS Services are provided to and accepted by Customer pursuant to Section A.5 above. SBC agrees that all existing telephone numbers shall be preserved in the migration to the DAS Services unless otherwise agreed-upon by Customer in advance in writing.

(b).    The rates included in this Service Schedule are not valid for PRI Services until the circuits are converted to the DAS Services. Once a circuit is converted, it falls under the terms and conditions of the Agreement and this Service Schedule. All migrated DAS Ports shall be deemed to have been installed during calendar year 2000. In the event such conversion would impose upon Customer any termination penalties associated with SBC affiliate services, SBC and Customer agree that they will cooperate with each other, and any other SBC affiliate, to arrange the offering of services hereunder in a mutually agreeable manner that fully avoids the impact of such termination penalties.

(c).    To the extent that SBC adds new DAS Services ordered hereunder to any given central office, SBC also shall migrate all PRI Services connecting to such central office at the same time.

(d).    SBC shall commence the migration of all PRI Services to the DAS Services upon the Service Effective Date. All migrated DAS Ports shall be deemed to have been ordered by Customer as of the Service Effective Date. Subject to Section A.11(b) above, the parties' objective shall be to migrate all PRI Services to the DAS Services within six (6) months of the Service Effective Date. In the event that any PRI Services are not successfully migrated to the DAS Services by such deadline, SBC agrees to bill for all PRI Services that remain to be migrated at the rates set forth herein and to use its best efforts to complete the migration as expeditiously as possible.

(e).    If the migration of PRI Services is delayed due to changes initiated by Customer or the acts or omissions of Customer, or due to any Force Majeure event, SBC shall have the right to extend the migration deadline for the affected PRI Services by the period of such delay. All such delays shall be communicated as soon as practical between Customer's project coordinator and SBC's project manager.

A.12.    Service Portability. Beginning as of January 1, 2001, Customer may during the course of each calendar year terminate up to 10% of the total number of active DAS Ports as of January 1st of such calendar year without

SBCO2005

liability for any early termination charges; provided that (i) the number of new DAS Ports ordered by Customer during such calendar year is equal to or greater than the number of DAS Ports terminated during such calendar year; and (ii) the terminated DAS Ports have been in service for at least 8 months. During the first 12 months after the Service Effective Date, Customer may terminate up to 30,000 DAS Ports; provided that the foregoing portability conditions shall apply. Customer shall be liable for any applicable early termination penalties in accordance with Section A.14 below for any excess DAS Ports terminated by Customer, or if Customer fails to satisfy the foregoing portability conditions with respect to any terminated DAS Port.

A.13.    **Applicable Federal, State, or Local Tariffs.**

(a).    The parties acknowledge that various tariffs may apply with respect to the DAS Services that are provided by SBC in certain states and/or other identified locations. Within 30 days of the Service Effective Date, SBC shall provide Customer with a list of all such applicable tariffs and the corresponding territories.

(b).    In the event that SBC is required to make any tariff filings with respect to this Service Schedule, SBC agrees to provide Customer with a draft of such tariff filing for Customer's review, comment, and approval, which shall not be unreasonably withheld, conditioned, or delayed by Customer. SBC agrees to afford Customer a reasonable period of time to conduct such review, but no less than ten (10) calendar days, and to incorporate or otherwise address any reasonable comments provided in writing by Customer to SBC. In no event shall such a tariff filing be inconsistent with or contrary to the terms and conditions of the Agreement or this Service Schedule. Notwithstanding anything in this Service Schedule or the Agreement to the contrary, in no event may Customer receive credit for DAS Ports cancelled due to the time the DAS Services could not be provided while Customer was reviewing a proposed tariff filing. In addition, in the event that regulatory decisions, as interpreted by SBC in its reasonable discretion, make the assignment of this Service Schedule to an SBC affiliate advisable to SBC, then SBC shall have the right to make such assignment; provided that the terms and conditions of this Service Schedule shall not be modified as a result of such assignment.

A.14.    **Service Term & Early Termination Liabilities.**

(a).    The service term of this Service Schedule shall expire as of the expiration or termination of the last active DAS Port provided hereunder.

(b).    Each DAS Port shall be in service until the initial expiration date applicable to such DAS Port based on the year in which such DAS Port was installed by SBC and accepted by Customer, in accordance with the table below.

| Year Installed | Initial Expiration Date |
|---|---|
| 2000 | 12/31/04 |
| 2001 | 12/31/05 |
| 2002 | 12/31/06 |
| 2003 | 12/31/07 |
| 2004 | 12/31/08 |

(c).    Upon the applicable initial expiration date for a given DAS Port, such DAS Port automatically shall be renewed on a month-to-month basis, unless either party provides the other party with thirty (30) days prior written notice of its intent not to renew such DAS Port.

(d).    Except as otherwise provided in the Agreement or this Service Schedule (including without limitation Section A.12 above), if Customer cancels a given DAS Port prior to its applicable initial expiration date, Customer shall pay an early termination charge equal to the number of months remaining until the applicable initial expiration date for such DAS Port, times the then-current monthly fee per DAS Port, times the applicable termination percentage based upon the number of months that such DAS Port was in service in accordance with the following table:

DOJ - 00131
CONFIDENTIAL

SBCO2006

S 377

| Months in Service | Termination Percentage |
|---|---|
| 0 – 12 | 100% |
| 13 – 36 | 90% |
| 37 – 60 | 80% |

(e).    Any DAS Port that Customer cancels and for which pays a termination charge as set forth in Section A.14(d) above shall continue to count towards: (i) Customer's satisfaction of any applicable minimum purchase commitment set forth in Section A.8 above; and (ii) the number of active and ordered DAS Ports pursuant to Section A.4(a) above.

A.15.    Sale of Assets.  In the event that SBC or its affiliate sells any network assets used in connection with the DAS Services to a third party, the number of DAS Ports associated with the network assets sold by SBC or its affiliate shall continue to count towards: (i) Customer's satisfaction of any applicable minimum purchase commitment set forth in Section A.8 above; and (ii) the number of active and ordered DAS Ports pursuant to Section A.4(a) above.

A.16.    Annual Review.  Beginning in January 2001, the parties shall meet on an annual basis each January to review and discuss the DAS Services' architecture and equipment, market conditions, and the market competitiveness of the prices and commitment levels set forth herein, as well as any business, performance, or operational issues as may arise between the parties.  The parties also shall discuss the deployment of future technologies in SBC's networks, including without limitation alternative call delivery technologies (e.g., SS7 and/or soft switch technologies), and any corresponding price decreases associated with such deployment.  The parties agree to negotiate in good faith to maintain the competitive viability of this Service Schedule.

A.17.    COBRA Architecture White Papers.  The following two (2) white papers set forth certain technical parameters and operational requirements applicable to the DAS Services provided hereunder.

(a).    Lucent/Ascend Equipment.  See Exhibit A-1 to this Service Schedule.

(b).    3com Equipment.  See Exhibit A-2 to this Service Schedule.

**AUTHORIZED APPROVALS**

UUNET TECHNOLOGIES, INC.

By: _____

Printed Name: _____

Title: _____

Approved By UUNET LEGAL Department

By: _____

Signature

Date _____ 1/28/00 _____

SBC GLOBAL SERVICES, INC.

By: _____

Printed Name: R. Wilkins

Title: Pres: SBC-BCS

SBCO2007

S 378

3Com

Exhibit 4 -- 3Com Pricing

## EXHIBIT 4: Qwest ANS of COBRA Pricing 3Com Total Control Equipment Configuration (6/27/01)

### 3Com TC/DC (HDM) CONFIGURATION (336 modem ports per chassis)

| Part No. | Description | Qty. | Virtual COBRA Price (US$) | COBRA Price (US$) |
|---|---|---|---|---|
| 3C0504775-00 | Total Control DC Mgmt. Chassis (per cabinet/rack of 4 modem chassis) | 1 | $ 1 | $ 3,999 |
| 003468-00 | TCH Dual 130/ADC Power w/ HiPerNMC Card Set | 1 | Included | Included |
| 003802-01 | EdgeServer OverDrive, 256mb, 2x2GB HD | 1 | Included | Included |
| 0032BF-00 | 16 port Serial NIC | 1 | Included | Included |
| 001693-00 | Pentium Pro Processor | 1 | Included | Included |
| 00216T-01 | Dual 10/100 BaseT Ethernet NIC | 1 | Included | Included |
| 00084B-12 | Quad Analog Digital Modem Card Set | 1 | Included | Included |
| 003468-00 | TCH Dual 130/ADC Power w/ HiPerNMC card set (per modem chassis) | 1 | $ 1 | $ 1,999 |
| 002108-01 | HiperARC Card Set (Ethernet) (per modem chassis) | 1 | $ 1 | $ 1,999 |
| 002092-00 | HiPerDSP Card Set (24 ports/card) (per modem chassis) | 14 | $ 14 | $ 30,870 |
| Cisco7206VXR | Cisco 7206 DC VXR (per 8 modem chassis) (T3 or 8xT1 card) | 1 | $ 1 | $ 21,999 |
| W8-C3204M-AXL-EN-DC | Cisco 24-port DC NEBS switch | 1 | $ 1 | $ 2,967 |
| WCOM COBRA SW | WCOM 3Com-TC Custom Software Bundle (WCOM use only) | 1 | N/C | N/C |
| Total System Price | (1 modem chassis per cabinet) | | $ 10 | $ 63,833 |
| Total System Price | (2 modem chassis per cabinet) | | $ 35 | $ 98,701 |
| Total System Price | (3 modem chassis per cabinet) | | $ 51 | $ 133,569 |
| Total System Price | (4 modem chassis per cabinet) | | $ 67 | $ 168,437 |

### Pricing Notes

1. Average Lucent TNT COBRA price = $132.73 per port ($53,711/460).    Average 3Com COBRA price (3 modem chassis) = $132.51 per port ($133,569/1008)
2. Virtual COBRA pricing ($1/part) valid only for RAS Equipment purchased by Qwest for use directly in support of WCOM's purchase of Virtual COBRA services from Qwest
3. Prices are exclusive of EF&I hardware and services (e.g., vehicle/racks, panels, cables, COB mgmt devices, ancillary components, rack/stack services, and site preparation, engineering, and installation services and materials), which are the responsibility of Qwest
4. Cisco 7206 may use DS3, 4xDS1, or 8xDS1 cards (depending on egress capacity requirements from a given site)
5. Prices are exclusive of shipping, insurance, taxes, and duties, which are the responsibility of Qwest

3/14/2005

WCOM Confidential

DOJ - 00234
CONFIDENTIAL

3Com

Amended equipment Exhibit.final.clean

## AMENDED AND RESTATED EXHIBIT B
### Verizon/WCOM CyberPOP™ - 3Com Total Control Equipment Configuration (644 DS1)

#### 3Com Total Control (HDM) CONFIGURATION (336 modem ports per chassis)

| Part No. | Description | Qty. | Virtual COBRA Price (US$) |
|---|---|---|---|
| 3C050477-5-00 | Total Control DC Mgmt. Chassis (per cabinet/rack of 4 modem chassis) | 1 | $1 |
| 003458-00 | TCH Dual 150A/DC Power w/ HiPerNMC Card Set | 1 | Included |
| 003802-01 | EdgeServer OverDrive, 266mb, 2x2GB HD | 1 | Included |
| 003281-00 | 16 port Serial NIC | 1 | Included |
| 001893-00 | Pentium Pro Processor | 1 | Included |
| 002157-01 | Dual 10/100 BaseT Ethernet NIC | 1 | Included |
| 000649-12 | Quad Analog Digital Modem Card Set | 1 | Included |
| 003458-00 | TCH Dual 150A/DC Power w/ HiPerNMC card set (per modem chassis) | 1 | $1 |
| 002106-01 | HiperARC Card Set (Ethernet) (per modem chassis) | 1 | $1 |
| 002082-00 | HiPerDSP Card Set (24 ports/card) (per modem chassis) | 14 | $14 |
| Cisco7206VXR | Cisco 7206 DC VXR (per 8 modem chassis) | 1 | $1 |
| 3C39035-DC or Cisco WS-C2924M-XL-EN-DC | 3Com 3900 DC Ethernet Switch or Cisco 24-port DC NEBS switch (per cabinet/rack of 4 modem chassis) | 1 | $1 |
| WCOM COBRA SW | WCOM 3Com-TC Custom Software Bundle (WCOM use only) | 1 | N/O |
| Total System Price | | | $19 |

#### Pricing Notes:

1. Virtual COBRA pricing ($1/part) valid only for RAS Equipment purchased by Verizon for use in support of WCOM's purchase of CyberPOP® service from Verizon

2. Prices are exclusive of EF&I hardware and services (e.g., cabinets/racks, panels, cables, OOB mgmt devices, ancillary components, rack/stack services, and site preparation, engineering, and installation services and materials), which are the responsibility of Verizon

3. The Cisco 7206 may use DS3, 4xDS1, or 8xDS1 cards (depending on egress capacity requirements from a given site)

4. For certain GridNet sites, a carrier access mux may be required to support DS3 ingress, subject to Verizon NEBS compliance

5. Prices are exclusive of shipping, insurance, taxes, and duties, which are the responsibility of Verizon

6. In light of 3Com's plans to "end of life" the 3Com 3900 DC Ethernet Switch, the Cisco 24-port DC NEBS Switch may be used instead

3/14/2005

WCOM Confidential

DOJ - 00235
CONFIDENTIAL

d.

# Total Control Platform with HiPer Access System Card Sets

## HiPer DSP Card Set



The advanced design of the HiPer DSP card set enables multiple modem sessions, ISDN processing, voice-codecs, and PPP co-processing on a single DSP (digital signal processor)— delivering a high level of functionality in a small space. The card set can process a T1/E1 span's worth of channels (24 or 30 channels respectively) while occupying just one platform slot.

In a fully populated Total Control platform, the HiPer DSP card set can handle up to 336 calls via T1 and up to 420 calls via E1.

Unlike a simple modem card, the HiPer DSP card set features a fully reprogrammable digital signal processing engine that lets administrators reconfigure the system to implement new technologies and applications such as voice-over-IP. The card set supports a full range of trunk and communications standards, including many variations of CAS/PRI 56K V.90*, 3Com x2*** technology, and all of the most common ITU-T and Bell communications standards and rates (including V.34, V.32terbo, V.32, and V.32bis, H.323-RTP and G.7231.1)

## HiPer Access Router Card Set



The HiPer access router card set works with the HiPer DSP card set to process the packet content of digital and analog connections and route user data, at wire speeds, to various LAN/WAN interfaces.

The HiPer access router supports a broad set of LAN and WAN protocols and provides full access routing functionality, including per-user firewalls with application and protocol filtering, STAC compression, RIP and RIP Version 2, plus RADIUS and other user authentication support.

Occupying one slot each, two HiPer access router card sets can be configured to provide load sharing and redundancy for increased access router performance. Support for SNMP management, call activity logging and RADIUS accounting ensure a high level of oversight and control over network access activities.



# Specifications
*Total Control Multiservice Access Platform*

## HiPer Access Router System

**Power Requirements**
Example of a Fully Loaded System:
96A max.
- 14 HiPer DSP NIC/NAC sets
- 2 HiPer access router NIC/NAC sets
- 1 Network Management NIC/NAC set

HiPer DSP NIC/NAC set: 5.4A max.
HiPer access router NIC/Ethernet NAC set: 7.0A max.
EdgeServer Pro card: 15A max
Network Management card: 5.0A max.

**Physical Dimensions**
Total Control Platform
Height: 8.75 in/ 22.2 cm
Width: 17.3 in/ 43.6 cm
Depth: 18.6 in/ 47.2 cm

**Operating Environment**
Temperature: 30°–104°F (0°–40°C)
Humidity: 0-95% noncondensing

**Regulatory/Agency Approvals**
Complies with FCC Part 15, Class A requirements for Radiated and Powerline Conducted Emissions
FCC Part 68 approved
NEBS Level 3 support
UL and C-UL (CSA equivalent) Listed under UL 1950, Information Technology Equipment
CE

## HiPer DSP Card Set

**Physical Interfaces**
T1/T1-PRI and E1/E1-PRI
One RJ-45 T1/E1 port
One RJ-45 RS-232-emulated connector for local management console
One Dual 1/8 in. bantam monitor jack (T1 version only)

**Power Requirements**
T1 NIC + 24 channel HiPer DSP NAC: 4.8A typical (24W)
E1 NIC + 30 channel HiPer DSP NAC: 5.2A typical (26W)

**Primary Rate Interface Compliance**
Compliant with AT&T technical publication TR41459 and compatible with AT&T ISDN PRI services

**Laboratory Testing**
ISDN data link layer ITU-T Q.921
ISDN call control signaling ITU-T Q931/LAS1
Provides ANI and DNIS digits via Q.931 D-channel signaling
Supports NonFacility Associated Signaling (NFAS) with D-channel backup
E&M Type II Signaling (T1 interfaces)
Channelized T1 robbed bit signaling
Loop Start
Ground Start
E&M wink start
E&M immediate

E&M FGD
E&M FGB
T1 CR22

**Central Office Switch Signaling Support (ISDN)**
AT&T 4ESS Custom
AT&T 5ESS Custom
Northern Telecom DMS-100 Standard
Northern Telecom DMS-250
INS 1500
ER11
National ISDN 2 (NI2)

**Digital Data Compatibility**
For end-to-end transmission over ISDN: Sync PPP, ITU-T.V.120/LA62, ITU-T V.110/LA63, 64 Kbps and 56 Kbps clear channel HDLC, X.75

**T1/E1 Interface**
Metallic interface per ANSI T1.403
CSU to T1 per AT&T Pub 62411
PRI interface per ANSI T1.408
D4 or ESF frame formats
B8ZS line coding
Auto equalization for data and clock recovery (36dB)
Supports local and remote loopbacks

**E1 Interface**
Metallic interface per ITU-T G.703
PRI interface per ETS 300 011
HDB3 line coding
ITU-T G.704 framing with and without CRC-4

**Modulation Support**
V.90 (56 Kbps*)
x2 (56 Kbps*)
V.34 (33.6 and 28.8 Kbps)
V.32terbo (19.2 Kbps)
V.32 (9600 and 4800 bps)
V.32bis (14.4 Kbps, 12 Kbps, 9600 bps, 7200 bps and 4800 bps)
V.22 (1200 bps)
V.22bis (2400 bps)
V.25
Bell 212A (1200 bps)
Bell 103

**Error Correction**
ITU-T V.42
MNP 2-4

**Data Compression**
ITU-T V.42bis
MNP 5

**Voice Over IP (optional)**

**CODEC Support**
Line Echo Cancellation
ITU G.723.1
ITU-G.165

**Protocols**
ITU H.323
RTP
PPP

## HiPer Access Router Card Set

**Physical Interfaces**
Dual, auto-sensing 10/100 Ethernet interfaces
Two RJ-45 10BASE-T/100BASE-T
One RJ-45 RS-232-emulated connector for local management console

**Power Requirements**
10/100 Ethernet NIC + HiPer access router NAC: 6.3A typical (31W)

**Client Dial-Up Support**
PPP with automatic PPP detection
SLIP, CSLIP
Telnet
DHCP
Rlogin
STAC compression
IP address pooling

**Routing Support**
RIP version 2
Transparent on-demand routing
IP protocol routing
Support for host, subnet, and network routers

**Administration**
Local flash ROM for booting and configuration storage
Support for Domain Name Service (DNS)
Call activity logging
SNMP management; MIB II and additional MIBs
Telnet command line interface
Ping utilities
Dial-in administrative access
RADIUS accounting

**Filtering and Security**
IP protocol filtering
Set inbound and outbound packet filtering independently
Compatible with RADIUS authentication servers
IP address assignment per router or per port

**PPP Specific Features**
STAC Data Compression for PPP payload
Address and control field compression
PAP and CHAP authentication protocols
Magic number loopback detection
Maximum receive unit negotiation
Async control character map negotiation
IP address negotiation and assignment
Van Jacobson compression TCP/IP headers

**Industry Standards Support**
ARP (Address Resolution Protocol)
CCP (compressed PPP) with support for STAC algorithms
CSLIP (compressed SLIP)
ICMP (Internet Control Message Protocol)
IP (Internet Protocol)

PPP (Point-to-Point Protocol)
RFC 1331, 1332, and 1334 for PPP
RIP (Routing Information Protocol) and RIP Version 2 with optional authentication
SLIP (Serial Line Internet Protocol)
TCP (Transmission Control Protocol)
Telnet
UDP (User Datagram Protocol)
CIDR

## EdgeServer Pro Card

**System Requirements**
HiPer DSP card set, or Dual T1, E1, or PRI card set with Quad V.34 Modem cards

**Power Requirements**
15A max

**Hardware Set**
EdgeServer Pro NAC card (occupies 3 slots)
One or two** Intel® 200 MHz Pentium® Pro processors with 256 KB L2 cache
Two 2 GB internal mode 4 EIDE hard drives
Four ECC memory DIMM sites supporting up to 1 GB of memory. Four DIMMs may be installed in any combination in the following sizes: 64 MB, 128 MB, 256 MB
One 3.5" 1.44 MB floppy disk drive
Reset/Reboot button

**EdgeServer Pro Peripheral NIC Card**
Ultra-wide SCSI-3 interface
DB-15 SVGA video
Mini-DIN keyboard connector
Mini-DIN mouse connector

**Optional Ethernet NIC Card**
Two 10/100 Ethernet RJ-45 autosensing ports
One RJ-45 RS-232 serial port

**EMI/EMC Regulatory**
FCC Part 15, Class A; EN 55082; EN 55022, Class A

**Safety**
UL 1950; EN 60950; C-UL; CE-MARK

**EdgeServer Operating System**
Optional factory installed Windows NT Server 4.0
Server license and five client licenses
CD media
Getting Started documentation

## Quad Modem Card

**DTE Interface**
Supports standard DTE rates up to 115,200 bps

**Asynchronous operation**

**Synchronous operation (DCE supplies TxD clock)**

**Physical Interface 1** SCSI-II 50-pin connector (converted via supplied cable to 4 EIA RS-232 25-pin female)

**Error Correction**
ITU-T V.42
MNP 2-4

S 382

# 3Com Total Control

**Total Control Multiservice Access Platform**



3Com Corporation
P.O. Box 58145
5400 Bayfront Plaza
Santa Clara, CA 95052-8145
Phone: 800 NET 3Com
or 1 408 326 5000
Fax: 1 408 326 5001
World Wide Web:
http://www.3com.com

3Com Asia Limited
Beijing, China: 86 10 68492568
Shanghai, China: 86 21 6350 1581
Hong Kong: 852 2501 1111
India: 91 11 644 3974
Indonesia: 62 21 572 2088
Osaka, Japan: 81 6 536 3303
Tokyo, Japan: 81 3 3477 3266
Korea: 82 2 3455 6300
Malaysia: 60 3 715 1333
New Zealand: 64 9 366 9138
Philippines: 632 892 4476
Singapore: 65 538 9368
Taiwan: 886 2 2 377 5850
Thailand: 662 231 8151 5

3Com Austria
43 1 580 17 0

3Com Benelux B.V.
Belgium: 32 2 725 0202
Netherlands: 31 346 58 62 11

3Com Canada
Calgary: 1 403 265 3266
Edmonton: 1 403 423 3266
Montreal: 1 514 683 3266
Ottawa: 1 613 566 7055
Toronto: 1 416 498 3266
Vancouver: 1 604 434 3266

3Com Eastern Europe/CIS
Bulgaria: 359 2 962 5222
Czech/Slovak Republics:
120 2 21845 800
Hungary: 36 1 250 83 41
Poland: 48 22 6451351
Russia: 7 095 258 09 40

3Com France
33 1 69 86 68 00
Carrier and Client Access:
33 1 41 97 46 00

3Com GmbH
Berlin, Germany: 49 30 3498790
Munich, Germany: 49 89 627320

3Com Iberia
Portugal: 351 1 3404505
Spain: 34 1 509 69 00

3Com Latin America
U.S. Headquarters: 1 408 326 2093
Miami, Florida: 1 305 261 3266
Argentina: 54 1 312 3266
Brazil: 55 11 246 5001
Chile: 562 241 6555
Colombia: 57 1 629 4110
Mexico: 52 5 520 7841
Venezuela: 58 2 261 8220

3Com Mediterraneo
Milan, Italy: 39 2 253011 01
Rome, Italy: 39 6 5253 041

3Com Middle East
971 4 49 55 73

3Com Nordic AB
Sweden: 46 8 587 05 500

3Com Southern Africa
27 11 807 4397

3Com UK Ltd.
Edinburgh: 44 131 240 2900
Ireland: 353 1 820 7077
Manchester: 44 161 873 7717
Marlow: 44 1628 897 000

**Data Compression**
ITU-T V.42 bis
MNP 5
**Compatibility**
ITU-T V.90 at 56 Kbps*
x2 technology at up to 56 Kbps*
ITU-T V.34 at 33.6 Kbps, 31.2 Kbps, 28.8 Kbps and slower speeds
V.FC at 28.8 Kbps
V.32terbo at 19.2 Kbps
ITU-T V.32 bis at 14.4 and 12 Kbps; 9600; 7200 and 4800 bps (symmetrical and asymmetrical full duplex)
ITU-T V.32 at 9600 and 4800 bps
ITU-T V.22 bis at 2400 bps
ITU-T V.22 at 1200 bps
ITU-T V.23 at 1200/75 bps
ITU-T V.21 at 300 bps
Bell 208B at 4800 bps (synchronous)
Bell 212A at 1200 bps
Bell 103 at 300 bps
QuickConnect technology
Adaptive Speed Leveling (ASL)
**Fax Compatibility**
V.17 at 14,400 bps; Group III; TIA/EIA Class 1, and TIA/EIA 592 Class 2.0
Call detection automatically switches between data and fax calls
**Symmetrical or Full Duplex Operation**
Efficient 2-way transfers for full duplex protocols and instantaneous response for interactive applications
**Synchronous Transmission**
From 1200 bps to 28.8 Kbps for communication with mainframes, bridges, routers or other synchronous devices
**Cellular Support (optional)**
MNP10EC
V.42ETC
**T1 Features**
Telco T1 interface via T1 application card
Modem initialization string and ANI/DNIS code storage (3 sets)
DS0 busy out
ANI/DNIS code dependent modem configuration
Supports ground start and loop start supervision and E and M, Type 2

**Supports MF and DTMF addressing**
**Physical Dimensions**
Application Card: 12.45 in. x 6.4 in.
Application Card: 4.85 in. x 6.4 in.
**Power Requirements**
1.5A @ 5VDC
0.1A @ 12VDC
8.7 watts
25 BTUs

## Dual PRI Card
**Primary Rate Interface Compliance**
Compliant to AT&T technical publication TR41459 and compatible with AT&T ISDN PRI services per AT&T Laboratories testing
ISDN data bit bear ITU-T Q.921
ISDN call control signaling ITU-T Q.931/I.451
Provides ANI and DNIS digits via Q.931 D-channel signaling
Supports NonFacility Associated Signaling (NFAS)
**Central Office Switch Types Supported**
AT&T 4ESS Custom
AT&T 5ESS Custom
Northern Telecom DMS-100 Standard
Northern Telecom DMS-250
INS 1500
National ISDN 2 (NI2)
**Digital Data Compatibility**
For end-to-end transmission over ISDN
ITU-T V.120/L462
ITU-T V.110/L463
Sync PPP (RFC 1717)
**T1 Interface**
Metallic interface per ANSI T1.403
CSU to T1 per AT&T Pub 62411
PRI interface per ANSI T1.408
D4 or ESF frame formats
B8ZS line coding
Integral CSU
   Auto equalization for data and clock recovery
   Range = 36dB at 772 Khz (6000 feet 24 AWG TP wire)
Supports local and remote loopbacks
**LED Indicators**
Run/Fail, Carrier, Loopback and Alarm

states
Power/Heat
5 watts per card set/17 BTUs
**Operating Environment**
Temperature: 32°-104° F (0°-40° C)
Humidity: 0-95% (non-condensing)
Non-condensing
**Physical Interfaces**
RJ-48C T1/PRI connectors for span1 and span2
RJ-45 RS-232 connector for local management console
1/8 in. bantam monitor jacks

## T1 Interface
Metallic interface per ANSI T1.403
CSU to T1 per ATT pub 62411
D4 or ESF frame formats
B8ZS line coding
Integral CSU
   Auto equalization for data and clock recovery
   Range = 36dB at 772 Khz (6000 feet 24 AWG TP wire)
Integrated E&M type II signal support including:
   Wink start or immediate start
   Answer Supervision
   Feature Group B, Feature Group D, and others
   DNIS and ANI address signaling
Supports ground start and loop start supervision
Supports MF and DTMF addressing
Supports local and remote loopbacks
**Physical Interfaces**
RJ48C connectors for span 1 and span 2 on T1 NIC
Bantam monitor jacks for span lines 1 and 2 on T1 NIC
RJ45 for local management console
**LED Indicators**
Run/Fail, Carrier, Loopback, and Alarm states
Power/Heat
5 watts per card set/17 BTUs
**Operating Environment**
Temperature: 32°-104° F (0°-40° C)
Humidity: 0-95% (non-condensing)

* Capable of receiving downloads at up to 56 Kbps and sending at up to 31.2 Kbps. 56K download capability requires compatible phone line and provider/server equipment. Actual download speeds may be lower than 56 Kbps due to telecommunications regulations, varying line conditions, and other factors. This product complies with the 56K V.90 ITU standard and x2 technology. ITU standard ratification is expected in September 1998. See www.3com.com/56k for details.

** Visit www.3com.com for availability of drivers supporting second processor.

*** For our customers with existing x2 technology (and products upgraded to x2 technology), we guarantee a free upgrade to the V.90 standard. You must claim your free upgrade by December 31, 1998. See www.3com.com/56k for details.

To learn more about 3Com products and services, visit our World Wide Web site at http://www.3com.com.

Copyright © 1998 3Com Corporation. All rights reserved. 3Com, x2, NETBuilder, Transcend, and V.Everything are registered trademarks and HiPer, Universal Connect, Total Control and x2 are trademarks of 3Com Corporation or its subsidiaries. Solaris, Solstice, SPARCstation, and SunNet are trademarks of Sun Microsystems, Inc. HP and OpenView are trademarks of Hewlett-Packard Company. Pentium Pro is a trademark of Intel Corporation. Windows and Windows NT are trademarks of Microsoft Corporation. Other product names may be trademarks or registered trademarks of their respective owners. All specifications are subject to change without notice.

Printed in U.S.A. on recycled paper                    400426-001  6/98

3Com CommWorks Total Control HiPer Access Router Card (002106-01) - Find, Compare, and ...   Page 1 of 3

 THE INDEPENDENT GUIDE TO TECHNOLOGY

Go To A Section

SEARCH | PC Maga:

 FUJITSU

FREE 512 MB memory stick &
FREE shipping with purchase of any Fujitsu
notebook or Tablet PC
Coupon Code: FCSWBCSD5

Learn More

| **Home** | **Computers** | **Photography** | **Electronics** | **Software** |   powered by Shopping.com

What are you shopping for? `002106 01`  in `Routers`    **Find**

Back to:  Computers  >  Networking  >  Routers

## Read product information for the 3Com CommWorks Total Control HiPer Access Router Card (002106-01)

This product is currently not available for purchase at any of the stores we search

ADVERTISEMENT

DELL S599 INSPIRON™ 1200

The HiPer Access Router Card Set is a complete solution for Internet service providers, telcos and large corporate networks that require high-performance routing technology. The HiPer Access Router Card is part of the HiPer Access System and is used in conjunction with HiPer DSP Cards to form a complete solution for unparalleled remote access performance. The HiPer Access Router Card supports and routes 336 analog or ISDN dial-up calls via T1 or T1-PRI connections, or 420 analog or ISDN dial-up calls via E1 or E1-PRI connections. Two HiPer

> See product details
> Write a review at Epinions.com

DOJ - 00239
CONFIDENTIAL

S 384

Access Router Cards may be configured in a single Total Control HiPer Access System to provide statistical redundancy for increased routing performance.



**FREE**
CD Burner/DVD Combo Drive Upgrade on Select Notebooks! Plus, FREE Shipping!

Latitude™ D610 featured Intel® Centrino™ Mobile Technology

### Standards and Protocols

| | |
|---|---|
| Management Protocol | SNMP |

**Miscellaneous**

| | |
|---|---|
| MPN | 002106-01 |
| Product ID | 20194173 |

### Additional resources

**Router Technology**
Free e-Book download: "Architecting Next-Generation Networks"
www.gobroadcom.com

**Routers at Amazon.com**
ow prices and huge selection. Qualified orders over $25 ship free
amazon.com/tools

**Broadband Router**
Broadband Networking at Dell
www.dell4me.com

**Hubs, Routers, & Switches**
Top Brands new/used/refurb with up to 90% off retail w/ warranty.
www.networkliquidators.com

**Routers at Best Buy**
Shop Best Buy today for the latest Routers & more networking products!
www.BestBuy.com

eBAY  Search for **002106 01**

➡ **More Details**

Expires 04/20/05.



Shop the E-Catalog to see new Dell™ systems now! →

**DELL** Small Business

Adobe® Acrobat® 7.0

VISIT SITE

DOJ - 00240
CONFIDENTIAL

7

http://pcmag.shopping.com/xFS?KW=002106-01&FN=All+Categories&FD=0                    4/13/2005

3Com Total Control 1000 HiPer DSP Card Set (002092-00) Modem - Find, Compare, and Buy 3...    Page 1 of 3



THE INDEPENDENT GUIDE TO TECHNOLOGY

Go To A Section

SEARCH [          ]    PC Maga:

TISEMENT

Savings in black and white. And color, too.
Lexmark C510
Save up to $200 instantly on select C510 color lasers.



CDW

| Home | Computers | Photography | Electronics | Software |    powered by Shopping.com

What are you shopping for?  [ 002092 00 ]  in  [ Modems ▾ ]  [ Find ]

Back to:  Computers  >  Modems

## Read product information for the 3Com Total Control 1000 HiPer DSP Card Set (002092-00) Modem

This product is currently not available for purchase at any of the stores we search

ADVERTISEMENT

DELL  Small Business
FREE
Flat Panel
Monitor!
Expires 04/20/05



The advanced design of the HiPer DSP card set enables multiple modem sessions, ISDN processing, voice-codecs, and PPP co-processing on a single DSP (digital signal processor)- delivering a high level of functionality in a small space. The card set can process a T1/E1 spans worth of channels (24 or 30 channels respectively) while occupying just one platform slot. In a fully populated Total Control 1000 platform, the HiPer DSP card set can handle up to 336 calls via T1 and up to 420 calls via E1. Unlike a simple modem card, the HiPer DSP card set features a fully reprogrammable digital signal

> See product details
> Write a review at Epinions.com

DOJ - 00241
CONFIDENTIAL

8

3Com Total Control 1000 HiPer DSP Card Set (002092-00) Modem - Find, Compare, and Buy 3...     Page 2 of 3

processing engine that lets administrators reconfigure the system to implement new technologies and applications such as voice-over-IP. The card set supports a full range of trunk and communications standards, including many variations of CAS/PRI 56K V.90, 3Com x2 technology, and all of the most common ITU-T and Bell communications standards and rates (including V.34, V.32terbo, V.32, and V.32bis...



DELL Small Business

intel inside
pentium 4

FREE
Flat Panel Monitor
with Select Desktops!
Plus, FREE Shipping!

Dimension 8400
featured Intel® Pentium®
4 Processors with HT
Technology

More Details
Expires 04/20/05.

### Key Features

| | |
|---|---|
| Type | ISDN Terminal Adapter |
| Connectivity Technology | Wired |
| Platform | PC |

### Protocols

| | |
|---|---|
| Analog Modulation | ITU V.34, ITU V.32bis, ITU V.32, ITU V.17, ITU V.22bis, ITU V.22, ITU V.90, ITU V.21, Bell 212A, Bell 103, Bell 212, Bell 208B |
| Error Correction | ITU V.42, MNP-4, MNP-3, MNP-2 |
| Data Compression | ITU V.42bis, MNP-5 |
| Digital Signaling | ISDN PRI |

### Other Features

| | |
|---|---|
| 56K Technology | V.90, X2 |

### Warranty

| | |
|---|---|
| Warranty | 2 Years |

### Miscellaneous

| | |
|---|---|
| Package Qty. | 1 |
| MPN | 002092-00 |
| Product ID | 20162023 |



Shop the E-Catalog to see new Dell systems now!
DELL Small Business

DOJ - 00242
CONFIDENTIAL

9

S 387

PC Magazine: Product Features for the Cisco 7206 VXR Router (C7206VXR/400/2FE)   Page 1 of 3

THE INDEPENDENT GUIDE TO TECHNOLOGY
Go To A Section
PC Maga

Savings in black and white. And color, too.
CDW

| Home | Computers | Photography | Electronics | Software |   powered by Shopping.com

What are you shopping for?     in   Routers     Find

Back to: Computers > Networking > Routers

## Read product information for the Cisco 7206 VXR Router (C7206VXR/400/2FE)

Enterprise and service provider customers continue to drive the need for . optimizing operational and management costs, simplifying network management and increasing revenue opportunities. The Cisco 7200 addresses these requirements by collapsing functions previously performed by separate devices into a single, cost-effective platform. Through functional integration, the Cisco 7200 high-performance multifunction platform provides a single, cost-effective platform.The Cisco 7200 series delivers exceptional price/performance to meet the requirements of both enterprise and service providers. With its combination of

> Compare prices at 5 stores
> See product details
> Write a review at Epinions.com

ADVERTISEMENT
Shop the E-Catalog to see new Dell systems now!
DELL Small Business

DOJ - 00243
CONFIDENTIAL

10

S 388

scalable performance, density, and low per-port pricing, the Cisco 7200 allows network-layer capabilities to be extended to a much wider range of network configurations and environments. Customers can now gain the advantages of high-performance network-layer switching and services, including security, QoS, and traffic management to more locations throughout the network.Th...

## TOSHIBA

Save up to $100 on select Toshiba notebooks with TruBrite™ screen technology.

Shop now >

ToshibaDirect.com

* With not of...ch charge



Shop the E-catalog to see new Dell™ systems now! ➔

DELL™ Small Business

## Standards and Protocols

| | |
|---|---|
| Management Protocol | SNMP, Telnet |

## Memory

| | |
|---|---|
| Installed RAM | 128 MB |
| Installed Flash Memory | 48 MB |

## Dimensions

| | |
|---|---|
| Width | 16.82 in. |
| Depth | 17.02 in. |
| Height | 5.24 in. |
| Weight | 50.05 lb. |

## Miscellaneous

| | |
|---|---|
| MPN | C7206VXR/400/2FE |
| Product ID | 20218090 |

➤ Compare prices on the Cisco 7206 VXR Router (C7206VXR/400/2FE)

## Additional resources

**Routers**
Secure & assured routing solutions for large scale networks. Reliable.
www.juniper.net

**Routers at Amazon.com**
ow prices and huge selection. Qualified orders over $25 ship free
Amazon.com/tools

DOJ - 00244
CONFIDENTIAL

S 389

Amended Equipment Exhibit.final.clean

TNT

## AMENDED AND RESTATED EXHIBIT A
### Verizon/WCOM CyberPOP™: Lucent TNT Equipment Configuration (5/14/01)

| Part No. | Description | TYPIC CONFIGURATION (480 modem ports per chassis) | |
|---|---|---|---|
| | | Qty. | Virtual COBRA Price (US$) |
| TNT-2DC-H | TNT Chassis, Shelf Controller, Dual DC Power, 19" Rack Mount Kit, 32 MB DRAM, 32MB Flash Memory, and Heat Baffle. | 1 | $1 |
| TNT-SL-48MODV3-S-C | 48-Port Modem Card (V.90 and V.34 compatible) | 10 | $10 |
| TNT-SL-HDLC2 | 96 Channel HDLC Slot Card | 1 | $1 |
| TNT-SL-CT1 | T1 Slot Card | 3 | $3 |
| WCOM COBRA S/W | WCOM TNT Custom Software Bundle (WCOM use only) | 1 | N/C |
| Total System Price | | | $15 |

### Pricing Notes

1. Virtual COBRA pricing ($1/part) valid only for RAS Equipment purchased by Verizon for use in support of WCOM's purchase of CyberPOP service from Verizon

2. Prices are exclusive of EF&I hardware and services (e.g., racks, panels, cables, OOB mgmt devices, ancillary components, rack/stack services, and site preparation, engineering, and installation services and materials), which are the responsibility of Verizon

3. In lieu of the ten (10) TNT-SL-48MODV3-S-C modem cards, five (5) APX8-SL-96DSP modem cards may be used for new deployments in accordance with mutually-coordinated configuration changes.

4. Prices are exclusive of shipping, insurance, taxes, and duties, which are the responsibility of Verizon

WCOM Confidential

3^*2005

12

DOJ - 00245
CONFIDENTIAL

Qwest TNT T1 Config.081600a

## UUNET/QWEST COBRA SERVICE SCHEDULE: EXHIBIT 2

| Part No. | Qty. | List Unit Price | List Ext. Price | Disc. (%) | Unit Disc. Price | Disc. Ext. Price |
|---|---|---|---|---|---|---|
| TNT-2DC-H | 1 | $ 25,750 | $ 25,750 | 82.0% | $ 4,635 | $ 4,635 |
| TNT-SL-48MODV3-S-C | 10 | $ 27,600 | $ 276,000 | 82.0% | $ 4,968 | $ 49,680 |
| TNT-SL-HDLC2 | 1 | $ 9,600 | $ 9,600 | 82.0% | $ 1,728 | $ 1,728 |
| TNT-SL-CT1 | 3 | $ 9,200 | $ 27,600 | 82.0% | $ 1,656 | $ 4,968 |
| TNT-SL-CT1 | 1 | $ 9,200 | $ 9,200 | 100.0% | $ - | $ - |
| TNT-SO-FR | 1 | $ 4,000 | $ 4,000 | 82.0% | $ 720 | $ 720 |
| TNT-SO-ISDN | 1 | $ 4,000 | $ 4,000 | 82.0% | $ 720 | $ 720 |
| TNT-SO-L2TP | 1 | $ 7,000 | $ 7,000 | 82.0% | $ 1,260 | $ 1,260 |
| Total TNT Price | | | $ 363,150 | | | $ 63,711 |

Special Quantity Discount

DOJ - 00246
CONFIDENTIAL

S 391



**Lucent Technologies**
Bell Labs Innovations

# Frequently Asked Questions
# TAOS 9.0 for MultiVoice™

**1.  What is the True Access Operating System (TAOS)?**

The True Access™ Operating System (TAOS) from Lucent Technologies is the multiservice, real-time operating system software embedded in the APX 8000™, Stinger™, MAX TNT®, MAX™, SuperPipe, and Pipeline® family of access platforms. TAOS provides the widest range of solutions for WAN access environments and represents the brand name for the leading WAN access feature set for service providers and corporate enterprises. TAOS underlines the Lucent heritage in WAN access solutions and its commitment to research and development to ensure continued leadership in the market.

**2.  What edge access platforms does TAOS 9.0 for MultiVoice support?**

TAOS 9.0 for MultiVoice™ supports the following industry-leading access platforms:

APX 8000, MAX TNT, and MAX 6000. Lucent plans to support the MAX 3000 and SuperPipe Plus in the second quarter of 2001 in TAOS version 9.1.

**3.  What are the major features within TAOS 9.0 for MultiVoice?**

TAOS 9.0 for MultiVoice is a major release that enables "Universal Port" capabilities on the APX 8000 and MAX TNT platforms. Universal Port supports multiple applications including simultaneous analog and digital modems for remote access, voice- and fax-over-IP, and virtual private networks (VPNs) using any available port processor resources on the 96- or 48-port MultiDSP modules.

Specific MultiVoice features include application support for residential 1+ long distance (LD) and 1010 dial-around services, and call routing programmability in and out of the voice-over-IP (VoIP) network based on dialed number identification service (DNIS) or trunk group. In 2-stage dialing scenarios (calling card), you can implement programmability for authentication and routing based on Automatic Number Identification (ANI), DNIS, trunk group, and/or password. Other features include custom branding (announcements), arbitrary break-in announcements, sequential dialing, and support for operator assistance/calling card balance recharge. Please note that 1+ LD and 1010 dial-around services require Feature Group D support that is available only in North America and other select regions.

**4.  What is "Universal Port"?**

"Universal Port" functionality enables the MAX TNT and APX 8000 platforms to configure the digital signal processor (DSP) automatically for the type of incoming call—dial-up (V.90 modem or ISDN), VoIP, fax-over-IP, and virtual private network (VPN)— accommodate it on any available port, and process it for transport over a packet-based IP network. Please note that "Universal Port" is not supported on the MAX 6000 or MAX 3000 at this time.

**5.  Which slot cards support "Universal Port" with the MAX TNT and APX 8000 platforms?**

The 48-port MultiDSP slot card(s), and the 96-port MultiDSP card(s) are needed to support the "Universal Port" feature. Part numbers are as follows:

- 48-port MultiDSP cards (TNTV-SL-ADI-C)
- 96-port MultiDSP cards (APX8-SL-96DSP)

DOJ - 00247
CONFIDENTIAL

*14*

6.  **Can the same chassis house the 48-port MultiDSP and 96-port MultiDSP slot cards?**

    As of TAOS 9.0, you may mix the 48- and 96-port MultiDSP cards in a single chassis for data applications only—that is, you can mix them for V.90, ISDN, VPN, etc., but not when running a VoIP service at this time.

7.  **Are there any limitations of the 96-port MultiDSP vs. the 48-port MultiDSP?**

    Yes, the 96-port MultiDSP card can be used as a modem or a voice coder. This card supports G.711 and G.729 (a) only. In addition, every port can support fax-over-IP, either as transparent fax transport (carried as G.711 PCM with no echo cancellation) or fax relay (T.38 based). The 48-port MultiDSP card supports analog and digital modems, fax-over-IP, and all supported MultiVoice codecs including G.711, G.729a, G.723.1, G.728, and RT-24.

8.  **How do I upgrade TAOS on an existing MAX TNT or APX 8000 platform with MultiVoice hash code? Is there a charge to obtain the software?**

    The software is free to existing MultiVoice customers. To obtain the software and release information, go to the following URLs:

    MAX TNT: ftp://ftp.ascend.com/pub/Software-Releases/MaxTNT/
    APX 8000: ftp://ftp.ascend.com/pub/Software-Releases/APX/

7.  **Can I upgrade my existing remote access concentrator for the MAX TNT and APX 8000 platforms to support MultiVoice TAOS 9.0 with "Universal Port?" and is there a cost?**

    Yes, you need the following components to create and contribute to the programmability of the MultiVoice with the "Universal Port" solution:

    *   MultiVoice Hash Code

    *   MultiVoice Access Manager 3.1 (MVAM 3.1) or Lucent Softswitch 3.0

    *   Lucent Worldwide Services for MultiVoice Networks

    *   Add-on applications from Lucent or a MultiVoice approved third-party vendor (see http://www.lucent.com/ins/map) *(Optional)*

    *   MultiVoice Settlement Engine 1.0 *(Optional)*

    *   Either 48- or 96-port MultiDSP cards to support VoIP, fax-over-IP, and all data applications.

    You are also required to install the Feature Group D hash code option on each gateway that will support interexchange carrier (IXC) traffic in a MultiVoice network using the MultiVoice Access Manager 3.1 as the gatekeeper.

    The Lucent sales force and technical support teams are available to answer questions and assist you with information and pricing regarding your existing network and business needs. For additional support, you may also contact certified Lucent distributors and system integrators directly or go to the Lucent Web site at (http://www.lucent.com/ins/products/multivoice) for more information on the MultiVoice for the MAX product.

10. **If I decide not to upgrade to TAOS 9.0, will Lucent still support the older versions of TAOS?**

    Yes, but you should consider upgrading to version 9.0 for its enhanced features, performance and functionality—and it is FREE!

DOJ - 00248
CONFIDENTIAL