**11. What are the benefits of TAOS 9.0 for MultiVoice?**

The "Universal Port" feature uses the same DSP for voice or data on a call-by-call basis, which allows you to use the APX 8000 and MAX TNT products as multiservice platforms. Lucent is the first to offer Universal Port capability on platforms with multiple DS3 capacity. Multiservice networks provide the key to reduced costs, and are targeted to provide network service providers with a common platform that they can use for transparent integration of voice, fax, and modem services in an existing or new carrier infrastructure.

Other benefits include the ability to sell multiservice capability on a single platform into lucrative calling card, dial-around, and long distance markets. MultiVoice can now be deployed— where, until now, a Class 4 tandem switch was required—to trunk long-distance (LD) calls in intra-LATA or interLATA switching environments. Supported applications include residential 1+ LD and 1010 dial-around services. This new MultiVoice functionality enables any Internet service provider (ISP) to offer telephony services in the $87 billion North American market for long-distance services.

**12. When will TAOS 9.0 be available?**

TAOS 9.0 is available now. You can download the software from the following URLs:

**MAX TNT:** ftp://ftp.ascend.com/pub/Software-Releases/MaxTNT/
**APX 8000:** ftp://ftp.ascend.com/pub/Software-Releases/APX/

**13. Does TAOS 9.0 for MultiVoice operate with Lucent Softswitch and what type of applications does it support?**

Yes, TAOS 9.0 does interoperate with Lucent Softswitch 2.x, 3.0, and above.

The initial application of Lucent Softswitch 3.0 is to replace the toll/tandem (class-4) switches and to offer VoIP connectivity. Lucent Softswitch controls trunking gateways like the MAX-TNT and APX-8000, which convert circuit trunks to VoIP packets. Lucent Softswitch receives the SS7 signaling from the PSTN by an embedded SS7-Gateway and performs call control functions. This solution allows operators to replace existing toll/tandem exchanges with a Lucent Softswitch + gateway combination distributed in a network. Being a flexible signaling infrastructure, Lucent Softswitch offers voice over packet connectivity with a variety of technologies.

Another application includes Internet Call Diversion (ICD) which diverts Internet dial-up data traffic directly to the data packet network to alleviate congestion on the circuit based PSTN. This application has been the driving force behind the evolution of gateways we know today and has accelerated the clarification of the Lucent Softswitch architecture by separating payload and call-control. For further information on Lucent's Softswitch product go to

http://www.lucent-ssg.com/ons/softswitch/

Does NavisAccess™ v5.0 support TAOS 9.0 for MultiVoice?

Yes, with Navis™ 5.0 and MultiVoice, you can use the VoIP gateway Management Information Base and call logging to manage the VoIP network and application. You can map VoIP calls based on DNIS and Trunk Group and monitor VoIP services in real-time using NAVIS AccessWatch. You can also monitor physical resources including DSPs, slot cards, and modems and base fault, performance and event monitoring on VoIP statistics—jitter, delay/latency, and call rates. You can purchase the NavisAccess management platform separately.

DOJ - 00249
CONFIDENTIAL

16

***14. How can I purchase the TAOS 9.0 and where can I get additional information?***

You may purchase the MultiVoice TAOS 9.0 for the APX 8000 and MAX TNT platforms via the standard MAX distribution channels including the following:

- Distributors

- Value-added reseller (VAR) channels

- Direct from Lucent

For more information, please call Lucent in the U.S. at 1.800.621.9578 or visit our Web site at http://www.lucent.com/ins/products/multivoice.

DOJ - 00250
CONFIDENTIAL



THE INDEPENDENT GUIDE TO TECHNOLOGY

Go To A Section

SEARCH [          ]  PC Magaz



FREE 512 MB memory stick &
FREE shipping with purchase of any Fujitsu
notebook or Tablet PC
Coupon Code: FCSWBCSD5

FUJITSU

| Home | Computers | Photography | Electronics | Software |    powered by Shopping.com

What are you shopping for? [TNT 2DC H] In [Remote Access Servers] [Find]

Back to: Computers > Networking > Remote Access Servers

## Read product information for the Lucent MAX TNT (TNT-2DC-H) Remote Access Server

This product is currently not available for purchase at any of the stores we search

ADVERTISEMENT



DELL Small Business
FREE
Flat Panel
Monitor!
Expires 04/20/05



The MAX TNT multiprotocol WAN access switch enables carriers, ISPs, corporations, and major network providers to offer a variety of access services such as analog, ISDN, leased T1/E1, and frame relay. Because the MAX TNT is the highest-density product in its class, it dramatically reduces rack space requirements while driving down the price per port. The MAX TNT has a scalable, modular card and backplane architecture that provides intelligent access for applications to global network services. The modular card system lets users design a solution that

> See product details
> Write a review at Epinions.com

DOJ - 00251
CONFIDENTIAL

*18*

S 396

Lucent MAX TNT (TNT-2DC-H) Remote Access Server - Find, Compare, and Buy Lucent MA...    Page 2 of 3

satisfies the specific application and bandwidth requirements of any customer.



## Key Features

| | |
|---|---|
| **Connectivity** | Cable |
| **Platform** | PC |
| **Protocols** | |
| Data Link Protocol | Fast Ethernet, Ethernet |
| **Remote Management Protocol** | SNMP |
| **Transport Protocol** | TCP/IP |
| **Other Features** | |
| Moduls Qty. | 0 |
| Package Qty. | 1 |
| **Dimensions** | |
| Width | 17.41 in. |
| Depth | 11.5 in. |
| Height | 14.03 in. |
| Weight | 130.1 lb. |
| **Miscellaneous** | |
| MPN | TNT-2DC-H |
| Product ID | 20205182 |

## Additional resources

**ISPs: Upgrade to V.92**
Get a new V.92 and V.44 RAS Patton buys your old RAS for cash!
www.patton.com

**MyWebExPC (Official Site)**
Access your remote computer Free - No Credit Card Required
www.mywebexpc.com

**Remote Access Servers**
Secure remote access designed for smaller networks. Learn more today.
www.juniper.net

**Remote Access Server**
Compare Perle Access Servers Replacements for Shiva, 3Com, Digi
http://www.perle.com

**Remote Access**
Use Remote Access Technology to Access your PC Remotely. Free Trial
www.gotomypc.com

DOJ - 00252
CONFIDENTIAL

19

S 397

THE INDEPENDENT GUIDE TO TECHNOLOGY

Go To A Section

PC Maga

FREE 512 MB memory stick &
FREE shipping with purchase of any Fujitsu
notebook or Tablet PC
Coupon Code: PCSWBCSD5

FUJITSU

| Home | Computers | Photography | Electronics | Software |    powered by Shopping.com

What are you shopping for?  [            ] in [ Modems        ]  [ Find ]

Back to:  Computers  >  Modems

## Read product information for the Lucent (TNT-SL-48MODV3-S-C) Modem

ADVERTISEMENT



DELL Small Business
FREE CD Burner/DVD
Combo Drive Upgrade!
Expires 04/20/05.



Each Series56 Digital Modem module supports both analog and cellular connections at speeds up to 56 Kbps. It has 48-port Digital Modems (DM48) and occupies two expansion slots on the MAX TNT. Remote users with a modem and an analog or cellular line can dial into the MAX TNT over T1, DS3 or T1/E1/PRI lines.

> See product details
> Write a review at Epinions.com

### Key Features

| | |
|---|---|
| Type | Modem (Digital) |
| Max. Transfer Rate | 56 Kbps |
| Connectivity Technology | Wired |
| Platform | PC |

### Protocols

| | |
|---|---|
| Analog Modulation | ITU V.34, ITU V.32bis, ITU V.32, ITU V.17, ITU V.22bis, ITU V.29, ITU V.22, ITU V.90, ITU V.27ter, ITU V.21, ITU V.23, Bell 212A, Bell 103, K56Flex, ITU V.34bis, ITU V.33, Bell 212 |

DOJ - 00253
CONFIDENTIAL

S 398

| Error Correction | ITU V.42, MNP-4, MNP-3, MNP-2, MNP-10, MNP-10EC |
|---|---|
| Data Compression | ITU V.42bis, MNP-5 |
| Digital Signaling | ISDN PRI |
| **Other Features** | |
| Max. Fax Transfer Rate | 14.4 Kbps |
| 56K Technology | V.90, K56Flex |
| **Dimensions** | |
| Depth | 1.62 in. |
| Height | 8.67 in. |
| Width | 10.99 in. |
| **Miscellaneous** | |
| Package Qty. | 1 |
| MPN | TNT-SL-48MODV3-S-C |
| Product ID | 20163035 |

**Additional resources**

**Comcast High-Speed**
Internet. 1st 6 mos for $19.99 Free Modem & $50 Cash Back!
www.comcastoffers.com

**Modem Blaster V.92 PCI**
With Speakerphone Networking at Dell
www.dell4me.com

**Modems at Staples**
Save on modems, memory and other computer accessories.
www.staples.com

**Modems**
Huge selection of Modems We Ship Over 13,000 Orders a Day!
www.newegg.com

**All Your Computer Needs**
Hardware, Software, Accessories. Thousands of items to choose from.
listings.ebay.com

 Search for **modem**



**DELL** Small Business

**FREE**
CD Burner/DVD
Combo Drive Upgrade
on Select Notebooks!
Plus, FREE Shipping!

Latitude™ D510
features Intel®
Centrino™ Mobile
Technology.

More Details

Expires 04/20/05.



Shop the E-Catalog
to see new Dell™
systems now!

**DELL** Small Business



DOJ - 00254
CONFIDENTIAL

PC Magazine: Product Features for the Lucent (TNT-SL-HDLC2) Expansion Module    Page 1 of 3

THE INDEPENDENT GUIDE TO TECHNOLOGY

Go To A Section

PC Maga

TISEMENT

**FREE 512 MB memory stick &**
FREE shipping with purchase of any Fujitsu
notebook or Tablet PC
Coupon Code: FCSWBCSD5

FUJITSU

| **Home** | **Computers** | **Photography** | **Electronics** | **Software** |   powered by Shopping.com

What are you shopping for?     in   Expansion Modules    Find

Back to:   **Computers** ➤ **Networking** ➤ **Expansion Modules**

## Read product information for the Lucent (TNT-SL-HDLC2) Expansion Module

ADVERTISEMENT

This HDLC slot
card has
identical
functionality to
TNT-SL-
HDLC2 with
hardware
support for
encryption
included
(requires
software option
for encryption).

➤ See product details
➤ Write a review at Epinions.com

DELL Small Business
FREE
Flat Panel
Monitor!
Expires 04/20/05.

**Key Features**

| | |
|---|---|
| Form Factor | Plug-In Module |
| Interface | Expansion Slot |
| Connectivity | Cable |
| **Other Features** | |
| Package Qty. | 1 |
| **Miscellaneous** | |
| MPN | tnt-sl-hdlc2 |
| UPC | 000001224689 |
| Product ID | 22208116 |

**Additional resources**

D/Dock Expansion Station
or Select Dell Latitude Dell
www.dell4me.com

DOJ - 00255
CONFIDENTIAL

22

4/13/2005

S 400

**PC MAG.COM**

THE INDEPENDENT GUIDE TO TECHNOLOGY

Go To A Section

SEARCH | PC Maga:

**DELL** Small Business    Plus, FREE Shipping!    Latitude™ D510 features Intel® Centrino™ Mobile Technology

**FREE CD Burner/DVD Combo Drive Upgrade**
on Select Notebooks!
→ More Details  Expires 04/23/05

| **Home** | **Computers** | **Photography** | **Electronics** | **Software** |    powered by Shopping.com

What are you shopping for?  [TNT SL CT1]  in  [Expansion Modules]  [Find]

Back to: **Computers** > **Networking** > **Expansion Modules**

### Read product information for the Lucent (TNT-SL-CT1) Expansion Module

This product is currently not available for purchase at any of the stores we search

ADVERTISEMENT

**DELL** Small Business

**FREE** Flat Panel Monitor!
Expires 04/23/05

Lucent gives its customers a unique opportunity to configure their network equipment the way the want it to be. By providing various network modules, Lucent satifies the needs of most demanding users and gurantees that its modules are fully compatible with their parent systems and deliver outstanding results.

> See product details
> Write a review at Epinions.com

#### Key Features

| | |
|---|---|
| Data Transfer Rate | 1.5 Mbps |
| Form Factor | Plug-In Module |
| Connectivity | Cable |
| Cabling Type | Network |
| latform | PC |
| Other Features | |

DOJ - 00256
CONFIDENTIAL

S 401

| Package Qty. | 1 |
| **Miscellaneous** | |
| MPN | TNT-SL-CT1 |
| Product ID | 20619944 |

## Additional resources

**Expansion Modules**
Find your Expansion Modules and have it ship today!
www.alliedelec.com

**D/Dock Expansion Station**
For Select Dell Latitude Dell
www.dell4me.com

**DSX-1 Expansion Module**
For the TSU Technology at Staples
www.Staples.com

**Find It For Sale**
Low Priced Expansion Modules. Huge Selection! (aff)
ebay.com

**Kit [Expansion Module]**
Matrix/Stacking Module Network- Modules at DirectDial
www.DirectDial.com

Search for <u>TNT SL CT1</u>







DOJ - 00257
CONFIDENTIAL

d4

S 402

## MAX TNT Back Panel Options



## Hardware Specifications

**Height**
14 in. x 17.4 in. x 11.5 in.
(35.6 cm x 44.2 cm x 29.2 cm)

**Weight**
130 lbs., with 672 modems (single power supply)
27.2 lbs. empty (no power supplies)

**LAN Interface**
Ethernet 10 BaseT, 100 BaseT

**WAN Interfaces**
DS3, T1/E1, Serial (V.35, RS449, X.21)
ATM DS3, STM-0 for Japan only

**Software Upgrade**
Via built-in flash RAM, remote downloadable

**Power Requirements**
950 watts, 47-63 Hz, 90-240 VAC, -40 to -60 VDC

**Operating Requirements**
Temperature:
32-104°F (0-40°C)

Altitude:
0-14,800 ft. (0-4500 meters)

Relative Humidity:
0-90% (noncondensing)

**Safety Certifications**
CSA 950, NTRL/UL 1950, TUV EN 60 950
EMI/RF
FCC Part 68, FCC Part 15, EN55081-1, N50082-1, EN55022

## Software Specifications

**Network Protocols Supported**
TCP/IP

**Routing Protocols Supported**
RIP, RIP2, OSPF, IGMP multicast forwarding

**LAN Protocols Supported**
Ethernet 10 BaseT, 100 BaseT

**WAN Protocols Supported**
PPP, ARAP, SLIP, C-SLIP, Async PPP, Sync PPP, HDLC, ARA, X.25 PAD, X.25 over B-channel, V.120, D4 framing (T1/E1), G703/732 framing (R1), R2, frame relay PVC, Hybrid Access, PPP-FR gateway, FR NNI, ATM (UNI and NNI)

**VoIP Protocols Supported**
H.323, IPDC

**Modem**
V.90, K56flex, V.34, MNP5, V.42bis, fax modem send up to 14.4 Kbps

**Bandwidth Management**
Multilink PPP, Multilink Protocol Plus, TCP header compression, data compression Lucent /Microsoft/STAC V9)

**Security**
Lucent NavisRadius, PAP, CHAP, token card, CLID, packet filtering, SNMP, console management (VT-100), PPP callback, user authentication

**Management**
NavisAccess network management, console management software (runs on Windows 95 and Windows 3.x) Telnet, NASI, SNMP II, PPP LQM, frame relay ITU Annex A, frame relay ANSI

Annex D

Client Software

IntragyAccess software

DeskDial client software

To learn more, contact your Lucent Technologies Representative, Authorized Reseller, or Sales Agent. Or, visit our Web site. www.lucent.com

Specifications subject to change without notice.

© 2001 Lucent Technologies, Inc.
Printed in the U.S.A.
1/01 • 01-26e





**Lucent Technologies**
Bell Labs Innovations



DOJ - 00258
CONFIDENTIAL



**Jeff Saltzberg**

| | |
|---|---|
| From: | Shoeb Siraj [shoeb.siraj@mci.com] |
| Sent: | Wednesday, February 09, 2005 7:17 AM |
| To: | 'Jeff Saltzberg' |
| Cc: | Nancy.S.McCarty@mci.com; John.Anderson@mci.com |
| Subject: | FW: DAN Platform |

Jeff:

Response from the Director of Engineering at Lucent.

Thanks,

~Shoeb.

-----Original Message-----
From: Don Krause [mailto:dk@lucent.com]
Sent: February 08, 2005
To: Shoeb Siraj
Subject: RE: DAN Platform

Hi Shoeb,

I'm having a hard time finding any Marketing literature on the CSM cards. This literature
would have been generated in the 1999-2000 timeframe and it no longer seems to be
available.

Nonetheless, the two modem cards are Conexant based modem cards. Support for these cards
ends with 10.1. They support modem protocols up to and including V.90, but do not support
92. Voice is not supported on either of these cards.

The HDLC card terminates HDLC sessions over ISDN calls. In addition, it can be used in
Frame Relay applications. This card is still supported. Please refer to our release notes
for the details on the applications of these cards.

Release notes can be found at:

http://www.lucent.com/products/relmatlisting/comp/listing/1,,SOID+1334-LOCL+
1-DOC_ID+111-PNUM+1-PGID+0-ORIG+s,00.html

Thanks, Don

----------------------------------------------------------------
Don Krause    Lucent Technologies    http://www.lucent.com/ins
mailto:dk@lucent.com    Voice: 510.747.6793  FAX: 510.747.5411
Mobile: 510.552.6573    Pager: mailto:5105526573@vtext.com

1

DOJ - 00259
CONFIDENTIAL

S 404

# EXHIBIT D



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

February 14, 2005

BY EMAIL AND MAIL
James Grogan
Weil Gotshal & Manges, LLP
700 Louisiana St, Ste. 1600
Houston, Texas 77002

    Re: In re WorldCom, 02-13533 (AJG)

Dear Mr. Grogan:

   We write concerning the Reorganized Debtors' Objection to Proof of Claim No. 38365 (the "Objection"), filed on August 5, 2004. The IRS's Proof of Claim relates to excise tax claims incurred by debtor UUNET.

   As we have discussed, we believe it would be useful for MCI and UUNET informally to provide documents to the IRS to see if there is a way to reach resolution of this claim without Court intervention. Accordingly, we have put together the following list as our initial informal document request. We may seek additional documents hereafter.

   For all the documents sought below, the relevant time frame is the fourth quarter of 2002 through the present. (The tax periods identified in Proof of Claim No. 38365 are the fourth quarter of 2002, all four quarters of 2003, the first quarter of 2004, and some of the second quarter of 2004, but since this is post-petition, ongoing claim, we believe it makes sense to include in our request all documents through today, and would ask MCI and UUNET to consider this request as an ongoing request for updated information).

The IRS requests that MCI and UUNET provide the following documents:

   1. All billing invoices relating to network services and communications services provided by UUNET.

   2. All billing invoices relating to network services and communications services purchased by UUNET or to which UUNET subscribed.

   3. All contracts and/or tariffs governing network services and communications services provided by UUNET, including all contracts between (a) UUNET and its customers;

James Grogan
February 14, 2005
Page 2

(b) UUNET and its suppliers; and (c) UUNET and its communications providers.

4.    All documents concerning the network architecture and/or system topology of UUNET's systems, including its COBRA-based systems, including but not limited to blueprints, diagrams, schematics or other descriptive documents.

5.    All documents reflecting what transmission lines are used by UUNET to connect their network services to customers and suppliers, and how those transmission lines are used.

6.    All documents concerning the specifications for the equipment used by UUNET.

7.    All promotional materials produced or used by UUNET describing the functions and capacities of its communications systems.

8.    All promotional materials received by UUNET from suppliers describing the functions and capacities of its communications systems.

The Government makes these requests as part of informal discussions between MCI, UUNET and the IRS, pursuant to Federal Rule of Evidence 408.  In doing so, the Government does not waive, and expressly hereby reserves, its right to engage in all aspects of formal litigation, including motion practice, discovery, and trial, should the parties' informal efforts fail to achieve resolution of this claim.

Please let us know when MCI and UUNET will be able to provide us with responsive materials.

Sincerely yours,

DAVID N. KELLEY
United States Attorney

By:    _____

DANNA DRORI
NICOLE GUERON
Assistant United States Attorneys
Telephone:  (212) 637-2699; 637-2689
Facsimile:  (212) 637-2686

# EXHIBIT E

S 408

Tutorial on methods of dial-up access to ISPs

I.  **The components of a dial-up connection - a tutorial**

1.  The structure of a dial-up connection has evolved over the years in order to take economic advantage of new services and pricing structures. Nonetheless, all the techniques described below share the common feature that a dial-up customer connected to Public Switched Telephone Network (PSTN) can establish a telephonic quality connection with a Modem or Digital Signal Processor serving the Internet Service Provider (ISP).

2.  A Modem is a device which converts digital information to a telephonic quality voice signal and vice versa. A Digital Signal Processor converts digital representations of telephonic quality voice signals to alternative digital representation and vice versa. In the applications described in this tutorial, the alternative digital representations are typically in a format using Internet Protocol (IP)

**Basic connection**

3.  The basic connection is shown in Figure 1



Figure 1

4.  The dial-up customer is connected to the local telephone company by a local loop which is connected to their Central Office. The Central Office provides dial tone. The cost of this loop (and any associated taxes) is included in the dial-up service cost to the dial-up customer and paid by the dial-up customer.

5.  The dial-up customer may dial any telephone number and (subject to any service restrictions) be connected to any other telephone in the world. The charges for such calls will be deemed local or toll and subject to Federal Excise Tax (also known as FET). In a traditional domestic telephone call, dial-up customer both the person placing the call and the person receiving the call pay Federal Excise Tax.

6.  Any dial-up customer connected to the Public Switched Telecommunications Network (PSTN) can establish a telephone quality connection with a modem associated with the ISP. Telephone quality is required to interact with the dial-up customer's modem.

Page 1 of 5

S 410

Tutorial on ISP Access

7. Therefore, as is undisputed in this case, the local loop associated dial-up access to the ISP is subject to FET and any calls charges are subject to FET because the calls are either Local or Toll. In general, these call charges are paid by the ISP. ISPs usually establish 800 type numbers for the convenience of customers who do not have local access to one of their phone numbers. The charges for these 800 type calls are paid for by the ISP. These charges are liable to FET as they are defined as either Local or Toll.

8. In practice, an ISP creates modem pools consisting of groups of 24 modems. In a simplistic arrangement (see Figure 2), such a pool would require 24 local loops (all of which attract FET).



Simple example of 24 modems

Figure 2

**Use of Channelized DS1**

9. In practice, the ISP would order a Channelized DS1 which uses a single circuit to carry 24 voice calls (see figure 3). In general, a DS1 (and any associated multiplexors) is cheaper than 24 individual circuits.

10. When a voice channel in the public telephone system is converted to a digital representation, it normally requires 56 or 64 kbps. A channelized DS1 will carry 24 of these voice channels giving a composite speed of about 1.5 Mbps. DS1s can also be referred to as T1s. Within the telephone network 28 DS1s are combined to produce a DS3 circuit giving a composite speed of about 45 Mbps. In practice, there are many more levels of this hierarchy with speeds of up to 2,000 Mbps.

S 411

Tutorial on ISP Access



Figure 3

**PRI (Primary rate interface)**

11. In today's environment, most Central Offices use digital technology. In such a situation, the Central Office MUX on the Central Office end of the connection is not required as the Central Office already uses the digital representation of the voice signal (see Figure 4).

12. With digital technology Central Offices, local telephonic quality access between the Central Office and a modem pool will usually use what is called Primary Rate Interface (PRI). PRI uses a DS1 but provides only 23 voice channels. The signaling information that is contained in each of the 23 individual channels of a Channelized DS1 is concentrated into the 24th channel of a PRI.

13. It should be noted that PRIs are also used to provide telephonic quality access between the Local Exchange service and business switches (such as Private Branch Exchanges or PBXs and Call Centers).

Page 3 of 5

S 412

Tutorial on ISP Access



Figure 4

### Application of Digital Signal Processors (DSP)

14. With PRI interfaces, the MUX/modems used at the ISP locations bear no resemblance to the dial-up customer's modems connected to their home computers. The PRI delivers a series of digital representations of the voice signals. Instead of converting these back to a voice signal for input to a traditional modem, the series of digital signals are input to a small special purpose computer (called a Digital Signal Processor or DSP) which contains a program to convert this series of digital representations to information to and from the internet.

15. In the PRI, there is one channel permanently assigned to each dial-up customer for the duration of the call. This means that capacity is wasted when the call is connected but there is no activity on the line. The unchannelized DS1 or DS3 uses what is known as packetized data. The Router collects information from the Modem or DSP into a packet of information. This packet is then transmitted to the ISP as needed. In the reverse direction, the Router receives a packet of information destined for a particular dial-up customer and dispenses it to that dial-up customer in telephonic quality voice format, either as modem tones or, with VoIP, as standard speech.

### Colocation of ISP equipment in LEC Central Office

16. A further development used by UUNET, as well as other ISP vendors, is to colocate their equipment in the LEC Central Office. Colocation means UUNET and ISP locate their interface equipment in the same physical facility at the central office. Colocation has the major advantage that with typical dial-up internet customers, the traffic from 6 PRIs can be concentrated onto only one DS1. This reduces the capacity, and therefore cost, of the connections from the Central Offices to the ISPs POPs. This is shown in Figure 5. This is the basis of what UUNET calls COBRA (Central Office Based Remote Access) service.

S 413

Tutorial on ISP Access



Figure 5

**Use of these connections for Voice over IP (VoIP)**

17. VoIP describes a range of technologies whereby the Internet may be used to make telephone calls between internet subscribers (and between internet subscribers and users' regular telephones). The use of DSPs makes it practical to change the function of a DSP on a call by call basis. So one call may be for internet access and the next one on that same port may be for Voice over IP (VoIP). As discussed in my Declaration, the LECs and ISPs recognize this capability and include contractual language covering its possible use.

_____ 9/22/05

Michael Hills, date

Page 5 of 5

S 414

# EXHIBIT F

S 416

## *Michael Hills Qualifications and Publications*

President and founder of HTLT Telemanagement Ltd

1980 Founded HTLT Telemanagement Ltd. which specializes in traffic engineering, tariff based pricing and optimization of telecommunications networks.

1976 Consultant to Cable and Wireless plc (UK) in the USA

1966 to 1976 Lecturer/Senior Lecturer/Reader - Department of Electrical Engineering, University of Essex

1964 to 1966 Lecturer - Department of Electrical Engineering, Imperial College of London University

Received Bachelor of Science degree (First Class) in Physics (1962) and Ph.D. in Electrical Engineering (1969) from the Imperial College of London University.


**Publications by Michael T. Hills, (in last ten years)**

What If Access Charges Are Applied To IP-Originated Calls?
(May 2005 Business Communications Review)

Traffic Engineering for Voice over IP
(Sept 2002 Business Communications Review)

Voice Service: Confusion Growing, Prices Falling
(Feb 1999 Business Communications Review)

Waiting for the Tariff Revolution?
(Sep 1997, Business Communications Review)

**Depositions and testimony on telecommunications matters (in last 10 years)**

Expert witness for the federal government in <u>XO Communications Inc .v. United States, Fed Cl.No 03-2754T</u>

S 418

S 419

# Exhibit C-1

**Lucent Technologies**
Bell Labs Innovations

October 18, 2005


**John Anderson**
**MCI**
**2400 North Glenville**
**Richardson, Texas 75082**


Dear John:

You have recently inquired as to whether your Lucent MAX TNT platform has Voice over Internet Protocol (VoIP) capability.  Our overview of this subject follows:

VoIP capability on the Lucent MAX TNT platform requires both the necessary hardware modules and specific software license keys enabling the VoIP functionality on a per chassis basis.  For the Lucent MAX TNT platform, the following hardware modules are the ONLY hardware modules capable of supporting VoIP:

| Model | Comcode | Description |
|-------|---------|-------------|
| TNT-SL-ADI-C | 300076684 | 48-Port MultiDSP card |
| APX8-SL-96DSP | 300164423 | 96-Port MultiDSP Card |

The license keys required for VoIP functionality are obtained from Lucent and are based on the Serial number of the chassis Control Module.  Each license key is only valid for that specific Serial Number.  VoIP licensing status can be determined from the system's Command Line Interface and the value of the 'voip-enabled' parameter.  The system must indicate 'voip-enabled = yes' to allow for any VoIP functionality.

Without either of the two above listed modules, and the VoIP licensing keys applied, the MAX TNT system is not capable of supporting VoIP.

During the lifetime of the Lucent MAX TNT platform, the following models of modem/HDLC hardware modules have been deployed.  These hardware modules DO NOT support VoIP:

| Model | Comcode | Description |
|-------|---------|-------------|
| TNT-SL-48MOD-S56 | No Comcode | 48 Port Modem, V.90, Series 56 |
| TNT-SL-48MOD-SGL | 300076429 | 48-Port Modem, V.90, Data Only |
| TNT-SL-48MOD-S-C | 300076411 | 48-Port Modem, V.90, Data Only |
| TNT-SL-48MODV3-S-C | 300076437 | 48-Port Modem, V.90, Data Only |
| TNT-SL-HA128 | No Comcode | Hybrid HDLC Access Card |
| TNT-SL-HA192 | No Comcode | Hybrid HDLC Access Card |
| TNT-SL-HDCL2 | No Comcode | Hybrid HDLC Access Card |

We hope the foregoing clarifies your understanding of the issue.  If we can be of further assistance, please do not hesitate to contact the undersigned.

Best regards,

Donald Woods
Lucent Technical Sales
8000 Towers Crescent Drive, 4Th Flr
Vienna, VA  22182


CC:
J. Connelly
J. Olson
T. Lorenzen

# Exhibit C-2