**Cable Type**    The HiPer DSP T1/E1 NIC accepts cabling that meets the following specifications:

**Table 9**  HiPer DSP NIC Cabling Specifications

| Data transfer rate | 1.544 Mbps (T1)/2.048 Mbps (E1) |
|---|---|
| Transmission medium | 100 ohm 4-wire unshielded twisted pair (UTP) cable or 75 Ohm Coax |
| Connector | RJ-48C Modular Jack |
| Wire type | 0.5mm or 24 AWG twisted pairs |
| Maximum cable length | 2 km (6000 ft) of 22 AWG |

**Span Configurations**    The Media Gateway supports one T1/E1 span per HiPer DSP NIC/NAC pair. The spans must be installed and run to within 1 m (36 in.) of the chassis.

We recommend locating a junction box near the Gateway that contains one RJ48C socket per HiPer DSP. Locate this junction box within about 1 m (36 in.) of the chassis. Use short straight-through cables to complete the circuit from the junction box to the HiPer DSP T1/E1 NIC.

**Ethernet Requirements**    This section contains the physical requirements for connecting the Media Gateway to your voice and management networks. Requirements are outlined in the following subsections:

- HiPer NMC
- Edge Server Card

**Ethernet Interfaces**    **HiPer NMC**

HiPer NMC ethernet interfaces have the following pinouts:

**Figure 18**  HiPer NMC Ethernet Interface Pinout



**Cable Type**    HiPer NMC ethernet NICs accept cabling that meets the following specifications:

**Table 10**  HiPer NMC Cabling Specifications

| | |
|---|---|
| Data transfer rate | 10/100 Mbps Auto-negotiated |
| Access scheme | CSMA/CD (Carrier Sense Multiple Access with Collision Detection) |
| Transmission medium | Unshielded Twisted Pair (UTP) cable type CAT3 or CAT5 (CAT5 recommended) for 10Base-T applications, CAT5 for 100Base-TX |
| Maximum lobe distance | 100 m (328 ft) |
| Connector | 8-position modular jack, Stewart 88-360808 or equivalent |
| Wire type | 0.5 mm or 24 AWG twisted pairs |
| Maximum cable length | 100 m (328 ft) with standard receiver squelch levels |
| Loss | 11.5 dB per100 m for frequency range of 5–10 MHz |
| Impedance | 85-111 ohm for frequency range of 5-10 MHz |
| Propagation delay | 5.7 ns/m |
| Cabling | Use a straight-through cable for multiport repeater applications <br><br>(If two-node network: use a crossover cable) |
| Nominal direct current resistance | Center conductor <br><br>24 AWG (7 strands 32 AWG); 0.61 mm diameter <br><br>77.8 ohm/km(23.7 ohm/1000 ft) <br><br>Shield <br><br>50.9 ohm/km(15.5 ohm/1000 ft) |
| Outside diameter | 6.73 mm(0.265 in.) |
| Capacitance between conductors | 98 picofarad/m(30 picofarad/ft) |

## Edge Server Card

Edge server ethernet interfaces have the following pinouts:



| | |
|---|---|
| **RJ-45** <br> **NIC Ethernet Interface** | **RJ-45** <br> **Ethernet Cable Connector** |

Receive Data (-) 6
Receive Data (+) 3
Transmit data (-) 2
Transmit Data (+) 1

**Cable Type**   Edge server ethernet NICs accept cabling that meets the following specifications:

**Table 11**  Edge Server Cabling Specifications

| | |
|---|---|
| Data transfer rate | 10/100 Mbps Auto-negotiated |
| Access scheme | CSMA/CD (Carrier Sense Multiple Access with Collision Detection) |
| Transmission medium | Unshielded Twisted Pair (UTP) cable type CAT3 or CAT5 (CAT5 recommended) for 10Base-T applications, CAT5 for 100Base-TX |
| Maximum lobe distance | 100 m (328 ft) |
| Connector | 8-position modular jack, Stewart 88-360808 or equivalent |
| Wire type | 0.5mm or 24 AWG twisted pairs |
| Maximum cable length | 100 m (328 ft) with standard receiver squelch levels |
| Loss | 11.5 dB per100 m for frequency range of 5–10 MHz |
| Impedance | 85-111 ohm for frequency range of 5-10 MHz |
| Propagation delay | 5.7 ns/m |
| Cabling | Use a straight-through cable for multiport repeater applications |
| | (If two-node network: use a crossover cable) |
| Nominal direct current resistance | Center conductor |
| | 24 AWG (7 strands 32 AWG); 0.61 mm diameter |
| | 77.8 ohm/km(23.7 ohm/1000 ft) |
| | Shield |
| | 50.9 ohm/km(15.5 ohm/1000 ft) |
| Outside diameter | 6.73 mm(0.265 in.) |
| Capacitance between conductors | 98 picofarad/m(30 picofarad/ft) |

S 474

# 4

# TECHNICAL SPECIFICATIONS

This chapter contains technical specifications for the CommWorks IP Telephony Platform and for the Total Control components.

This chapter contains technical specifications for the following components:

- Chassis Specifications
- 130A Power Supply Specifications
- Fan Tray Specifications
- HiPer Network Management Card (NMC) NAC Specifications
- 10/100 Ethernet Aux I/O NIC (for HiPer NMC) Specifications
- Edge Server NAC Specifications
- EdgeServer Pro NAC Specifications
- Peripheral NIC Specifications
- PCI Dual Ethernet NIC Specifications
- Edge Server SCSI NIC Specifications
- HiPer DSP NAC Specifications
- HiPer DSP T1/E1 NIC Specifications

**Regulatory Compliance**

This section describes US and Canadian regulatory compliance.

**Compliance Statement**

This equipment has been tested and found to comply with the limits for a Class A digital device, pursuant to Part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a commercial environment. This equipment generates, uses, and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. Operation of this equipment in a residential area is likely to cause harmful interference in which case the user will be required to correct the interference at his own expense.

**Industry Canada Canadian Installations**

The Industry Canada (IC), formerly Canadian Department of Communications, label identifies certified equipment. Certification means that equipment meets certain telecommunications network protective, operational, and safety requirements. The department does not guarantee the equipment will operate to the purchaser's satisfaction.

Before installing this equipment, be sure a connection to a local telecommunications company is permissible. Install equipment using an acceptable method. Be aware, however, that compliance with these conditions may not prevent degradation of service in some situations.

Repairs to certified equipment should be made by an authorized Canadian maintenance facility designated by the supplier. Any repairs or alterations made by a user to this equipment, or equipment malfunctions, may give the telecommunications company cause to request the user to disconnect the equipment. For protection, be sure that electrical ground connections of the power utility, telephone lines, and internal metallic water pipe system, if present, are connected together. This precaution may be particularly important in rural areas.

 *Caution: Do not attempt to make such connections; contact the appropriate electrical inspection authority or electrician.*

 *Certifications for individual devices are listed under the specifications for each device.*

**CommWorks System Specifications**

The following table contains system-level specifications for the CommWorks Gateway.

**Table 12** System Specifications

| Specifications | Description | | |
|---|---|---|---|
| Supported CODECs | G.711: | 64 Kbps | 20 ms |
| | G.723.1: | 6.3 Kbps | 30 ms |
| | G.729A | 7 Kbps | 10 ms |
| Compression | RTP/UDP/IP header compression (Van Jacobson) | | |
| Capacity | (see Chapter 1) | | |
| Echo Cancellation | G.168 compliant | | |
| Jitter Compensation | Jitter buffer size: 0–240 ms | | |

S 476

## Total Control Specifications

### Chassis Specifications



**Table 13** Chassis Specifications

| Specifications | Description |
|---|---|
| Certification | Complies with FCC Part 15 Class A, FCC Part 68, UL-listed, CSA-approved, and IC-certified. |
| | This product complies with the European EMC directive and bears the "CE" mark. |
| Capacity | Houses up to 17 front-loaded application cards (NACs), and their respective rear-loaded interface cards (NICs); |
| | Two Power Supply Unit/Power Supply Interface combinations (PSU/PSIs); the second optional for full redundancy; and, |
| | One fan tray assembly. |
| Midplane Data Buses | |
| | Packet bus: |
| | NAC management bus: |
| | NIC management bus: |
| | TDM bus (NAC - NAC): |
| | TDM bus (NIC - NAC): |
| | PCI bus (NIC - NAC): |
| | ISA bus (NIC - NAC): |
| Environment | Shipping and storage |
| | Temperature:-25–75° C (-13–167° F) |
| | Relative humidity:0–95% (non-condensing) |
| | Operating |
| | Temperature:0–40° C (32–104° F) |
| | Relative humidity:0–95% (non-condensing) |
| Dimensions | Length:47.22 cm(18.59 in.) |
| | Width:48.26 cm(19.00 in.) |
| | Height:22.15 cm(8.71 in.) |

S 477

**130A Power Supply Specifications**



**Table 14**  130A Power Supply Specifications

| Specifications | Description |
|---|---|
| Certification | Complies with FCC Part 15 Class A, FCC Part 68, UL-listed, CSA-approved, and IC-certified. |
| | This product complies with the European EMC directive and bears the "CE" mark. |
| Power Supply | Auto-shutoff for overvoltage, over temperature, and short-circuit protection |
| | Automatic load sharing and redundant switchover when two PSUs are installed. Requires a separate power source for each PSU. |
| Power Requirements | Specified range: |
| | AC PSUAC input voltage range: 90 to 264 V AC @ 47-63 Hz |
| | DC PSUDC input voltage range: -40 to -60 V DC |
| Maximum PSU Output Power | 280 watts |
| | +5.2VDC130.0 A |
| | -5VDC2.0 A |
| | +12.2VDC5.5 A |
| | -12.2VDC5.5 A |
| Power Supply Input | Typical input power |
| | DC to DCAC to AC<br>130 A PSU1095 watts1080 watts |
| | Maximum input current* |
| | DC to DCAC to AC<br>130 A PSU30 A15 A |
| | * Steady state, full load input current is rated at 25A. |
| Environment | Shipping and storage |
| | Temperature:-40–60° C (-40–140° F) |
| | Relative humidity:10–95% (non-condensing) |
| | Operating |
| | Temperature:0–40° C (32–104° F) |
| | Relative humidity:20–80% (non-condensing) |
| Dimensions | Length:32.89 cm(12.95 in.) |
| | Width:1.98 cm(0.78 in.) |
| | Height:17.48 cm(6.88 in.) |

## Fan Tray Specifications



**Table 15**  Fan Tray Specifications

| Specifications | Description |
|---|---|
| Certification | Complies with FCC Part 15 Class A, FCC Part 68, UL-listed, CSA-approved, and IC-certified. |
| | This product complies with the European EMC directive and bears the "CE" mark. |
| Air Flow (Total) | 948 CFM |
| Current Draw | 5.2 VDC @ 3.6A typical maximum* |
| | * "Typical maximum" refers to the maximum current draw for most typical configurations. |
| Environment | Shipping and storage |
| | Temperature:-40° C to 70° C at 65% relative humidity |
| | Operating |
| | Temperature:-40° C to 70° C at 65% relative humidity |
| Dimensions | Length:47.22 cm(18.59 in.) |
| | Width:48.26 cm(19.00 in.) |
| | Height:4.27 cm(1.68 in.) |

 **CAUTION:** *Total Control chassis must be installed with a minimum of 1.7 in. clearance between each unit.*

**HiPer Network
Management Card
(NMC) NAC
Specifications**



**Table 16** HiPer NMC NAC Specifications

| Specifications | Description |
| --- | --- |
| Certification | Complies with FCC Part 15 Class A, FCC Part 68, UL-listed, CSA-approved, and IC-certified. |
| | EN 55022, Class A |
| | EN 50082 |
| Processor | Pentium processor (P5) at 133 MHz |
| Operational Memory | Dynamic Random Access Memory (DRAM): 16 Mbytes |
| | Flash Memory: 8 MB |
| Data Retention method | Clock and CMOS retained by 3V lithium (coin) cell |
| | Retention: up to 10 years (powered unit), 3 years in non-powered unit |
| Current Draw | +5.2 VDC @ 4.3A typical maximum* |
| | * "Typical maximum" refers to the maximum current draw for most typical configurations. |
| Environment | Shipping and storage |
| | Temperature:-25–75° C (-13–167° F) |
| | Relative humidity:0–100% (non-condensing) |
| | Operating |
| | Temperature:0–40° C (32–104° F) |
| | Relative humidity:0–95% (non-condensing) |
| Dimensions | Length:32.89 cm(12.95 in.) |
| | Width:2.01 cm(.79 in.) |
| | Height:17.53 cm(6.90 in.) |

**10/100 Ethernet Aux I/O NIC (for HiPer NMC) Specifications**



**Table 17**  10/100 Ethernet Aux I/O NIC Specifications

| Specifications | Description | | |
|---|---|---|---|
| Certification | Complies with FCC Part 15 Class A, FCC Part 68, UL-listed, CSA-approved, and IC-certified. | | |
| | EN 55022, Class A | | |
| | EN 50082 | | |
| Interface Specifications | | | |
| | Serial Port (applies to both EIA-232 and WAN) | | |
| | | Electrical: | EIA RS–232–D standard |
| | | Connector: | RJ–45, 8-position modular jack |
| | | Pinout: | 1 = DSR<br>2 = DCD<br>3 = DTR<br>4 = Ground<br>5 = Receive data<br>6 = Transmit data<br>7 = CTS<br>8 = RTS |
| | | Configuration: | DTE |
| | | Transmission method: | Unbalanced RS–232, 1-stop bit, no parity |
| | | Transmission rate: | 57.6 Kbps maximum |
| | Ethernet 10Base-T/100Base-Tx | | |
| | | Data transfer rate: | 10/100 Mbps (auto-negotiated) |
| | | Connector: | 8-position modular jack (Stewart 88-360808 or equivalent) |
| | | Pinout: | 1 = Transmit +<br>2 = Transmit -<br>3 = Receive +<br>4 = Ground<br>5 = Ground<br>6 = Receive -<br>7 = Ground<br>8 = Ground |
| | | Accessing scheme: | CSMA/CD (Carrier Sense Multiple Access with Collision Detection) |
| | | Topology: | Star-wired hub (using multiport repeater) |
| | | Maximum nodes: | Limited only by repeater used |
| | | Transmission medium: | Unshielded twisted pair (UTP)<br>**10Base-T:** CAT3 or CAT5 (CAT5 recommended)<br>**100Base-Tx:** CAT5 only |
| | | Network lobe distance: | 100 m (328 ft.) suggested maximum. Longer cabling can be used at the expense of reduced receiver squelch levels. |

S 481

**Table 17**  10/100 Ethernet Aux I/O NIC Specifications (continued)

| Specifications | Description |
|---|---|
| Current Draw | +5.2 VDC @ 0.6A typical maximum* |
| | * "Typical maximum" refers to the maximum current draw for most typical configurations. |
| Environment | Shipping and storage |
| | Temperature:-25–75° C (-13–167° F) |
| | Relative humidity:0–100% (non-condensing) |
| | Operating |
| | Temperature:0–40° C (32–104° F) |
| | Relative humidity:0–95% (non-condensing) |
| Dimensions | Length:12.07 cm(4.75 in.) |
| | Width:2.01 cm(.79 in.) |
| | Height:17.53 cm(6.90 in.) |

S 482

**Edge Server NAC Specifications**



**Table 18** Edge Server NAC Specifications

| Specifications | Description | | |
|---|---|---|---|
| Certification | Complies with FCC Part 15 Class A, FCC Part 68, UL-listed, CSA-approved, and IC-certified. | | |
| Processor | AMD-K6-III, 450MHz | | |
| Hard Drive | 6GB capacity | | |
| Operational memory | 256MB of 100MHz built-in SDRAM and 2 DIMM sockets available for up to 768MB | | |
| Data retention method | Clock, CMOS and chassis configuration values retained | | |
| | Type | 3V Lithium Cell | |
| | Retention | 3 years | |
| Operating system | Microsoft Windows 2000 | | |
| Keyboard | PS/2 compatible | | |
| Mouse | PS/2 compatible | | |
| Video | SVGA compatible, 800x600, 16 color | | |
| Midplane connector | 180-pin DIN | | |
| NAC management bus | 512 kHz (data clock) | | |
| (continued) | | | |
| PCI bus | 25/33 MHz | | |
| Physical dimensions | Length | 32.89 cm(12.95 in.) | |
| | Width | 4.01 cm(1.58 in.) | |
| | Height | 17.53 cm(6.90 in.) | |
| Power requirements | | Typical | Maximum |
| | +5V DC | 2.8 A | 3.5 A |
| | -5V DC | 8 mA | 20 mA |
| | +12V DC | 29 mA | 50 mA |
| | -12V DC | 16 mA | 50 mA |
| Environment | *Shipping and storage* | | |
| | Temperature | 0–65 °C (32–149 °F) | |
| | Relative humidity | 5–95% (non-condensing) | |
| | *Operating* | | |
| | Temperature | 5–40 °C (41–104 °F) | |
| | Relative humidity | 8–90% (non-condensing) | |

 **CAUTION:** *Never install a edge server card in a chassis without a fan tray! Heat damage to the edge server card's components could result.*

**EdgeServer Pro NAC Specifications**



**Table 19** EdgeServer Pro NAC Specifications

| Specifications | Description |
|---|---|
| Certification | Complies with FCC Part 15 Class A, FCC Part 68, UL-listed, CSA-approved, and IC-certified. |
| | Electromagnetic compatibility (EMC): |
| | FCC Part 15 Class A, Radiated and Conducted |
| | EN 55022, EMI |
| | EN 55082, EMC |
| | Product safety: |
| | UL1950 |
| | EN 60950 |
| Processor | Intel Pentium Pro 200 MHz with 256k cache (standard configuration) |
| | Socket 8 for upgrade to second processor |
| Operational Memory | DRAM: |
| | 4 x 168-pin DIMM sockets |
| | 64MB (standard configuration for single processor) up to 1GB |
| | 3.3V unbuffered EDO, 60ns DRAM |
| | Gold plated |
| | ECC |
| | VRAM: 1 MB (standard configuration) |
| Data Retention Method | Clock, CMOS and chassis configuration values retained by 3V lithium (coin) cell (CR2032), 192 mA hours |
| | Retention: up to 10 years (powered unit), 3 years in non-powered unit |
| Operating System | Microsoft Windows NT Server 4.0 with Service Pack 3 |
| Video | SVGA compatible, 1024 x 768, 256 color |
| Disk Drives | Disk size/storageAccess rate |
| | IDE hard drive(s)2.5" / ≥2GB≤12ms |
| | Floppy drive3.5" / 1.44MB94ms (avg.) |
| Current Draw | +5.2 VDC @ 10.5A single processor, typical maximum* |
| | * "Typical maximum" refers to the maximum current draw for most typical configurations. |
| Environment | Shipping and storage |
| | Temperature:0–65° C (32–149° F) |
| | Relative humidity:5–95% (non-condensing) |
| | Operating |
| | Temperature:5–40° C (41–104° F) |
| | Relative humidity:8–80% (non-condensing) |
| Dimensions | Length:32.89 cm (12.95 in.) |
| | Width:6.03 cm(2.37 in.) |
| | Height:17.53 cm(6.90 in.) |

S 484

 CAUTION: Never install an EdgeServer Pro card in a chassis without a fan tray — heat damage to the card's components could result.

**Peripheral NIC Specifications**



**Table 20** Peripheral NIC Specifications

| Specifications | Description | |
| --- | --- | --- |
| Certification | Complies with FCC Part 15 Class A, FCC Part 68, UL-listed, CSA-approved, and IC-certified | |
| Keyboard Port | Connector: | PS/2 compatible, 6 pin mini DIN (female) |
| | Pinout: | 1 = Key data<br>2 = Not connected<br>3 = Ground<br>4 = Power, +5VDC<br>5 = Key clock<br>6 = Not connected |
| Mouse Port | Connector: | PS/2 compatible, 6 pin mini DIN (female) |
| | Pinout: | 1 = Mouse data<br>2 = Not connected<br>3 = Ground<br>4 = Power, +5VDC<br>5 = Mouse clock<br>6 = Not connected |
| Video Port | Connector: | DB-15 video (female) |
| | Pinout: | 1 = Red video (75 ohm, 0.7 V p-p)<br>2 = Green video (75 ohm, 0.7 V p-p)<br>3 = Blue video (75 ohm, 0.7 V p-p)<br>5 = Ground<br>6 = Red ground<br>7 = Green ground<br>8 = Blue ground<br>10 = Sync ground<br>13 = Horizontal sync (or composite sync)<br>14 = Monitor ID bit 3<br><br>All others = not connected. |
| SCSI Port | Connector: | Ultra-wide SCSI, 68 pin (female) |
| | Pinout: | 1-16 =   Ground     50 = Ground<br>17 =   TERMPWR     51 = TERMPWR<br>18 =   TERMPWR     52 = TERMPWR<br>19 =   Not connected     53 = Not connected<br>20-34 = Ground     54 = Ground<br>35 =   D12     55 = ATN<br>36 =   D13     56 = Ground<br>37 =   D14     57 = BSY<br>38 =   D15     58 = ACK<br>39 =   DP1     59 = Reset<br>40 =   D0     60 = MSG<br>41 =   D1     61 = SEL<br>42 =   D2     62 = CD<br>43 =   D3     63 = REQ<br>44 =   D4     64 = IO<br>45 =   D5     65 = D8<br>46 =   D6     66 = D9<br>47 =   D7     67 = D10<br>48 =   DP0     68 = D11<br>49 =   Ground |

**Table 20**  Peripheral NIC Specifications (continued)

| Specifications | Description |
| --- | --- |
| Current Draw | +5.2 VDC @ 1.5A typical maximum* |
| | * "Typical maximum" refers to the maximum current draw for most typical configurations. |
| Environment | Shipping and storage |
| | Temperature:-25–75° C (-13–167° F) |
| | Relative humidity:0–100% (non-condensing) |
| | Operating |
| | Temperature:0–40° C (32–104° F) |
| | Relative humidity:0–95% (non-condensing) |
| Dimensions | Length:12.07 cm(4.75 in.) |
| | Width:2.01 cm(0.79 in.) |
| | Height:17.53 cm(6.90 in.) |

**PCI Dual Ethernet NIC
Specifications**



**Table 21**  PCI Dual Ethernet NIC Specifications

| Specifications | Description |
|---|---|
| Certification | Complies with FCC Part 15 Class A, FCC Part 68, UL-listed, CSA-approved, and IC-certified |
| | EMC: |
| | CISPR 22, Class B, Radiated and Line Conducted |
| | FCC Part 15, Class A, Radiated and Line Conducted |
| | VDE 0878 |
| | EN 55022, EMI |
| | EN 55022, Electrostatic Discharge |
| | EN 55022, Immunity (Susceptibility), radiated and line conducted |
| | Mains Safety: |
| | UL 1950, as applicable in this case |
| | Final Product will be evaluated to UL 1950 |
| | CSA approved C22.2 No. 0.7; C22.2 No. 225-M 1986; CSA 950 |
| | IEC 950, IEC 380 |
| | EN 41003, EN 60950 |

| Interface Specifications | | | |
|---|---|---|---|
| Serial Port (RS-232) | | | |
| | Electrical: | RS-232-C (EIA/TIA-232-E standard | |
| | Connector: | RJ–45, 8-position modular jack | |
| | Pinout: |  | 1 = DSR<br>2 = DCD<br>3 = DTR<br>4 = Ground<br>5 = Receive data<br>6 = Transmit data<br>7 = CTS<br>8 = RTS |
| | Configuration: | DTE | |
| | Transmission method: | Unbalanced RS–232, 1-stop bit, no parity | |
| | Transmission rate: | 115,200 bps maximum | |

S 487

**Table 21** PCI Dual Ethernet NIC Specifications (continued)

| Specifications | Description | |
|---|---|---|
| | Ethernet 10Base-T/100Base-Tx port | |
| | Data transfer rate: | 10/100 Mbps (auto-negotiated) |
| | Connector: | 8-position modular jack (Stewart 88-360808 or equivalent) |
| | Pinout: | 1 = Transmit +<br>2 = Transmit -<br>3 = Receive +<br>4 = Ground<br>5 = Ground<br>6 = Receive -<br>7 = Ground<br>8 = Ground |
| | Accessing scheme: | CSMA/CD (Carrier Sense Multiple Access with Collision Detection) |
| | Topology: | Star-wired hub (using multiport repeater) |
| | Maximum nodes: | Limited only by repeater used |
| | Transmission medium: | Unshielded twisted pair (UTP)<br>**10Base-T:** CAT3 or CAT5 (CAT5 recommended)<br>**100Base-Tx:** CAT5 only |
| | Network lobe distance: | 100m (328 ft.) suggested maximum. Longer cabling can be used at the expense of reduced receiver squelch levels. |
| Current Draw | +5.2 VDC @ 2.0A typical maximum* | |
| | * "Typical maximum" refers to the maximum current draw for most typical configurations. | |
| Environment | Shipping and storage | |
| | Temperature:-25–75° C (-13–167° F) | |
| | Relative humidity:0–100% (non-condensing) | |
| | Operating | |
| | Temperature:0–40° C (32–104° F) | |
| | Relative humidity:0–95% (non-condensing) | |
| Dimensions | Length:12.07 cm(4.75 in.) | |
| | Width:2.01 cm(.79 in.) | |
| | Height:17.53 cm(6.90 in.) | |

**Edge Server SCSI NIC Specifications**



**Table 22**  Edge Server SCSI NIC Specifications

| Specifications | Description |
|---|---|
| Certification | Complies with FCC Part 15 Class A, FCC Part 68, UL-listed, CSA-approved, and IC-certified |
|  | EMI/EMC: |
|  | FCC Part 15, Class A, Radiated and Line Conducted |
|  | EN 55022, Class A |
|  | EN 55082 |
|  | VCCI Class A |
|  | Austel AS/NZS 3548 |
|  | Main Safety: |
|  | UL 1950, as applicable in this case |
|  | C-UL |
|  | EN 60950 |
|  | IEC 950 |
|  | CB Scheme |

| Interface Specifications | | | |
|---|---|---|---|
| | Serial Port (RS-232) | | |
| | | Electrical: | RS-232-C (EIA/TIA-232-E standard |
| | | Connector: | RJ–45, 8-position modular jack |
| | | Pinout: | 1 = DSR<br>2 = DCD<br>3 = DTR<br>4 = Ground<br>5 = Receive data<br>6 = Transmit data<br>7 = CTS<br>8 = RTS |
| | | Configuration: | DTE |
| | | Transmission method: | Unbalanced RS–232, 1-stop bit, no parity |
| | | Transmission rate: | 115,200 bps maximum |
| SCSI Port | Connector: | | Ultra-wide SCSI, 68 pin (female) |

**Table 22**  Edge Server SCSI NIC Specifications (continued)

| Specifications | Description |
|---|---|
| Pinout: |  |
| | 1-16 =  Ground           50 = Ground |
| | 17 =  TERMPWR            51 = TERMPWR |
| | 18 =  TERMPWR            52 = TERMPWR |
| | 19 =  Not connected      53 = Not connected |
| | 20-34 = Ground           54 = Ground |
| | 35 =  D12                55 = ATN |
| | 36 =  D13                56 = Ground |
| | 37 =  D14                57 = BSY |
| | 38 =  D15                58 = ACK |
| | 39 =  DP1                59 = Reset |
| | 40 =  D0                 60 = MSG |
| | 41 =  D1                 61 = SEL |
| | 42 =  D2                 62 = CD |
| | 43 =  D3                 63 = REQ |
| | 44 =  D4                 64 = IO |
| | 45 =  D5                 65 = D8 |
| | 46 =  D6                 66 = D9 |
| | 47 =  D7                 67 = D10 |
| | 48 =  DP0                68 = D11 |
| | 49 =  Ground |
| Power Requirements | 12V at 40 mA and 5V at 750 mA |
| | The 3.3V supply is regulated from the 5V supply on the edge server NIC. |
| Environment | Non-Operational |
| | Temperature:-30 to 90° C, (-22 to 194° F) |
| | Relative humidity:0–95% (non-condensing at 40° C) |
| | Operational |
| | Temperature:0–40° C, (32–104° F) |
| | Relative humidity:0–95% (non-condensing) |
| Dimensions | Length:12.07 cm(4.75 in.) |
| | Width:2.01cm(.79 in.) |
| | Height:17.53 cm(6.90 in.) |



**HiPer DSP NAC
Specifications**



**Table 23**  HiPer DSP NAC Specifications

| Specifications | Description | |
|---|---|---|
| Certification | Complies with FCC Part 15 Class A, FCC Part 68, UL-listed, CSA-approved, and IC-certified. | |
| | T1 HiPer DSP | |
| | Electromagnetic compatibility (EMI/RFI): | FCC 15A, EN55022 A |
| | Product safety: | UL 1950, C-UL, EN 60950, JATE |
| | Telco: | FCC 68, IC CS-03 |
| | E1 HiPer DSP | |
| | Electromagnetic compatibility (EMI/RFI): | FCC 15A, EN55022 A, AUSTEL, VCCI |
| | Product safety: | UL 1950, C-UL, EN 60950, AUSTEL |
| | Immunity: | EN 50082 |
| | Telco: | CTR4, FCC 68, IC CS-03 |
| Processor | Board Manager System: | PowerPC RISC CPU |
| | Application Co-Processor System: | Dual PowerPC RISC CPUs |
| Operational Memory | Dynamic Random Access Memory (DRAM): 16 Mbytes | |
| | Static Random Access Memory (SRAM): 256Kbytes RISC memory, 2Mbytes shared memory, 12/16 DSPs x 64Kytes | |
| | Cache: 16Kbytes (program)/8Kbytes (data) for each RISC processor, total 32Kbytes (program)/16Kbytes (data) | |
| | Flash Memory: 2 Mbytes | |
| Data Retention Method | Flash memory | |
| Current Draw | T1 HiPer DSP | |
| | +5.2 V DC @ 4.3A typical maximum* | |
| | E1 HiPer DSP | |
| | +5.2 V DC @ 4.8A typical maximum* | |
| | * "Typical maximum" refers to the maximum current draw for most typical configurations. | |
| Environment | Shipping and storage | |
| | Temperature:-25–75° C (-13–167° F) | |
| | Relative humidity:0–100% (non-condensing) | |
| | Operating | |
| | Temperature:0–40° C (32–104° F) | |
| | Relative humidity:0–95% (non-condensing) | |
| Dimensions | Length:32.89 cm(12.95 in.) | |
| | Width:2.01 cm(.79 in.) | |
| | Height:17.53 cm(6.90 in.) | |

**HiPer DSP T1/E1 NIC Specifications**



**Table 24**  HiPer DSP T1/E1 NIC Specifications

| Specifications | Description | | |
|---|---|---|---|
| Certification | See HiPer DSP NAC certification. | | |
| Serial Ports (Console and Aux) | Electrical specification | RS-232-C (EIA/TIA-232-E standard) | |
| | Connector | RJ-45, 8 position modular jack | |
| | Pinout:  | 1 = DSR<br>2 = DCD<br>3 = DTR<br>4 = Ground<br>5 = Receive data<br>6 = Transmit data<br>7 = CTS<br>8 = RTS | |
| | Configuration | DTE | |
| | Transmission method | Unbalanced RS-232 | |
| | Transmission rate | | |
| | Console port: | 9600 bps maximum | |
| | Auxiliary port: | 115,200 bps maximum | |
| Span 1 Port | Electrical specification: | | T1/E1 span line interface |
| | Connector: | RJ-48C, 8-position modular jack | |
| | Pinout: | | 1 = Receive ring<br>2 = Receive tip<br>4 = Transmit ring<br>5 = Transmit tip<br>6 = Transmit data<br>7 = CTS<br>8 = RTS |
| | Line rate: | T1: 1.544 Mbps | E1: 2.048 Mbps |
| | Input signal: | DS1 to -34 dB typical per AT&T Publication 64211 | |
| | Output signal: | DS1 with line buildout of 0, -7.5, -15, or -22.5 dB (selectable) | |
| | Loop timing source: | Automatic fallback to alternate source | |
| | Line loopback support: | Telco-initiated per AT&T Publication 54016 | |
| | Specifications: | ANSI T1.403 | TBR-12 |
| | | ANSI T1.408 | TBR-13 |
| | | ITU G.703 | ETSI 300-166 |
| | | ITU G.736 | ETSI 300-233 |
| | | ITU G.775 | I.431/ETSI ETS 300 011 |
| | | ITU G.823 | AT&T Publication 62411 |

**Table 24**  HiPer DSP T1/E1 NIC Specifications (continued)

| Specifications | Description | | |
|---|---|---|---|
| | | Channelized T1 (CH T1) and T1/PRI Application | *Framing*:<br><br>SF (Super Frame also known as D4)<br><br>ESF (Extended Super Frame)<br><br>*Line coding*:<br><br>CH T1:<br><br>B8ZS (Binary Eight Zero Code Suppression)<br><br>AMI (Alternate Mark Inversion)<br><br>ZCS (Zero Code Suppression)<br><br>T1/PRI:<br><br>B8ZS (Binary Eight Zero Code Suppression) |
| | | E1/PRI Application | *Framing*:<br><br>CEPT CCS without CRC-4 (used with VN-4 and some NET5 countries)<br><br>CEPT CCS with CRC-4 (used with NET 5 countries)<br><br>*Line coding*:<br><br>HDB3 (High Density Bipolar 3 Zeroes) |
| | Interfaces: | DS1 (Long Haul applications): Connecting CPE equipment to the Telco's T1 or Smart Jack up to 6000 feet away. | |
| | | DSX-1 (Short Haul applications): Connecting CPE equipment to the Telco's T1 jack up to 600 feet away. | |
| Monitor Port | Connector: | Bantam Jack | |
| | Configuration: | Non-intrusive Bridge Mode | |
| | Isolation Resistance: | 430 ohms | |
| | Attenuation: | -6 to -10 dB | |

**Table 24** HiPer DSP T1/E1 NIC Specifications (continued)

| Specifications | Description |
| --- | --- |
| Current Draw | +5.2 VDC @ 600mA typical maximum* |
| | * "Typical maximum" refers to the maximum current draw for most typical configurations. |
| Environment | Shipping and storage |
| | Temperature:-25–75° C (-13–167° F) |
| | Relative humidity:0–100% (non-condensing) |
| | Operating |
| | Temperature:0–40° C (32–104° F) |
| | Relative humidity:0–95% (non-condensing) |
| Dimensions | Length:12.07 cm(4.75 in.) |
| | Width:2.01 cm(0.79 in.) |
| | Height:17.53 cm(6.90 in.) |

S 494



# GLOSSARY

This appendix lists acronyms and terminology used in the CommWorks VoIP application.

**A-Link**    Access link. SS7 Signaling link used to connect the Signaling Transfer Point (STP) and Signaling Switch Point (SSP).

**ACF**    Admission Confirm—This is a call flow message.

**AMI**    Alternate Mark Inversion—A line encoding scheme for transmitting data bits over T1 and E1 transmission systems.

**ANI**    Automatic Number Identification—The billing number of the person making the phone call. ANI allows the calling party to be billed without having to enter a PIN.

**ARJ**    Admission Reject—This is a call flow message.

**ARQ**    Admission Request—This is a call flow message.

**AIS**    Alarm Indication Signal—Formerly referred to as a 'blue alarm' or 'blue signal'. This is a signal that is created when a maintenance alarm indication has been activated. This signal is transmitted downstream informing that an upstream failure has been detected.

**AS**    Autonomous System—An independent system.

**AUX**    Auxiliary—Backup or acting as a redundancy on the system.

**B8ZS**    Binary Eight Zero Code Suppression—Line-code type, used on T1 and E1 circuits. A special code replaces any eight consecutive zeros that are sent over the link. This code is then interpreted at the remote end of the connection. This technique guarantees ones density independent of the data stream. Sometimes this is referred to as bipolar 8-zero substitution.

**BHCA**    Busy Hour Call Attempts—The number of calls attempted within 60 minutes during the busiest times during the day.

**CC**    Country Code—When calling outside of the country, the called number consists of the country code, identifying the country where the person to be called resides and a NSN (National Significant Number). The code of the country is the first three digits dialed.

**CCS**    Common Channel Signal—This is a Bellcore definition: A network architecture which uses Signalling System 7 (SS7) protocol for the exchange of information between telecommunications nodes and networks on an out-of-band basis.

| | |
|---|---|
| **CD** | Collision Detection—A process where a simultaneous transmission has taken place. Workstations can determine if this has happened if they do not receive an acknowledgement from the receiving station within a certain amount of time. When this occurs, the workstation will try again. |
| **CDR** | Call Detail Record—Information gather during the call used later for billing purposes. |
| **CE** | Connection Endpoint—A terminator at one end of a layer connection within SAP. |
| **CEPT** | Conférence des administrations Européenes des Postes et Télécommunications (European Conference of Postal and Telecommunications Administrations)—A standards committee in Europe for the telecommunications industry. |
| **CHS** | Cylinder-head Sector—The method of identifying a given location on a hard drive. |
| **CISPR** | International Special Committee on Radio Interference |
| **CLI** | Command Line Interface—A software interface allowing the user to interact with the operating system by entering commands and optional arguments. The UNIX operating system runs at the command line from a shell prompt or a shell script. |
| **CMOS** | Complementary Metal Oxide Semiconductor |
| **CNG** | Comfort Noise Generation—The process of adding white noise to the voice channel so the people know the connection is still good when neither party is talking. |
| **CO** | Central Office—The telephone company facility where the request for service comes through the switching equipment and the requests for service gets routed. |
| **CommWorks IP Telephony System** | A total system of hardware and software components that route telephone calls and data over an IP based network (VoIP). |
| **CPE** | Customer Presence Equipment—A piece of equipment that is attached to a telephone network. This equipment would be the terminal equipment, telephones, key systems, modems, video conferencing devices and so on. |
| **CPU** | Central Processing Unit—The part of the computer that executes the commands and performs the logic. |
| **CRC** | Cyclic Redundancy Check—The process to determine if the data was received properly. |
| **CSA** | 1. Call Path Services Architecture—An architecture developed by IBM which defines the protocols that allow communications between the telephones switches and computers. 2. Carrier Serving Area—A method used to categorize the local loops by length, gauge, and subscriber distribution for maximum service and cost efficiency. |