Following are the relevant parameters (shown with default values) for enabling the individual trap conditions:

```
[in TRAP/""]
call-log-serv-change-enabled = no
voip-gk-change-enabled = no
wan-line-state-change-enabled = no
```

| Parameter | Setting |
|---|---|
| `call-log-serv-change-enabled` | Enable/disable notification when the call-logging server changes. If the call-logging server index is changed or if the IP address of the active call-logging server is changed, this trap notification sends the following information to the SNMP manager: |
| | • The new call logging server index (callLoggingServerIndex) |
| | • The IP address of new call logging server (callLoggingServerIPAddress) |
| | • The absolute that the server change occurred (sysAbsoluteCurrentTime) (Ascend Trap 38) |
| `voip-gK-change-enabled` | Enable/disable notification when the registered gatekeeper changes. If a new Gatekeeper is registered with the gateway, a register request (RRQ) message is sent from the gateway to the new gatekeeper. When the gateway receives the admission request (ARQ) message from the new gatekeeper, this notification sends the following information to the SNMP manager: |
| | • The new gatekeeper index (voipCfgGkIndex) |
| | • The IP address of new gatekeeper (voipCfgGkIpAddress) |
| | • The absolute time that the gatekeeper change occurred (sysAbsoluteCurrentTime) (Ascend Trap 39) |
| `wan-line-state-change-enabled` | Enable/disable notification if the state of an E1 or T1 line changes. This trap sends the following information to the SNMP manager: |
| | • The T1 or E1 line interface index (wanLineIfInde ) |
| | • The line usage (wanLineUsage). This usage is reported as trunk, quiesced, or disabled. |
| | • The absolute time that the line state changed (sysAbsoluteCurrentTime) (Ascend Trap 40) |

## The VoIP MIB (ascend 28)

The VoIP MIB enables network management stations to monitor MultiVoice Gateway operations using SNMP. Attributes in the MIB can be obtained by SNMP Get and Get-Next commands. The MIB uses the following object identifiers for identifying MultiVoice Gateway or MultiVoice Gatekeepers to a network manager:

S 807

- voipCfgGroup (voipGroup 1)

- voipCfgGkGroup (voipCfgGroup 1)

- voipCfgGwGroup (voipCfgGroup 2)

The MIB uses the following tables for identifying MultiVoice Gateway and MultiVoice Access Manager functions.

```
voipCfgGkTable OBJECT-TYPE (voipCfgGkGroup 1)
    SYNTAX SEQUENCE OF VoipCfgGkEntry
    ACCESS not-accessible
    STATUS mandatory
    DESCRIPTION A list of entries for H323 network Gatekeeper.
voipCfgGkEntry OBJECT-TYPE (voipCfgGkTable 1)
    SYNTAX VoipCfgGkEntry
    ACCESS not-accessible
    STATUS mandatory
    DESCRIPTION An entry holding information about the Gatekeeper for
    the system.
    INDEX (voipCfgGkIndex)
VoipCfgGkEntry:
    SEQUENCE :
        voipCfgGkIndex-INTEGER
        voipCfgGkStatus-INTEGER
        voipCfgGkIpAddress-IpAddress)
voipCfgGkIndex OBJECT-TYPE ( voipCfgGkEntry 1)
    SYNTAX INTEGER
    ACCESS read-only
    STATUS mandatory
    DESCRIPTION This number uniquely identifies the Gatekeeper.
voipCfgGkStatus OBJECT-TYPE (voipCfgGkEntry 2)
    SYNTAX INTEGER:
        registered(1)
        not_registered(2)
    ACCESS read-only
    STATUS mandatory
    DESCRIPTION This value indicates whether the gateway is registered
    with the Gatekeeper.
voipCfgGkIpAddress OBJECT-TYPE (voipCfgGkEntry 3)
    SYNTAX IpAddress
    ACCESS read-only
    STATUS mandatory
    DESCRIPTION The IP address of the Gatekeeper.
voipCfgGwVpnMode OBJECT-TYPE (voipCfgGwGroup 1)
    SYNTAX INTEGER:
        no (1)
        yes(2)
    ACCESS read-only
    STATUS mandatory
    DESCRIPTION Virtual Private Network Toggle Switch.
```

S 808

```
voipCfgGwPktAudioMode OBJECT-TYPE (voipCfgGwGroup 2)
    SYNTAX INTEGER:
        other(1)
        g711_ulaw(2)
        g711_alaw(3)
        g723(4)
        g729(5)
        g723_6_4kps(6)
    ACCESS read-only
    STATUS mandatory
    DESCRIPTION Audio Coder to be used for voice packetization.
```

The voipCfgGwVpnMode and voipCfgGwPktAudioMode objects can be accessed using index 0 because they are separate leaves in the MIB tree.

The voipCfgGkIndex, voipCfgGkCurrent and voipCfgGkIpAddress objects are located in the voipCfgGkTable table. They can be obtained using voipCfgGkIndex as an index.

## Sending H.323 call information to SNMP log clients

H.323 call information from MultiVoice Gateways can be collected. This includes the capability to generate start, stop, and call progress records for both VoIP and fax calls.

H.323 call information from MultiVoice Gateways performing VoIP call processing can be sent to SNMP log clients. Each MultiVoice Gateway provides the following H.323 call information:

* Billing start records
* Billing stop records
* Call disconnect records
* Fax start records

### Billing start records

A billing start record reports the point in the call where speech communications is established. Start records provide the following information:

| Attribute | Specifies |
| --- | --- |
| Call ID | The H.323 protocol call ID. This is a unique nonzero number assigned by a MultiVoice Gateway upon receipt of a call, and is used to track all call processing events related to a particular call. |
| Conference ID | The H.225.0 protocol messaging ID. This is a unique nonzero number assigned by a MultiVoice Gateway upon receipt of a call, and is used to track H.225.0 call setup messages related to a particular call. |
| Dial time | The time a user spends dialing the destination telephone number. This is the time a MultiVoice Gateway waits to collect the dialed telephone number. This value is zero for calls originating from the LAN. |

S 809

| Attribute | Specifies |
|---|---|
| Setup time | The time from the moment a user finishes dialing the destination telephone number until the moment the speech is established to the called destination. |
| Call origin | The IP address used to identify the calling origin. This can be the ingress MultiVoice Gateway or an H.323-compliment terminal. |
| Remote IP | The IP address used to identify the called destination. This can be the egress MultiVoice Gateway or an H.323-compliment terminal (PC). |
| Telephone number | The dialed number string entered by the user. |
| CLID number | The E.164 address associated with the calling origin. |
| Audio mode | The audio codec used to connect an H.323 call. |

## Billing stop records

A billing stop record reports the point in the call where speech communications terminates (end points go on-hook). Stop records provide the following information:

| Attribute | Specifies |
|---|---|
| Call ID | The H.323 protocol call ID. This is a unique nonzero number assigned by a MultiVoice Gateway upon receipt of a call, and is used to track all call processing events related to a particular call. |
| Conference ID | The H.225.0 protocol messaging ID. This is a unique nonzero number assigned by a MultiVoice Gateway upon receipt of a call and is used to track H.225.0 call setup messages related to a particular call. |
| Connect time | The time from the moment speech is established until the callers hang up (go onhook) normally. |
| Drop time | The time a call connection is dropped by the WAN or LAN connection, which ever signal is reported first. |
| Drop reason | The H.323 call drop reason. For normal call termination, the billing stop record reports normalDrop. |

## Call disconnect records

A call disconnect record is generated whenever a call is not terminated normally (such as when a connection between end points is lost as a result of equipment failure or network failure). Disconnect records provide the following information:

---

*MultiVoice® for APX™/MAX TNT® Configuration Guide*

S 810

though some information may not be present as depending upon the origin of the call failure:

| Attribute | Specifies |
|---|---|
| Call ID | The H.323 protocol call ID. This is a unique nonzero number assigned by a MultiVoice Gateway upon receipt of a call, and is used to track all call processing events related to a particular call. |
| Conference ID | The H.225.0 protocol messaging ID. This is a unique nonzero number assigned by a MultiVoice Gateway upon receipt of a call, and is used to track H.225.0 call setup messages related to a particular call. |
| Dial time | The time a user spends dialing the destination telephone number. This is the time a MultiVoice Gateway waits to collect the dialed telephone number. This value is zero for calls originating from the LAN. |
| Setup time | The time from the moment a user finishes dialing the destination telephone number until the moment the speech is established to the called destination. |
| Call origin | The IP address used to identify the calling origin. This can be the ingress MultiVoice Gateway or an H.323-compliment terminal. |
| Remote IP | The IP address used to identify the called destination. This can be the egress MultiVoice Gateway or an H.323-compliment terminal (PC). |
| Telephone number | The dialed number string entered by the user. |
| CLID number | The E.164 address associated with the calling origin. |
| Audio mode | The audio codec used to connect an H.323 call. |
| Drop from | The location which disconnected the call, either WAN or LAN. |
| Drop reason | The H.323 call drop reason. For disconnect reports, this is an incomplete and interrupted call termination reason. |

S 811

### Fax start records

A fax start record is generated whenever a fax answer tone is detected during a VoIP. The fax record provides the following information:

| Attribute | Specifies |
|-----------|-----------|
| Call ID | The H.323 protocol call ID. This is a unique nonzero number assigned by a MultiVoice Gateway upon receipt of a call, and is used to track all call processing events related to a particular call. |
| Conference ID | The H.225.0 protocol messaging ID. This is a unique nonzero number assigned by a MultiVoice Gateway upon receipt of a call and is used to track H.225.0 call setup messages related to a particular call. |
| Modulation type | The fax modulation type detected by the MultiVoice Gateway (such as V.21, V.27, V.29, V.17, etc.) |
| Speed | The transmission speed, modulation rate, detected for this fax transmission by the MultiVoice Gateway (such as 2400, 4800, 7200, etc.) |



**Note** Fax records are generated for T.38 fax transmissions.

### H.323 disconnect reasons

H.323 disconnect reasons have been added to disconnect-reason-type.mibdef for the Ascend disconnect type. Reported disconnect reasons for standard and nonstandard call termination are recorded in the following table.

| Call drop reason | Call drop code | Specifies |
|------------------|----------------|-----------|
| DIS_H323_DROP_REASON_NULL | 500 | Call drop reason not available |
| DIS_H323_DROP_REASON_NORMAL | 501 | Normal disconnect (caller hung up) |
| DIS_H323_DROP_REASON_DEST_BUSY | 502 | Called destination busy |
| DIS_H323_DROP_REASON_DEST_UNREACHABLE | 503 | Called destination unreachable |
| DIS_H323_DROP_REASON_REJECT | 504 | Call rejected by TAOS |
| DIS_H323_DROP_REASON_WAN_FAILURE | 505 | WAN failure, egress MultiVoice Gateway could not connect the call |

S 812

| Call drop reason | Call drop code | Specifies |
|---|---|---|
| DIS_H323_DROP_REASON_GATEWAY_RESOURCES | 506 | Egress MultiVoice Gateway could not process the call |
| DIS_H323_DROP_REASON_NO_BANDWIDTH | 507 | Sufficient bandwidth not available on the WAN for this call |
| DIS_H323_DROP_REASON_GW_NOT_REGISTERED | 508 | Egress MultiVoice Gateway is currently unregistered with the MVAM |
| DIS_H323_DROP_REASON_INVALID_PIN | 509 | Caller entered an invalid PIN |
| DIS_H323_DROP_REASON_INVALID_DNIS | 510 | Caller dialed invalid number for called destination |
| DIS_H323_DROP_REASON_NO_LAN_ANSWER | 511 | A LAN connection was not available |
| DIS_H323_DROP_REASON_STATE_MACHINE | 512 | Call state machine on MultiVoice Gateway could not advance |
| DIS_H323_DROP_REASON_NO_LAN_DISCONNECT | 513 | The WAN dropped the connection |
| DIS_H323_DROP_REASON_FEGW_CAUSE_CODE | 514 | The egress MultiVoice Gateway dropped the connection |
| DIS_H323_DROP_REASON_MAX_PIN_ATTEMPTS | 515 | The caller failed to authenticate on all attempts to enter the PIN |
| DIS_H323_DROP_REASON_CODER_DENIED | 516 | The MultiVoice Gateway could not negotiate an audio codec selection with the far-end gateway |

# NavisAccess™ support for VoIP call reporting

Basic VoIP call reporting using NavisAccess™ includes the capability to generate start records, stop records, and call progress records for both VoIP and fax calls. These

S 813

Case 1:07-cv-07414-BSJ    Document 26-9    Filed 09/04/2008    Page 8 of 26

records allow NavisAccess™ to monitor gateway resource usage and provide information to create billing records. Each VoIP call can generate two or more records.

## Start records

A start record reports the point in the call where a speech communications is established. Start records can provide the following information:

| Attribute | Specifies |
| --- | --- |
| Ascend-Call-Direction | Direction of the call between the gateway and PSTN. The reported values are Ascend-Call-Direction-Incoming (0) and Ascend-Call-Direction-Outgoing (1). (Ascend Trap 48) |
| NAS-Port | Encoded NAS port used for this call. (RFC Trap 5) |
| NAS-Port-Type | Encoded NAS port used for this call. The value 7 for this attribute identifies a VoIP call. (RFC Trap 61) |
| NAS-IP-Address | NAS IP address associated with this call. (RFC Trap 4) |
| Session-Id | NAS session index recorded in the session table for this call. (RFC Trap 44) |
| Ascend-Modem-PortNo | DSP/modem port allocated for processing this call. This value is part of the resource count information, and is repeated each time it is allocated for a call. (Ascend Trap 120) |
| Ascend-Modem-SlotNo | Slot where the DSP/modem card associated with the reported Ascend-Modem-PortNo is located. This value is part of the resource count information, and is repeated each time it is allocated for a call. (Ascend Trap 121) |
| Ascend-Modem-ShelfNo | Shelf where DSP/modem card allocated for processing this call is installed. This is part of the resource count information, and is repeated each time it is allocated for a call. (Ascend Trap 122) |
| Called-Station-Id (DNIS) | Dialed number string reported by the gateway for the called destination. (RFC Trap 30) |
| Ascend-Dialed-Number | Dialed number string used by the gateway to complete the call. (Ascend Trap 24) |
| Service-Type | Requested type of service, the value of the Type of Service byte, for this call. (RFC Trap 6) |
| Ascend-H323-Destination-NAS-ID | NAS IP address used to route the call to the connecting gateway. (Ascend Trap 22) |
| Ascend-H323-Gatekeeper-IP | IP address of the Gatekeeper used to route the call. The gateway is registered with this gatekeeper. (Ascend Trap 19) |
| Ascend-Global-Call-Id | IP address used by the gatekeeper to identify the connecting gateway for this call. (Ascend Trap 20) |

S 814

**Network Reporting**
*NavisAccess™ support for VoIP call reporting*

| Attribute | Specifies |
|---|---|
| Ascend-H323-Conference-ID | IP address used to identify the called destination. (Ascend Trap 21) |
| Ascend-H323-Presession-Time | Time from the moment the caller finishes dialing the destination telephone number until the moment the speech path is established to the called destination. (Ascend Trap 198) |
| Ascend-H323-Dialed-Time | Time the user spends dialing the destination telephone number. This value is zero for a call originating from the WAN. (Ascend Trap 23) |
| Ascend-Session-Type | Audio codec used for processing the call. (Ascend Trap 18) |

## Stop records

A stop record is generated at the moment when MultiVoice begins to tear down the speech path or when an incoming call to a gateway fails to connect. A stop record can contain the following information:

| Attribute | Specifies |
|---|---|
| Acct-Session-Time | Time from the moment the speech path is established to the called destination until the moment MultiVoice begins to tear down the speech path. (RFC Trap 46) |
| Ascend-Connect-Progress | A number that represents the call connect state at the time the call was terminated. (Ascend Trap 195) |
| Ascend-Disconnect-Cause | A number that reports the H.323 call disconnection reason. (Ascend Trap 196) |
| Ascend-H323-Inter-Arrival-Jitter | Estimated interarrival jitter for voice packets received by a gateway. (Ascend Trap 25) |
| Ascend-Dropped-Octets | The number of voice frames (in bytes) dropped by a gateway during call processing. (Ascend Trap 26) |
| Ascend-Dropped-Packets | Number of voice packets dropped by a gateway during call processing. (Ascend Trap 26) |
| Acct-Input-Octets | Number of voice frames (in bytes) received by a gateway during this call. (RFC Trap 42) |
| Acct-Input-Packets | Number of voice packets received by a gateway during this call. (RFC Trap 47) |
| Acct-Output-Octets | Number of voice frames (in bytes) sent by a gateway during this call. (RFC Trap 43) |
| Acct-Output-Packets | Number of voice packets sent by a gateway during this call. (RFC Trap 48) |

S 815

## Call progress records

A call progress record can be generated during a VoIP call when a change in resource occurs for a fax or transparent modem call. For fax calls, this record includes the modem speed and modulation. A progress message contains all the information included in a start record.

# NavisAccess™ support for RTP payload information

The RTP QoS statistics generated are obtainable periodically, through a polling parameter. RTP QoS periodic statistics (such as end-of-call statistics) are sent to the IPDC protocol (this function is not dependent upon the enabling of either RTP QoS polling or Call Logging).

Supported codecs for this feature are limited to G.711 and G.729 on a MultiVoice Gateways. RTP QoS information passed onto the Call Logging Server is enhanced in this feature to offer a good perspective of the QoS.

The RTP QoS feature can be observed in three factions: Polling, Call Logging, and IPDC.

- In polling, a `voip` profile parameter `rtpqos-polling-enable` can be activated so the i960 processor requests periodic statistics of the SARMs.

- In call logging, for each active call these statistics will be returned every 60 seconds, and once received, will forward the statistics to the call logging mechanism.

- For IPDC, one end-of-call statistic, Estimated Jitter, will be available for the IPDC signaling layer.

 **Note**  This feature is available only on a MultiVoice Gateway configured with MultiDSP cards.

TAOS collects information periodically during the voice call—the general information content is described in Table 6-1.

The RTP statistics set, sent to the STOP packet's call logging server, is enhanced through the addition of attributes into that packet. TAOS collects periodic information during voice calls. Table 6-1 is a description of this QoS information content.

S 816

*Table 6-1. Qos Information*

| Direction | LocalGW - RemoteGW | | | RemoteGW - LocalGW | | |
|---|---|---|---|---|---|---|
| Info (Units) | | | | | | |
| | Sent | Lost | Late | Sent | Lost | Late |
| Packets(N) | X | X | X | X | X | X |
| Bytes (N) | | | Applies to both | | | |
| * Jitter (ms) | | X | | | X | |
| * Round Trip Delay (ms) | | | Applies to both | | | |
| Silence Detect (% of Packets) | | X | | | X | |



**Note** Maximum observed value, minimum observed value, average and standard variance are provided in the STOP packet.

The implementation of the STOP packet information generates a new MIB; ASCEND-RTP-QOS-STATS-MIB. You can use this MIB to extract QoS statistics for an active VoIP (RTP) call.

For call logging and IPDC, N/A is appropriate.

To generate RTP QoS statistics, enable the rtpqos-polling-enable parameter in the voip profile.

| Parameter | Setting |
|---|---|
| rtpqos-polling-enable | Setting this to yes generates RTP QoS statistics periodically, through a polling parameter. RTP QoS periodic statistics (such as end-of-call statistics) are sent to the IPDC protocol (this function is not dependent upon the enabling of either RTP QoS polling or Call Logging). |
| | Default is no. |
| | **Note** This parameter is only applicable when the packet-audio-mode parameter is set to G.711 or G.729. |

## Call logging STOP packet

The Call Logging STOP Packet contains the attributes given in the tables below:

| Option | Specifies |
|---|---|
| Ascend-Rtp-Local-Jitter-Minimum | Minimum jitter measured at local RTP receiver |
| Ascend-Rtp-Local-Jitter-Maximum | Maximum jitter measured at local RTP receiver |
| Ascend-Rtp-Local-Jitter-Mean | Average jitter measured at local RTP receiver |

S 817

| Option | Specifies |
|---|---|
| Ascend-Rtp-Local-Jitter-Variance | Variation in jitter measured at local RTP receiver |
| Ascend-Rtp-Local-Delay-Minimum | Minimum round trip delay measured at local RTP transmitter |
| Ascend-Rtp-Local-Delay-Maximum | Maximum round trip delay measured at local RTP transmitter |
| Ascend-Rtp-Local-Delay-Mean | Average round trip delay measured at local RTP transmitter |
| Ascend-Rtp-Local-Delay-Variance | Variation in round trip delay measured at local RTP transmitter |
| Ascend-Rtp-Local-Packets-Sent | Total number of packets transmitted by local RTP transmitter |
| Ascend-Rtp-Local-Packets-Lost | Total number of packets failed to arrive at local RTP transmitter |
| Ascend-Rtp-Local-Packets-Late | Total number of packets arrived late at local RTP transmitter |
| Ascend-Rtp-Local-Silence-Sent | Total number of bytes transmitted by local RTP transmitter |
| Ascend-Rtp-Local-Silence-Percent | Percentage silence measured at local RTP transmitter |

## Remote RTP transmitter and receiver

The following are statistics regarding Remote RTP Transmitter and Receiver:

| Option | Specifies |
|---|---|
| Ascend-Rtp-Remote-Jitter-Minimum | Minimum jitter measured at Remote RTP receiver |
| Ascend-Rtp-Remote-Jitter-Maximum | Maximum jitter measured at Remote RTP receiver |
| Ascend-Rtp-Remote-Jitter-Mean | Average jitter measured at Remote RTP receiver |
| Ascend-Rtp-Remote-Jitter-Variance | Variation in jitter measured at Remote RTP receiver |
| Ascend-Rtp-Remote-Delay-Minimum | Minimum round trip delay measured at Remote RTP transmitter |
| Ascend-Rtp-Remote-Delay-Maximum | Maximum round trip delay measured at Remote RTP transmitter |
| Ascend-Rtp-Remote-Delay-Mean | Average round trip delay measured at Remote RTP transmitter |

S 818

| Option | Specifies |
|---|---|
| Ascend-Rtp-Remote-Delay-Variance | Variation in round trip delay measured at Remote RTP transmitter |
| Ascend-Rtp-Remote-Packets-Sent | Total number of packets transmitted by Remote RTP transmitter |
| Ascend-Rtp-Remote-Packets-Lost | Total number of packets failed to arrive at Local RTP transmitter |
| Ascend-Rtp-Remote-Packets-Late | Total number of packets arrived late at Local RTP transmitter |
| Ascend-Rtp-Remote-Silence-Sent | Total number of bytes transmitted by Remote RTP transmitter |
| Ascend-Rtp-Remote-Silence-Percent | Percentage silence measured at Remote RTP transmitter |

## End-of-call statistics

The end-of-call statistics are supported by two IPDC messages—the RCR and the ACR message:

### RCR Message

Tag 0 x 99 (Estimated Latency): This tag is now added. It contains a value estimating the latency (delay) measured during the call.

Tag 0 x A3 (Estimated Jitter): This tag is was already included with the end-of-call statistics, but its value is always set to 0. It contains a value estimating the jitter measured during the call.

### ACR Message

Tag 0 x 99 (Estimated Latency): This tag is now added. It contains a value estimating the latency (delay) measured during the call.

Tag 0 x A3 (Estimated Jitter): This tag is was already included with the end-of-call statistics, but its value is always set to 0. It contains a value estimating the jitter measured during the call.

# Reporting cause codes to MVAM

The reporting capabilities of a MultiVoice Gateway include the Q.931 cause code or H.225 Release Complete reason in the data reported to the MultiVoice Access Manager (MVAM) in a Drop Request (DRQ) message.

## Release codes

There are two types of release codes that can be reported when a VoIP call is terminated, either Q.931 Cause codes or H.225 Release Complete Reason codes. MultiVoice uses the event definitions in the H.323 stack to determine which release code gets reported in the DRQ.

S 819

The MultiVoice Gateway extracts the Q.931 Cause code or H.225 Release Complete reason from H.225 Connection object (release complete message); then reports the release code as part of the nonStandardData byte sent to MVAM in the DRQ message.

When reporting call release codes, MultiVoice reports:

* The Q.931 Cause code when the event that terminates the VoIP call is related to a call progress error on active calls

* The H.225 Release Complete reason code when the event that terminates the VoIP call is related to a call admission error

For TAOS 5.0Ap23, the Q.931 Cause codes listed in Table 6-2 are reported by MultiVoice Gateways as call release codes.

*Table 6-2. Reported Q.931 Cause codes*

| H.323 Cause code | Code |
|---|---|
| H323_Call_Rejected | 256 |
| H323_Call_No_Answer | 257 |
| H323_Call_Busy | 258 |
| H323_Call_Failed | 259 |
| H323_Call_No_Resources | 260 |
| H323_Call_No_Bandwidth | 262 |
| H323_Call_No_Destination | 163 |
| H323_Call_No_Gatekeeper | 164 |
| H323_Call_Bad_Format | 165 |
| H323_Call_Not_Registered | 166 |
| H323_Call_Network_Failed | 167 |
| H323_Call_Unassigned_Num | 168 |
| H323_Call_Dest_OutofOrder | 169 |
| H323_Call_Invalid_Pin | 170 |
| H323_Call_Invalid_Dnis | 171 |
| H323_Call_Pin_Required | 172 |
| H323_Call_2Dnis_Required | 173 |
| H323_Call_PinAnd2Dnis_Required | 174 |

S 820

For TAOS 5.0Ap23, the H.225 Release Complete reason codes found in Table 6-3 are reported by MultiVoice Gateways as call release codes.

*Table 6-3. Reported H.225 Cause codes*

| H.225 Reason Complete | Code |
|---|---|
| H225_Idle | 100 |
| H225_RAS_Reject | 112 |
| H225_RAS_Drop | 113 |

## Reporting Q.931 messages

Q.931+ message trace information displayed in English language format. Previously, diagnostic and status information was displayed in hexadecimal format, which provides no intuitive information as to message meanings.

The diagnostic and status information that is displayed in English language format includes the following:

- Q.931 call progress events

- Layer 2 and Layer 3 transport events

- Initialization and data transport errors

### Modifications to the ss7asg command

The ss7asg debug-level command output reports TUNL message statistics when entered as follows:

admin> **ss7asg -s**

The -s option of the ss7asg command provides an English language summary of SS7 signaling activity for a MultiVoice Gateway. A new debug option for dumping call information elements (IE) are available and added as part of this enhancement. TAOS 9.0 modifies the ss7asg debug command to include the following options:

| Options | Specifies |
|---|---|
| -i | Display the SS7 interface ID map |
| -m | Show all MCBs (ME control blocks) |
| -n | Show all NLCBs (Layer 3 call blocks) |
| -s | Show SS7 interface statistics |
| -r | Reset SS7 signaling layer statistics |

To set the diagnostics level for the ss7asg command, use the following Diag command to assign the appropriate debug level:

diag ss7asg *level*

S 821

| Debug level | Specifies |
|---|---|
| 0x00 | Diagnostic output is disabled. No debugging information is collected. |
| 0x01 | Report errors only. Collect only high level error information as errors occur. |
| 0x02 | Record Layer 3 events and state changes. The Layer 3 state transitions are displayed as they happen. |
| 0x04 | Record call control events. Collect in session logs. |
| 0x08 | Collect decoded information elements (IE) for each SS7 call. |
| 0x10 | Show detailed debugging traces. Collect full session logs, including low-level processing information. |
| 0x20 | Enable code trace for debugging |
| 0x40 | Record Layer 3 packet information |
| 0x80 | Collect call control primitives |
| 0x100 | Collect signaling link event information |
| 0x200 | Show memory allocation/deallocations for TAOS unit processing of SS7 calls. |

## Displaying extended information

Extended information elements contain processing details about ASG call processing. Setting debug level 0x08 displays the following information elements decoded (nonhexadecimal) format:

* Bearer cap
* Called Party number
* Calling Party number
* Cause value
* Call state
* Channel identification
* Call reference

The following example illustrates the output of the ss7nmi -m command, reporting the TUNL messaging statistics:

```
tnt-176> ss7asg -s
SS7 Signaling Gateway interface statistics:
        Initialized successfully:              No
        Interface state:                       Disabled
        Diagnostic level:                      0
Initialization Errors:
        Number of errors in initialization:    0
        Memory pools:                          0
        Mailboxes:                             0
```

S 822

```
Signaling Layer:
       Number of SETUP requests from:          L2: 0        CC: 0
       Number of CONNECT to ASG:               0
       Number of CONNECT_ACK from ASG:         0
       Number of SETUP rejected from:          L3: 0        CC: 0
       Number of DISCONNECT requests from:     L2: 0        CC: 0
       Number of REGISTRATION to ASG:          0
       Number of REGISTRATION_ACK from ASG:    0
       Number of SERVICE recv:                 0
       Number of SERVICE_ACK xmit:             0
       Number of DL_REL_IND from L2:           0
       Number of DL_EST_IND from L2:           0
       Number of T303 expiry events:           0
       Number of T305 expiry events:           0
       Number of T308 expiry events:           0
       Number of BC Resp without matched NLCB: 0
       Last L3 counters reset timestamp:       [09/27/2000 08:17:54]
Data Transport Layer:
       Number of link fail-overs:              0
       Number of persistent errors:            0
       Last error:                             No Error
       Last error status change timestamp:     [01/01/1990 00:00:00]
```

## Reporting call failures in cause codes

The MultiVoice Gateway reports the call progress cause code in the billing Disengage Request (DRQ). This cause code is recorded in call detail records (CDRs) and in debug information so that all necessary information can be examined to determine the precise point of failure.

### Background

Historically, many ISDN switches sent a release complete message instead of the call progress message that contained the call failure reason. The message oftentimes reported ambiguous and misleading call failure information.

The real reason of failure was contained in the call progress message, but was ignored. The call progress message contained a CAUSE field that includes the type of call failure (for example, Invalid Number Format).

### Implementation Details

To more accurately reflect the exact cause of call failure, the following has been implemented:

- When a Call Progress message contains a Progress Indicator of 8 from the PSTN, the value of the Q.391 cause code is captured. The reason indicates why the call failed (for example, Invalid Number Format).

- A progress cause code is a embedded in the DRQ message, which is recorded by the Gatekeeper (for example, MVAM).

S 823

- The Gatekeeper includes the new cause code information in a new field of the call detail record (CDR). Look at the release cause code of the CDR to determine if a problem occurred during the processing of the call.

- The cause code information is displayed using h323debug.

## Calculating and reporting packet jitter

Jitter calculation on the StrongARM (SARM) processor for reporting RTP packet transmissions is available in TAOS 5.0Ap23. The packet jitter on a MultiVoice Gateway is reported to both the Media Gateway Controller (SoftSwitch) for IP Device Control (IPDC) protocol packets and to NavisAccess™ administration systems.

The jitter calculation provides an estimate of the statistical variance of the RTP data packet interarrival time, measured in timestamp units and expressed as an unsigned integer. The interarrival jitter is defined to be the mean deviation (smoothed absolute value) of the difference in packet spacing at the receiver compared to the sender for a pair of packets. As the control DSP accepts packets from the i960 processor shared memory interface, jitter is calculated using the formula defined in RFC 1889, *RTP: A Transport Protocol for Real-Time Applications*, (Jan. 1996), IETF, as illustrated:

```
jitter += (1/16)*(d-(jitter))
```

The results of this equation returns the equivalent of the difference in the relative transit time for the two packets; the relative transit time is the difference between a packet's RTP timestamp and the receiver's clock at the time of arrival, measured in the same units. Since all time calculations on MultiVoice Gateways are executed using a fixed point system, the jitter calculation is implemented using the following modified version of the formula specified by RFC 1889:

```
jitter += (d - (jitter + 8) >> 4);
```

In this case, the difference (d) is the difference between the current transit time and the previous transit time, as defined in RFC 1889. This value is maintained for each Slave DSP.

Transit time is calculated by calculating the time difference between two consecutive packets, and subtracting the difference in RTP timestamps. The values are reported to the i960 through the Query Call Stats message response, the 32 bit jitter response is added to the end of message as first word, upper 16 bits, second word, lower 16 bits. The value is the number of 125us ticks.

## Q.931 messaging for SS7 V.110 calls

The feature adds Q.931 messaging support for requesting V.110 bearer capability for Signal System 7 (SS7) calls. A second octet in the call setup message information element is sent by a protocol control gateway (PCG). When a PCG, such as Lucent SoftSwitch, includes the Q.931 information element in the call setup message, the information element enables asynchronous transfer mode and disables in-band negotiation.

For calls requiring V.110 bearer capability, the PCG generates a Q.931 call setup message requesting bearer capability at one of the following unrestricted

S 824

adaptation rates, in bits-per-second (bps), supported by MAX TNT or APX 8000 units:

- 2400bps to 64Kbps
- 4800bps to 64Kbps
- 9600bps to 64Kbps
- 19200bps to 64Kbps
- 38400bps to 64Kbps

## Supported Q.931 bearer capability requests

The call type is set in octet 5 of the Q.931 call setup message sent from the SoftSwitch to the TAOS unit. The adaptation rate is retrieved from the user rate in octet 5a of the Q.931 call setup message.

The following table lists the TAOS-supported bearer capability requests that can be assigned to Octet 5 of the Q.931 setup message by the PCG for SS7 call processing:

| Request | Specifies |
|---|---|
| 0x04 0x03 0x80 0x90 0xa0 | Speech bearer capability. |
| 0x04 0x04 0x88 0x90 0x21 0xc3 | V.110 bearer capability with 2400bps to 64Kbps unrestricted adaptation. |
| 0x04 0x04 0x88 0x90 0x21 0xc5 | V.110 bearer capability with 4800bps to 64Kbps unrestricted adaptation. |
| 0x04 0x04 0x88 0x90 0x21 0xc8 | V.110 bearer capability with 9600bps to 64Kbps unrestricted adaptation. |
| 0x04 0x04 0x88 0x90 0x21 0xcb | V.110 bearer capability with 19200bps to 64Kbps unrestricted adaptation. |
| 0x04 0x04 0x88 0x90 0x21 0xcd | V.110 bearer capability with 38400bps to 64Kbps unrestricted adaptation. |

## Octet 5a information element

When the Q.931 call setup message sent by the PCG requests V.110 bearer capability, the following values must be assigned to Octet 5a to enable asynchronous transfer mode and suspend in-band call signaling on a TAOS unit for the duration of the SS7 call.

| Bit # | Value | Description |
|---|---|---|
| Bit 7 | 1 | Enable asynchronous data mode for this call |
| Bit 6 | 0 | Disable in-band negotiation |

S 825

# MultiVoice Packet Processing



MultiVoice H.323 voice and data transmissions utilize User Datagram Protocol (UDP) packetting for processing voice and RAS channel messages. The Real-time Transfer Protocol (RTP) packets, which contain the voice data, run on top of UDP.

## MultiVoice packet format

The size of each MultiVoice packet is determined by the number of audio frames contained in each RTP packet plus the size of the respective headers required to construct the Ethernet frame. Each component of the Ethernet frame include the following elements:

*Figure A-1.  MultiVoice packet format*

| Ethernet Header | IP Header | UDP Header | RTP Header | DATA (message) | CRC |
|-----------------|-----------|------------|------------|----------------|-----|

where:

*Table A-1.     Multivoice packet descriptions (Page 1 of 2)*

| Element | Size | Description |
|---------|------|-------------|
| Ethernet Header | 18 bytes | This header contains the source and destination MAC addresses (station addresses) used for the data link between two gateways. |
| IP Header | 20 bytes | This header contains source and destination IP addresses. If MultiVoice packets become fragmented at the IP transport layer, multiple datagrams are generated and assigned sequence numbers so they can be reassembled at the destination gateway. |
| UDP Header | 8 bytes | This header contains the source and destination ports as well as the sequence number of the packet. |

S 826

**MultiVoice Packet Processing**
*Packet sizes by audio codec*

Table A-1.    *Multivoice packet descriptions (Page 2 of 2)*

| Element | Size | Description |
|---------|------|-------------|
| RTP Header | 12 bytes | This header contains timestamping and synchronization information for proper reassembly of data at the destination gateway. |

## Packet sizes by audio codec

The RTP packet header contains a time stamp and sequence number used to reconstruct the voice message. The header size is fixed at 12 bytes. The size of the packet data will vary, depending upon the type of audio codec defined for `packet-audio-mode` parameter.

Table A-2 provides information on the RTP packet sizes and processing times by audio codec.

Table A-2.    *RTP packet sizes (Page 1 of 5)*

| Audio codec | Number of voice frames | RTP packet size (includes RTP header) | Ethernet frame size | Bits per second | Packets per second |
|-------------|------------------------|---------------------------------------|---------------------|-----------------|--------------------|
| G.711 | 1 @ 5ms ea. | 52 Bytes | 98 Bytes | 156800 | 200 |
|  | 2 @ 5ms ea. | 92 Bytes | 138 Bytes | 110400 | 100 |
|  | 3 @ 5ms ea. | 132 Bytes | 178 Bytes | 94933.33 | 66.667 |
|  | 4 @ 5ms ea. | 172 Bytes | 218 Bytes | 87200 | 50 |
|  | 5 @ 5ms ea. | 212 Bytes | 258 Bytes | 82560 | 40 |
|  | 6 @ 5ms ea. | 252 Bytes | 298 Bytes | 79466.67 | 33.333 |
|  | 7 @ 5ms ea. | 292 Bytes | 338 Bytes | 77257.143 | 28.571 |
|  | 8 @ 5ms ea. | 332 Bytes | 378 Bytes | 75600 | 25 |
|  | 9 @ 5ms ea. | 372 Bytes | 418 Bytes | 74311.11 | 22.222 |
|  | 10 @ 5ms ea. | 412 Bytes | 458 Bytes | 73280 | 20 |

S 827

Table A-2.     RTP packet sizes (Page 2 of 5)

| Audio codec | Number of voice frames | RTP packet size (includes RTP header) | Ethernet frame size | Bits per second | Packets per second |
|---|---|---|---|---|---|
| G.723.1 @ 5.3 Kbps | 1 @ 30 ms ea. | 32 Bytes | 78 Bytes | 20800.000 | 33.333 |
| | 2 @ 30 ms ea. | 52 Bytes | 98 Bytes | 13066.667 | 16.667 |
| | 3 @ 30 ms ea. | 72 Bytes | 118 Bytes | 10488.889 | 11.111 |
| | 4 @ 30 ms ea. | 92 Bytes | 138 Bytes | 9200.000 | 8.333 |
| | 5 @ 30 ms ea. | 112 Bytes | 158 Bytes | 8426.667 | 6.667 |
| | 6 @ 30 ms ea. | 132 Bytes | 178 Bytes | 7911.111 | 5.556 |
| | 7 @ 30 ms ea. | 152 Bytes | 198 Bytes | 7542.857 | 4.762 |
| | 8 @ 30 ms ea. | 172 Bytes | 218 Bytes | 7266.667 | 4.167 |
| | 9 @ 30 ms ea. | 192 Bytes | 238 Bytes | 7051.852 | 3.704 |
| | 10 @ 30 ms ea. | 212 Bytes | 258 Bytes | 6880.000 | 3.333 |

S 828

**MultiVoice Packet Processing**
*Packet sizes by audio codec*

Table A-2.     *RTP packet sizes (Page 3 of 5)*

| Audio codec | Number of voice frames | RTP packet size (includes RTP header) | Ethernet frame size | Bits per second | Packets per second |
|---|---|---|---|---|---|
| G.723.1 @ 6.4 Kbps | 1 @ 30 ms ea. | 36 Bytes | 82 Bytes | 21866.667 | 33.333 |
| | 2 @ 30 ms ea. | 60 Bytes | 106 Bytes | 14133.333 | 16.667 |
| | 3 @ 30 ms ea. | 84 Bytes | 130 Bytes | 11555.556 | 11.111 |
| | 4 @ 30 ms ea. | 108 Bytes | 154 Bytes | 10266.667 | 8.333 |
| | 5 @ 30 ms ea. | 132 Bytes | 178 Bytes | 9493.333 | 6.667 |
| | 6 @ 30 ms ea. | 156 Bytes | 202 Bytes | 8977.778 | 5.556 |
| | 7 @ 30 ms ea. | 180 Bytes | 226 Bytes | 8609.524 | 4.762 |
| | 8 @ 30 ms ea. | 204 Bytes | 250 Bytes | 8333.333 | 4.167 |
| | 9 @ 30 ms ea. | 228 Bytes | 274 Bytes | 8118.519 | 3.704 |
| | 10 @ 30 ms ea. | 252 Bytes | 298 Bytes | 7946.667 | 3.333 |

S 829

*Table A-2.    RTP packet sizes (Page 4 of 5)*

| Audio codec | Number of voice frames | RTP packet size (includes RTP header) | Ethernet frame size | Bits per second | Packets per second |
|---|---|---|---|---|---|
| G.728 | 1 @ 5ms ea. | 22 bytes | 68 bytes | 108800.00 | 200 |
| | 2 @ 5ms ea. | 32 bytes | 78 bytes | 62400.000 | 100 |
| | 3 @ 5ms ea. | 42 bytes | 88 bytes | 46933.333 | 66.667 |
| | 4 @ 5ms ea. | 52 bytes | 98 bytes | 39200.000 | 50.000 |
| | 5 @ 5ms ea. | 62 bytes | 108 bytes | 34560.000 | 40.000 |
| | 6 @ 5ms ea. | 72 bytes | 118 bytes | 31466.667 | 33.333 |
| | 7 @ 5ms ea. | 82 bytes | 128 bytes | 29257.143 | 28.571 |
| | 8 @ 5ms ea. | 92 bytes | 138 bytes | 27600.000 | 25.000 |
| | 9 @ 5ms ea. | 102 bytes | 148 bytes | 26311.111 | 22.222 |
| | 10 @ 5ms ea. | 112 bytes | 158 bytes | 25280.000 | 20.000 |
| G.729A | 1 @ 10ms ea. | 22 bytes | 68 bytes | 54400 | 100 |
| | 2 @ 10ms ea. | 32 bytes | 78 bytes | 31200 | 50 |
| | 3 @ 10ms ea. | 42 bytes | 88 bytes | 23466.67 | 33.333 |
| | 4 @ 10ms ea. | 52 bytes | 98 bytes | 19600 | 25 |
| | 5 @ 10ms ea. | 62 bytes | 108 bytes | 17280 | 20 |
| | 6 @ 10ms ea. | 72 bytes | 118 bytes | 15733.33 | 16.667 |
| | 7 @ 10ms ea. | 82 bytes | 128 bytes | 14628.571 | 14.286 |
| | 8 @ 10ms ea. | 92 bytes | 138 bytes | 13800 | 12.5 |
| | 9 @ 10ms ea. | 102 bytes | 148 bytes | 13155.56 | 11.111 |
| | 10 @10ms ea. | 112 bytes | 158 bytes | 12640 | 10 |

S 830

**MultiVoice Packet Processing**
*Packet sizes by audio codec*

*Table A-2.    RTP packet sizes (Page 5 of 5)*

| Audio codec | Number of voice frames | RTP packet size (includes RTP header) | Ethernet frame size | Bits per second | Packets per second |
|---|---|---|---|---|---|
| Full-rate GSM | 1 @ 20ms ea. | 45 bytes | 91 bytes | 22750 | 50 |
| | 2 @ 20ms ea. | 78 bytes | 124 bytes | 24800 | 25 |
| | 3 @ 20ms ea. | 111 bytes | 157 bytes | 20924.96 | 16.66 |
| | 4 @ 20ms ea. | 144 bytes | 190 bytes | 19000 | 12.5 |
| | 5 @ 20ms ea. | 177 bytes | 223 bytes | 17840 | 10 |
| | 6 @ 20ms ea. | 210 bytes | 256 bytes | 17066.66 | 8.33 |
| | 7 @ 20ms ea. | 243 bytes | 289 bytes | 16514.28 | 7.14 |
| | 8 @ 20ms ea. | 274 bytes | 320 bytes | 16000 | 6.25 |
| | 9 @ 20ms ea. | 299 bytes | 345 bytes | 15333.33 | 5.55 |
| | 10 @ 20ms ea. | 342 bytes | 388 bytes | 15520 | 5 |

S 831

# Determining Jitter Buffer Size



The dynamic jitter buffer size is a function of:

- RTP packet duration (in milliseconds) for the selected audio codec
- Total RTP packets as defined by the Initial-Jitter-Buffer-Size and Max-Jitter-Buffer-size parameters

Dynamic jitter buffer size is derived by multiplying the values assigned to the `initial-jitter-buffer-size` and `max-jitter-buffer-size` parameters, respectively, by *packet duration*. Packet duration is the total playout time, in milliseconds, for the speech frames contained in a single RTP packet:

*initial-jitter-buffer-size*    **x**    *Packet Duration (ms)*

*max-jitter-buffer-size*    **x**    *Packet Duration (ms)*

For example, in fixed mode, if `initial-jitter-buffer-size = 5`, and an in-coming call used the G.711 codec with one audio frame per packet, which has a packet duration of 5ms, then:

5 (Packets) x 5ms/packet = 25ms (jitter buffer length)

The instantaneous jitter buffer size for the VoIP call is 25ms. If a second in-coming call used the G.729(A) codec, and had five audio frames per packet, with a packet duration of 50ms, then the instantaneous jitter buffer size for this subsequent call is 250ms.

## Dynamic jitter buffers

The following tables contain the calculated dynamic jitter buffers for a single call, by supported audio codec.

*Table B-1.*    *Jitter buffer length (in milliseconds) for the G.711 audio codec (Page 1 of 2)*

| Jitter[a] buffer packets | Packet duration (ms), for one to 10 audio frames per RTP packet using the G.711 codec | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 frame @5ms | 2 frames @10ms | 3 frames @15ms | 4 frames @20ms | 5 frames @25ms | 6 frames @30ms | 7 frames @35ms | 8 frames @40ms | 9 frames @45ms | 10 frames @50ms |
| 1 | 5 | 10 | 15 | 20 | 25 | 30 | 35 | 40 | 45 | 50 |
| 2 | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |

S 832