**Determining Jitter Buffer Size**
*Dynamic jitter buffers*

*Table B-1.    Jitter buffer length (in milliseconds) for the G.711 audio codec (Page 2 of 2)*

| Jitter[a] buffer packets | Packet duration (ms), for one to 10 audio frames per RTP packet using the G.711 codec | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 frame @5ms | 2 frames @10ms | 3 frames @15ms | 4 frames @20ms | 5 frames @25ms | 6 frames @30ms | 7 frames @35ms | 8 frames @40ms | 9 frames @45ms | 10 frames @50ms |
| 3 | 15 | 30 | 45 | 60 | 75 | 90 | 105 | 120 | 135 | 150 |
| 4 | 20 | 40 | 60 | 80 | 100 | 120 | 140 | 160 | 180 | 200 |
| 5 | 25 | 50 | 75 | 100 | 125 | 150 | 175 | 200 | 225 | 250 |
| 6 | 30 | 60 | 90 | 120 | 150 | 180 | 210 | 240 | 270 | 300 |
| 7 | 35 | 70 | 105 | 140 | 175 | 210 | 245 | 280 | 315 | 350 |
| 8 | 40 | 80 | 120 | 160 | 200 | 240 | 280 | 320 | 360 | 400 |
| 9 | 45 | 90 | 135 | 180 | 225 | 270 | 315 | 360 | 405 | 450 |
| 10 | 50 | 100 | 150 | 200 | 250 | 300 | 350 | 400 | 450 | 500 |
| 11 | 55 | 110 | 165 | 220 | 275 | 330 | 385 | 440 | 495 | 550 |
| 12 | 60 | 120 | 180 | 240 | 300 | 360 | 420 | 480 | 540 | 600 |
| 13 | 65 | 130 | 195 | 260 | 325 | 390 | 455 | 520 | 585 | 650 |
| 14 | 70 | 140 | 210 | 280 | 350 | 420 | 490 | 560 | 630 | 700 |
| 15 | 75 | 150 | 225 | 300 | 375 | 450 | 525 | 600 | 675 | 750 |
| 16 | 80 | 160 | 240 | 320 | 400 | 480 | 560 | 640 | 720 | 800 |
| 17 | 85 | 170 | 255 | 340 | 425 | 510 | 595 | 680 | 765 | 850 |
| 18 | 90 | 180 | 270 | 360 | 450 | 540 | 630 | 720 | 810 | 900 |
| 19 | 95 | 190 | 285 | 380 | 475 | 570 | 665 | 760 | 855 | 950 |

a.    This is the value entered for either initial-jitter-buffer-size and/or max-jitter-buffer-size.

S 833

*Table B-2.*     *Jitter buffer length (in milliseconds) for the G.729(A) audio codec*

| Jitter[a] buffer packets | Packet duration (ms), for one to 10 audio frames per RTP packet using the G.729(A) codec | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 frame @10ms | 2 frames @20ms | 3 frames @30ms | 4 frames @40ms | 5 frames @50ms | 6 frames @60ms | 7 frames @70ms | 8 frames @80ms | 9 frames @90ms | 10 frames @100ms |
| 1 | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
| 2 | 20 | 40 | 60 | 80 | 100 | 120 | 140 | 160 | 180 | 200 |
| 3 | 30 | 60 | 90 | 120 | 150 | 180 | 210 | 240 | 270 | 300 |
| 4 | 40 | 80 | 120 | 160 | 200 | 240 | 280 | 320 | 360 | 400 |
| 5 | 50 | 100 | 150 | 200 | 250 | 300 | 350 | 400 | 450 | 500 |
| 6 | 60 | 120 | 180 | 240 | 300 | 360 | 420 | 480 | 540 | 600 |
| 7 | 70 | 140 | 210 | 280 | 350 | 420 | 490 | 560 | 630 | 700 |
| 8 | 80 | 160 | 240 | 320 | 400 | 480 | 560 | 640 | 720 | 800 |
| 9 | 90 | 180 | 270 | 360 | 450 | 540 | 630 | 720 | 810 | 900 |
| 10 | 100 | 200 | 300 | 400 | 500 | 600 | 700 | 800 | 900 | 1000 |
| 11 | 110 | 220 | 330 | 440 | 550 | 660 | 770 | 880 | 990 | 1100 |
| 12 | 120 | 240 | 360 | 480 | 600 | 720 | 840 | 960 | 1080 | 1200 |
| 13 | 130 | 260 | 390 | 520 | 650 | 780 | 910 | 1040 | 1170 | 1300 |
| 14 | 140 | 280 | 420 | 560 | 700 | 840 | 980 | 1120 | 1260 | 1400 |
| 15 | 150 | 300 | 450 | 600 | 750 | 900 | 1050 | 1200 | 1350 | 1500 |
| 16 | 160 | 320 | 480 | 640 | 800 | 960 | 1120 | 1280 | 1440 | 1600 |
| 17 | 170 | 340 | 510 | 680 | 850 | 1020 | 1190 | 1360 | 1530 | 1700 |
| 18 | 180 | 360 | 540 | 720 | 900 | 1080 | 1260 | 1440 | 1620 | 1800 |
| 19 | 190 | 380 | 570 | 760 | 950 | 1140 | 1330 | 1520 | 1710 | 1900 |

a.     This is the value entered for either initial-jitter-buffer-size and/or max-jitter-buffer-size.

S 834

**Determining Jitter Buffer Size**
*Dynamic jitter buffers*

Table B-3.    *Jitter buffer length (in milliseconds) for the G.723.1 audio codec*

| Jitter[a] buffer packets | Packet duration (ms), for one to 10 audio frames per RTP packet using the G.723.1 codec | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 frame @30ms | 2 frames @60ms | 3 frames @90ms | 4 frames @120ms | 5 frames @150ms | 6 frames @180ms | 7 frames @210ms | 8 frames @240ms | 9 frames @270ms | 10 frames @300ms |
| 1 | 30 | 60 | 90 | 120 | 150 | 180 | 210 | 240 | 270 | 300 |
| 2 | 60 | 120 | 180 | 240 | 300 | 360 | 420 | 480 | 540 | 600 |
| 3 | 90 | 180 | 270 | 360 | 450 | 540 | 630 | 720 | 810 | 900 |
| 4 | 120 | 240 | 360 | 480 | 600 | 720 | 840 | 960 | 1080 | 1200 |
| 5 | 150 | 300 | 450 | 600 | 750 | 900 | 1050 | 1200 | 1350 | 1500 |
| 6 | 180 | 360 | 540 | 720 | 900 | 1080 | 1260 | 1440 | 1620 | 1800 |
| 7 | 210 | 420 | 630 | 840 | 1050 | 1260 | 1470 | 1680 | 1890 | 2100 |
| 8 | 240 | 480 | 720 | 960 | 1200 | 1440 | 1680 | 1920 | 2160 | 2400 |
| 9 | 270 | 540 | 810 | 1080 | 1350 | 1620 | 1890 | 2160 | 2430 | 2700 |
| 10 | 300 | 600 | 900 | 1200 | 1500 | 1800 | 2100 | 2400 | 2700 | 3000 |
| 11 | 330 | 660 | 990 | 1320 | 1650 | 1980 | 2310 | 2640 | 2970 | 3300 |
| 12 | 360 | 720 | 1080 | 1440 | 1800 | 2160 | 2520 | 2880 | 3240 | 3600 |
| 13 | 390 | 780 | 1170 | 1560 | 1950 | 2340 | 2730 | 3120 | 3510 | 3900 |
| 14 | 420 | 840 | 1260 | 1680 | 2100 | 2520 | 2940 | 3360 | 3780 | 4200 |
| 15 | 450 | 900 | 1350 | 1800 | 2250 | 2700 | 3150 | 3600 | 4050 | 4500 |
| 16 | 480 | 960 | 1440 | 1920 | 2400 | 2880 | 3360 | 3840 | 4320 | 4800 |
| 17 | 510 | 1020 | 1530 | 2040 | 2550 | 3060 | 3570 | 4080 | 4590 | 5100 |
| 18 | 540 | 1080 | 1620 | 2160 | 2700 | 3240 | 3780 | 4320 | 4860 | 5400 |
| 19 | 570 | 1140 | 1710 | 2280 | 2850 | 3420 | 3990 | 4540 | 5130 | 5700 |

a.    This is the value entered for initial-jitter-buffer-size.

S 835

*Table B-4.*    *Jitter buffer length (in milliseconds) for the G.728 audio codec*

| Jitter[a] buffer packets | Packet duration (ms), for one to 10 audio frames per RTP packet using the G.728 codec | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 frame @5ms | 2 frames @10ms | 3 frames @15ms | 4 frames @20ms | 5 frames @25ms | 6 frames @30ms | 7 frames @35ms | 8 frames @40ms | 9 frames @45ms | 10 frames @50ms |
| 1 | 5 | 10 | 15 | 20 | 25 | 30 | 35 | 40 | 45 | 50 |
| 2 | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
| 3 | 15 | 30 | 45 | 60 | 75 | 90 | 105 | 120 | 135 | 150 |
| 4 | 20 | 40 | 60 | 80 | 100 | 120 | 140 | 160 | 180 | 200 |
| 5 | 25 | 50 | 75 | 100 | 125 | 150 | 175 | 200 | 225 | 250 |
| 6 | 30 | 60 | 90 | 120 | 150 | 180 | 210 | 240 | 270 | 300 |
| 7 | 35 | 70 | 105 | 140 | 175 | 210 | 245 | 280 | 315 | 350 |
| 8 | 40 | 80 | 120 | 160 | 200 | 240 | 280 | 320 | 360 | 400 |
| 9 | 45 | 90 | 135 | 180 | 225 | 270 | 315 | 360 | 405 | 450 |
| 10 | 50 | 100 | 150 | 200 | 250 | 300 | 350 | 400 | 450 | 500 |
| 11 | 55 | 110 | 165 | 220 | 275 | 330 | 385 | 440 | 495 | 550 |
| 12 | 60 | 120 | 180 | 240 | 300 | 360 | 420 | 480 | 540 | 600 |
| 13 | 65 | 130 | 195 | 260 | 325 | 390 | 455 | 520 | 585 | 650 |
| 14 | 70 | 140 | 210 | 280 | 350 | 420 | 490 | 560 | 630 | 700 |
| 15 | 75 | 150 | 225 | 300 | 375 | 450 | 525 | 600 | 675 | 750 |
| 16 | 80 | 160 | 240 | 320 | 400 | 480 | 560 | 640 | 720 | 800 |
| 17 | 85 | 170 | 255 | 340 | 425 | 510 | 595 | 680 | 765 | 850 |
| 18 | 90 | 180 | 270 | 360 | 450 | 540 | 630 | 720 | 810 | 900 |
| 19 | 95 | 190 | 285 | 380 | 475 | 570 | 665 | 760 | 855 | 950 |

a.    This is the value entered for initial-jitter-buffer-size.

S 836

pstn-attribute 3-7
registration-retries 3-26, 3-27
registration-retries-timer 3-27
robbed-bit-mode 2-55
rt-fax-options 5-2
secondary-ip-address 2-47
secondary-tcp-port 2-47
send-icmp-dest-unreachable 2-10
sequential-call-enable 3-6, 3-56
signaling-mode 2-49, 2-55
silence-det-cng 3-13, 3-15
silence-threshold 3-14
single-dial-enable 3-52, 4-4
ss7voip-call-persistence 3-60
subtype 2-66
system-ip-addr 2-8
system-type 2-47
t1-duration 2-48
t1-inter-digit-timeout 2-56
t2-duration 2-48
t3-duration 2-48
throttle-no-port-match-udp-traffic-on-slot
     2-10
tos-options 3-16
trunk-prefix-enable 3-55
trunk-quiesce-enable 3-36
type-of-service 3-18
use-system-ip-address-as-source 2-47
voice-ann-dir 4-8
voice-ann-enc 4-9
voip-max-capacity-allowed 2-2
vpn-mode 3-56
window-size 2-48
PBX 1-20
PIN 3-72
  authentication 3-56, 3-71, 3-72
Pipeline 85
  router 1-18
pound sign 3-71, 3-72
precedence parameter 3-17
PRI tunneling
  configuring 2-50
primary gatekeeper 3-24
primary-ip-address parameter 2-47, 2-50
primary-retries parameter 1-11, 3-27
primary-tcp-port parameter 2-47
priority-based call routing 2-25
Private Branch Exchange 1-20
PSTN
  example of 1-1
PSTN call signaling 3-37
Pstn-Attribute parameter 3-7
Public Switched Telephone Network
  See PSTN 1-1

Q

Q.931 messaging support 6-19
Quality of Service (QoS) 1-18

R

RAS 1-22
RCCP 1-17
Real-Time Fax
  fax session detection 5-13
real-time fax
  call routing 5-4
  H.323 Annex D T.38 standard 5-1
registration policy
  configuration attempts 3-26
  primary Gatekeeper failure 3-26
  reregistration attempts 3-27
Registration Request (RRQ) 3-25
Registration, Admission and Status signaling. See
  RAS
registrationDuration parameter 1-11, 3-26
registration-retries parameter 1-11, 3-26, 3-27
registration-retries-timer parameter 3-27
registration-retry-timer parameter 1-11
related www sites xx
relative silence threshold 3-14
reporting
  cause codes 6-14
  jitter calculation 6-19
  Q.931+ message trace information 6-16
  trunk availability 3-28
requesting
  operator assistance 3-53
Request-Modify-Call-Parameters
  See RMCP 2-39
reregistration policy 3-26
  definition 3-26
RMCP 1-17, 2-39
Robbed-Bit-Mode parameter 2-55
routing
  VoIP call processing 2-5
rt-fax-options subprofile parameters 5-2
RTP header A-2

S

secondary gatekeeper 3-3
secondary MVAM 1-8

S 837

**Index**

secondary-ip-address parameter 2-47
secondary--tcp-port parameter 2-47
send-icmp-dest-unreachable parameter 2-10
sequential dialing 3-57
sequential-call-enable parameter 3-56
signaling-mode parameter 2-49, 2-55
silence detection 3-13
silence-det-cng parameter 3-13, 3-15
silence-threshold parameter 3-14
single-dial-enable parameter 3-52, 4-4
slow poll mode
   definition 3-25
SNMP
   H.323 call information 6-4
sparing
   definition 1-9
SS7 data trunk configuration 2-49
SS7-GATEWAY profile 2-46
   bay-id 2-47
   control-protocol 2-47
   primary-ip-address 2-47, 2-50
   primary-tcp-port 2-47
   secondary-ip-address 2-47
   secondary-tcp-port 2-47
   system-type 2-47
   use-system-ip-address-as-source 2-47
ss7nmi command 2-52, 3-61
ss7voip command 3-61
ss7voip-call-persistence parameter 3-60
STN 1-17
StrongARM processor 2-4, 6-19
subtype parameter 2-66
SYSTEM profile
   country 2-7
   max-dialout-time 2-7
   num-digits-trunk-groups 2-7
   parallel-dial 2-7
   system-ip-addr 2-8
systems-ip-addr parameter 2-8
system-type parameter 2-47

**T**

t1-duration parameter 2-48
t1-inter-digit-timeout parameter 2-56
t2-duration parameter 2-48
t3-duration parameter 2-48
throttle-no-port-match-udp-traffic-on-slot
   parameter 2-10
tos-options subprofile 3-16

transparent
   fax/modem transmission 3-34
Transport-Options subprofile 2-48
   ack-threshold 2-48
   t1-duration 2-48
   t2-duration 2-48
   t3-duration 2-48
   window-size 2-48
trunk availability
   reporting 3-28
trunk configuration 2-46
trunk-prefix-enable parameter 3-55
trunk-quiesce-enable parameter 3-36
type-of-service parameter 3-18

**U**

UDP header A-1
user-defined Voip profiles 3-7
use-system-ip-address-as-source parameter 2-47

**V**

voice announcement playout
   encoded speech 4-9
voice announcements
   converting file formats 4-10
   creating 4-10
   creating directories 4-11
   displaying files of 4-12
   multiple 4-2
Voice over IP networks 1-5
voice-ann-dir parameter 4-8
voice-ann-enc parameter 4-9
VoIP networks. *See* Voice over IP networks *and*
   MultiVoice network
VOIP options
   allow-coder-fallback 3-12
   allow-g711-fallback 3-12
   call-hairpin 3-53
   call-inter-digit-timeout 3-50
   call-keep-alive-timeout 3-33
   clid-suppress 3-33
   dtmf-tone-passing 3-32
   early-ringback-enable 3-54
   ena-adap-jitter-buffer 3-14, 3-15
   gatekeeper-ip 3-7, 3-24
   gatekeeper-ip-sec 3-25
   gatekeeper-keepalive 3-26
   h323-voice-ann-enabled 4-8
   initial-jitter-buffer-size 3-15

S 838

maxcalls 3-20
max-jitter-buffer-size 3-15
next-call parameter 3-57
primary-retries 3-27
registration-retries 3-26, 3-27
registration-retries-timer 3-27
rt-fax-options 5-2
silence-det-cng 3-13, 3-15
silence-threshold 3-14
single-dial-enable 3-52, 4-4
ss7voip-call-persistence parameter 3-60
tos-options 3-16
tos-options submenu
    active 3-17, 3-19
    apply-to 3-17, 3-19
    precendence 3-17
    type-of-service 3-18
trunk-prefix-enable 3-55
trunk-quiesce-enable 3-36
voice-ann-dir 4-8
vpn-mode 3-56
Voip-Index subprofile
    definition 2-15, 3-7
    far-end-number 2-16, 3-8
    gateway-access-number 2-16, 3-8
vpn-mode parameter 3-56, 4-4

## W

window-size parameter 2-48
World Wide Web sites
    related xx
www sites
    related xx

## X

Xedia Access Point 45
    router 1-18

S 839

# Exhibit C-6

S 840



**Lucent Technologies**
Bell Labs Innovations

# MAX TNT®

TAOS 9.1.9 Release Note

For software release 9.1.9
September 30, 2002

S 841

**Copyright © 2001, 2002 Lucent Technologies Inc. All rights reserved.**

This material is protected by the copyright laws of the United States and other countries. It may not be reproduced, distributed, or altered in any fashion by any entity (either internal or external to Lucent Technologies), except in accordance with applicable agreements, contracts, or licensing, without the express written consent of Lucent Technologies. For permission to reproduce or distribute, please email your request to techcomm@lucent.com.

**Notice**

Every effort was made to ensure that the information in this document was complete and accurate at the time of printing, but information is subject to change.

**European Community (EC) RTTE compliance**

$C\epsilon$ Hereby, Lucent Technologies, declares that the equipment documented in this publication is in compliance with the essential requirements and other relevant provisions of the Radio and Telecommunications Technical Equipment (RTTE) Directive 1999/5/EC.

To view the official *Declaration of Conformity* certificate for this equipment, according to EN 45014, access the Lucent INS online documentation library at http://www.lucentdocs.com/ins.

**Safety, Compliance, and Warranty Information**

Before handling any Lucent Access Networks hardware product, read the *Edge Access and Broadband Access Safety and Compliance Guide* included in your product package. See that guide also to determine how products comply with the electromagnetic interference (EMI) and network compatibility requirements of your country. See the warranty card included in your product package for the limited warranty that Lucent Technologies provides for its products.

**Security Statement**

In rare instances, unauthorized individuals make connections to the telecommunications network through the use of access features.

**Trademarks**

Lucent, the Lucent logo, and all Lucent brand and product names are trademarks or registered trademarks of Lucent Technologies Inc. Other brand and product names are trademarks of their respective holders.

**Ordering Information**

You can order the most up-to-date product information and computer-based training online at http://www.lucentdocs.com.

**Feedback**

Lucent Technologies appreciates customer comments about this manual. Please send them to techcomm@lucent.com.

**Lucent Technologies**

# *Customer Service*

Product and service information, and software upgrades, are available 24 hours a day. Technical assistance options accommodate varying levels of urgency.

## Finding information and software

To obtain software upgrades, release notes, and addenda for this product, log in to Lucent OnLine Customer Support at `http://www.lucent.com/support`.

Lucent OnLine Customer Support also provides technical information, product information, and descriptions of available services. The center is open 24 hours a day, seven days a week. Log in and select a service.

## Obtaining technical assistance

Lucent OnLine Customer Support at `http://www.lucent.com/support` provides easy access to technical support. You can obtain technical assistance through email or the Internet, or by telephone. If you need assistance, make sure that you have the following information available:

- Active contract number, product name, model, and serial number
- Software version
- Software and hardware options
- If supplied by your carrier, service profile identifiers (SPIDs) associated with your line
- Your local telephone company's switch type and operating mode, such as AT&T 5ESS Custom or Northern Telecom National ISDN-1
- Whether you are routing or bridging with your Lucent product
- Type of computer you are using
- Description of the problem

## Obtaining assistance through email or the Internet

If your services agreement allows, you can communicate directly with a technical engineer through Email Technical Support or a Live Chat. Select one of these sites when you log in to `http://www.lucent.com/support`.

### *Calling the technical assistance center (TAC)*

If you cannot find an answer through the tools and information of Lucent OnLine Customer Support or if you have a very urgent need, contact TAC. Access Lucent OnLine Customer Support at `http://www.lucent.com/support` and click `Contact Us` for a list of telephone numbers inside and outside the United States.

Alternatively, call 1-866-LUCENT8 (1-866-582-3688) from any location in North America for a menu of Lucent services. Or call +1 510-769-6001 for an operator. If you do not have an active services agreement or contract, you will be charged for time and materials.

S 843

# Contents



Customer Service ................................................................................................................. iii

## Upgrade and downgrade procedures for TAOS 9.1.9 .................... 1

Requirements and recommendations ................................................................................ 1
    Memory requirement in TAOS 9.1.9 ....................................................................... 1
    32MB JEDEC DRAM card required for this release ............................................. 1
    Obtaining the TAOS 9.1.9 software ......................................................................... 1
    Local access to the unit recommended .................................................................... 2
    Saving the system configuration ............................................................................. 3
Upgrade instructions ........................................................................................................ 3
    Before you begin upgrading ..................................................................................... 3
    Upgrading a standalone MAX TNT unit ................................................................ 3
    Upgrading a multishelf MAX TNT unit .................................................................. 4
Downgrade instructions .................................................................................................... 5
    Downgrading a standalone MAX TNT unit ........................................................... 5
    Downgrading a multishelf MAX TNT unit ............................................................ 6

## TAOS 9.1.9 enhancements and corrections ................................... 9

TAOS 9.1.9 enhancements ............................................................................................... 9
    Improved POST diagnostics for slot cards .............................................................. 9
    Firmware versions for digital modem cards ............................................................ 9
    Firmware versions for MultiDSP cards .................................................................... 9
TAOS 9.1.9 corrections .................................................................................................... 9

## TAOS 9.1.8 enhancements and corrections ................................. 13

TAOS 9.1.8 enhancements ............................................................................................. 13
    Improved POST diagnostics for slot cards ............................................................ 13
    Firmware versions for digital modem cards .......................................................... 13
    Firmware versions for MultiDSP cards .................................................................. 13
TAOS 9.1.8 corrections .................................................................................................. 13

## TAOS 9.1.5 enhancements and corrections ................................. 15

TAOS 9.1.5 enhancements ............................................................................................. 15
    Firmware versions for digital modem cards .......................................................... 15
    Firmware versions for MultiDSP cards .................................................................. 15

## TAOS 9.1.3 enhancements and corrections ................................. 17

TAOS 9.1.3 enhancements ............................................................................................. 17
    Firmware versions for digital modem cards .......................................................... 17
    Firmware versions for MultiDSP cards .................................................................. 17

S 844

Contents

TAOS 9.1.3 corrections ................................................................... 17

## TAOS 9.1.2 enhancements .......................................................... 21

Firmware versions for digital modem cards ............................................. 21
Firmware versions for MultiDSP cards .................................................. 21

## TAOS 9.1.1 enhancements and corrections .................................. 23

TAOS 9.1.1 enhancements.................................................................... 23
    Firmware versions for digital modem cards ....................................... 23
    Firmware versions for MultiDSP cards ............................................. 23
    DSCP and TOS support ................................................................... 24
    Command line changes ................................................................... 26
    RADIUS support............................................................................ 27
TAOS 9.1.1 corrected problems .......................................................... 27

## Notices, Known Issues, and Caveats for TAOS 9.1.9 .................. 31

Notice of compatibility with RFC 2833 ................................................ 31
Notice of TAOS license and upgrade changes........................................ 31
    Price change for base TAOS software ............................................... 31
    Price change for upgrades and maintenance to TAOS 9.1.9 software ............ 31
    Distribution change for TAOS 9.1.9 software ..................................... 32
    TAOS software license agreement change .......................................... 32
Notice of memory requirement in TAOS 9.1.9 ...................................... 32
Notice of support for Universal Port on the 96-port MultiDSP slot card ............... 32
Notice about MultiDSP cards ............................................................. 32
Notice about upgrading slot cards........................................................ 33
Notice of parameter name changes in the
    External-Auth profile................................................................... 33
Notice of nonsupport for WORM-ARQ on the 96-port MultiDSP slot card........... 34
Notice of discontinuance of configurable RADIUS port and ID space ............... 34
Notice of a tunneling configuration requirement.................................... 34
Notice concerning call signaling support on T1 and E1 slot cards................... 35
Notice of change in egress call routing configuration ............................... 35
Known issue regarding RFC 2003 compliance......................................... 36
Known issue linking more than one PVC to a single traffic shaper ................. 37
Caveats in this release..................................................................... 37

S 845

# Upgrade and downgrade procedures for TAOS 9.1.9

This section shows how to upgrade and downgrade the TAOS software for a MAX TNT unit.

## *Requirements and recommendations*

These recommendations for upgrading MAX TNT units help ensure a smooth upgrade. If you must downgrade from this release to a previous one, please see "Downgrade instructions" on page 5.

### Memory requirement in TAOS 9.1.9

To upgrade to TAOS 9.1.9, your MAX TNT unit must be equipped with the 32MB flash card. Please contact your Lucent sales representative to purchase the 32MB flash card.

### 32MB JEDEC DRAM card required for this release

For this release, the MAX TNT requires a 32MB JEDEC DRAM card (model number TNT-SP-DRAM-32). New MAX TNT units now ship standard with the 32MB DRAM card.

The 32MB JEDEC DRAM card is not hot swappable. To install the card, you must turn off power to the MAX TNT, insert the card, and then turn on power to the MAX TNT. For additional information about the card, contact your sales representative.

### Obtaining the TAOS 9.1.9 software

The MAX TNT TAOS 0.1.x software consists of the following files:

| Filename | Descriptions |
|---|---|
| `tntsrb.bin` | The boot loader. Both T1 and E1 loads use the same boot loader software. Install the appropriate boot loader for your software release when upgrading or downgrading. |
| `tntrel.tar` and `tntrel2.tar` | Tar files (T1 load) that contain images for the shelf controller and all T1-compatible slot cards. |
| `tntrele.tar` and `tntrele2.tar` | Tar files (E1 load) that contain images for the shelf controller and all E1-compatible slot cards. |

If you need further assistance on obtaining the TAOS 9.1.9 software, see "Customer Service" on page iii.

To identify the software that you need based on the slot cards that have been physically installed in your chassis, refer to the following table. This table lists the contents of the tar files that contain the most commonly used slot-card images.

Minimally, you must load the first tar file (`tntrel.tar` or `tntrele.tar`). If your MAX TNT chassis contains additional slot cards (for example, a SWAN slot card), then you must also load the second tar file (`tntrel2.tar` or `tntrele2.tar`).

S 846

**Upgrade and downgrade procedures for TAOS 9.1.9**
*Requirements and recommendations*

Table 1 lists the contents of the MAX TNT TAOS 9.1.9 tar files.

*Table 1.   Tar file content description*

| Filename | Contents | |
|---|---|---|
| | Description | Slot-card images |
| tntrel.tar | Shelf controller | tntsr |
| | Ethernet | tntenet2 tntenet3 tntenet3nd |
| | HDLC | tnthdlc2 tnthdlc2ec |
| | T1-specific images | tnt8t1 tntt3 tntut1 tntpctfit |
| | MAX TNT modem images | tntcsmx tntcsm3v tntmdm56k |
| | MultiDSP | tntmadd |
| tntrel2.tar | STM-0 | tntstm0 |
| | UDS3 | tntuds3 |
| | DS3-ATM, DS3-ATM-2 | tntds3atm tntds3atm2 |
| | OC3-ATM | tntoc3atm tnt0c3atm2 |
| | SWAN | tntswan tntswan2 |
| | Analog modem | tntamdm |
| tntrele.tar | Shelf controller | tntsre |
| | Ethernet | tntenet2 tntenet3 tntenet3nd |
| | HDLC | tnthdlc2 tnthdlc2ec |
| | E1-specific images | tnt8e1 tntue1 tntpctfie |
| | MAX TNT modem images | tntcsmx tntcsm3v tntmdm56k |
| | MultiDSP | tntmadd |
| tntrele2.tar | E3-ATM | tnte3atm |
| | OC3-ATM | tntoc3atm tnt0c3atm2 |
| | SWAN | tntswan tntswan2 |
| | Analog modem | tntamdm |

## Local access to the unit recommended

Whenever you install system software, Lucent recommends that you access the unit through the shelf controller serial or LAN port rather than a slot card port.

If your unit is configured with DNIS and CLID passwords, after upgrading from TAOS 8.x to TAOS 9.x, the unit no longer recognizes the dnis-password and clid-password values that were set in prior releases, and dial-in users might experience a busy tone.

S 847

## Saving the system configuration

As a general practice, always save the system configuration before upgrading or downgrading system software. If you use TFTP to save the system configuration, the target file must exist on the TFTP server and you must have permission to write it. For example, the following commands executed on a TFTP server create a target file and set its permissions:

```
$ touch /tftpboot/config/testcfg.1
$ chmod a=rw /tftpboot/config/testcfg.1
```

Before you save the system configuration, you must enable the `allow-password` permission in the `User` profile to save the configured passwords. If you do not have `allow-password` permission enabled, you are prompted to confirm that you wish to save the configuration without passwords. If you do so and then restore the saved configuration, all passwords in the configuration are wiped out. The following commands executed on the MAX TNT unit save the system's configuration to the target file on the TFTP server and then restore the saved configuration:

```
admin> save network 10.10.10.10 config/testcfg.1
admin> load config network 10.10.10.10 config/testcfg.1
```

**Note:** For additional information about the `save` command and its options, see the *APX 8000/MAX TNT/DSLTNT Reference*.

# Upgrade instructions

These instructions show how to upgrade to TAOS 9.1.9 from TAOS version 8.0.x or later. If you are not sure which version the system is running, enter the `version` command. For example:

```
admin> version
Software version 8.0.5
```

**Note:** Under certain conditions, the `load tar` command might not recognize the slot cards and load only the shelf controller image during the upgrade procedure. If this occurs, reset the system and load the tar file again. The second `load tar` command will load the appropriate slot-card images for the system.

## Before you begin upgrading

Before upgrading a standalone or multishelf unit, follow these preliminary steps:

1    Log into the system and save its configuration to a TFTP server. This step is optional but strongly recommended. For details, see "Saving the system configuration" on page 3.

2    Verify that the `load-select` profile is configured either to automatically load only required binaries or to load only selected binaries.

## Upgrading a standalone MAX TNT unit

**Note:** The following steps are order sensitive. To help ensure a smooth upgrade, first perform the preliminary upgrade steps described in the preceding section, and then perform the following steps in the order in which they are shown.

S 848

**Upgrade and downgrade procedures for TAOS 9.1.9**
*Upgrade instructions*

To upgrade a standalone unit, proceed as follows:

1  Format the flash card (optional). For example:

   admin> **format flash-card-1**

2  Load the boot loader. For example:

   admin> **load boot-sr network 10.10.10.10 tntsrb.bin**

   **Note:** If you upgrade from TAOS 9.0.x or higher, continue with step 4. Otherwise, continue with step 3.

3  Load the tar file. For example:

   admin> **load tar network 10.10.10.10 tntrel.tar**

   **Note:** Skip step 4.

4  Load the tar file. For example:

   admin> **load tar network 10.10.10.10 tntrel.tar tntrel2.tar**

5  Restore the system configuration file (optional). For example:

   admin> **load config network 10.10.10.10 /tftpboot/config/testcfg**

6  Reset the system as follows:

   admin> **reset**

**Note:** The dnis-password parameter in the password-profile subprofile of the EXTERNAL-AUTH profile has been changed to DNIS.

## Upgrading a multishelf MAX TNT unit

**Note:** For multishelf systems, the master shelf and each slave shelf must have a 32MB JEDEC DRAM card (model number TNT-SP-DRAM-32).

**Note:** MultiVoice® is not supported on multishelf systems.

If you are upgrading a multishelf system, you must load the new boot loader to the slave shelves by using the Loadslave command. (The version of the tntsrb.bin file on the master shelf must match the tntsrb.bin version on the slave shelves. Otherwise, the slave shelves cannot load code from the master shelf.) In addition, you must load a link to a redundant image of the tar file located in onboard flash.

The following steps are order sensitive. To help ensure a smooth upgrade, first perform the preliminary steps described in "Before you begin upgrading" on page 3, and then perform the following steps in the order in which they are shown:

1  Format the flash card (optional). For example:

   admin> **format flash-card-1**

2  Load the boot loader. For example:

   admin> **load boot-sr network 10.10.10.10 tntsrb.bin**

3  Load the new boot loader to the slave shelves. For example, the following command loads the boot loader to a slave shelf with a rotary-switch setting of 2:

   admin> **loadslave 2 boot-sr**

   **Note:** If you are upgrading from TAOS 9.0.x or higher, skip step 4 and continue to step 5.

S 849

4   Load the tar file. For example:

```
admin> load tar network 10.10.10.10 tntrel.tar
```

**Note:** Skip step 5 and continue with step 6.

5   Load the tar file. For example:

```
admin> load tar network 10.10.10.10 tntrel.tar tntrel2.tar
```

6   Use the Loadslave command to load a link to the image2 file, which is a redundant compressed image of the of the binary in the NVRAM. For example, the following command loads the image to a slave shelf with a rotary-switch setting of 2:

```
admin> loadslave 2 image2
```

7   Restore the system configuration file (optional). For example:

```
admin> load config network 10.10.10.10 /tftpboot/con-
fig/testcfg
```

8   Reset the system, as follows:

```
admin> reset -a
```

## Downgrade instructions

Because releases are not necessarily backward compatible, Lucent recommends that you always restore a backup configuration made under the previous version or one of its predecessors.

**Note:** If you must downgrade, you must have serial access to the MAX TNT. See the previous *MAX TNT TAOS 9.0 Release Notes* at
`http://www.lucent.com/support/documentation.html`.

## Downgrading a standalone MAX TNT unit

To restore a previous software version (prior to TAOS 9.1.9), proceed as follows:

1   Format the flash card. For example:

```
admin> format flash-card-1
```

2   Load the previous version of the boot loader. For example:

```
admin> load boot-sr network 10.10.10.10 tntsrb.bin
```

**Note:** If downgrading to a previous software version prior to 9.0.x, continue with step 3. Otherwise, continue with step 4.

3   Load the previous version of the tar file. For example, to load via TFTP from a local host:

```
admin> load tar network 10.10.10.10 tntrel.tar
```

**Note:** Skip step 4 and continue with step 5.

4   Load the previous version of the tar file files.

```
admin> load tar network tntrel.tar tntrel2.tar
```

5   Clear all profiles by entering the nvram command. For example:

```
admin> nvram
```

S 850

**Upgrade and downgrade procedures for TAOS 9.1.9**
*Downgrade instructions*

6    Log into the system via the serial connection. Open the IP-Interface profile for the
shelf controller and set the address. For example:

```
admin> read ip-interface { { 1 controller 1 } 0}
IP-INTERFACE/{ { shelf-1 controller 1 } 0 } read

admin> set ip-address = 10.10.10.2/24

admin> write
IP-INTERFACE/{ { shelf-1 controller 1 } 0 } written
```

7    Load a backup configuration made under the restored software version or one of its
predecessors. For example:

```
admin> load config network 10.10.10.10 config/801-config
```

8    Reset the system. This step is required. For example:

```
admin> reset
```

## Downgrading a multishelf MAX TNT unit

If you are downgrading a multishelf system, you must load the restored boot loader to the slave
shelves by using the Loadslave command. (The version of the tntsrb.bin file on the
master shelf must match the tntsrb.bin version on the slave shelves. Otherwise, the slave
shelves cannot load code from the master shelf.) In addition, you must load a link to a
redundant image of the restored tar file. To downgrade a multishelf unit, proceed as follows:

1    Format the flash card. For example:

```
admin> format flash-card-1
```

2    Load the boot loader. For example:

```
admin> load boot-sr network 10.10.10.10 tntsrb.bin
```

3    Load the new boot loader to the slave shelves. For example, the following command loads
the boot loader to a slave shelf with a rotary-switch setting of 2:

```
admin> loadslave 2 boot-sr
```

**Note:** If you are downgrading to a TAOS version prior to 9.0.x, continue with step 4.
Otherwise, continue with step 5.

4    Load the tar file. For example:

```
admin> load tar network 10.10.10.10 tntrel.tar
```

**Note:** Skip step 5 and continue with step 6.

5    Load the tar files. For example:

```
admin> load tar network 10.10.10.10 tntrel.tar tntrel2.tar
```

6    Use the Loadslave command to load a link to the image2 file, which is a compressed
image of the binary in the NVRAM. For example, the following command loads the
image to a slave shelf with a rotary-switch setting of 2:

```
admin> loadslave 2 image2
```

7    Clear all profiles by entering the nvram command. For example:

```
admin> nvram
```

S 851

8  Log into the system (master shelf) via the serial connection. Open the `IP-Interface` profile for the shelf controller and set the IP address. For example:

```
admin> read ip-interface { { 1 controller 1 } 0}
IP-INTERFACE/{ { shelf-1 controller 1 } 0 } read

admin> set ip-address = 10.10.10.2/24

admin> write
IP-INTERFACE/{ { shelf-1 controller 1 } 0 } written
```

9  Load a backup configuration made under the restored software version or one of its predecessors. For example:

```
admin> load config network 10.10.10.10 /tftpboot/config/801-
config
```

**Note:** Steps 10 and 11 are required and are order sensitive.

10  To enable the shelf controller as master shelf, reset the system as follows:

```
admin> reset
```

11  To enable the system as a multishelf system, reset the system as follows:

```
admin> reset -a
```

S 852

# TAOS 9.1.9 enhancements and corrections

TAOS 9.1.9 introduced new enhancements and corrected certain problems from the previous release.

## *TAOS 9.1.9 enhancements*

TAOS 9.1.9 includes the following enhancements.

### Improved POST diagnostics for slot cards

The power-on and self test (POST) logic has been improved. Slot cards that pass POST with previous software releases might now be declared defective.

### Firmware versions for digital modem cards

The Mindspeed (formerly known as Conexant) firmware versions for the MAX TNT Digital Modem slot cards include support for V.90, K56flex, K56plus, and all slower, standard modem speeds. This release includes the following Mindspeed firmware:

- Series56 Digital Modem slot cards (also called CSM/1, TNT-SL-48MOD-S56) support V2.0982-K56_DLP_CSM firmware.
- Series56 II Digital Modem slot cards (also called CSM/3, TNT-SL-48MOD-SGL and TNT-SL-48MOD-S-C) support V5.817 firmware.
- Series56 III Digital Modem slot cards (also called CSMV/3, TNT-SL-48MODV3-S-C) support V5.8175 firmware.

### Firmware versions for MultiDSP cards

TAOS 9.1.9 includes the following Lucent firmware versions for the MAX TNT MultiDSP slot cards:

- 48-port MultiDSP slot cards (TNTP-SL-ADI-C or TNTV-SL-ADI-C) support Controller V0.1.71, Modem DSP V0.1909.0, and VoIP DSP V3.0.52 Lucent firmware.
- 96-port MultiDSP slot cards (APX8-SL-96DSP) support Controller V0.1.71, Modem DSP V0.1909.0, and VoIP DSP V3.0.52 Lucent firmware.

## *TAOS 9.1.9 corrections*

Table 2 lists the change requests (CR) identification numbers and the problems corrected in TAOS 9.1.9.

*Table 2.    Change request ID numbers and problems corrected in TAOS 9.1.9*

| CR ID | Problem corrected |
|-------|-------------------|
| 6002416 | TAOS units sent some periodical accounting records to the RADIUS server even when the `acct-sess-interval` parameter was set to 0. |
| 7006834 | Ethernet-2 slot cards rebooted with a Warning 179 message and no fatal errors. |

S 853

Table 2.    *Change request ID numbers and problems corrected in TAOS 9.1.9 (continued)*

| CR ID | Problem corrected |
|---|---|
| 7006963 | The TAOS unit was receiving FE36 resets on the 96-port MultiDSP modem card upon upgrade to the current software. |
| 7007016 | Binary FTP client downloads were hanging when a call was established with a Nokia mobile phone using V.120 Point-to-Point Protocol (PPP) and a user rate of 19.2 or 28.8Kbps. The problem occured after 8 to 12 Kb of data was transfered from a CSM3/V or HDLC2 slot card to the client (client download or get). |
| 7007103 | The HDLC2 and Ethernet-2 slot cards reset daily with FE42. Warning messages 179 and 104 were also logged. |
| 7007108 | Approximately half of TAOS units with Ethernet-2 slot cards were experiencing index 95 (Card bounced, timeout failure). |
| 7007110 | On the Ethernet-3ND slot card, the SNMP agent incorrectly populated RFC 2233 MIB objects. The Ethernet-3ND was also inconsistent with Ether-3 and Ethernet-2 slot cards. |
| 7007138 | TAOS units forwarded the Hot Standby Routing Protocol (HSRP) multicast packet with the source IP address as the Cisco IP address. |
| 7007140 | After rebooting, the TAOS unit received the following fatal error three times before the system came up: Shelf-Controller FE36: _gmonTextCount + 0. |
| 7007150 | The TAOS unit missed some autonomous system external linked state advertisements (LSAs) in the Open Shortest Path First (OSPF) database that were present in OSPF routing table |
| 7007153 | The call-log-key and shared-secret were still visible when allow-password was set to no. |
| 7007186 | When downing E1 slot (using the slot -d command), the Access SS7 Gateway Control Protocol (ASGCP) message was not sent to the ASG. |
| 7007216 | After a PPP a session was established, Sharp's Picwalk SH712m PHS mobile phones with terminated web browser PPP PIAFs calls sent a DNS query to the DNS server. Approximately half of the time the TAOS unit did not forward the first DNS response packet back to the PIAFS terminal when the remote address was assigned from an IP pool and the call went through Ethernet-3ND slot card. |
| 7007221 | Data Filters were not being applied when Dialed Number Information Service (DNIS) authentication was used on Remote Authentication Dial-In User Service (RADIUS). |
| 7007267 | A Login-User with a RADIUS profile failed a Telnet session after 5 seconds. |
| 7007278 | The SNMP trap received from the TAOS unit was posted as the wrong data type (Wrong type: should be Counter32). |
| 7007280 | The TAOS unit sent an SNMP trap to network management system (NMS) when its configuration was changed, but the trap reported Admin or NULL instead of the actual username of the person making the configuration change. |

S 854

*Table 2.    Change request ID numbers and problems corrected in TAOS 9.1.9 (continued)*

| CR ID | Problem corrected |
|-------|-------------------|
| 7007315 | There was either a mismatch in the management information base (MIB) between the interface index of the soft IP address reported in the `ipAddrTable` and in the `ifTable`, or the interface index of the soft IP address reported in these tables was the same. This impacted the way the TAOS unit was discovered in network management software, and prevented correct supervision of the network access server in HP OpenView. |
| 7007351 | TAOS units rejected incoming V.120 calls at the Integrated Digital Services Network (ISDN) when incoming Q.931 setup messages contained logical link control (LLC) information and V.120 bearer capatibility.  The call was not routed to a modem card, and was released on the E1 slot card with an `Incompatible Destination` message. |
| 7007356 | Fragmented 1500 byte packets were incorrectly compressed with MS-STACK and Mircrosoft Point-to-Point Compression (MPPC). |
| 7007385 | FTP sessions over Mircrosoft Point-to-Point Compression (MPPC) froze on both Win98SE and Win2k at approximately 99% during an `ftp get` transfer. |
| 7007388 | The Layer 2 Tunneling Protocol (L2TP) user name length was limited to 31 characters when using the L2TP access concentrator (LAC) Proxy Link Control Protocol (LCP). |
| 7007391 | A terminal server Point-to-Point Protocol (PPP) delay was applied to V.120 and X.75 asynchronous calls when Dial Number Information Service (DNIS) pre-authentication and an immediate service, such as Raw Transport Control Protocol (TCP), was used. |
| 7007407 | There was a V.92 connection problem with Zoom serial modems. |
| 7007499 | When users connected to a BZ5000 switch placed a VoIP call to a TAOS unit, they did not receive a voice announcement. The voice announcement was sent from the TAOS unit to the switch, but the switch was unable to pass  it on to the user because the extension bit (bit 8) of the third octet needed to be set to `1` and the TAOS unit was sending a value of `0`. |
| 7007523 | The Courier Modem I did not work with V.34 emulation. |
| 7007527 | TAOS unit either corrupted or duplicated tones received at the egress gateway. In traces, PIN tones were received in altered form and propagated to the switch. |
| 7007534 | Microsoft Challange Handshake Authentication Protocol (MS-CHAP) V1 authenication via RADIUS failed. |
| 7007535 | When an `IP TCP SYN` packet was sent to an unreachable TCP port (for example, port 80) on the open virtual router interface or system address, the `TCP RST ACK` reply packet was sent by the TAOS unit originating from the main router interface. |
| 7007555 | The T3 slot card crashing with FE18 and shut down the quadrant. |
| 7007586 | Data link connection identifier (DLCI) backup did not work when Frame Relay Direct was used. |
| N/A | A `sysConfigChangeTrap(30)` was not sent when the configuration was modified using the Simple Network Management Protocol (SNMP). |

S 855

# TAOS 9.1.8 enhancements and corrections

TAOS 9.1.8 introduced new enhancements and corrected certain problems from the previous release.

## *TAOS 9.1.8 enhancements*

TAOS 9.1.8 includes the following enhancements.

### Improved POST diagnostics for slot cards

The power-on and self test (POST) logic has been improved. Slot cards that pass POST with previous software releases might now be declared defective.

### Firmware versions for digital modem cards

The Mindspeed (formerly known as Conexant) firmware versions for the MAX TNT Digital Modem slot cards include support for V.90, K56flex, K56plus, and all slower, standard modem speeds. This release includes the following Mindspeed firmware:

- Series56 Digital Modem slot cards (also called CSM/1, TNT-SL-48MOD-S56) support V2.0982-K56_DLP_CSM firmware.
- Series56 II Digital Modem slot cards (also called CSM/3, TNT-SL-48MOD-SGL and TNT-SL-48MOD-S-C) support V5.817 firmware.
- Series56 III Digital Modem slot cards (also called CSMV/3, TNT-SL-48MODV3-S-C) support V5.8175 firmware.

### Firmware versions for MultiDSP cards

This release includes the following Lucent firmware versions for the MAX TNT MultiDSP slot cards:

- 48-port MultiDSP slot cards (TNTP-SL-ADI-C or TNTV-SL-ADI-C) support Controller V0.1.69, Modem DSP V0.1908.0, and VoIP DSP V3.6.2 Lucent firmware.
- 96-port MultiDSP slot cards (APX8-SL-96DSP) support Controller V0.1.69, Modem DSP V0.1908.0, and VoIP DSP V3.6.2 Lucent firmware.

## *TAOS 9.1.8 corrections*

Table 3 lists the change requests (CR) identification numbers and the problems corrected in TAOS 9.1.8.

*Table 3.    Change request ID numbers and problems corrected in TAOS 9.1.8*

| CR ID | Problem corrected |
|-------|-------------------|
| N/A | ATMP: when the HA-HR connection was MP or MPP, only one channel worked. |

S 856