206

```
1    CONFIDENTIAL - Hills- Cross - Perez
2    Q    For how long has that been
3  commercially available?
4    A    I don't know the exact dates, but
5  many years.
6    Q    The documents that Ms. Gueron took
7  you through that talked about the
8  capabilities of the various cards, you don't
9  know whether those were the modems that were
10 actually in the COBRA system prior to it
11 being decommissioned?
12   A    Based on the information provide by
13 Mr. Anderson, they were not.
14   Q    You don't have any reason to doubt
15 the information provided?
16   A    Absolutely not, no.
17       MR. PEREZ:  One minute, Your Honor.
18       (Whereupon, counsel conferred off
19 record.)
20   Q    I have a couple of more questions.
21 The contracts that you read, in fact, provide
22 that the LEC would provide DID lines; is that
23 right?
24   A    Let me just check my recollection.
25   Q    Why don't you look at Exhibit 29,
```

```
1        CONFIDENTIAL -- Proceedings
2  DOJ 35?
3    A    Yes, you are correct.
4    Q    Again, DID is Direct Inward
5  Dialing?
6    A    Correct.
7        MR. PEREZ:  I have nothing further,
8  Your Honor.
9        JUDGE GONZALEZ:  All right.  Is
10 there any redirect?
11       MS. GUERON:  No, Your Honor.
12       JUDGE GONZALEZ:  All right.  Thank
13 you.  You may step down.
14       (Whereupon, the witness was
15 excused.)
16       JUDGE GONZALEZ:  Why don't we break
17 until 4:30, so that you can gather your
18 notes.  How long do you think your closing
19 argument may be?
20       MS. GUERON:  Let me just ask you,
21 Your Honor, because we were doing findings of
22 fact and conclusions of law -- or at least
23 that is what the Scheduling Order provides
24 for right now -- we weren't certain that Your
25 Honor would want closings.  We are certainly
```

207

```
1      CONFIDENTIAL -- Proceedings
2  prepared to do it, but it really up to Your
3  Honor.  The Government doesn't feel the need
4  to, since we will be doing post-trial
5  briefing.
6        JUDGE GONZALEZ:  Go ahead.
7        MR. PEREZ:  Your Honor, I was going
8  to put Mr. Anderson on for about five minutes
9  basically to rebut some of the things which
10 Dr. Hills said.  Probably, if we could have a
11 couple of minutes, it would be very short.
12 That is one.
13       Second, Your Honor, my
14 understanding is that we are doing findings
15 of fact and conclusions of law, as opposed to
16 additional post-trial briefing.  I certainly
17 am happy to defer the closing argument, but I
18 think we need to have true argument.
19 Ms. Gueron really already argued this
20 morning, whereas I tried not to, but I don't
21 think I have argued.
22       So if it would be more instructive
23 to the Court for us to come back at a
24 different time to argue, I am happy to do
25 that.  Also I am happy to go forward right
```

208

```
1      CONFIDENTIAL -- Proceedings
2  now.  I want to highlight a couple or
3  three points.  I am sure the Court will
4  consider everything at its due time.
5        JUDGE GONZALEZ:  Let's go back in
6  order.  You may put on Mr. Anderson, but that
7  also opens the door for the Government to put
8  Dr. Hills back on, if they think it is
9  necessary.  So we will take a short break.
10       As far as closing arguments,
11 frankly, I don't think at this time it would
12 be very helpful.  It is probably better to do
13 the proposed findings of fact and conclusions
14 of law, and then come back and do them.  The
15 schedule is probably somewhere on this desk.
16 Where it is, I don't know.
17       MR. PEREZ:  Your Honor, we are
18 supposed to file them 15 days after we get
19 the transcript.  We will order the transcript
20 today.  Ms. Huntsman is usually pretty fast
21 about getting it to us.  In fact, we might
22 just end up picking a day.
23       JUDGE GONZALEZ:  As a practical
24 matter, you will probably be back early in
25 March.  It will give me time to read the
```

CONFIDENTIAL -- Proceedings

2 proposed findings of fact and conclusions of
3 law.
4        MS. GUERON:  That is certainly
5 acceptable to us.
6        JUDGE GONZALEZ:  Let's find out
7 when you get the transcript, and then we can
8 pick a day early in March to come back.
9        I will take a short break until
10 4:30, and you may put Mr. Anderson back on.
11 Then we will see whether or not Dr. Hills
12 comes back on, et cetera, and then finish up
13 for the day.
14        (Whereupon, a recess was taken
15 until 4:30 p.m.)
16        JUDGE GONZALEZ:  All right.  Go
17 ahead.
18        MR. PEREZ:  Your Honor, two items.
19 Number one, we have no further testimony.  We
20 are not going to recall Mr. Anderson.
21        As the second point, Your Honor,
22 Exhibit 26 was not offered, so as a result,
23 if he could just rip it out of the exhibits.
24 Do you want an extra binder of the exhibits
25 for the record?

CONFIDENTIAL -- Proceedings

2        JUDGE GONZALEZ:  The record will
3 reflect the Court tore out Exhibit 26.  The
4 tab is still there.  All right.  I will make
5 a notation on the tab that the exhibit was
6 not offered.
7        MR. PEREZ:  Do you want either a
8 copy for the record or a copy your personal
9 use?
10        JUDGE GONZALEZ:  No.  What I have
11 is fine.
12        MR. PEREZ:  Thank you, Your Honor.
13        JUDGE GONZALEZ:  Is there anything
14 further?
15        MS. GUERON:  No, Your Honor.  Thank
16 you very much.
17        JUDGE GONZALEZ:  All right.  Thank
18 you all.
19        We will terminate the record.
20 Thank you.
21        MR. PEREZ:  May we be excused?
22        JUDGE GONZALEZ:  Yes.  Have a nice
23 day.
24        MS. GUERON:  Thank you.
25

---

211

I N D E X
WITNESS        EXAMINATION                  PAGE
John Anderson  Direct/Mr. Perez             51
               Cross/Ms. Gueron            104
               Redirect/Mr. Perez          127

Michael T. Hills, Ph.D.
               Direct/Ms. Gueron           143
               Cross/Mr. Perez             178

E X H I B I T S
EXHIBIT NO.                                 EVID
1-25    Documents                           27

27-31   Documents                           27


[NOTE:  EXHIBIT 26 NOT ADMITTED.  SEE PAGE
210, LINE 2 OF TRANSCRIPT.]

---

212

C E R T I F I C A T E
STATE OF NEW YORK   )
                    : SS:
COUNTY OF NEW YORK  )

I, DEBORAH HUNTSMAN, a Shorthand
Reporter and Notary Public within and for the
State of New York, do hereby certify:
        That the within is a true and
accurate transcript of the Digitally Recorded
Proceedings recorded on the 1st day of
February, 2006.
        I further certify that I am not
related by blood or marriage to any of the
parties and that I am not interested in the
outcome of this matter.
        IN WITNESS WHEREOF, I have hereunto
set my hand this 15th day of February, 2006.

_____
DEBORAH HUNTSMAN

**PROOFREAD BY HALLIE CANTOR
**DIGITALLY RECORDED CD RECEIVED 2/2/2006
4:30 P.M.
**ROUGH DRAFT NO. 1 AND ROUGH DRAFT NO. 2
SENT VIA E-MAIL (ROUGH DRAFT NO. 2 SENT
2/8/2006)

**§**

**$35** [1] - 5:13
**$38** [1] - 5:13

**0**

**02-13533** [1] - 1:5

**1**

**1** [38] - 1:15, 6:20,
27:10, 30:22, 64:3,
72:17, 115:21, 212:23
**1,000** [2] - 166:18,
166:22
**1:25** [1] - 211:10
**1.5** [1] - 40:13
**10** [6] - 6:7, 20:11,
21:21, 25:6, 28:2,
198:18
**100** [5] - 166:19,
166:25, 167:2
**10004** [1] - 1:9
**10007** [1] - 2:11
**10038** [1] - 1:23
**104** [1] - 211:4
**10:30** [1] - 1:13
**10:40** [1] - 1:7
**11** [3] - 6:7, 11:23,
212:21
**12** [10] - 7:8:4, 89:13,
89:14, 89:15, 161:23,
173:24, 174:7,
176:19, 176:21, 177:2
**127** [1] - 211:4
**12:00** [1] - 28:2
**13** [1] - 175:3
**130** [2] - 130:19,
130:20
**14** [3] - 56:14, 161:4,
173:19
**143** [1] - 211:6
**14th** [2] - 22:12,
22:16
**15** [9] - 27:20, 53:9,
175:18, 175:19,
175:22, 176:9,
176:10, 208:18
**159** [1] - 212:18
**16** [2] - 7:21, 212:17
**17** [3] - 17:7, 53:10,
159:19
**172** [1] - 15:23
**177** [1] - 211:6
**18** [1] - 65:18
**18-kilobyte** [1] -

85:19
**180** [1] - 16:4
**192** [1] - 15:23
**1962** [1] - 144:19
**1963** [1] - 144:21
**1965** [4] - 34:13,
34:14, 34:16, 35:19
**1969** [1] - 144:11
**1971** [1] - 144:21
**1977** [1] - 46:9
**1979** [1] - 44:18
**198** [3] - 5:22, 15:23
**1982** [1] - 53:17,
198:18
**1988** [1] - 142:22
**1993** [2] - 199:18,
61:23, 86:18, 133:9,
160:21, 164:3, 204:15
**1999** [1] - 15:24,
24:10
**1:00** [1] - 28:4, 28:9,
28:18, 103:25
**1:15** [1] - 218:19
**1:30** [1] - 103:19
**1st** [4] - 22:22, 23:2,
24:10

**2**

**2** [15] - 12:14, 12:24,
14:6, 18:5, 27:8, 38:9,
38:25, 39:8, 39:21,
57:3, 64:4, 66:18,
69:18, 72:8, 72:15,
72:16, 73:20, 105:3,
106:24, 107:2, 112:3,
113:11, 116:17,
129:4, 147:16,
152:20, 169:12,
175:25, 177:2,
187:10, 211:14,
212:23, 212:24
**2/2/2006** [1] - 212:22
**2/8/2006** [1] - 212:24
**20** [9] - 27:20, 64:17,
113:20, 136:7, 136:8,
172:6, 172:7
**2000** [1] - 24:10
**2002** [5] - 55:23,
62:2, 62:4, 62:6,
183:9, 204:12, 204:17
**2005** [1] - 212:10
**2006** [5] - 1:7, 110:9,
110:20, 212:12,
212:18
**21** [2] - 115:15
**210** [1] - 211:14
**212** [1] - 1:23
**23** [2] - 65:2, 65:5,
70:7, 92:16, 92:18,

**3**

93:3, 115:18, 115:20,
115:21, 155:14,
170:11
**23rd** [1] - 22:18
**24** [5] - 52:11, 65:22,
65:6, 73:14, 73:16,
85:5, 116:3, 116:11,
156:14
**242** [2] - 176:6, 176:8
**25** [8] - 6:8, 26:20,
27:11, 65:3, 65:6,
75:6, 85:14, 85:17
**26** [6] - 6:9, 11:21,
19:16, 27:4, 29:23,
209:22, 210:3, 211:14
**265** [1] - 21:6
**27** [10] - 6:10, 26:21,
27:11, 65:11, 77:21,
82:8, 87:6, 89:16,
161:20, 164:10,
173:13, 173:14,
211:25, 211:11,
212:17, 222:8, 222:25,
222:6
**2:00** [1] - 136:23
**2:05** [1] - 156:18,
156:19
**2:06** [1] - 28:13

**3**

**3** [15] - 6:11, 11:23,
64:10, 69:14, 69:17,
69:18, 72:9, 76:24,
77:2, 107:17, 107:20,
117:10, 116:16,
161:6, 176:2
**30** [9] - 14:16,
100:13, 172:6, 172:7
**300** [1] - 55:13, 98:8,
149:7
**31** [2] - 26:21, 27:11
**32** [2] - 64:6, 65:11,
82:5, 87:6
**33** [1] - 95:2
**3400** [1] - 149:7
**35** [1] - 164:21, 206:2
**37** [3] - 174:4, 174:6
**38** [1] - 146:14
**3:00** [1] - 136:8, 143:2
**3:20** [1] - 23:24,
25:7, 69:24

**4**

**4** [6] - 6:20, 20:11,
21:14, 21:20, 24:20,
109:24, 110:23,

**5**

64:17
**40** [1] - 164:17
**4251** [2] - 29:24,
50:15, 138:20
**4252** [4] - 30:10, 30:14,
48:7
**4252(a)** [1] - 46:10
**4252(b)(2)** [1] - 45:13
**4252(d)** [1] - 45:13
**4:30** [4] - 206:17,
209:10, 209:15,
212:22

**5**

**5** [9] - 201:13
**51** [3] - 211:3
**53** [5] - 110:9, 110:20
**54** [1] - 211:3
**56** [1] - 191:22
**561** [1] - 150:22

**6**

**6** [10] - 15:25, 26:6,
56:15, 124:6
**6:1** [1] - 8:11
**600** [1] - 52:20
**608-0053** [1] - 1:23
**64** [4] - 83:24, 85:22,
98:2, 99:18, 100:6,
106:17
**65** [1] - 188:15,
185:17, 185:18,
185:21, 187:15, 188:6
**65-page** [1] - 188:18
**66** [1] - 221:6

**7**

**7** [12] - 17:8, 21:6,
**7.3** [1] - 115:24,
**7.3.1** [1] - 115:21,
122:9, 167:22
**700** [1] - 2:4
**7052c** [2] - 136:11,
137:14
**709** [1] - 167:23
**70-page** [1] - 188:18
**75-102** [1] - 46:20
**77002** [1] - 2:4
**79-245** [1] - 43:23,
146:25

**8**

**8** [4] - 25:6, 36:12,
36:21, 59:4, 60:15,
108:4, 109:23,
109:24, 110:23,

**9**

111:3, 129:16,
129:20, 129:23,
129:25
**800,000** [1] - 60:12
**86** [1] - 21:10
**8th** [1] - 24:4

**9**

**9** [5] - 25:6, 57:22
**90:3** [1] - 1:22
**917** [1] - 1:23
**96** [1] - 1:9
**99** [1] - 62:19
**99.9** [1] - 98:5

**A**

**ability** [1] - 23:7,
32:17, 45:25, 46:7,
68:21, 87:24, 88:11,
88:16, 88:17, 92:12,
147:6, 153:14,
184:20, 195:6, 200:23
**able** [22] - 13:15,
13:20, 34:15, 74:2,
87:16, 131:21,
131:24, 133:2,
135:18, 135:17,
154:15, 155:18,
158:16, 183:21,
191:11, 191:20,
191:22, 191:23,
**Absolutely** [2] -
75:16, 170:24, 205:16
**academically** [1] -
73:23
**accept** [3] - 47:16,
52:25, 92:7
**acceptable** [2] -
79:19, 209:5
**accepts** [1] - 107:23,
117:22
**Access** [3] - 30:15,
61:9, 123:3
**access** [4] - 123:2,
30:15, 34:21, 36:14,
36:17, 37:18, 42:21,
44:22, 46:12, 49:15,
52:22, 59:17, 77:14,
77:18, 86:21, 86:23,
87:10, 87:15, 89:4,
101:5, 126:22, 204:4,
204:5, 205:9, 205:14
**accessed** [1] - 41:24,
68:11
**Air** [2] - 52:15, 52:22,

**A**

18:11
**advised** [1] - 204:14
**advanced** [1] - 66:23
**advertised** [1] -
139:10
**advice** [1] - 178:19
**advisement** [1] -
142:15
**affiant's** [1] - 16:4
**affidavit** [4] - 14:12,
14:14, 16:3, 16:6
**affiliated** [1] - 11:23
**afford** [1] - 103:12
**aged** [1] - 99:18
**aggregated** [3] -
70:15, 123:18, 146:16
**aggregate** [3] -
31:10, 66:11, 67:15
**ago** [4] - 62:18,
100:13, 128:5, 161:14
**agree** [29] - 36:23,
37:5, 37:6, 39:2, 39:8,
39:17, 39:19, 39:25,
71:25, 106:12, 108:2,
108:12, 108:17,
108:23, 109:24,
112:2, 111:10,
113:13, 118:2, 118:8,
124:12, 130:6, 130:9,
131:4, 139:4, 141:25,
142:25, 150:23,
143:9, 150:25,
167:10, 171:19,
189:5, 190:11
**agreed** [2] - 32:4,
24:5, 49:22, 85:6,
183:19
**agreed-upon** [2] -
49:22, 85:6
**agreement** [5] - 63:2,
65:4, 71:6, 150:9,
206:18
**agrees** [1] - 91:8,
91:12, 92:1
**ahead** [10] - 7:4,
15:5, 34:4, 34:11,
90:14, 81:17, 88:22,
102:11, 109:21, 186:9,
197:11, 199:7, 190:11,
197:16, 197:16

**A**

**air** [1] - 98:11
**Air** [2] - 52:15, 52:22,

198:24, 199:5
95:13, 95:16, 96:6
**annoying** [1] - 169:3
**answer** [38] - 60:9,
81:18, 83:8, 101:23,
103:10, 106:21,
108:17, 109:6,
110:11, 110:25,
111:7, 112:22, 113:3,
113:21, 114:25,
114:3, 115:7, 125:4,
125:17, 125:18,
125:22, 126:23,
128:19, 132:9,
151:11, 151:15,
151:17, 152:4, 152:9,
156:19, 169:5,
193:13, 197:10,
201:24
**answered** [4] -
36:24, 77:4, 77:6,
81:7, 158:8, 182:11
**answering** [1] - 77:2,
119:4
**answers** [1] - 14:22
**antiquated** [1] -
23:12, 23:18, 33:11,
33:12, 59:13, 133:6,
188:23
**Aol** [1] - 67:20
**apparent** [1] - 61:23
**Appeal** [1] - 16:11
**Appeals** [1] - 16:2
**appeared** [1] - 17:23
**applicable** [1] -
31:24, 42:9, 174:16,
180:15, 190:17,
180:22
**application** [1] -
182:2
**applications** [2] -
10:12, 175:16, 176:4
**applied** [1] - 101:13
**apply** [2] - 41:20,
43:20, 114:14
**appreciate** [1] -
106:20
**approach** [1] - 30:9,
180:6, 198:16
**appropriate** [5] -
5:24, 8:23, 8:24,
14:18, 67:13, 179:19
**ar** [1] - 86:9

**A**

185:20, 186:2, 186:7,
187:13, 187:16,
187:18, 187:21,
187:25, 196:24,
198:18, 199:14,
203:18, 211:18, 226:25
**areas** [3] - 61:18,
62:23, 104:9
**argue** [1] - 45:23,
50:6, 120:14, 128:16,
140:19, 190:13,
207:24
**argued** [1] - 47:12,
207:19, 207:21
**argues** [1] - 41:16
**arguing** [1] - 48:22
**argument** [9] -
11:16, 14:22, 15:2,
15:3, 15:7, 15:21,
17:13, 17:15, 17:16,
17:18, 18:5, 18:10,
18:22, 21:16, 26:9,
26:14, 30:13, 36:11,
43:11, 45:20, 47:16,
47:17, 47:19, 48:12,
48:13, 79:24, 130:23,
140:20, 207:5,
214:21, 220:15, 221:2
**arguments** [4] -
11:16, 14:22, 15:2,
15:3, 15:7, 15:21,
17:13, 17:15, 17:16,
17:18, 18:5, 18:10,
18:22, 21:16, 26:9,
26:14, 30:13, 36:11
**arose** [1] - 72:5
**Arthur** [1] - 1:18
**article** [1] - 21:16
**aspect** [1] - 88:23
**aspects** [1] - 79:23
**assembled** [1] -
14:7
**assert** [3] - 43:19,
180:22
**assertion** [2] - 17:19,
180:7
**asset** [1] - 43:16
**associate** [1] - 2:9
**assessing** [1] -
150:3
**assistance** [1] - 11:9
**Assistant** [1] - 9:11,
**assigned** [1] - 35:21
**associated** [1] -

67:8, 99:25, 155:5
**Assume** [1] - 71:8
**assumes** [1] - 202:9
**attached** [5] - 18:25,
20:17, 21:17
**attachment** [1] - 17:5
**attachments** [1] -
22:24, 22:25
**attack** [1] - 17:17
**attended** [3] - 52:15,
52:24, 53:6
**attention** [1] -
105:2, 113:18,
115:23, 118:15,
124:2, 147:16,
161:22, 201:20,
173:21, 175:2, 175:17
**attorney** [1] - 9:11,
142:20
**Attorney** [1] - 9:14
**Attorney's** [1] - 2:8,
110:6, 110:16
**Attorneys** [2] - 2:3,
2:9
**audibly** [1] - 184:24
**audio** [1] - 98:10,
102:9
**authentication** [1] -
203:24
**authority** [2] - 56:7,
81:11
**automated** [1] - 45:9
**available** [14] -
24:11, 66:19, 133:5,
179:4, 183:9, 183:11,
204:11, 204:17,
204:24, 205:3
**aware** [1] - 28:21

**B**

**Bachelor's** [2] - 53:2,
144:3, 144:7
**backdoor** [1] - 40:5,
67:18, 100:9
**background** [4] -
3:17, 15:13, 52:13,
144:2
**backhaul** [1] - 73:9
**balance** [2] - 6:10,
142:8
**bandwidth** [2] -
85:14, 150:20
**bandwidths** [1] -
160:20
**bank** [3] - 36:5,
38:4, 39:14, 40:18,
105:9, 116:19, 117:3,
146:20, 156:12,
156:17, 156:20,

157:8, 157:21, 158:9,
159:13
**Bankruptcy** [3] - 1:2,
1:18, 137:7
**barrier** [4] - 47:19,
47:10, 120:24,
133:17, 134:2, 134:8
**barriers** [2] - 47:5,
121:4, 132:11
**based** [16] - 15:9,
18:24, 20:13, 201:2,
201:21, 202:6,
202:25, 205:12
**based** [1] - 4:16,
46:13, 51:16,
16:3, 77:13, 98:12,
102:18, 132:25,
183:16, 190:5, 198:24
**beyond** [1] - 142:12
**bifurcated** [1] - 41:16
**big** [1] - 128:20
**billing** [1] - 22:15
**billion** [8] - 56:15,
57:22, 59:4, 60:16
**bills** [1] - 129:7
**binder** [1] - 12:25,
13:2, 105:3, 147:16,
204:24
**bit** [2] - 3:17, 197:23
**black** [1] - 94:12
**blacked** [1] - 13:11,
181:21, 181:23
**blood** [1] - 212:14
**blue** [1] - 66:20
**66:21, 72:21
**book** [1] - 4:21, 4:23,
77:23
**books** [1] - 4:21
**bottom** [1] - 69:21,
86:10, 124:5, 141:23
**bought** [2] - 130:18,
131:6
**bounded** [1] - 73:23
**Bowling** [1] - 1:9
**box** [2] - 64:13,
67:10, 69:20, 107:20
**brains** [1] - 145:17
**branch** [1] - 199:11,
200:2, 200:18
**breach** [1] - 49:23
**break** [1] - 27:24,
28:8, 28:12, 50:22,
102:24, 104:15,
136:7, 142:16,
206:16, 208:8, 209:9
**breaks** [1] - 70:8
**brief** [1] - 12:14,
12:20, 14:16, 14:17,
15:2, 15:19, 15:25,
18:22, 20:20, 21:19,
21:17, 26:13, 27:19,
27:20, 187:10,
**briefing** [1] - 18:6,
18:9, 207:5, 207:16
**bring** [4] - 47:12,
21:6, 115:25, 198:18

79:8, 80:19, 106:18,
108:8, 109:3, 112:9,
112:13, 112:24,
113:14, 113:23,
115:9, 129:5, 138:17,
146:13, 153:10,
156:13, 157:2, 157:8,
177:10, 177:15,
177:19, 186:20,
186:23, 186:24,
**bufb** [1] - 23:18,
56:20, 57:3, 62:12,
62:14, 193:12
**bunch** [1] - 95:19,
132:25, 141:12
**burden** [1] - 137:6
**burdensome** [1] -
137:16
**business** [7] - 44:5,
47:8, 58:10, 73:14,
75:6, 94:14, 121:5
**Business** [1] - 53:24
**buy** [1] - 130:18
**buying** [1] - 48:2
**buys** [1] - 123:14,
123:17, 123:18
**120** [1] - 123:14,
**bye-bye** [1] - 190:12

**C**

**cable** [6] - 37:17,
56:8, 58:9, 74:4,
74:6, 86:20, 87:2,
94:19
**calculations** [1] -
193:23
**caller's** [1] - 48:18,
48:19
**cannot** [4] - 7:23,
12:7, 12:23, 32:4,
34:24, 41:16, 49:10,
50:6, 74:18, 99:12,
182:6, 182:10,
201:16, 201:18,
207:16, 209:4, 209:8
**capabilities** [1] -
60:18, 175:24,
192:16, 205:8
**Capability** [1] -
162:3
**capacity** [1] -
39:11, 43:4, 47:14,
49:3, 49:16, 61:14,
66:9, 103:15, 103:16,
103:17, 132:16

**C**

188:4, 188:9, 188:8,
189:12, 189:15,
190:18, 190:22,
192:12, 192:13,
192:21, 193:19,
193:22, 193:25,
195:10, 195:16
**capable** [28] - 8:10,
10:24, 11:3, 33:12,
33:24, 36:20, 39:18,
43:3, 43:4, 43:8, 43:9,
83:16, 83:21, 106:10,
106:8, 117:15,
117:18, 117:19,
121:13, 121:14,
121:17, 121:22,
122:12, 129:16,
133:20, 134:2,
136:22, 137:25,
185:17, 190:4, 190:8,
193:15, 193:18,
199:10, 199:13
**capital** [1] - 57:5,
57:11, 58:7
**car** [1] - 130:18,
132:19, 132:21
**card** [1] - 36:5,
10:13, 10:15, 10:23,
10:7, 40:5, 40:18,
60:20, 61:24, 65:4,
83:16, 83:21, 108:10,
106:6, 116:19, 117:3,
116:20, 117:3, 133:3,
123:18, 156:12
**cards** [1] - 24:8,
120:24, 121:5, 132:7,
133:4, 133:9, 134:3,
134:15
**Care** [1] - 1:22
**care** [1] - 137:2,
137:20, 138:6
**career** [1] - 52:9,
71:3, 71:4, 75:2,
77:11, 77:12, 77:15
**carefully** [1] - 8:17,
189:24, 206:25,
207:18, 208:10
**cast** [1] - 52:19
**categories** [1] -
207:16, 209:4, 209:8
**category** [1] - 48:9,
74:16, 74:18, 99:11
**caught** [1] - 48:2

**C**

63:8, 70:21, 71:9,
75:4, 86:6, 103:23,
104:8, 104:13,
130:22, 136:21,
139:4, 179:10
**Case** [1] - 1:4
**caselaw** [1] - 35:8,
35:9, 35:12
**cases** [1] - 34:24,
35:6, 56:6, 123:2,
126:21, 131:25,
201:22
**Ceci** [1] - 125:23
**Cc's** [1] - 7:15, 7:16
**Cd** [1] - 212:9, 212:10
**cell** [1] - 212:21
**cellphone** [1] - 86:7,
86:8
**central** [1] - 12:7,
36:11, 54:8, 54:16,
54:15, 54:17, 75:15,
76:16, 77:11, 77:19,
77:20, 78:13, 80:22,
80:7, 98:13, 98:14,
98:23, 99:24, 99:25,
100:3, 100:8, 100:10,
101:14, 132:14,
132:15, 132:17
**Ceci** [1] - 125:23
**central** [1] - 12:7
**Century** [1] - 52:11,
52:21
**certain** [1] - 5:19,
7:10, 7:12, 68:18,
68:18, 180:17, 192:7,
206:24
**certainly** [1] - 167:11
**certify** [1] - 212:8,
212:13
**cetera** [1] - 22:16,
137:3, 151:23, 152:5,
152:8
**chance** [1] - 41:12
**change** [1] - 11:2
**changed** [1] - 34:9
**changes** [1] - 87:11,
142:7
**changing** [1] -
124:11
**channels** [1] - 60:17,
73:16, 75:2
**characters** [1] -
86:5
**characteristics** [1] -

**C**

149:16, 150:21,
154:14, 154:21,
155:22, 156:8, 157:6,
159:3, 159:6, 159:12,
160:13, 161:6,
161:19, 170:23,
180:20, 185:19,
204:8, 204:9, 205:13,
205:17
**circuit** [1] - 35:19
**circuits** [4] - 60:13,
60:16, 73:22, 102:9
**circumstance** [2] -
23:11, 184:23
**citation** [1] - 101:20
**cite** [1] - 43:17
**cited** [1] - 15:24,
75:4
**cities** [1] - 35:5
**city** [1] - 73:10
**Claim** [1] - 113:11,
113:12, 113:13,
113:14, 114:24,
114:25, 115:12,
115:13, 115:14,
115:16, 115:18,
115:21, 117:9, 117:14,
118:2, 122:11,
147:17, 147:20,
147:22, 147:23,
167:21, 167:22,
167:23, 168:3, 185:6,
185:9, 187:8, 189:4
**Clarify** [1] - 46:16,
46:17, 124:12
**clarify** [1] - 12:4,
12:14, 42:21, 46:5,
101:16, 106:14,
116:12, 116:17,
118:11, 124:10,
155:22, 193:20
**clear** [1] - 17:12,
42:21, 46:9, 87:9,
100:17, 100:19,
101:23, 101:25,
101:25, 107:18,
108:3, 108:18,
109:10, 135:13,
170:20, 179:7, 197:7
**clearer** [1] - 119:24
**clearly** [2] - 202:7,
74:4
**Clecc** [1] - 57:19,
57:20
**Clecs** [2] - 62:5,
102:13, 103:10,
**clicks** [1] - 37:21

**D**

**clients** [1] - 145:20,
162:22, 179:2, 179:17
**close** [1] - 136:8,
137:23
**closing** [1] - 140:20,
208:10
**closings** [1] - 206:25
**cloud** [1] - 66:20,
66:21
**Cci** [1] - 125:23
**Cobra** [1] - 65:5, 74:6
**code** [1] - 86:3, 86:12,
86:13, 11:2, 11:3,
12:21, 103:13, 105:9,
105:11, 105:13,
108:11, 116:19,
117:3, 122:12, 133:3,
193:15
**codes** [1] - 33:25,
122:16, 133:4, 134:4
**coding** [1] - 159:19,
159:21, 190:23
**coerce** [1] - 190:23
**coffee** [1] - 201:6
**colleagues** [1] -
129:22, 145:13,
145:14, 162:4
**Collectively** [1] -
1:13
**college** [1] - 52:24
**colloquy** [1] - 142:25
**color** [1] - 66:23
**Comdata** [1] - 33:2,
33:4, 33:5, 33:7, 42:9,
42:10, 42:2, 43:3,
45:4, 47:10, 47:12,
48:15, 139:6, 139:15,
140:6, 190:9, 190:20,
**coming** [1] - 49:12,
67:13, 70:11, 84:18,
99:25, 161:9, 191:9,
192:15, 200:10,
200:22, 201:10,
201:22, 202:9,
**comma** [1] - 86:22
**comments** [1] - 8:22
**commercial** [1] -
204:16, 204:22
**commodity** [1] -
169:24, 185:22
**common** [1] - 75:13,
188:23
**commonly** [1] - 59:5
**community** [1] -
42:12, 68:21, 74:6,
87:24, 88:11, 103:2,

108:13, 184:24
**communicating** [1] - 106:25
**communication** [123] - 10:14, 12:5, 12:7, 30:17, 30:25, 31:5, 32:5, 33:10, 33:17, 34:5, 34:12, 34:17, 34:20, 35:15, 36:16, 38:12, 39:4, 39:10, 39:12, 39:19, 39:22, 40:12, 41:5, 41:22, 42:23, 44:3, 45:3, 45:9, 68:7, 83:13, 90:22, 107:8, 108:6, 109:2, 111:13, 111:20, 111:25, 112:9, 112:13, 112:24, 113:14, 113:22, 114:11, 114:17, 114:23, 115:8, 115:16, 117:16, 118:4, 118:10, 119:19, 119:20, 119:22, 119:25, 120:3, 120:12, 121:10, 121:14, 124:23, 130:23, 131:17, 135:9, 135:21, 138:17, 138:21, 138:22, 138:23, 139:10, 140:4, 140:10, 140:13, 148:14, 149:22, 150:11, 150:16, 151:2, 153:22, 153:24, 154:6, 154:8, 154:10, 154:13, 154:18, 155:17, 155:19, 156:3, 156:5, 156:9, 156:13, 156:25, 157:7, 157:9, 157:15, 157:16, 158:15, 160:7, 160:9, 177:15, 182:6, 183:21, 184:15, 184:19, 184:20, 184:21, 185:10, 185:12, 185:18, 186:3, 186:6, 186:10, 186:15, 187:4, 187:5, 187:7, 187:9, 187:16, 190:5, 192:19, 194:9, 199:17, 200:14, 201:2, 201:8
**communications** [38] - 10:25, 11:4, 24:22, 32:2, 33:13, 35:13, 36:20, 41:12, 42:2, 43:24, 50:11, 50:13, 68:21, 68:25, 69:4, 69:10, 78:23, 85:9, 86:12, 106:19, 108:11, 109:7, 125:9, 126:10, 130:7, 130:12, 130:14, 131:6, 131:8, 138:15, 139:7, 174:12, 183:24, 184:4, 192:17, 195:6, 195:11, 200:11
**Commworks** [1] - 23:24
**companies** [2] - 58:8, 58:9
**company** [9] - 44:21, 61:16, 145:3, 145:7, 166:18, 178:18, 178:25, 179:16, 183:11
**company's** [1] - 166:17
**comparable** [4] - 163:6, 163:8, 174:22, 176:16
**compare** [1] - 25:10
**compatible** [3] - 33:22, 184:25, 185:2
**competition** [1] - 63:5
**Competitive** [1] - 57:19
**completed** [5] - 53:9, 62:18, 62:19, 136:21, 137:2
**complex** [5] - 11:13, 55:17, 94:6, 99:8, 100:4
**complied** [1] - 25:18
**component** [3] - 99:23, 118:20, 147:21
**components** [8] - 36:6, 68:2, 126:22, 165:24, 166:2, 180:17, 197:17, 198:23
**Computer** [2] - 48:15, 53:3
**computer** [63] - 37:19, 37:20, 44:6, 44:9, 44:15, 44:23, 48:15, 48:18, 48:23, 49:6, 49:11, 49:13, 67:4, 93:20, 98:20, 99:3, 101:18, 101:25, 121:17, 121:21, 122:2, 122:5, 122:6, 122:7, 122:12, 122:16, 127:19, 134:10, 134:11, 134:15, 141:5, 141:10, 148:5, 148:20, 152:22, 152:23, 170:3, 170:5, 170:20, 170:21, 170:22, 170:23, 171:2, 171:10, 173:2, 183:14, 183:15, 183:18, 183:19, 183:21
**computers** [1] - 141:8
**concedes** [3] - 8:8, 35:21, 47:5
**concept** [2] - 28:22, 102:10
**concern** [2] - 17:22, 20:11
**concerned** [4] - 18:16, 20:24, 177:14, 194:6
**concerns** [2] - 4:11, 121:6
**concessions** [2] - 35:23, 36:25
**concluded** [3] - 22:23, 147:2, 186:22
**conclusion** [24] - 8:19, 8:22, 12:2, 12:10, 111:2, 147:10, 150:24, 153:21, 154:2, 156:2, 156:7, 157:6, 157:11, 180:23, 186:19, 186:25, 189:2, 189:6, 189:22, 192:6, 194:14, 194:18, 194:22, 195:2
**conclusions** [12] - 7:19, 9:21, 137:25, 138:5, 138:9, 188:17, 188:19, 195:7, 206:22, 207:15, 208:13, 209:2
**conclusory** [2] - 10:21, 16:5
**conditions** [1] - 174:14
**conduct** [1] - 154:15
**cone** [1] - 38:10
**conference** [1] - 5:11
**conferred** [2] - 127:7, 205:18
**confidential** [1] - 4:23
**configuration** [7] - 56:19, 58:17, 116:7, 116:10, 127:4, 168:14, 169:16
**configurations** [2] - 100:19, 176:17
**configured** [23] - 43:10, 47:4, 57:7, 84:9, 84:11, 90:17, 121:19, 167:13, 168:3, 168:6, 168:7, 185:8, 187:24, 194:25, 197:18, 197:21, 197:25, 198:8, 198:19, 198:21, 198:25, 199:6, 201:10
**confusing** [1] - 163:18
**conjunction** [1] - 163:3
**connect** [17] - 35:13, 35:25, 36:5, 37:13, 50:12, 54:10, 90:7, 105:13, 105:20, 146:20, 162:22, 163:2, 169:8, 169:9, 171:14, 171:16, 171:23
**connected** [10] - 44:4, 44:6, 67:11, 70:2, 111:11, 117:8, 148:4, 155:6, 155:8, 171:16
**connecting** [4] - 37:25, 48:4, 164:4, 177:12
**connection** [20] - 5:14, 5:16, 16:16, 16:24, 30:21, 33:21, 45:17, 63:13, 64:24, 66:4, 67:16, 80:20, 107:9, 131:15, 133:3, 159:5, 172:12, 172:24, 177:10, 192:24
**connects** [12] - 38:22, 39:13, 72:24, 106:8, 112:5, 116:18, 116:21, 117:2, 117:4, 152:23, 155:10, 156:11
**consequence** [2] - 40:25, 41:3
**consider** [2] - 16:12, 208:4
**consideration** [1] - 142:7
**considered** [2] - 7:15, 194:3
**considering** [3] - 103:22, 134:6, 142:11
**consistent** [5] - 80:2, 80:8, 82:22, 84:9, 90:18
**consolidate** [1] - 5:17
**constitute** [1] - 7:18
**constituting** [3] - 30:19, 88:2, 88:13
**construction** [1] - 54:7
**consulting** [1] - 145:3
**consumed** [1] - 59:20
**contact** [1] - 38:15
**contain** [1] - 16:5
**contained** [1] - 171:5
**container** [1] - 51:13
**contains** [3] - 115:18, 116:3, 116:11
**content** [1] - 126:12
**contents** [1] - 82:7
**context** [3] - 113:5, 115:12, 118:13
**contexts** [2] - 166:3, 166:5
**continue** [2] - 3:25, 142:13
**contract** [30] - 8:5, 8:7, 8:17, 8:18, 8:23, 13:14, 13:21, 50:3, 79:19, 79:20, 79:24, 80:4, 80:6, 80:11, 80:12, 82:15, 83:3, 88:17, 97:9, 146:18, 162:11, 164:10, 164:25, 165:12, 173:22, 179:7, 180:5, 196:24, 197:15, 203:16
**contracting** [1] - 77:25
**contracts** [37] - 7:23, 8:6, 9:24, 22:13, 22:15, 23:15, 49:15, 65:12, 77:22, 82:7, 82:18, 82:21, 82:25, 83:7, 87:6, 147:13, 158:4, 161:15, 161:17, 161:18, 161:19, 161:25, 165:7, 165:8, 173:10, 173:12, 173:20, 174:20, 174:22, 180:6, 180:8, 193:4, 193:6, 196:20, 203:7, 203:11, 205:21
**contractual** [4] - 47:6, 121:5, 195:5, 203:13
**contradict** [3] - 151:24, 152:5, 152:13
**contrast** [1] - 25:11

**controller** [1] - 132:13
**controlling** [1] - 137:19
**conventionally** [1] - 153:15
**conversation** [3] - 73:25, 154:16, 161:12
**conversion** [3] - 94:16, 96:7, 100:6
**convert** [5] - 40:3, 44:8, 70:10, 96:3, 202:12
**converted** [7] - 40:19, 48:17, 91:11, 97:24, 97:25, 169:22, 173:3
**converts** [6] - 42:2, 67:13, 94:15, 98:10, 100:2, 148:20
**copy** [5] - 16:25, 109:19, 173:17, 210:8
**correct** [47] - 4:13, 16:15, 16:22, 26:22, 27:2, 27:6, 27:8, 66:22, 72:11, 72:14, 72:15, 73:15, 78:20, 87:6, 105:17, 112:10, 117:20, 118:19, 122:2, 122:21, 123:10, 124:13, 124:15, 124:24, 127:20, 127:21, 165:17, 168:11, 176:8, 178:20, 180:15, 181:4, 184:5, 185:5, 187:20, 194:10, 194:11, 195:20, 196:4, 196:17, 196:23, 199:19, 202:5, 202:14, 202:20, 203:3, 206:3
**Correct** [17] - 7:2, 72:12, 72:19, 72:23, 105:18, 113:10, 113:12, 117:21, 120:22, 121:7, 121:11, 124:18, 126:14, 129:14, 156:21, 185:6, 206:6
**correctly** [3] - 16:19, 180:11, 203:21
**corresponds** [1] - 72:16
**cost** [4] - 59:13, 73:5, 179:3, 193:20
**Counsel** [1] - 12:20
**counsel** [12] - 4:2, 9:15, 15:8, 15:20, 16:19, 18:5, 30:8, 114:10, 127:7, 137:2, 151:14, 205:18
**Counsel's** [1] - 142:22
**country** [2] - 73:11, 148:15
**County** [1] - 212:4
**couple** [8] - 3:13, 3:18, 8:4, 82:17, 101:13, 205:20, 207:11, 208:2
**coupled** [1] - 146:6
**course** [5] - 11:18, 15:15, 52:16, 52:17, 52:18
**courses** [3] - 53:10, 53:13, 53:14
**Court** [67] - 1:2, 1:22, 3:11, 3:19, 3:25, 6:12, 7:13, 8:24, 9:21, 11:9, 11:10, 11:11, 12:22, 12:24, 13:14, 15:12, 15:16, 15:22, 16:2, 16:11, 18:3, 18:4, 19:9, 20:6, 22:8, 23:11, 23:13, 23:20, 27:4, 29:4, 30:9, 35:4, 35:8, 42:3, 45:12, 50:7, 52:12, 55:24, 66:8, 66:24, 69:16, 74:25, 92:17, 93:2, 97:7, 107:19, 129:18, 137:5, 137:15, 137:16, 137:21, 139:17, 139:24, 141:24, 146:11, 162:8, 162:15, 163:20, 173:11, 174:2, 177:8, 190:13, 207:23, 208:3, 210:3
**court** [2] - 42:6, 47:15
**Court's** [1] - 113:18
**courtroom** [1] - 7:9
**cover** [1] - 21:5
**covered** [2] - 29:13, 146:17
**create** [1] - 105:4
**created** [3] - 21:9, 133:16, 172:8
**Cross** [2] - 104:22, 178:13
**cross** [12] - 9:5, 12:12, 15:17, 28:9, 28:13, 28:15, 54:10, 103:19, 104:20, 177:22, 188:19, 190:8
**cross-connect** [1] - 54:10
**cross-examination** [3] - 103:19, 104:20, 177:22
**Cross-examination** [2] - 104:22, 178:13
**cross-examined** [1] - 15:17
**cross-moved** [2] - 9:5, 12:12
**Cross/mr** [1] - 211:6
**Cross/ms** [1] - 211:4
**crucial** [1] - 15:15
**crux** [2] - 185:24, 186:4
**cups** [1] - 51:12
**current** [7] - 51:25, 55:19, 55:22, 55:25, 56:3, 97:19
**Custom** [1] - 1:8
**customer** [2] - 22:15, 130:24
**customer's** [2] - 111:10, 111:11
**customers** [2] - 59:15
**Cyanamid** [1] - 15:23
**cyber** [5] - 78:14, 80:19, 80:24, 81:2
**Cyber** [1] - 78:15

## D

**Dallas** [1] - 53:7
**Danna** [2] - 2:13, 9:15
**data** [106] - 32:20, 33:12, 33:15, 33:22, 34:18, 40:4, 41:18, 43:10, 55:6, 55:8, 66:12, 66:17, 67:13, 67:15, 67:18, 67:21, 67:22, 67:23, 67:25, 69:4, 69:5, 69:6, 70:7, 70:8, 70:11, 70:13, 73:4, 75:24, 75:25, 76:2, 76:6, 78:20, 78:22, 79:9, 80:7, 80:8, 81:25, 83:19, 83:20, 83:24, 84:13, 84:15, 84:18, 84:22, 84:24, 85:3, 85:10, 85:11, 85:15, 86:3, 87:3, 89:6, 91:10, 91:11, 91:12, 91:16, 95:19, 98:23, 99:3, 99:4, 99:19, 100:2, 100:3, 100:6, 100:7, 100:10, 102:12, 103:5, 103:7, 103:14, 107:11, 107:12, 112:16, 115:21, 119:2, 119:9, 119:12, 119:20, 119:24, 120:12, 123:18, 126:14, 126:15, 126:17, 130:13, 130:16, 131:2, 131:19, 135:3, 135:11, 135:15, 141:14, 141:19, 148:19, 149:3, 150:19, 150:23, 151:21, 152:17, 159:8, 159:10, 179:24
**databases** [3] - 145:10, 145:16, 178:24
**datastream** [12] - 31:13, 31:16, 41:19, 66:14, 70:14, 70:16, 73:2, 91:13, 91:14, 141:18, 197:8
**date** [1] - 27:12
**dates** [2] - 204:18, 205:4
**days** [3] - 46:22, 52:19, 208:18
**dead** [1] - 102:21
**deal** [2] - 5:24, 197:3
**Deborah** [3] - 1:22, 212:6, 212:20
**Debtors** [18] - 1:6, 2:3, 3:10, 13:3, 17:14, 21:15, 22:17, 22:18, 29:10, 29:16, 32:17, 32:24, 139:22, 147:12, 197:13, 199:10, 200:4, 200:18
**Debtors'** [6] - 1:14, 3:6, 9:4, 12:14, 21:16, 63:14
**decades** [1] - 35:17
**decide** [3] - 12:8, 159:20, 169:4
**decided** [1] - 13:3
**decides** [1] - 152:25
**decisions** [1] - 56:8
**declaration** [23] - 7:11, 7:13, 7:18, 10:4, 10:19, 11:18, 11:23, 17:10, 22:19, 22:23, 22:24, 24:12, 25:22, 36:13, 36:22, 108:4, 109:23, 115:24, 124:3, 130:2, 173:17, 173:19, 174:19
**decline** [1] - 137:22
**decommissioned** [2] - 62:12, 205:11
**decommissioning** [2] - 62:17, 133:14
**dedicated** [1] - 34:6
**deemed** [3] - 18:22, 45:11, 201:25
**defeated** [1] - 137:20
**defend** [1] - 25:24
**defense** [1] - 137:18
**defenses** [1] - 104:10
**defer** [1] - 207:17
**deference** [3] - 35:19, 45:6, 139:16
**define** [3] - 54:24, 189:11, 191:9
**defined** [2] - 74:18, 154:13
**defines** [1] - 30:14
**Definitely** [2] - 68:14, 92:5
**definition** [3] - 42:20, 45:15, 190:17
**degrade** [1] - 85:22
**Degree** [3] - 53:2, 144:3, 144:8
**demand** [1] - 57:16
**demarcation** [5] - 79:8, 80:15, 80:18, 82:19, 197:12
**demark** [1] - 79:11
**demonstrate** [1] - 125:24
**demonstrative** [2] - 19:20, 30:7
**deny** [4] - 35:8, 50:8, 139:24, 141:24
**Department** [2] - 1:15, 2:8
**depict** [1] - 96:9
**depicted** [6] - 95:15, 107:20, 113:11, 117:10, 152:20, 170:14
**depiction** [2] - 32:12, 64:6
**depicts** [4] - 38:10, 67:12, 69:22, 69:24
**deploy** [1] - 84:6
**deployed** [1] - 162:25
**depose** [1] - 7:10
**deposition** [32] - 8:15, 19:19, 23:3, 23:6, 25:16, 36:22, 45:22, 49:4, 49:7, 110:4, 110:8, 110:15, 110:20, 110:23, 112:20, 113:19, 115:7, 119:21, 119:24, 120:2, 120:8, 120:14, 125:4, 125:19, 129:17, 132:7, 140:22, 180:12, 181:2, 198:11, 198:13, 202:3

**describe** [3] - 66:23, 147:19, 173:7
**described** [15] - 10:18, 30:22, 41:4, 43:25, 45:8, 106:17, 118:25, 119:12, 119:15, 134:4, 162:13, 164:12, 165:3, 172:22, 176:14
**describes** [1] - 66:25
**describing** [1] - 79:18
**description** [5] - 10:23, 44:8, 78:8, 91:9, 162:17
**descriptions** [3] - 10:18, 10:20, 174:24
**descriptive** [1] - 93:15
**design** [17] - 22:14, 54:5, 55:5, 56:5, 56:17, 56:20, 57:25, 58:6, 59:22, 59:25, 60:5, 90:19, 145:8, 155:21, 175:9
**designation** [1] - 153:7
**designed** [19] - 44:13, 55:14, 60:14, 96:19, 98:17, 103:14, 149:15, 153:13, 154:20, 155:14, 155:18, 156:18, 157:2, 157:17, 159:21, 167:9, 169:23, 176:15, 198:5
**desirable** [1] - 201:25
**desk** [1] - 208:15
**destination** [2] - 153:5, 172:9
**destined** [1] - 95:11
**detailed** [5] - 61:17, 64:11, 64:14, 69:18, 79:23
**detect** [2] - 153:16, 156:18
**detected** [1] - 153:17
**determination** [2] - 46:18, 75:2
**determine** [8] - 13:18, 18:3, 24:17, 56:24, 57:10, 57:15, 145:18, 171:4
**determined** [1] - 59:9
**determining** [4] - 56:18, 56:21, 57:6, 193:22
**developed** [4] - 86:18, 100:12, 160:21, 164:3
**developing** [1] - 60:5
**development** [2] - 49:22, 133:10
**developments** [1] - 93:22
**device** [3] - 93:15, 148:19, 166:21
**devices** [3] - 13:10, 13:23, 57:3
**diagram** [15] - 37:9, 38:9, 38:25, 71:10, 71:18, 72:2, 72:4, 72:6, 72:7, 92:21, 93:12, 105:4, 147:20, 177:9, 177:13
**dial** [122] - 31:10, 33:19, 35:14, 35:25, 36:3, 36:7, 36:17, 37:13, 38:10, 38:14, 38:16, 38:22, 39:4, 39:5, 39:21, 40:3, 40:13, 41:7, 41:8, 41:21, 48:20, 49:12, 50:12, 58:22, 58:24, 59:16, 60:7, 60:23, 61:4, 62:14, 66:11, 67:3, 67:4, 70:7, 76:14, 83:19, 83:25, 84:10, 85:10, 89:3, 89:4, 89:6, 90:6, 90:9, 90:10, 90:12, 90:14, 91:5, 91:10, 94:22, 97:17, 98:21, 101:19, 103:14, 105:8, 105:11, 105:15, 105:19, 106:8, 106:12, 106:25, 107:24, 108:8, 109:4, 111:10, 111:11, 112:4, 112:9, 112:14, 112:17, 112:24, 113:6, 118:5, 118:11, 122:7, 122:14, 128:3, 129:5, 132:9, 132:10, 132:13, 132:14, 132:17, 133:2, 134:10, 134:11, 138:11, 138:18, 146:16, 146:19, 147:24, 148:2, 148:17, 153:16, 153:17, 153:23, 154:11, 155:2, 156:15, 157:19, 161:9, 171:13, 171:25, 172:12, 172:14, 172:16, 177:11, 177:15, 181:12, 181:24, 185:13, 187:25, 198:5, 199:7, 201:10, 203:22, 204:2
**Dial** [4] - 89:19, 89:25, 90:8, 161:10
**dial-in** [2] - 146:16, 181:12
**Dial-up** [1] - 161:10
**dial-up** [87] - 31:10, 35:14, 35:25, 36:3, 36:7, 36:17, 37:13, 38:10, 38:14, 38:16, 38:22, 39:4, 39:5, 39:21, 40:3, 40:13, 41:7, 41:8, 41:21, 48:20, 49:12, 50:12, 58:22, 60:23, 61:4, 66:11, 67:3, 67:4, 70:7, 83:19, 83:25, 84:10, 85:10, 89:3, 89:4, 89:6, 91:5, 91:10, 97:17, 98:21, 103:14, 105:8, 105:11, 105:15, 105:19, 106:8, 106:12, 107:24, 108:8, 109:4, 111:10, 111:11, 112:4, 112:9, 112:14, 112:17, 112:24, 113:6, 118:5, 118:11, 122:7, 122:14, 128:3, 129:5, 134:10, 134:11, 138:11, 138:18, 147:24, 148:2, 148:17, 153:23, 156:15, 157:19, 161:9, 171:13, 171:25, 172:12, 172:14, 172:16, 177:11, 177:15, 185:13, 203:22, 204:2
**dialed** [3] - 95:13, 153:2, 155:4
**Dialing** [2] - 167:25, 206:5
**dialing** [3] - 146:3, 165:25, 171:14
**dials** [4] - 38:14, 67:7, 105:8, 105:12
**dictates** [1] - 130:21
**dictionary** [1] - 75:4
**difference** [6] - 18:2, 68:12, 103:4, 106:18, 183:23, 184:14
**Differences** [1] - 15:9
**differences** [5] - 15:13, 17:3, 60:22, 61:3, 142:5
**Different** [1] - 149:19
**different** [21] - 60:25, 61:2, 61:7, 69:2, 69:11, 69:21, 72:10, 81:11, 81:12, 81:25, 98:21, 98:25, 142:18, 160:21, 165:23, 197:24, 202:16, 202:17, 202:19, 202:20, 207:24
**difficult** [1] - 77:24
**digit** [1] - 90:9
**digital** [7] - 10:9, 54:9, 54:17, 100:10, 117:18, 117:24, 162:19
**Digital** [1] - 163:23
**Digitally** [3] - 1:12, 212:10, 212:22
**digitally** [1] - 155:25
**digits** [2] - 95:12, 155:2
**direct** [13] - 9:21, 28:3, 105:2, 115:23, 124:2, 147:15, 161:22, 164:20, 173:21, 175:2, 175:17, 181:14, 188:20
**Direct** [7] - 51:18, 89:19, 89:25, 90:8, 143:16, 167:25, 206:4
**Direct/mr** [1] - 211:3
**Direct/ms** [1] - 211:6
**directed** [1] - 103:18
**Directing** [1] - 113:18
**directing** [1] - 118:15
**direction** [8] - 11:17, 90:3, 90:4, 119:8, 119:13, 132:25, 134:22, 159:3
**directions** [1] - 119:10
**directly** [4] - 49:20, 174:10, 174:11, 174:17
**director** [3] - 52:3, 55:12, 55:20
**disable** [2] - 87:16, 87:19
**disagree** [3] - 18:10, 18:12, 199:4
**disagreed** [1] - 49:4
**disagrees** [1] - 142:3
**disassembled** [1] - 159:23
**disclosure** [1] - 97:6
**disconnect** [2] - 102:20, 169:5
**discount** [1] - 48:11
**discoupled** [1] - 192:21
**discovery** [13] - 20:16, 20:20, 20:23, 21:2, 21:13, 21:19, 22:4, 22:5, 22:11, 22:12, 24:6, 25:18, 25:19
**discuss** [1] - 6:14
**discussing** [2] - 9:17, 146:5
**discussion** [1] - 180:18
**display** [1] - 159:12
**disposed** [1] - 26:24
**dispute** [5] - 71:23, 197:5, 197:11, 197:16, 197:20
**disputed** [2] - 128:12, 128:15
**distance** [5] - 56:12, 56:13, 61:5, 145:21, 174:13
**distant** [1] - 42:13
**distinction** [2] - 46:11, 193:15
**distinguish** [2] - 49:10, 122:5
**distinguishing** [1] - 121:8
**District** [4] - 1:3, 2:9, 9:12, 142:22
**docket** [1] - 3:11
**document** [11] - 11:6, 12:18, 17:22, 17:25, 18:17, 64:5, 64:8, 64:15, 78:11, 111:4, 175:6
**documentation** [2] - 147:11, 185:19
**Documents** [2] - 211:10, 211:11
**documents** [27] - 10:5, 10:7, 20:13, 21:3, 21:8, 21:11, 22:17, 22:25, 23:6, 23:10, 25:15, 63:20, 63:23, 63:24, 64:21, 64:23, 65:8, 65:14, 65:20, 65:22, 65:24, 66:3, 82:13, 173:6, 173:8, 202:6, 205:6
**Doj** [8] - 78:3, 89:14, 89:15, 161:23, 174:4, 174:6, 176:6, 206:2
**domain** [1] - 11:11

**done** [11] - 13:13, 23:23, 24:25, 25:2, 27:20, 145:23, 146:2, 170:4, 201:23, 202:8, 203:12
**door** [2] - 63:4, 208:7
**doors** [1] - 77:20
**doubt** [1] - 205:14
**down** [7] - 17:6, 70:6, 85:17, 93:5, 136:6, 136:14, 206:13
**download** [4] - 84:11, 84:12, 84:17, 87:20
**Dr** [38] - 5:20, 6:25, 7:8, 7:20, 9:16, 9:23, 10:3, 10:19, 11:8, 11:12, 19:18, 19:19, 19:22, 20:3, 22:19, 36:13, 36:21, 63:24, 79:22, 108:4, 109:23, 111:2, 129:25, 143:8, 161:14, 164:21, 173:15, 175:18, 176:19, 177:8, 178:15, 178:18, 192:8, 192:13, 207:10, 208:8, 209:11
**Draft** [3] - 212:23, 212:24
**draw** [7] - 114:23, 188:16, 194:13, 194:18, 194:21, 194:25, 195:7
**drawing** [3] - 189:21, 203:14, 203:17
**drawn** [1] - 188:21
**drive** [1] - 130:20
**Drori** [2] - 2:13, 9:15
**drove** [1] - 59:13
**Dsl** [3] - 86:20, 87:2, 94:19
**Dsp** [29] - 10:8, 10:15, 10:23, 11:7, 70:8, 70:9, 107:20, 107:22, 117:9, 117:12, 117:19, 117:22, 118:18, 119:4, 120:24, 121:2, 131:24, 132:10, 132:14, 132:24, 133:3, 133:4, 133:9, 134:2, 156:23, 157:2, 175:10, 176:15, 177:16
**Dsps** [7] - 36:18, 108:5, 108:9, 108:24, 109:5, 131:21, 132:7
**due** [1] - 208:4
**duly** [2] - 51:9, 143:11
**duplex** [2] - 40:12, 119:15
**during** [6] - 11:10, 20:16, 23:15, 133:5, 137:13, 140:15

## E

**e-mail** [3] - 23:22, 171:7, 172:19
**E-mail** [1] - 212:24
**ear** [2] - 101:9, 101:11
**early** [4] - 57:13, 164:3, 208:24, 209:8
**easier** [1] - 173:16
**easily** [1] - 17:4
**easy** [1] - 19:15
**Ebanks** [2] - 51:10, 143:12
**economic** [5] - 47:6, 121:5, 178:22, 201:25, 202:11
**edge** [1] - 76:8
**educational** [2] - 52:13, 143:25
**ee** [2] - 86:9
**effect** [1] - 149:15
**effectively** [1] - 18:6
**effort** [2] - 6:13, 20:23
**egress** [10] - 32:20, 80:20, 81:4, 82:19, 83:6, 90:12, 91:5, 92:2, 194:17, 197:13
**either** [7] - 25:7, 70:12, 76:12, 94:18, 142:2, 153:4, 210:7
**Electrical** [1] - 144:5
**electrical** [2] - 97:18, 98:12
**employed** [7] - 51:23, 51:24, 52:5, 52:7, 52:8, 52:9, 143:21
**employees** [1] - 166:18
**enables** [1] - 175:10
**end** [45] - 49:6, 60:7, 67:14, 73:21, 73:22, 74:8, 74:9, 84:14, 84:15, 84:19, 84:23, 84:24, 84:25, 85:4, 85:16, 85:20, 86:2, 90:5, 92:22, 92:23, 93:9, 100:5, 102:4, 102:21, 108:13, 122:25, 127:17, 127:18, 127:23, 128:12, 135:13, 141:18, 158:23, 162:20, 162:21, 168:10, 170:5, 170:16, 175:13, 185:2, 185:3, 187:12, 187:19, 187:21, 208:22
**ends** [1] - 141:6
**engaged** [1] - 25:17
**engagement** [1] - 180:13
**engine** [1] - 10:10
**engineer** [4] - 53:23, 53:24, 54:4, 55:3
**engineering** [1] - 58:15
**Engineering** [1] - 144:5
**engineers** [3] - 54:5, 55:13, 56:4
**English** [1] - 103:2
**enlisted** [1] - 52:14
**Enron** [1] - 27:17
**enter** [4] - 137:17, 157:19, 170:10, 171:18
**entered** [3] - 3:12, 4:17, 19:6
**enters** [5] - 40:17, 154:24, 154:25, 157:20
**Entire** [1] - 1:12
**entire** [2] - 126:22, 198:22
**entirely** [4] - 11:19, 41:15, 46:2, 185:23
**entirety** [1] - 12:17
**entities** [2] - 16:12, 145:19
**entitled** [3] - 126:6, 126:7, 137:12
**entitles** [1] - 90:21
**entity** [2] - 5:3, 5:4
**environment** [2] - 55:18, 84:4
**equate** [6] - 135:8, 188:4, 188:9, 189:7, 190:8, 190:15
**equipment** [43] - 24:18, 25:5, 54:9, 54:11, 69:22, 69:24, 76:25, 77:9, 77:10, 77:17, 77:19, 80:24, 81:2, 82:24, 83:2, 87:12, 133:8, 155:7, 155:11, 158:17, 164:5, 164:14, 167:9, 169:10, 170:16, 171:20, 176:16, 176:24, 176:25, 179:11, 184:25, 185:20, 187:25, 193:8, 194:13, 194:25, 198:4, 202:13, 202:23, 203:2, 203:3, 203:9, 204:4
**equivalent** [2] - 69:11, 184:2
**Esq** [4] - 2:5, 2:6, 2:12, 2:13
**essence** [12] - 4:18, 7:23, 8:20, 25:24, 31:15, 41:5, 79:9, 140:19, 178:25, 185:11, 191:3, 200:13
**essential** [2] - 178:5, 186:6
**Essex** [2] - 144:17, 144:20
**establish** [1] - 63:3
**established** [5] - 148:14, 158:16, 159:5, 172:13, 172:23
**establishment** [1] - 44:5
**et** [3] - 1:5, 22:16, 209:12
**Et** [1] - 1:13
**eventually** [1] - 102:15
**Evid** [1] - 211:9
**evidence** [21] - 6:14, 7:14, 7:16, 14:22, 14:24, 19:23, 26:22, 27:12, 32:8, 32:15, 33:5, 33:11, 33:18, 34:4, 34:14, 34:23, 46:4, 137:23, 140:12, 140:18, 140:19
**Evidence** [1] - 24:23
**evident** [1] - 8:12
**exact** [4] - 98:13, 99:3, 204:18, 205:4
**exactly** [19] - 12:23, 50:3, 100:5, 114:21, 145:9, 146:12, 148:11, 148:18, 152:19, 153:12, 154:21, 163:13, 163:25, 169:11, 169:20, 171:9, 171:10, 176:9, 184:10
**Exactly** [4] - 77:15, 103:7, 135:22, 153:10
**Examination** [4] - 51:18, 127:14, 143:16, 211:2
**examination** [5] - 103:19, 104:20, 104:22, 177:22, 178:13
**examined** [3] - 15:17, 51:10, 143:12
**example** [9] - 10:2, 10:5, 21:14, 68:15, 69:4, 130:17, 134:25, 148:6, 173:13
**examples** [1] - 8:4
**excellent** [1] - 53:5
**except** [1] - 195:15
**exchange** [10] - 22:11, 38:3, 44:22, 48:3, 69:8, 148:3, 148:7, 199:11, 200:5, 200:19
**Exchange** [5] - 29:17, 29:18, 31:11, 54:25, 57:19
**excise** [22] - 29:15, 31:24, 35:3, 35:4, 35:16, 37:3, 41:3, 41:12, 41:16, 41:20, 41:25, 42:18, 43:6, 43:12, 43:24, 45:23, 46:3, 47:11, 47:20, 48:10, 50:15, 180:15
**exclude** [3] - 5:19, 22:8, 188:22
**exclusive** [3] - 34:7, 90:21, 90:25
**exclusively** [2] - 91:15, 92:3
**Excuse** [2] - 71:4, 135:23
**excused** [3] - 136:17, 206:15, 210:21
**exempted** [2] - 43:8
**exemptions** [1] - 43:7
**exercises** [1] - 45:4
**Exhibit** [72] - 6:9, 12:14, 12:24, 14:6, 18:5, 19:16, 21:14, 23:20, 24:20, 37:8, 38:9, 39:8, 39:21, 64:3, 64:4, 64:10, 66:18, 69:14, 69:17, 69:18, 69:19, 72:8, 72:9, 72:13, 72:16, 72:20, 76:24, 77:2, 77:21, 82:8, 89:12, 92:16, 92:18, 93:3, 105:3, 106:24, 107:2, 107:17, 107:20, 112:3, 113:11, 116:17, 117:10, 118:16, 129:4,

10

147:16, 152:20, 161:20, 164:10, 164:21, 169:12, 170:11, 173:13, 173:23, 174:3, 174:5, 175:3, 175:18, 175:19, 175:22, 176:9, 176:10, 176:19, 176:21, 177:2, 177:7, 187:10, 205:25, 209:22, 210:3, 211:9, 211:14 **exhibit** [1] - 4:21, 4:23, 13:2, 14:9, 14:20, 66:19, 66:24, 105:3, 164:22, 210:5 **Exhibits** [10] - 6:5, 6:6, 6:7, 6:10, 20:11, 21:20, 25:6, 26:20, 27:10, 64:17, 65:2, 65:5, 65:11, 82:5, 87:6 **exhibits** [7] - 4:11, 4:22, 6:4, 6:15, 19:4, 19:11, 26:18, 64:2, 65:11, 209:23, 209:24 **exist** [6] - 90:15, 133:12, 133:13, 134:7, 196:3, 196:10 **existed** [2] - 195:10, 202:23 **existence** [1] - 42:15 **existing** [2] - 88:23, 203:3 **exits** [1] - 40:4 **expects** [1] - 101:24 **expert** [34] - 7:21, 7:24, 8:25, 9:2, 9:16, 9:19, 9:24, 11:18, 12:19, 13:9, 13:12, 15:12, 15:16, 15:17, 20:3, 22:21, 22:22, 23:7, 24:25, 36:5, 49:3, 50:2, 61:15, 61:19, 71:6, 128:9, 138:11, 146:22, 150:3, 162:4, 188:14 **expert's** [1] - 13:11 **expertise** [1] - 70:24 **experts** [3] - 23:3, 24:24, 139:14 **explain** [6] - 69:16, 83:22, 92:17, 93:2, 93:8, 93:10, 97:21, 99:4 **explaining** [1] - 11:13 **explains** [1] - 50:3 **explanation** [3] - 17:2, 17:8, 17:25

**Explanation** [1] - 15:9 **explanatory** [1] - 11:6 **explicitly** [2] - 158:5, 203:11 **expresses** [1] - 164:19 **expressly** [1] - 45:14, 49:3 **extent** [1] - 2:12 **extent** [9] - 7:15, 11:12, 12:9, 13:9, 13:12, 18:9, 19:19, 19:22, 21:20, 26:7, 74:17, 74:19, 79:17, 79:19 **extra** [1] - 209:24 **extract** [1] - 176:22

## F

**F3d** [1] - 15:23 **face** [1] - 49:25 **faced** [1] - 140:20 **facilities** [16] - 32:21, 32:23, 42:24, 123:21, 124:11, 145:12, 145:18, 163:6, 163:8, 164:16 **facility** [2] - 30:21, 45:16 **facsimile** [1] - 2:8 **fact** [23] - 18:3, 25:25, 42:14, 47:23, 49:8, 121:25, 128:9, 132:12, 135:19, 137:25, 138:4, 138:9, 138:14, 156:22, 167:25, 198:20, 206:22, 207:6, 208:13, 208:21, 209:24, 212:12, 212:18 **federal** [3] - 35:3, 41:20, 180:14 **Federal** [2] - 24:23, 24:24 **Fed's** [1] - 128:12, 180:17, 180:21 **fee** [8] - 46:20, 50:23, 63:20, 97:4, 103:23, 147:22, 177:21, 177:24 **field** [7] - 23:13, 53:24, 86:25 **figured** [1] - 168:4 **file** [1] - 208:18 **filed** [10] - 1:15, 5:12, 5:18, 12:15, 16:16, 15:25, 26:9, 26:11, 61:25, 26:11, 26:9 **files** [1] - 126:16 **filing** [1] - 26:13 **filings** [1] - 141:0 **filling** [1] - 64:22 **final** [1] - 153:5

153:6 **Finally** [4] - 132:13, 45:12, 48:8, 51:19 **finally** [2] - 153:12, 41:17 **findings** [8] - 136:12, 137:24, 138:4, 138:9, 206:21, 207:14, 208:13, 209:2 **Findings** [1] - 137:13 **Fine** [1] - 178:17 **fine** [3] - 28:10, 104:2, 210:11 **finish** [2] - 103:19, 209:12 **finished** [1] - 28:2 **firmly** [1] - 33:4 **firmware** [1] - 178:18 **First** [3] - 37:12, 41:17 **first** [24] - 4:4, 4:21, 22:19, 24:14, 25:22, 26:13, 29:24, 50:19, 51:8, 61:20, 61:22, 71:16, 76:13, 76:18, 97:4, 136:20, 143:10, 144:14, 146:25, 171:12, 171:15, 189:11 **fit** [2] - 28:17, 97:11 **fits** [1] - 64:7, 67:2 **five** [4] - 52:19, 94:12, 103:25, 207:8 **five-state** [1] - 94:12 **flatly** [1] - 43:19 **flow** [7] - 56:22, 85:3, 93:9, 94:10, 119:2, 119:9, 119:12 **focus** [2] - 53:8, 192:11 **focused** [2] - 127:17, 59:7 **follow** [1] - 101:14 **following** [16] - 108:2, 108:23, 110:24, 110:25, 111:22, 112:21, 112:22, 113:25, 113:21, 116:15, 120:23, 125:7, 174:18 **follows** [4] - 19:19, 36:14, 51:11, 143:13 **Force** [1] - 52:15 **force** [1] - 81:23 **forces** [1] - 33:13 **foreclosing** [1] - 37:5 **final** [1] - 153:5

**Forgive** [1] - 9:10 **forgot** [1] - 9:7, 4: **form** [1] - 3:12, 84:22, 105:23, 114:9, 114:16, 122:11, 155:18, 165:21, 171:19 **formal** [1] - 21:2 **format** [1] - 98:21 **forms** [1] - 199:16 **forth** [1] - 158:21 **forward** [1] - 20:22, 207:25 **fought** [1] - 63:6 **four** [5] - 6:16, 29:19, 29:20, 31:22, 32:23, 34:21, 34:24, 50:22, 56:6, 56:10, 56:11, 61:6, 99:8, 99:13, 180:20 **four-minute** [1] - 50:22 **fourth** [2] - 6:3, 47:19 **frame** [1] - 24:10, 67:17, 70:12, 70:17, 76:12 **Frances** [1] - 208:11 **Frankly** [1] - 128:14, 140:23 **free** [1] - 11:12 **freely** [1] - 4:22 **French** [1] - 103:2 **frequencies** [1] - 66:9, 94:18, 160:2 **frequency** [3] - 96:9, 98:12, 98:13, 98:22, 149:4, 149:11, 149:12, 149:9 **fresh** [1] - 51:15 **front** [3] - 63:7, 63:8, 198:12 **full** [16] - 10:13, 21:2, 21:13, 21:18, 23:7, 35:9, 40:11, 50:9, 97:5, 119:15 **fulltime** [1] - 53:4 **fully** [1] - 10:9, 137:14 **function** [3] - 107:21, 117:20, 119:7, 135:2, 135:3 **functions** [1] - 159:0 **fundamental** [1] - 36:25 **fundamentally** [1] - 37:5 **Furthermore** [1] -

33:16, 34:8, 140:8

## G

**G726** [1] - 204:19 **gain** [1] - 106:7 **garble** [1] - 204:25 **garble** [2] - 85:16, 160:14 **gately** [2] - 99:9, 92:13, 92:15, 93:13, 94:12, 95:2, 96:15, 96:16, 95:17, 96:7, 96:13, 132:5, 132:6, 170:9, 170:11, 170:15, 195:19, 195:23, 196:3, 196:18, 196:21, 196:22, 198:7, 198:8, 198:11, 198:15 **Green** [1] - 1:9 **Gregan** [1] - 2:6 **ground** [2] - 3:15, 59:23 **group** [4] - 54:5, 55:12, 56:4 **growth** [1] - 90:22 **grown** [1] - 160:20 **Gueron** [1] - 2:12, 4:5, 4:10, 6:20, 9:3, 9:10, 9:12, 13:24, 15:6, 17:21, 19:14, 19:3, 20:2, 20:9, 26:6, 27:8, 27:21, 28:10, 28:15, 34:25, 70:22, 71:12, 71:15, 74:16, 77:3, 79:16, 81:6, 88:19, 89:10, 103:20, 104:2, 104:17, 104:23, 109:18, 118:6, 124:12, 125:2, 125:21, 127:17, 127:25, 128:14, 128:16, 128:23, 129:2, 129:10, 130:8, 130:23, 134:13, 136:4, 136:18, 137:9, 138:6, 140:19, 141:5, 141:7, 142:9, 143:13, 143:5, 143:7, 143:19, 145:13, 161:11, 206:20, 207:16, 209:4, 210:15, 212:10, 213:9, 213:11, 213:13, 213:16, 213:18

**Government** [8] - 3:23, 4:2, 4:4, 6:19, 9:4, 9:6, 9:18, 9:23, 15:5, 19:15, 20:11, 20:24, 21:3, 21:12, 22:5, 28:4, 26:10, 27:7, 27:12, 32:7, 48:13, 48:22, 79:24, 103:18, 104:9, 104:21, 104:24, 142:3, 142:9, 146:5, 146:17, 150:4, 151:17, 151:18, 178:4, 184:6, 184:7, 184:10, 186:11, 186:14, 186:18, 186:19, 188:2, 192:4, 196:5, 196:8, 206:18, 206:20, 207:19, 207:20, 210:6

**Government's** [11] - 4:7, 11:5, 11:19, 12:4, 15:23, 17:21, 20:9, 20:19, 21:8, 36:11, 138:16, 139:19, 142:8 **Gpa** [1] - 52:11 **grade** [1] - 36:15, 108:6, 108:14, 108:25, 111:16, 131:20, 132:22, 134:5, 184:14, 184:18, 193:1, 193:24, 194:5, 196:14, 196:15, 201:14

**guy** [1] - 102:17 **guys** [1] - 63:24

114:25, 120:9, 120:19, 123:24, 125:20, 126:4, 127:11, 128:18, 128:24, 133:19, 133:23, 136:2, 136:5, 136:13, 136:18, 137:9, 138:18, 140:12, 140:13, 141:15, 143:14, 150:2, 150:6, 151:6, 151:14, 152:9, 152:14, 177:20, 178:3, 178:6, 178:12, 184:11, 186:12, 189:2, 190:17, 196:24, 199:24, 201:11, 208:1

**half** [1] - 28:16 **Halle** [1] - 212:21 **hand** [4] - 30:7, 39:20, 72:22, 96:4, 147:21, 147:23, 159:14, 159:8 **handed** [1] - 70:8, 70:12, 91:6 **handle** [1] - 89:6 **handling** [1] - 26:3 **hands** [1] - 80:13 **haphazard** [1] - 20:21 **happy** [1] - 190:12, 190:19, 207:17, 207:24 **hard** [2] - 74:7, 74:22 **hardware** [1] - 60:3, 179:17, 185:21 **head** [1] - 172:2 **hear** [1] - 4:3, 4:6, 124:2, 164:7, 164:14, 164:16, 173:15, 173:18, 176:19, 177:8, 192:2, 192:13, 207:10, 208:9, 209:11, 211:5

**Hilt** [1] - 7:20 **Hilt** [1] - 5:20, 7:19, 9:16, 10:19, 11:8, 11:13, 19:18, 19:19, 19:22, 20:3, 25:21, 36:13, 63:4, 38:40, 101:14, 164:21, 173:15, 174:15, 174:18, 175:6, 176:3, 176:6, 176:8, 176:9, 176:10, 177:3, 177:5, 192:8, 192:13, 207:10, 208:9, 209:11, 211:5

**Honor** [1] - 3:9, 3:10, 3:17, 3:22, 4:5, 4:7, 4:16, 4:20, 5:16, 6:3, 6:17, 6:21, 6:25, 7:2, 7:8, 7:22, 8:2

---

11

8:15, 8:21, 9:4, 9:11, 12:8, 13:5, 13:24, 14:8, 14:23, 15:6, 16:23, 16:14, 18:25, 19:3, 19:5, 19:14, 19:17, 19:25, 20:2, 20:10, 21:25, 23:10, 23:24, 24:11, 24:23, 25:5, 25:12, 26:7, 26:19, 27:9, 27:15, 27:22, 28:4, 28:11, 28:22, 29:2, 29:8, 29:12, 30:6, 30:13, 31:7, 31:10, 31:20, 32:5, 32:14, 32:25, 33:8, 34:3, 34:16, 37:3, 37:8, 37:15, 38:7, 40:7, 40:24, 45:6, 47:2, 47:18, 47:25, 48:11, 50:7, 51:2, 70:22, 71:4, 71:25, 74:16, 74:22, 75:16, 79:16, 80:3, 81:14, 82:13, 88:4, 88:20, 96:22, 96:25, 103:16, 103:21, 104:8, 106:19, 114:19, 120:4, 120:7, 120:12, 121:13, 124:8, 128:8, 135:24, 136:1, 136:23, 137:12, 138:8, 139:23, 139:24, 140:8, 141:10, 141:15, 141:22, 142:2, 142:22, 150:19, 150:25, 177:25, 178:10, 184:12, 187:15, 188:1, 188:17, 189:18, 190:2, 192:16, 192:22, 196:17, 200:5, 206:17, 206:24, 207:11, 208:18, 208:24, 210:5, 210:11

**house** [6] - 67:5, 72:2, 99:4, 98:18, 98:17, 99:22, 172:2 **House** [1] - 1:18 **housekeeping** [1] - 3:18, 4:6, 4:9, 6:16 **Houston** [1] - 2:4 **Hilt** [1] - 143:24, 144:13, 145:4, 145:5, 145:20, 145:23 **hub** [1] - 73:10 **huge** [1] - 84:18 **human** [1] - 18:5, 98:24, 101:9, 101:11, 167:14, 167:16 **humans** [1] - 18:24, 101:9 **Humsman** [1] - 1:22, 208:20, 212:6, 212:20

## I

**idea** [1] - 181:6 **identical** [1] - 165:4, 165:5 **identified** [1] - 8:24, 152:20, 121:19 **identify** [1] - 9:8, 10:16, 173:11, 173:25 **ide** [1] - 57:14 **iIi** [1] - 2:6 **Iiee** [1] - 65:8, 83:3 **Iiecs** [1] - 29:17 **Iies** [1] - 77:11 **Iillions** [1] - 52:25 **illustrative** [1] - 200:24 **imagine** [1] - 28:3, 28:15 **imbedded** [1] - 177:16 **immaterial** [1] - 45:3 **immediately** [1] - 24:5 **imperfect** [1] - 143:18 **implement** [1] - 10:11, 57:25, 177:9, 179:11 **implemented** [1] - 55:14, 178:25 **implication** [1] - 37:25 **implicit** [1] - 61:8, 77:8 **implies** [1] - 45:18 **imply** [1] - 112:18 **implying** [1] - 130:7 **important** [1] - 18:3 **impose** [1] - 25:25 **impressed** [1] - 33:6 **impossible** [1] -

74:10, 101:10, 134:20 **inapplicable** [1] - 35:5 **inappropriate** [1] - 7:20, 22:7 **Inc** [1] - 1:5, 1:13 **include** [1] - 9:25, 30:24, 118:3, 118:9, 155:22, 164:14, 165:11 **included** [1] - 126:21, 126:24, 137:3 **includes** [1] - 12:19, 45:14, 123:9, 127:21 **Including** [1] - 167:10, 167:11 **including** [1] - 16:25, 116:5, 155:11, 162:18 **income** [1] - 46:16, 46:25, 168:8 **incompatible** [1] - 83:9 **inconsistent** [1] - 125:15, 125:17, 125:21 **incorporates** [1] - 150:25 **incorrect** [1] - 163:24, 162:21 **incorrectly** [1] - 102:8 **indeed** [1] - 6:23 **independent** [1] - 29:17, 31:11 **indicated** [1] - 5:10, 8:16, 33:7 **indicates** [1] - 25:21, 78:19 **indicating** [1] - 155:7, 12:19 **indication** [1] - 155:9 **individual** [1] - 16:13, 23:22, 70:7 **individuals** [1] - 119:3 **industry** [1] - 58:14, 58:18, 148:7, 147:3, 160:20, 187:3, 189:23, 190:5, 194:18 **inference** [1] - 67:17, 8:21, 205:15, 205:17 **informal** [1] - 20:11, 20:22, 22:24, 22:11, 24:5, 25:17, 26:5 **information** [1] - 98:23, 153:20, 159:5, 159:11, 159:16, 197:12, 199:19

**interfaces** [1] - 93:16 **internal** [1] - 29:23 **internet** [1] - 31:14, 52:20, 33:15, 37:14, 37:18, 37:21, 37:24, 38:5, 40:4, 40:6, 40:7, 40:8, 40:15, 40:17, 41:10, 47:25, 50:12, 58:12, 66:12, 67:19, 67:25, 75:7, 79:5, 84:13, 84:16, 84:17, 84:19, 84:25, 85:4, 85:16, 85:20, 86:1, 89:23, 89:24, 91:18, 92:4, 92:9, 96:23, 96:25, 97:10, 158:25, 159:7, 160:23, 162:23, 169:5, 169:13, 169:22, 172:17, 175:25, 182:7, 186:20, 186:21, 184:11, 114:4 **interposed** [1] - 114:4 **interpose** [1] - 2:11, 35:11, 80:4, 101:5, 101:12 **interpolate** [1] - 114:4 **interpretation** [1] - 44:2, 44:4, 79:25, 80:20, 202:9 **interrupt** [1] - 8:18 **interstate** [1] - 41:17 **intricately** [1] - 61:25 **introduce** [1] - 6:13, 10:22 **intruding** [1] - 11:11 **invented** [1] - 13:11, 13:23 **inward** [1] - 89:19, 89:25, 90:8, 167:25, 196:4 **interconnection** [1] - 63:10 **interested** [1] - 40:12 **interface** [1] - 57:8, 57:9, 163:5, 163:12 **interface** [1] - 99:17, 159:19

**Ironically** [1] - 11:15 **irrelevant** [1] - 41:15, 42:15, 46:3, 46:8, 135:20, 184:5, 195:19, 195:21, 197:20, 200:7, 200:22, 201:4 **issuing** [1] - 111:12 **issue** [1] - 122:18, 122:25, 203:23, 205:12, 205:19, 206:16 **issued** [1] - 44:9, 49:10, 147:22, 184:11, 185:18, 186:10, 189:16, 202:19, 197:23, 198:2 **issues** [1] - 41:5, 61:10 **item** [1] - 17:8

## J

**jack** [4] - 37:19, 38:11, 81:21, 81:22 **James** [1] - 2:6 **January** [1] - 23:2 **Japan** [1] - 110:3, 110:20 **job** [1] - 146:3, 146:10 **John** [1] - 51:21, 213:10 **joke** [1] - 41:20 **Judge** [1] - 151:18 **July** [1] - 213:16 **jury** [1] - 137:16 **Justice** [1] - 2:8

71:21, 75:9, 77:5, 80:13, 81:6, 81:15, 82:8, 82:10, 84:5, 88:2, 89:25, 90:9, 90:14, 99:16, 99:18, 100:7, 100:22, 104:4, 104:14, 104:15, 105:5, 106:23, 107:7, 109:5, 109:9, 109:17, 114:23, 114:25, 115:4, 120:19, 121:22, 121:24, 122:5, 122:22, 123:10, 123:12, 126:10, 126:24, 130:20, 133:16, 134:8, 134:10, 135:16, 135:18, 135:21, 137:7, 138:4, 138:10, 144:11, 145:25, 151:4, 151:12, 152:14, 152:18, 152:23, 153:10, 155:4, 156:4, 158:11, 158:14, 159:24, 174:24, 181:10, 181:11, 181:13, 181:14, 181:16, 182:13, 183:13, 185:15, 189:25, 196:13, 199:24, 202:19, 189:24, 185:22

**kilobytes** [1] - 61:5, 61:15, 149:25 **learn** [4] - 46:23, 47:2 **learning** [1] - 58:13 **lease** [2] - 40:10, 40:12, 67:22, 90:18, 87:17, 87:19 **least** [1] - 21:8, 25:15, 29:19, 73:3, 100:12, 164:17, 202:2, 206:22 **Leaves** [1] - 136:18 **leave** [1] - 47:23 **leaves** [1] - 49:19 **led** [1] - 38:25, 42:2, 136:15, 38:16, 38:16, 39:6, 190:16, 39:13, 54:18, 54:24, 54:25, 55:6, 70:4, 71:17, 72:18, 74:12, 74:12, 109:12, 109:13, 115:22, 125:18, 129:19, 130:8, 130:9, 130:16, 130:23, 131:5, 131:12, 131:23, 135:24, 137:24, 137:25, 139:9, 141:13, 161:16

## L

**lab** [1] - 84:4 **labeled** [1] - 39:8, 67:17, 69:20, 163:8 **language** [1] - 8:8, 8:18, 8:23, 102:3, 102:3, 107:8, 107:16, 109:14, 122:12, 125:16, 160:22, 161:4, 179:21, 184:4 **large** [1] - 54:5, 53:22, 53:22, 54:7, 53:14, 135:5, 135:13, 135:21 **largely** [1] - 37:14 **last** [1] - 17:11, 18:2, 25:10, 30:15, 39:5, 52:3, 61:20, 71:24, 96:18, 213:7, 18:23

**late** [1] - 103:25 **law** [1] - 14:13, 30:16, 38:23, 85:6, 38:23, 147:20, 147:22, 141:5 **leading** [1] - 56:8, 61:15, 149:25 **lb** [1] - 52:11

**lunch** [1] - 103:25 **legal** [1] - 31:23, 140:2 **length** [1] - 82:12 **less** [1] - 8:25, 21:5 **lesser** [1] - 2:15 **letter** [1] - 21:14, 24:25, 24:20 **letters** [1] - 21:14 **level** [1] - 62:5, 62:7, 62:8, 64:6, 93:12 **lb** [1] - 52:11 **lies** [1] - 15:21 **likewise** [1] - 180:19 **limine** [1] - 5:21, 6:24 **limit** [1] - 168:13 **limitation** [1] - 73:5 **limitations** [1] - 33:6 **limited** [1] - 28:20 **Limited** [1] - 143:24 **limited** [1] - 28:20 **line** [1] - 37:21, 40:20, 40:23, 67:6, 67:9, 67:19, 67:22, 71:13, 72:8, 75:24, 75:25, 78:3, 111:16, 113:8, 113:17, 117:5, 117:12, 118:2, 126:14, 126:20, 130:15, 134:24, 149:21, 159:16, 187:18, 189:18, 202:5

**listen** [1] - 4:2, 19:9, 97:12, 158:12, 184:23

12

S 1142

**Page 14**

listening [1] - 14:3
lists [1] - 43:6
literature [4] - 24:2, 24:3, 24:8
Lixa [2] - 51:9, 143:11
Llp [1] - 2:3
local [70] - 122:4, 29:25, 30:2, 30:4, 30:14, 30:15, 30:20, 30:23, 31:2, 33:18, 34:2, 34:22, 35:11, 38:3, 38:14, 42:20, 42:22, 44:22, 45:15, 45:17, 46:12, 46:17, 47:21, 48:3, 48:4, 48:6, 50:10, 57:20, 57:24, 61:4, 67:6, 67:9, 67:12, 68:16, 73:18, 73:20, 74:7, 74:13, 74:17, 74:20, 86:21, 88:2, 88:13, 105:8, 115:19, 116:3, 116:7, 116:8, 116:11, 123:6, 123:8, 128:13, 128:21, 129:2, 129:7, 140:11, 141:7, 140:3, 140:19, 146:16, 146:17, 148:2, 148:3, 148:6, 152:23, 152:25, 167:4, 174:13, 178:23, 178:24, 187:21
Locale [5] - 29:17, 29:18, 54:25, 57:19
locals [1] - 115:22
located [2] - 77:9, 77:10
locked [1] - 77:20
logging [1] - 37:23
logo [2] - 37:21, 37:22
logs [1] - 37:20
London [4] - 144:4, 144:6, 144:15, 144:19
look [21] - 47:13, 64:4, 64:12, 64:17, 70:19, 75:5, 76:24, 93:13, 95:17, 95:19, 97:16, 107:17, 115:12, 128:6, 129:4, 132:15, 161:20, 162:16, 170:11, 176:18, 205:25
looked [3] - 24:16, 134:5, 158:4
looking [4] - 85:15, 159:2, 174:3
Looking [1] - 112:3
looks [2] - 95:3, 95:9
loop [4] - 68:16,

**M**

machine [1] - 102:7
mail [4] - 23:22, 171:7, 172:19, 212:24
maintain [1] - 145:16
maintained [4] - 53:24, 123:19, 124:10, 137:20
maintains [1] - 137:4
major [1] - 56:6
manage [2] - 56:3, 57:18
managed [3] - 54:16, 54:19, 55:12
management [1] - 54:15
Management [1] - 54:15
manager [4] - 54:6, 54:15, 55:13, 55:3
Manager [7] - 54:19
Manges [1] - 2:3
manner [1] - 20:21
manual [5] - 176:23
manuals [3] - 25:6, 25:8, 25:9, 63:20
March [2] - 49:18, 136:21, 137:4, 138:13, 146:12, 146:16, 146:21, 146:23, 147:3, 147:5,

marketing [1] - 24:7
marriage [1] - 22:14
material [1] - 46:17
materials [2] - 22:14, 24:17
matter [4] - 3:3, 6:3, 15:15, 21:3, 41:24, 83:3, 126:16, 126:17, 137:17, 139:5, 139:6, 139:13, 156:23, 157:4, 157:5, 165:16, 194:7, 194:12, 194:15, 194:16, 194:19, 194:20, 194:21, 194:23, 194:24, 195:3, 195:4, 195:8, 208:24, 212:16
maximize [1] - 179:3
maximum [1] - 149:15
maze [1] - 56:18
Mba [2] - 53:7, 53:8
Mci [109] - 21:11, 22:21, 31:13, 31:15, 34:8, 35:2, 35:3, 35:5, 35:7, 35:21, 37:2, 40:5, 41:14, 41:17, 42:5, 43:11, 43:16, 43:19, 45:20, 47:4, 48:25, 52:8, 52:10, 53:14, 53:16, 53:22, 54:22, 57:8, 58:7, 58:24, 61:11, 66:13, 66:15, 66:19, 66:20, 67:16, 67:21, 68:2, 70:17, 71:8, 71:10, 71:11, 71:18, 71:23, 72:2, 72:4, 72:5, 72:6, 72:21, 72:24, 73:16, 74:5, 75:21, 76:4, 76:14, 76:17, 76:21, 76:23, 76:25, 77:16, 78:17, 79:9, 79:21, 81:4, 81:9, 82:24, 83:5, 87:8, 87:23, 88:10, 90:21, 90:25, 91:6, 91:15, 91:17, 91:18, 92:6, 92:11, 100:3, 118:3, 118:9, 118:21, 121:6, 122:21, 123:2, 123:5, 123:6, 124:14, 126:11, 126:20, 136:21, 137:4, 138:13, 146:12, 146:16, 146:21, 146:23, 147:3, 147:5,

150:22, 151:20, 158:19, 165:11, 168:9, 174:23, 176:10, 180:6, 181:4, 181:18, 185:16, 185:20, 188:3, 192:25, 193:10, 193:13, 193:16, 196:7, 196:11, 196:21, 196:22, 197:25, 198:23, 199:6, 199:24
Mci's [1] - 11:17, 34:7, 35:8, 36:3, 47:19, 49:3, 49:15, 50:8, 54:2, 55:10, 60:6, 92:3, 137:2, 138:10
mean [7] - 34:25, 62:9, 75:14, 84:12, 87:17, 100:23, 125:2, 125:16, 133:24, 145:9, 161:8, 167:2, 168:17, 191:4, 192:12, 192:14
meaningless [1] - 191:24
means [4] - 12:6, 30:3, 30:15, 74:20, 75:12, 105:25, 118:13, 119:18, 146:6, 163:22, 185:16, 186:12, 191:11, 191:14, 191:18, 192:13
meant [2] - 75:5, 114:10
measurements [2] - 60:11, 60:12
mechanism [1] - 96:13
meet [1] - 31:2, 31:3, 32:8, 33:9, 33:16, 34:20, 34:24, 57:16, 68:18, 137:4
member [1] - 173:9, 85:13
members [1] - 97:25, 100:20, 161:20, 191:7, 193:22, 207:9, 209:2
memo [9] - 60:13, 60:19, 60:22, 60:23, 123:5, 123:14, 124:14, 126:11, 136:21, 137:4, 138:13, 146:12, 146:21
messages [1] - 41:23
metaphysical [1] -

192:7
Michael [4] - 1:17, 143:8, 143:20, 211:5
microwave [2] - 52:17, 53:25
mid [1] - 204:15
Midwest [1] - 54:13
might [7] - 10:2, 16:12, 19:8, 130:18, 135:16, 166:19, 208:21
migrating [1] - 60:6
miles [2] - 130:19, 130:21
military [1] - 73:17
million [5] - 5:13, 57:3, 57:4, 60:13
milliseconds [1] - 172:6
mimic [1] - 99:20
mind [2] - 183:25, 189:7
minimize [1] - 179:3
minimum [5] - 202:15
minor [1] - 53:3
minute [5] - 90:22, 90:23, 110:13, 130:23, 205:8
minutes [14] - 27:20, 28:2, 28:6, 50:23, 50:24, 50:25, 54:9, 72:18, 60:15, 103:20, 103:25, 177:21, 177:24, 207:8, 207:11
misread [1] - 140:25
misses [1] - 41:19
missing [1] - 178:4
mix [1] - 145:18
model [1] - 37:11
modem [1] - 35:15, 36:4, 36:5, 36:7, 36:8, 37:18, 37:22, 37:24, 38:4, 38:11, 38:14, 38:16, 38:18, 38:20, 39:4, 40:3, 40:18, 43:23, 44:2, 44:19, 50:13, 67:5, 67:7, 70:6, 87:16, 87:18, 87:21, 90:7, 90:8, 90:9, 94:18, 94:19, 100:24, 101:11, 101:22, 101:24, 101:25, 102:4, 102:12, 102:13, 102:15, 102:16, 102:18, 103:24, 105:7, 105:9,

**Page 15**

77:3, 79:16, 81:6, 82:9, 88:4, 89:10, 127:25, 128:8, 128:23, 133:18, 149:24, 150:4, 186:4, 186:11, 188:6, 196:9
objection [49] - 3:7, 6:5, 6:6, 6:7, 6:8, 6:9, 6:11, 12:15, 19:11, 19:16, 19:17, 19:21, 19:24, 20:19, 21:24, 26:17, 26:24, 55:9, 55:8, 63:14, 71:14, 79:20, 81:17, 82:11, 88:20, 108:20, 113:24, 114:3, 114:7, 114:8, 114:16, 116:21, 126:8, 128:25, 133:20, 151:19, 151:15, 151:18, 160:13, 168:12, 188:14, 188:24, 189:2, 190:7
objections [8] - 19:4, 20:10, 20:25
objective [1] - 179:5
obtain [1] - 7:24
obtained [1] - 8:9
obvious [1] - 11:8
obviously [1] - 74:25
Obviously [1] - 7:11
occasion [1] - 65:19, 145:15
occur [2] - 62:16, 193:25
occurred [1] - 110:9
offer [3] - 9:20, 53:15
offered [2] - 209:22, 210:6
offering [1] - 14:9
office [1] - 54:15, 54:17, 73:16, 77:12, 77:14, 86:24, 96:17, 98:17, 99:2, 100:6, 106:11, 110:4
Office [2] - 2:8, 61:9, 110:6, 110:16, 142:22
office-based [1] - 77:14
offices [4] - 54:3, 54:12, 123:7, 162:25
official [1] - 162:23
old [4] - 35:17, 37:25, 53:15, 46:22, 59:10, 103:13
old-fashioned [1] - 37:25, 43:15
older [1] - 25:8

37:11, 45:21, 52:8, 140:16, 140:17, 140:21
opens [2] - 63:4, 208:7
operate [4] - 149:12, 150:15, 151:3, 156:12, 157:16, 161:24
operated [3] - 53:25, 62:24, 162:25
operating [1] - 176:23
operation [2] - 111:18, 111:23
operator [2] - 111:24, 112:10, 74:4, 81:15, 84:4, 83:15, 83:16, 83:17, 83:18, 87:22, 88:9, 88:25, 90:20, 91:2, 100:2, 109:21, 185:25, 186:4, 186:9, 193:9, 195:10, 199:13, 199:14
opinion [2] - 207:15
opposes [1] - 9:4
opposite [1] - 41:14
optimization [1] - 145:8, 145:9
order [22] - 17:18, 17:14, 18:6, 18:8, 21:10, 31:23, 68:19, 69:7, 94:2, 100:4, 127:10, 120:19, 134:16, 150:18, 151:2, 177:5, 179:18, 194:2, 201:17, 205:15, 201:22, 202:9, 203:6, 204:22, 208:19, 210:6

**P**

packaged [1] -
packet [4] - 49:17, 48:20, 49:11, 49:22, 50:4, 52:17, 52:21, 102:12, 172:3, 172:8, 172:12, 172:16, 172:18, 173:3
packets [6] - 173:5, 182:3, 183:13, 184:19, 186:6, 186:13, 187:14, 189:19, 190:10, 190:17, 204:17, 207:8, 208:17,

**Page 16**

88:13, 99:19, 104:10, 104:13, 123:12, 123:13, 123:15, 128:12, 129:9, 167:8, 167:10, 167:16, 167:19, 167:25, 175:25, 187:13, 194:18, 196:8, 199:4, 200:2, 200:4, 200:11
part [7] - 136:12
partial [3] - 136:12
Partial [1] - 137:4
particular [4] - 123:24, 145:15, 146:15, 146:18, 154:25, 163:21
par [4] - 10:22
parties [1] - 5:2
party [1] - 56:16, 83:24, 95:18, 109:7, 124:17, 126:19, 137:24, 197:15, 203:7, 203:10
Pas [1] - 80:10
pass [1] - 86:10
passage [1] - 68:25
password [1] -
password [1] -
path [34] - 34:11, 34:18, 36:13, 36:19, 39:22, 53:4, 66:19, 66:25, 67:13, 67:16, 68:20, 68:24, 73:18, 82:5, 85:11, 88:19, 90:9, 100:19, 118:25, 119:2, 119:4, 119:5, 119:6, 119:7, 119:10, 125:24, 127:19, 132:8, 149:13, 149:15, 151:13, 151:15, 155:6, 188:22
pay [3] - 91:18, 127:24, 128:8
pays [1] - 127:19
Pbx [108] - 116:13,

139:19, 131:12, 166:11, 166:15, 166:16, 166:21, 167:6, 167:10, 167:19, 176:24, 180:10, 199:24
performed [3] - 58:4, 58:5
period [6] - 29:11, 29:12, 29:14, 184:15, 182:22, 182:23, 184:8
people [1] - 55:13, 61:11, 80:6, 86:17, 89:8, 91:7, 146:17, 148:15, 154:15, 154:24, 163:21
per [13] - 10:22, 56:16, 83:24, 85:18, 100:7, 124:17, 126:16, 130:19, 130:21, 136:19, 136:20, 136:22, 148:6, 196:9
percent [7] - 130:3, 130:4, 130:5, 130:6, 130:8, 130:16, 130:18
perform [11] - 13:21, 14:4, 58:4, 58:5, 67:3
performing [2] - 59:18, 60:9
picture [5] - 64:11, 64:15, 65:25, 69:19
pictures [6] - 69:21
piece [3] - 57:4, 102:13
pieces [1] - 65:23
pin [3] - 392:22, 110:19
place [6] - 12:21, 57:17, 97:15, 105:17, 185:20, 189:11
placed [2] - 191:7, 191:24, 203:16
plain [1] - 168:16
plan [1] - 54:3
planning [1] - 52:4, 55:20, 56:6
plans [2] - 54:8, 55:12, 55:13
platform [3] - 73:4, 73:7, 73:9, 74:18
play [1] - 197:15

209:18, 210:7, 210:12, 210:21, 211:3, 211:4, 211:8
pick [2] - 59:8, 61:25, 62:3
picking [2] - 208:22
picture [5] - 64:11
picked [3] - 59:8, 61:25, 62:3
pickup [1] - 202:8
pieces [1] - 65:23
player [1] - 178:5
pleading [3] - 14:11, 14:17, 14:20
plug [2] - 110:18, 45:8, 45:12, 45:13, 45:15
plugged [2] - 45:16, 76:19, 76:21, 76:22, 76:23, 101:25
plugs [2] - 45:8
pluralist [1] - 15:22
Pm [1] - 211:8
pocket [1] - 65:23
point [41] - 3:20, 5:25, 6:15, 11:5, 13:17, 15:22, 22:2, 23:9, 24:11, 24:16, 28:9, 29:12, 30:13, 30:17, 32:14, 34:6, 40:6, 43:20, 101:16, 118:23, 118:24, 119:7, 119:9, 154:22, 156:25, 159:12, 159:13, 161:16, 167:16, 198:16, 200:25, 200:4
pointing [1] - 60:6
points [2] - 27:15, 30:16
policy [1] - 56:5
population [1] - 130:24
port [2] - 36:10, 36:12
portfolio [1] -
portion [5] - 120:18, 121:18, 121:21, 136:21, 146:21
position [6] - 54:17, 56:7, 57:12, 73:7
possible [1] - 65:23
potential [1] - 203:12
practical [1] - 94:17, 186:16
prepared [1] -
pre-production [1]
pre-programmable

- 10:9
**preceding** [1] - 115:13
**precisely** [2] - 163:14, 193:3
**prejudice** [1] - 25:14
**premise** [1] - 36:11
**premises** [4] - 18:13, 123:20, 124:11, 166:17
**prepare** [1] - 63:17
**prepared** [9] - 3:21, 4:20, 19:17, 64:8, 64:15, 65:8, 142:6, 142:12, 207:2
**pressure** [1] - 98:11
**presumably** [1] - 73:24
**pretend** [1] - 92:25
**pretty** [3] - 85:6, 93:15, 208:20
**previous** [1] - 70:3
**previously** [7] - 48:14, 52:7, 81:9, 125:25, 157:14, 162:2, 163:11
**Pri** [68] - 39:7, 39:11, 39:13, 39:18, 48:4, 67:10, 70:2, 70:3, 70:5, 70:6, 70:8, 107:3, 107:8, 107:13, 113:9, 113:15, 113:23, 115:9, 115:14, 115:18, 116:2, 116:5, 116:10, 116:13, 116:18, 116:21, 117:6, 117:11, 117:15, 117:23, 118:16, 118:20, 126:23, 127:2, 127:3, 131:10, 131:15, 155:12, 155:16, 155:18, 155:21, 156:4, 156:16, 157:7, 157:20, 157:23, 157:24, 163:10, 164:17, 165:11, 166:10, 167:5, 167:7, 167:16, 169:13, 169:15, 169:16, 185:25, 186:5, 186:21, 199:14, 199:21, 199:23, 200:25, 201:7
**price** [3] - 60:10, 193:12, 193:22
**primarily** [3] - 59:17, 178:18, 203:18
**primary** [2] - 163:12, 179:5
**Primary** [2] - 39:7, 155:12
**prime** [1] - 163:5
**principle** [1] - 149:20
**Pris** [4] - 39:11, 43:3, 166:7, 193:2
**private** [16] - 30:25, 31:4, 32:4, 34:5, 34:8, 69:5, 73:4, 73:8, 92:6, 140:9, 140:10, 140:13, 199:11, 200:5, 200:19
**privilege** [32] - 12:4, 12:6, 30:16, 31:25, 32:15, 42:16, 42:22, 45:2, 45:4, 74:24, 75:2, 140:5, 188:5, 188:10, 188:14, 189:8, 189:12, 189:14, 189:17, 190:9, 190:11, 190:17, 190:22, 190:25, 191:3, 191:4, 191:10, 191:14, 191:18, 191:22, 191:23, 192:3
**problem** [3] - 18:7, 87:17, 87:18
**problems** [3] - 59:11, 59:12, 61:24
**procedurally** [1] - 18:16
**Procedure** [1] - 137:8
**proceed** [13] - 3:20, 3:25, 7:6, 11:15, 37:11, 50:18, 50:24, 115:4, 142:8, 143:15, 151:10, 151:15, 178:11
**proceeded** [1] - 20:21
**proceeding** [2] - 5:17, 145:25
**Proceedings** [3] - 1:12, 1:12, 212:11
**proceedings** [2] - 146:5, 178:9
**process** [9] - 25:17, 38:12, 62:18, 97:17, 116:17, 117:19, 119:11, 133:14, 172:21
**processes** [2] - 60:4, 60:5
**processing** [3] - 10:10, 175:11, 175:12
**produce** [3] - 21:4, 21:7, 44:14
**produced** [6] - 20:15, 21:6, 22:17, 25:8, 25:10, 175:8
**product** [8] - 10:18, 10:20, 10:23, 59:13, 66:16, 174:23, 175:8, 176:13
**professional** [1] - 10:22
**professionally** [1] - 144:25
**profit** [1] - 193:24
**Program** [2] - 53:8
**programable** [1] - 10:9
**programed** [1] - 158:9
**programmed** [1] - 158:12
**progress** [1] - 102:23
**prohibited** [1] - 196:21
**promoted** [3] - 54:3, 54:6, 55:11
**promotional** [3] - 22:13, 24:2, 24:3
**promulgated** [1] - 75:19
**proof** [2] - 3:7, 26:12
**Proof** [2] - 1:14, 29:9
**Proofread** [1] - 212:21
**proposed** [2] - 208:13, 209:2
**proposition** [4] - 9:6, 9:19, 36:23, 43:18
**Protocol** [3] - 48:9, 169:20, 175:23
**protocol** [3] - 66:12, 96:4, 164:2
**protocols** [1] - 204:22
**provide** [32] - 8:14, 11:3, 11:8, 11:25, 12:3, 15:12, 36:17, 37:10, 46:11, 49:17, 49:19, 49:21, 58:8, 108:7, 109:3, 117:19, 145:10, 153:13, 161:3, 174:11, 174:23, 175:22, 178:23, 182:5, 187:9, 193:7, 193:12, 193:17, 197:25, 205:12, 205:21, 205:22
**provided** [29] - 3:13, 22:5, 24:18, 30:21, 32:22, 42:10, 42:25, 45:16, 47:14, 48:6, 63:23, 66:10, 78:9, 106:2, 122:20, 124:9, 146:22, 147:12, 158:22, 174:17, 176:11, 180:6, 183:20, 185:19, 188:2, 201:21, 202:6, 202:24, 205:15
**provider** [3] - 37:22, 67:20, 97:10
**providers** [1] - 31:15
**provides** [13] - 44:25, 137:10, 137:13, 138:16, 146:21, 162:18, 178:19, 184:19, 184:20, 186:5, 200:10, 200:25, 206:23
**providing** [2] - 5:3, 162:7
**provision** [2] - 8:5, 32:19
**provisions** [1] - 80:5
**Pstn** [19] - 67:7, 67:9, 96:5, 122:24, 123:3, 123:10, 123:15, 123:17, 123:19, 124:9, 139:10, 154:19, 164:6, 171:24, 183:4, 183:15, 183:19, 183:21, 187:13
**Public** [20] - 38:17, 40:21, 51:9, 78:23, 79:3, 93:16, 93:25, 94:3, 94:24, 95:21, 95:23, 96:5, 105:20, 106:8, 143:11, 148:11, 149:6, 163:4, 164:7, 212:7
**public** [8] - 5:7, 33:23, 37:14, 38:2, 80:9, 86:22, 183:6, 195:12
**purchase** [2] - 146:16, 179:10
**purchased** [21] - 8:12, 29:16, 35:2, 36:16, 87:23, 88:10, 108:7, 109:3, 118:3, 118:9, 118:21, 146:13, 146:23, 147:3, 147:5, 148:3, 192:25, 195:19, 197:25, 198:23, 199:15
**purchases** [4] - 67:6, 106:11, 128:13, 185:17
**purchasing** [11] - 62:4, 62:6, 138:14, 193:2, 193:5, 193:10, 193:13, 193:14, 193:16, 193:19, 199:24
**purport** [2] - 19:22, 75:17
**purports** [2] - 17:25, 18:19
**purpose** [3] - 37:6, 37:12, 152:21
**purposes** [4] - 5:10, 26:20, 41:25, 156:23
**pursuant** [1] - 137:6
**purview** [2] - 13:12, 70:23
**put** [34] - 14:15, 14:17, 47:17, 60:2, 60:4, 67:10, 67:18, 74:11, 74:12, 82:3, 83:22, 85:10, 85:21, 85:25, 93:17, 95:14, 99:10, 99:11, 99:12, 99:13, 102:2, 104:8, 114:13, 130:9, 130:11, 130:16, 132:20, 133:9, 141:10, 141:15, 207:8, 208:6, 208:7, 209:10
**puts** [9] - 11:22, 66:12, 67:15, 94:16, 94:20, 99:5, 99:6, 135:14, 203:22
**putting** [2] - 84:21, 133:11

## Q

**quality** [142] - 10:24, 11:3, 12:5, 12:7, 30:17, 32:2, 33:13, 34:11, 34:12, 34:17, 34:18, 34:20, 35:12, 35:24, 36:8, 36:15, 36:20, 38:17, 38:21, 39:3, 39:9, 39:12, 39:18, 39:22, 40:9, 40:20, 41:5, 41:11, 41:23, 41:24, 42:23, 43:4, 45:2, 50:11, 59:18, 61:24, 68:7, 68:10, 68:14, 68:19, 68:20, 68:24, 68:25, 69:3, 69:7, 69:9, 69:10, 74:11, 83:13, 85:9, 86:12, 106:14, 106:16, 106:19,

108:6, 108:11, 109:2, 109:7, 111:13, 111:15, 111:19, 111:25, 112:8, 112:13, 112:23, 113:14, 113:16, 113:22, 114:11, 114:17, 114:23, 115:8, 115:15, 117:16, 118:4, 118:10, 121:9, 121:10, 121:13, 121:14, 130:7, 130:8, 130:12, 130:14, 130:23, 131:6, 131:7, 135:9, 135:21, 138:12, 138:15, 139:3, 139:11, 140:4, 149:22, 150:11, 150:16, 151:2, 152:18, 153:24, 154:6, 154:10, 155:17, 155:19, 156:5, 156:8, 156:24, 157:9, 157:16, 160:6, 160:8, 161:4, 161:12, 177:10, 177:14, 183:24, 184:3, 184:14, 185:9, 186:3, 186:6, 186:10, 186:15, 187:5, 187:6, 190:4, 194:9, 195:6, 195:11, 197:19, 198:2, 198:9, 198:20, 199:13, 200:7, 200:11, 200:13, 201:2, 201:8, 204:11
**quantities** [1] - 145:14
**quantity** [2] - 62:9, 150:19
**quarter** [1] - 143:2
**questioned** [2] - 16:17, 19:18
**questioner** [1] - 151:10
**questioning** [1] - 88:16
**questions** [9] - 82:6, 97:4, 101:14, 104:12, 106:21, 115:13, 134:12, 147:22, 205:20
**quick** [1] - 127:16
**quicker** [2] - 28:14
**quickly** [1] - 64:3
**quietly** [1] - 140:15
**quite** [5] - 41:15, 59:6, 63:19, 86:25, 128:10
**quote** [12] - 36:4, 42:8, 44:3, 44:21, 45:16, 46:10, 46:16, 48:25, 49:5, 49:20, 131:10, 173:19
**quotes** [1] - 11:20
**Qwest**[1] - 148:10

## R

**radio** [3] - 30:19, 87:25, 88:12
**radios** [1] - 53:25
**raise** [2] - 151:7, 151:9
**raised** [5] - 24:13, 24:15, 25:19, 26:14, 45:22
**raises** [1] - 101:13
**raising** [1] - 25:22
**range** [9] - 10:13, 86:7, 98:24, 98:25, 99:3, 135:2, 149:4, 149:8, 149:12
**Ras**[2] - 91:14, 91:15
**rate** [3] - 163:5, 163:12, 174:15
**Rate**[1] - 39:7
**rather** [5] - 5:2, 5:7, 11:13, 19:5, 155:15
**Rather**[1] - 20:17
**re** [1] - 1:4
**reach** [1] - 67:7
**reached** [5] - 153:21, 156:2, 157:6, 157:11, 180:23
**reaches** [1] - 40:15
**read** [7] - 27:15, 108:15, 125:3, 129:16, 130:10, 205:21, 208:25
**reading** [5] - 20:19, 80:11, 109:22, 130:10, 180:8
**reads** [2] - 36:13, 165:12
**ready** [1] - 19:2
**real** [2] - 64:2, 84:7
**really** [23] - 5:20, 11:16, 17:10, 19:10, 21:22, 30:3, 45:21, 69:8, 72:16, 83:20, 96:9, 96:10, 128:14, 133:10, 135:16, 135:20, 140:16, 142:2, 142:3, 181:9, 192:7, 207:2, 207:19
**reason** [7] - 12:11, 20:14, 35:11, 59:20, 84:16, 203:8, 205:14
**reasonable** [1] - 27:24
**reasons** [3] - 81:20, 92:15, 202:11
**reassemble** [1] - 86:3
**rebuilt** [1] - 59:21
**rebut** [1] - 207:9
**rebuttal** [1] - 20:3
**receive** [11] - 32:17, 33:25, 36:2, 46:13, 46:16, 46:24, 66:17, 76:21, 147:7, 166:23, 204:3
**received** [10] - 5:22, 21:2, 21:13, 22:18, 23:5, 24:20, 27:11, 79:9, 80:7, 194:21
**Received**[1] - 212:22
**receiver** [1] - 100:15
**receives** [4] - 66:15, 67:21, 155:2, 197:7
**receiving** [2] - 46:13, 78:19
**recent** [2] - 93:22, 133:10
**recently** [3] - 12:15, 35:20, 161:5
**recess** [6] - 51:3, 104:18, 143:3, 177:21, 178:2, 209:14
**recipient** [1] - 111:14
**recognize** [5] - 13:16, 23:12, 78:10, 183:22, 184:13
**recognized** [4] - 142:20, 199:12, 200:6, 200:20
**recollection** [7] - 150:2, 165:6, 174:21, 183:16, 183:17, 183:20, 205:24
**reconfiguration** [1] - 47:6
**reconfigure** [5] - 10:11, 175:14, 176:3, 201:23, 202:9
**reconfigured** [6] - 32:23, 46:5, 47:3, 201:20, 202:5, 202:10
**record** [23] - 5:6, 5:7, 7:14, 9:9, 12:17, 13:6, 16:10, 17:20, 17:24, 18:19, 19:7, 21:21, 21:23, 26:20, 77:5, 127:8, 142:10, 143:19, 205:19, 209:25, 210:2, 210:8, 210:19
**recorded** [1] - 212:11
**Recorded**[3] - 1:12, 212:10, 212:22
**records** [1] - 22:16
**recount** [1] - 22:9
**recross** [2] - 136:3, 177:23
**red** [2] - 59:14, 107:8
**redesigned** [1] - 167:11
**redirect** [5] - 28:20, 104:6, 115:3, 177:22, 206:10
**Redirect**[2] - 127:12, 127:14
**Redirectfmr** [1] - 211:4
**refer** [4] - 5:4, 8:5, 10:6, 77:24
**reference** [2] - 175:23, 177:2
**references** [1] - 13:22
**referred** [6] - 22:17, 31:17, 129:6, 162:24, 170:9, 196:21
**referring** [6] - 5:2, 22:20, 116:17, 123:25, 162:2, 173:12
**Referring**[1] - 177:7
**refers** [2] - 78:13, 186:16
**refine** [1] - 184:18
**reflect** [8] - 18:12, 21:12, 37:23, 77:6, 162:11, 164:10, 164:25, 210:3
**reflected** [2] - 20:12, 79:13
**reflecting** [1] - 79:23
**reflects** [2] - 22:2, 35:22
**refund** [2] - 5:12, 29:13
**regard** [2] - 142:14, 182:13
**regarded** [1] - 161:3
**regarding** [4] - 4:11, 82:5, 98:2, 176:23
**Regardless**[1] - 192:18
**regardless** [3] - 43:4, 44:20, 118:17
**regular** [9] - 141:20, 146:18, 153:18, 168:2, 169:22, 170:7, 170:17, 181:21, 181:23
**regulation** [1] - 43:17
**regulations** [1] - 35:6
**related** [3] - 114:18, 164:15, 212:14
**relationship** [3] - 54:20, 97:13, 142:18
**relatively** [3] - 58:4, 96:20, 190:20
**relay** [4] - 67:17, 70:12, 70:17, 76:12
**relevance** [1] - 71:2
**relevant** [8] - 11:21, 40:7, 42:5, 45:14, 46:4, 47:11, 146:4, 175:7
**relies** [1] - 200:12
**rely** [1] - 24:24
**relying** [2] - 46:19, 160:8
**remain** [2] - 5:7, 29:21
**remember** [6] - 45:12, 110:3, 110:17, 110:19, 134:12, 135:6
**remind** [1] - 167:22
**remote** [3] - 77:14, 87:15, 162:19
**Remote**[1] - 61:9
**remotely** [1] - 87:16
**remove** [1] - 195:15
**render** [4] - 63:18, 137:5, 137:22, 142:10
**rendered** [1] - 66:5
**renegotiate** [1] - 197:3
**renegotiated** [1] - 23:14
**rented** [1] - 154:7
**Reorganized**[7] - 1:6, 2:3, 3:9, 29:10, 32:16, 32:24, 63:14
**repeat** [1] - 150:8
**Repeat**[1] - 188:7
**repeatedly** [2] - 45:23, 190:3
**rephrase** [2] - 89:11, 128:2
**replace** [1] - 157:3
**replacing** [2] - 120:24, 134:2
**reply** [1] - 16:24
**Report**[1] - 42:19
**report** [4] - 7:25, 12:20, 15:12, 15:16
**Reporter**[2] - 1:22, 212:7
**represent** [2] - 135:15, 174:8
**representation** [4] - 70:10, 107:12,

117:24, 149:2
**representations** [1] - 15:11
**request** [7] - 4:25, 49:14, 108:21, 139:24, 141:23, 151:14, 159:7
**requested** [1] - 159:22
**requesting** [1] - 5:12
**require** [14] - 36:19, 108:5, 108:10, 109:6, 149:11, 149:22, 150:11, 171:19, 171:20, 185:12, 187:6, 193:11, 202:20, 203:12
**required** [9] - 53:10, 59:24, 60:13, 137:25, 145:12, 146:8, 154:22, 155:3, 166:7
**requirements** [6] - 31:2, 31:4, 32:9, 32:10, 59:25, 60:3
**requires** [15] - 36:14, 62:25, 69:6, 69:12, 83:24, 85:21, 108:25, 111:12, 111:15, 111:19, 111:24, 157:15, 160:11, 182:17, 187:4
**Reread**[2] - 108:19, 108:21
**researched** [1] - 63:19
**resellers** [1] - 162:22
**reserve** [1] - 20:6
**reside** [1] - 39:23
**resist** [1] - 63:5
**resolve** [1] - 20:23
**respect** [16] - 4:19, 5:21, 6:15, 6:24, 8:22, 14:5, 22:13, 82:4, 82:17, 82:20, 83:6, 87:14, 104:12, 129:19, 134:10, 137:18
**respond** [1] - 25:20
**response** [9] - 3:5, 5:23, 16:17, 16:22, 16:24, 21:10, 26:5, 26:6, 47:15
**responsibilities** [6] - 54:8, 55:25, 56:17, 57:23, 60:21, 62:4
**responsibility** [6] - 16:7, 16:13, 59:8, 62:2, 65:17, 65:18
**responsible** [11] - 55:5, 55:9, 56:5, 56:10, 56:21, 57:25, 58:3, 58:5, 58:21, 59:3, 179:13
**responsive** [4] - 151:5, 151:12, 151:17, 200:16
**rest** [1] - 15:2
**restate** [1] - 184:11
**Restate**[3] - 88:6, 106:5, 196:12
**restricted** [1] - 131:19
**restructured** [1] - 23:14
**result** [5] - 7:24, 60:7, 134:19, 159:12, 209:22
**retained** [1] - 180:19
**return** [3] - 136:8, 142:13, 177:24
**Revenue**[14] - 29:23, 35:6, 35:17, 35:18, 43:22, 45:5, 46:6, 46:9, 46:19, 139:3, 139:8, 139:15, 140:25, 141:6
**revenue** [2] - 43:17, 138:19
**reverse** [6] - 40:11, 118:24, 119:3, 119:5, 159:4, 159:6
**reversed** [1] - 92:24
**review** [7] - 64:23, 65:19, 65:21, 66:3, 175:5, 175:19, 180:5
**reviewed** [6] - 63:23, 82:8, 161:16, 173:7, 174:24, 202:22
**reviewing** [2] - 142:10, 165:7
**right-hand** [3] - 72:22, 129:13, 159:14
**rights** [1] - 13:20
**ring** [1] - 156:18
**ringing** [2] - 168:25, 169:2
**rip** [1] - 209:23
**road** [2] - 130:20, 130:21
**role** [3] - 55:19, 55:22, 56:17
**roles** [1] - 58:12
**rotary** [1] - 153:19
**Rough**[3] - 212:23, 212:24
**route** [1] - 153:4
**routed** [1] - 67:19
**router** [3] - 70:13, 70:17, 76:8
**routers** [1] - 73:12
**routes** [1] - 94:25
**routing** [2] - 94:6, 95:10
**row** [1] - 99:9
**Rule**[3] - 136:11, 137:6, 137:10
**rule** [11] - 13:15, 35:4, 42:4, 49:8, 80:2, 121:24, 122:3, 138:2, 139:18, 142:6, 142:12
**ruled** [2] - 44:24, 46:21
**rules** [1] - 3:16
**Rules**[2] - 24:23, 137:7
**ruling** [3] - 43:18, 44:2, 46:19
**Ruling**[6] - 43:22, 45:5, 46:9, 46:20, 140:25, 141:6
**Rulings**[7] - 35:7, 35:17, 35:18, 46:7, 139:4, 139:8, 139:16
**rulings** [1] - 138:19
**run** [6] - 57:3, 85:2, 85:5, 98:16, 131:2, 179:19
**running** [2] - 69:5, 130:13
**runs** [2] - 17:8, 84:14

## S

**sat** [1] - 140:15
**satisfactorily** [1] - 154:17
**satisfy** [1] - 154:19
**saw** [1] - 3:10
**scenario** [1] - 123:7
**scenarios** [2] - 94:7, 139:9
**schedule** [3] - 49:24, 174:7, 208:15
**Scheduling** [2] - 3:12, 206:23
**schematics** [1] - 22:15
**schemes** [3] - 160:22, 160:24, 161:2
**school** [6] - 52:13, 52:14, 53:4, 53:18, 53:19, 53:20
**Science** [2] - 53:3, 144:4
**scratch** [1] - 59:23
**screech** [1] - 169:3
**screeching** [6] - 37:23, 38:19, 101:3, 101:5, 102:2, 148:24
**screen** [3] - 40:17, 159:12, 204:3
**seal** [2] - 4:25, 5:8
**Seal** [1] - 1:11
**search** [1] - 159:7
**seat** [1] - 50:20
**seated** [5] - 3:2, 51:4, 143:4, 143:14, 178:3
**Second** [4] - 4:20, 5:9, 35:20, 207:13
**second** [20] - 4:22, 14:5, 20:4, 31:7, 43:11, 45:13, 57:18, 71:17, 79:14, 80:18, 83:24, 85:18, 100:7, 161:5, 161:7, 162:17, 164:13, 172:7, 175:25, 209:21
**secondly** [1] - 203:10
**Section** [1] - 8:11
**section** [6] - 4:19, 29:23, 29:24, 30:2, 30:13, 46:10
**See** [2] - 1:5, 211:14
**see** [16] - 17:10, 71:15, 73:6, 93:22, 96:23, 109:10, 109:12, 109:15, 116:9, 129:20, 142:25, 175:5, 192:7, 193:15, 203:20, 209:11
**seek** [2] - 12:23, 21:21
**seeking** [2] - 29:10, 71:10
**seeks** [1] - 9:23
**self** [2] - 11:6, 33:6
**self-explanatory** [1] - 11:6
**self-imposed** [1] - 33:6
**sell** [1] - 123:5
**selling** [1] - 123:12
**sells** [5] - 122:22, 122:23, 122:25, 123:2, 123:8
**Senate** [1] - 42:19
**send** [7] - 95:22, 96:2, 153:17, 153:19, 158:10, 158:18, 159:6
**sending** [1] - 172:20
**sends** [7] - 31:12, 31:14, 38:16, 40:16, 150:23, 151:20, 158:19
**sense** [1] - 194:5
**sent** [6] - 97:21, 126:13, 159:11, 159:23, 159:25, 204:6
**Sent** [2] - 212:24
**sentence** [5] - 78:13, 79:14, 80:17, 80:22, 163:9
**separate** [2] - 48:9, 91:18
**separately** [1] - 34:9
**September** [1] - 22:18
**series** [1] - 96:10
**served** [1] - 23:2
**server** [8] - 72:18, 94:4, 94:14, 95:9, 96:8, 96:10, 96:12, 116:20
**Server** [1] - 39:16
**server's** [1] - 162:17
**servers** [3] - 95:8, 96:11, 162:24
**Service** [2] - 15:10
**service** [134] - 5:4, 5:15, 12:4, 13:23, 15:14, 17:3, 17:4, 19:24, 29:25, 30:3, 30:5, 30:14, 30:21, 30:22, 30:24, 30:25, 31:3, 31:5, 31:6, 31:8, 31:9, 31:14, 31:19, 32:18, 32:24, 33:12, 33:14, 33:20, 33:24, 34:9, 35:5, 37:21, 42:10, 42:14, 42:20, 42:22, 42:25, 45:15, 45:16, 47:14, 48:6, 49:2, 58:20, 65:18, 66:9, 66:10, 72:11, 72:25, 73:19, 73:20, 73:21, 74:7, 74:13, 74:14, 74:18, 74:21, 75:22, 76:19, 78:8, 80:19, 80:24, 81:2, 83:12, 87:14, 89:3, 89:4, 91:19, 92:9, 97:11, 101:19, 101:21, 103:10, 105:24, 106:2, 117:18, 118:21, 118:23, 122:15, 122:20, 122:22, 122:23, 122:25, 123:2, 123:9, 123:11, 123:13, 123:15, 123:17, 123:18, 126:22, 126:25, 127:19, 127:24, 128:4, 128:13, 128:22, 129:9, 129:11, 131:11, 131:12, 131:16,

132:2, 132:3, 141:20, 155:3, 155:5, 162:18, 163:3, 171:17, 180:9, 182:4, 183:3, 183:5, 183:8, 183:10, 186:2, 187:13, 187:17, 192:15, 193:11, 193:13, 193:17, 195:18, 197:24, 198:19, 198:21, 198:22, 199:14, 199:16, 199:19, 200:21
**service's** [2] - 118:6, 118:12
**services** [66] - 8:9, 8:12, 8:14, 11:2, 12:3, 29:15, 32:22, 35:2, 36:16, 37:4, 38:13, 42:25, 43:7, 45:8, 49:10, 49:21, 61:9, 61:12, 61:21, 62:5, 62:8, 62:11, 74:5, 76:15, 76:22, 79:8, 87:23, 88:10, 105:7, 108:7, 109:2, 118:3, 118:9, 122:4, 123:25, 141:21, 146:12, 146:15, 146:23, 147:2, 147:5, 147:21, 164:14, 164:15, 165:11, 165:19, 165:22, 174:11, 174:17, 179:7, 179:11, 181:3, 181:7, 181:10, 181:13, 182:2, 185:8, 185:16, 192:24, 197:7, 197:12, 199:6, 199:24, 201:10, 201:19, 202:23
**Services** [1] - 163:22
**sessions** [1] - 175:11
**set** [18] - 10:8, 10:13, 10:15, 10:24, 11:7, 63:9, 85:7, 95:5, 98:10, 146:14, 148:21, 154:14, 155:22, 158:10, 179:7, 180:25, 202:19, 212:18
**sets** [1] - 202:16
**setting** [3] - 63:5, 98:5, 126:3
**Several** [1] - 52:6
**several** [6] - 6:4, 31:12, 55:2, 62:18, 81:20, 170:2
**shall** [5] - 49:23, 80:20, 137:24, 163:2, 174:14
**short** [3] - 207:11, 208:9, 209:9
**shorter** [1] - 14:17
**Shorthand** [1] - 212:6
**shorthand** [2] - 190:22, 190:25
**show** [11] - 32:8, 32:15, 33:5, 33:11, 33:19, 34:4, 34:14, 34:23, 46:4, 139:4, 177:8
**showing** [1] - 125:14
**shown** [2] - 76:25, 129:12
**shows** [2] - 69:20, 94:9
**shut** [1] - 102:19
**side** [14] - 38:9, 39:20, 67:3, 72:6, 72:22, 76:4, 76:9, 76:11, 93:2, 129:13, 142:2, 147:20, 147:23, 159:15
**sided** [1] - 21:22
**sides** [3] - 3:15, 13:16, 141:9
**sign** [1] - 183:4
**signal** [12] - 10:9, 38:17, 40:19, 44:14, 85:19, 94:21, 98:12, 98:16, 103:6, 117:23, 117:25, 156:18
**signaling** [2] - 55:7, 95:23
**signals** [7] - 44:9, 44:11, 98:18, 153:18, 153:19, 169:22
**signed** [4] - 15:8, 15:20, 16:8, 18:17
**significant** [1] - 196:2
**similar** [6] - 21:14, 57:24, 82:7, 82:14, 176:2, 182:18
**similarly** [1] - 90:17
**Similarly** [1] - 25:5
**simple** [5] - 12:13, 37:15, 41:2, 49:13, 199:20
**simpler** [1] - 192:11
**simplify** [1] - 13:5
**simply** [6] - 18:5, 41:15, 50:5, 120:3, 126:2, 189:7
**single** [5] - 32:9, 34:24, 43:17, 91:13, 139:25
**Sip** [1] - 94:14
**site** [2] - 171:17, 172:24
**sites** [1] - 87:9
**sitting** [1] - 7:9
**six** [2] - 52:19, 52:20
**size** [1] - 145:12
**sizing** [9] - 56:6, 56:9, 56:21, 58:2, 58:6, 146:2, 166:6, 178:19, 178:21
**skill** [1] - 71:2
**Skype** [6] - 122:11, 122:14, 134:11, 161:5, 182:5
**slow** [4] - 130:13, 131:2, 131:19, 135:13
**slower** [1] - 119:13
**small** [3] - 54:4, 62:23, 63:2
**smaller** [1] - 62:25
**software** [9] - 59:25, 87:20, 177:5, 179:17, 185:2, 185:21, 202:18, 202:20, 203:3
**solely** [1] - 17:22
**solve** [1] - 18:7
**someone** [13] - 37:16, 90:5, 103:23, 168:23, 181:18, 182:9, 182:14, 182:16, 182:19, 182:23, 184:24, 187:24
**sometimes** [1] - 129:6
**somewhat** [3] - 20:21, 97:11, 192:6
**somewhere** [1] - 208:15
**soon** [1] - 99:23
**sophisticated** [2] - 86:14, 170:6
**sorry** [6] - 7:5, 55:23, 111:21, 118:7, 124:4, 163:16
**Sorry** [3] - 150:8, 161:19, 174:4
**sort** [1] - 182:13
**sorts** [1] - 182:2
**sought** [5] - 19:6, 21:4, 22:12, 24:6, 25:20
**sound** [8] - 86:8, 86:9, 100:5, 100:20, 100:22, 102:2, 148:25, 149:2
**Sounds** [1] - 44:16
**sounds** [1] - 101:2
**Southern** [3] - 1:3, 2:9, 9:12
**space** [5] - 193:5, 193:7, 193:10, 193:11, 193:14
**Speaking** [1] - 146:25
**speaking** [2] - 102:25, 103:2
**speaks** [1] - 172:4
**special** [4] - 55:4, 152:21, 170:8, 177:4
**specializes** [1] - 145:7
**specific** [10] - 5:3, 29:22, 43:7, 60:11, 61:17, 81:13, 81:21, 81:22, 106:15, 183:16
**specifically** [5] - 65:23, 117:2, 145:24, 154:9, 196:21
**specification** [2] - 167:7, 167:8
**specifications** [4] - 10:15, 25:4, 155:21, 203:18
**Specify** [1] - 133:23
**speech** [2] - 172:5, 182:5
**speed** [34] - 31:12, 31:16, 32:19, 33:15, 33:21, 41:19, 66:13, 66:17, 67:16, 67:23, 70:16, 73:2, 73:4, 75:24, 75:25, 76:2, 76:6, 81:25, 83:19, 83:20, 84:11, 84:12, 84:13, 84:14, 87:3, 91:13, 98:2, 112:16, 130:13, 131:2, 134:23, 135:13, 141:17, 197:8
**speeds** [3] - 131:19, 134:19, 204:11
**spell** [1] - 54:24
**Ss** [1] - 212:3
**Ss-7** [1] - 95:23
**stacks** [1] - 54:10
**staff** [3] - 63:22, 179:23, 180:2
**stage** [3] - 116:16, 157:18, 181:13
**stamp** [2] - 20:14, 174:6
**stand** [3] - 18:18, 48:10, 71:18
**stand-alone** [1] - 48:10
**standard** [5] - 44:4, 85:6, 139:15, 165:24, 167:7
**standards** [4] - 10:14, 34:21, 34:24, 204:14
**standpoint** [5] - 13:22, 57:13, 119:2, 119:11, 119:13
**stands** [2] - 89:18, 167:24
**start** [8] - 4:12, 19:15, 30:4, 38:12, 67:3, 98:7, 104:19, 147:23
**started** [3] - 59:22, 92:21, 145:3
**Starting** [2] - 38:8, 146:10
**starting** [3] - 39:20, 147:19, 171:25
**starts** [4] - 70:14, 86:8, 92:23, 164:13
**State** [2] - 212:3, 212:8
**state** [7] - 10:8, 51:20, 54:12, 80:23, 124:8, 143:18, 143:25
**statement** [19] - 3:21, 8:7, 92:8, 108:3, 108:16, 108:20, 108:24, 111:23, 120:23, 125:15, 125:17, 125:21, 129:17, 140:17, 140:21, 195:14, 197:6, 197:10, 199:21
**statements** [6] - 16:5, 27:14, 27:17, 27:25, 140:16, 197:20
**States** [12] - 1:2, 1:8, 1:18, 2:10, 9:11, 9:13, 9:14, 56:14, 57:21, 59:2, 62:24, 145:2
**states** [4] - 10:21, 11:24, 42:19, 174:7
**States'** [1] - 59:3
**station** [1] - 76:18
**stations** [4] - 30:19, 42:13, 44:15, 88:2
**status** [2] - 5:11, 194:12
**statute** [17] - 11:21, 11:22, 17:2, 29:22, 34:13, 34:16, 45:14, 64:3, 74:22, 74:24, 75:11, 75:14, 75:18, 88:5, 140:14, 189:19
**statutorily** [1] - 74:18
**statutory** [1] - 188:15
**stay** [1] - 159:18
**stays** [1] - 17:24

**step** [6] - 18:24, 113:7, 132:21, 136:6, 136:14, 206:13
**still** [14] - 53:18, 53:20, 117:15, 129:21, 129:22, 131:10, 131:25, 132:11, 132:23, 135:2, 163:21, 181:4, 182:23, 210:4
**stool** [4] - 31:21, 31:22, 43:16, 140:2
**stop** [2] - 54:23, 169:2
**straight** [2] - 28:19, 88:5
**straightforward** [1] - 190:21
**stream** [1] - 31:13
**Street** [1] - 2:10
**stricken** [1] - 13:6
**strike** [3] - 12:16, 16:2, 200:15
**structure** [1] - 114:22
**structures** [1] - 174:15
**studied** [1] - 52:19
**study** [1] - 52:20
**stuff** [2] - 23:17, 129:11
**styled** [2] - 15:7, 15:11
**subdivision** [1] - 138:2
**subject** [9] - 6:4, 6:6, 6:7, 6:8, 6:9, 6:11, 35:2, 35:16, 50:14
**Subject** [1] - 26:23
**subjective** [1] - 60:11
**submitted** [2] - 4:24, 7:11
**subscriber** [2] - 44:25, 45:4
**subscribers** [1] - 164:4
**subsequently** [4] - 23:4, 52:21, 95:6, 117:8
**substantial** [2] - 42:12, 104:16
**substantially** [7] - 30:18, 32:3, 33:25, 87:24, 88:11, 147:7, 195:12
**sufficient** [3] - 161:12, 191:22, 192:3
**suitable** [1] - 78:22
**Suite** [2] - 1:22, 2:4
**sum** [1] - 50:7
**supervised** [1] - 54:4
**supervisor** [1] - 54:4
**suppled** [1] - 202:25
**supplement** [1] - 21:21
**supplementing** [1] - 21:22
**supplied** [2] - 173:8, 201:12
**support** [10] - 12:2, 12:14, 20:18, 21:10, 43:18, 166:20, 184:21, 192:17, 199:16, 202:20
**supported** [2] - 17:19, 137:24
**supporting** [5] - 35:7, 172:25, 180:14, 180:16, 186:18
**supports** [7] - 10:13, 10:24, 42:18, 45:7, 186:9, 186:25, 201:7
**supposed** [1] - 208:18
**suppositions** [1] - 12:19
**surf** [1] - 84:17
**surprise** [2] - 22:6, 26:2
**suspect** [2] - 104:9, 104:11
**sustain** [1] - 126:8
**sustained** [1] - 120:17
**swapped** [1] - 132:8
**swapping** [2] - 132:8, 132:14
**swear** [1] - 51:5
**Switch** [17] - 38:17, 40:21, 78:23, 79:3, 93:17, 93:25, 94:3, 94:24, 95:21, 95:24, 96:5, 105:20, 106:9, 148:11, 149:6, 163:4, 164:7
**switch** [50] - 38:4, 38:23, 39:2, 39:5, 39:6, 39:10, 39:14, 52:3, 55:15, 55:20, 67:9, 68:17, 70:4, 89:22, 89:23, 94:5, 99:23, 99:25, 107:4, 107:9, 112:5, 112:10, 112:14, 112:25, 113:7, 113:9, 113:15, 113:23, 115:9, 116:18, 116:22, 129:6, 130:24, 130:25, 152:20, 152:25, 153:3, 153:5, 153:9, 153:20, 153:23, 154:12, 154:24, 155:2, 155:7, 155:10, 155:23, 155:24, 156:4, 166:16
**switched** [1] - 67:9
**switches** [10] - 54:10, 54:18, 56:25, 57:6, 79:5, 100:9, 117:9, 164:4, 164:5
**sworn** [2] - 51:9, 143:11
**system** [110] - 10:11, 24:13, 30:16, 30:20, 33:18, 34:2, 34:22, 35:10, 35:15, 35:23, 36:19, 38:2, 39:13, 39:24, 40:2, 40:10, 40:18, 41:22, 42:2, 43:2, 43:9, 43:14, 43:25, 44:17, 44:19, 44:22, 44:24, 44:25, 45:10, 45:17, 46:15, 46:17, 47:2, 47:22, 47:24, 48:2, 48:14, 48:19, 48:24, 50:9, 55:10, 68:3, 80:9, 81:10, 88:3, 88:14, 89:21, 100:12, 105:10, 106:7, 108:9, 109:5, 111:19, 111:24, 117:15, 117:20, 118:17, 120:21, 120:25, 121:3, 121:20, 121:25, 124:24, 125:9, 138:13, 138:14, 138:16, 138:18, 147:25, 149:19, 150:23, 150:25, 151:20, 151:25, 152:6, 154:24, 156:15, 156:17, 157:19, 157:23, 157:25, 158:7, 158:18, 165:15, 167:6, 167:13, 168:2, 168:11, 171:4, 172:13, 172:15, 173:4, 175:15, 175:20, 176:3, 176:24, 181:19, 182:10, 182:15, 182:17, 185:14, 186:7, 187:23, 190:4, 190:5, 195:13, 203:6, 204:6, 205:10
**system's** [1] - 106:13
**systems** [18] - 18:2, 23:23, 24:21, 25:12, 46:11, 46:13, 46:21, 46:24, 48:15, 48:23, 52:17, 52:18, 53:13, 54:2, 60:2, 90:16, 146:9, 185:11

## T

**tab** [2] - 210:4, 210:5
**table** [1] - 9:15
**tables** [1] - 95:10
**talks** [1] - 74:24
**tariff** [1] - 178:22
**tariffs** [2] - 145:17, 179:4
**taught** [1] - 144:14
**tax** [26] - 5:12, 29:15, 29:25, 31:24, 32:11, 35:4, 35:16, 41:12, 41:16, 41:20, 41:25, 42:9, 42:18, 43:6, 43:12, 43:20, 43:25, 45:23, 46:3, 46:18, 47:11, 47:20, 71:10, 127:24, 180:15, 180:21
**taxable** [16] - 32:6, 35:10, 35:11, 43:3, 43:24, 44:19, 45:9, 45:11, 46:25, 48:7, 50:10, 138:19, 138:23, 139:4, 139:9, 139:11
**taxed** [1] - 42:24
**taxes** [7] - 5:14, 35:3, 37:3, 41:3, 48:10, 50:15, 71:24
**taxpayer** [6] - 32:16, 70:20, 70:21, 71:9, 71:16, 71:20
**taxpayers** [1] - 142:19
**Tcp/ip** [6] - 67:24, 78:19, 78:22, 79:5, 80:7, 169:24
**Tdm** [3] - 79:4, 79:5, 96:3
**teach** [1] - 144:18
**teaching** [1] - 144:22
**technical** [25] - 9:25, 11:13, 11:19, 12:10, 12:18, 13:10, 13:22, 25:4, 38:7, 47:9, 52:16, 59:12, 87:18, 88:16, 88:23, 126:5, 162:10, 162:11, 164:11, 164:24, 164:25, 176:22, 192:16, 202:11, 203:18
**Technically** [1] - 167:24
**technically** [2] - 79:18, 203:10
**Technician** [1] - 52:22
**technicians** [1] - 55:13
**techniques** [4] - 58:15, 58:16, 58:17, 145:11
**technological** [4] - 79:23, 133:17, 134:2, 134:8
**Technologies** [4] - 143:24, 144:13, 145:4, 145:6
**technologies** [6] - 10:12, 146:8, 175:15, 176:4, 204:9, 204:13
**technology** [16] - 23:13, 23:19, 42:8, 58:5, 59:11, 79:4, 86:13, 86:24, 96:20, 97:22, 103:12, 133:10, 134:7, 155:12, 169:21, 182:17
**Telco** [1] - 54:19
**Telecom** [1] - 52:22
**telecommunication** [8] - 43:25, 53:13, 54:11, 111:18, 111:24, 145:13, 164:15, 186:23
**Telecommunications** [1] - 144:23
**telecommunications** [7] - 8:11, 42:8, 52:16, 53:9, 54:9, 71:6, 73:14
**telephone** [139] - 12:4, 15:14, 17:4, 29:25, 30:3, 30:4, 30:14, 30:16, 30:18, 30:19, 30:20, 30:24, 32:4, 32:18, 32:24, 33:18, 33:20, 33:23, 34:22, 35:12, 35:24, 36:4, 37:14, 37:19, 37:25, 38:2, 38:11, 38:15, 40:23, 41:9, 41:11, 42:11, 42:20, 42:22, 43:21, 44:5, 44:7, 44:10, 44:11, 44:21, 44:22, 44:25, 45:15, 45:17, 45:19, 45:25, 46:2, 46:12, 46:17, 47:21, 48:3, 48:5, 50:10, 54:17, 58:10, 58:11, 58:13, 58:20, 68:23, 73:18, 73:20, 74:7, 74:14, 74:17, 74:21, 75:21, 76:17, 76:18, 76:21, 80:9, 81:4, 81:10, 81:19, 81:21, 81:24, 83:6, 86:21, 86:24, 87:25, 88:3, 88:12, 88:13, 89:7, 90:2, 90:4, 90:6, 93:18, 93:19, 93:21, 93:23, 94:8, 94:13, 96:4, 96:8, 97:23, 98:5, 98:10, 99:18, 100:8, 101:17, 103:11, 105:8, 105:16, 106:10, 111:12, 111:16, 112:15, 112:18, 127:18, 138:24, 139:2, 140:12, 141:3, 141:7, 141:10, 141:20, 146:19, 147:6, 153:14, 158:24, 166:24, 167:2, 168:20, 168:24, 170:7, 174:12, 181:18, 181:22, 181:23, 185:13, 195:13, 198:5, 199:10, 200:4, 200:19, 204:3

**Telephone** [19] - 15:10, 38:18, 40:21, 78:24, 79:3, 93:17, 93:25, 94:3, 94:24, 95:21, 95:24, 96:5, 105:20, 106:9, 148:12, 149:7, 154:13, 163:4, 164:7
**telephones** [4] - 33:17, 34:2, 43:13, 44:4
**Telephonic** [2] - 68:14, 68:20
**telephonic** [125] - 10:24, 11:3, 12:5, 12:6, 30:17, 31:25, 33:12, 35:12, 35:24, 36:8, 36:15, 36:20, 38:16, 38:21, 39:3, 39:9, 39:12, 39:18, 39:21, 40:9, 40:20, 41:4, 41:11, 41:23, 41:24, 42:23, 43:4, 45:2, 50:11, 68:7, 68:10, 68:19, 68:23, 68:24, 68:25, 69:3, 69:7, 69:9, 74:11, 83:13, 85:8, 86:12, 106:14, 106:16, 106:18, 108:6, 108:11, 108:25, 109:6, 111:12, 111:15, 111:19, 111:25, 112:8, 112:13, 112:23, 113:14, 113:16, 113:22, 114:10, 114:17, 114:22, 115:8, 115:15, 117:16, 118:4, 118:10, 121:9, 121:10, 121:12, 121:14, 130:6, 130:8, 130:11, 130:14, 130:23, 131:6, 131:7, 135:8, 135:21, 138:11, 138:15, 139:2, 139:11, 140:3, 149:22, 150:11, 150:16, 150:19, 151:2, 152:18, 153:24, 154:5, 154:7, 154:9, 155:16, 155:19, 156:4, 156:8, 156:13, 156:24, 157:8, 157:15, 160:6, 160:8, 177:10, 177:14, 183:24, 184:3, 184:14, 186:3, 186:5, 186:9, 186:15, 187:5, 187:6, 187:9, 190:4, 199:12, 200:7, 200:11, 200:13, 200:25, 201:8
**tendering** [1] - 14:19
**term** [11] - 61:8, 68:6, 68:9, 74:18, 93:14, 129:3, 129:8, 163:17, 163:19, 188:15, 190:18
**terminal** [3] - 54:14, 54:16, 154:6
**terminals** [1] - 44:6
**terminate** [1] - 210:19
**terminates** [1] - 157:21
**terminating** [1] - 197:2
**termination** [1] - 55:17
**terminology** [1] - 94:13
**terms** [20] - 13:13, 18:23, 40:13, 49:18, 49:22, 68:13, 69:8, 75:8, 75:10, 80:11, 86:15, 88:5, 97:5, 161:8, 162:10, 164:24, 174:14, 183:25, 197:3, 203:13
**testified** [8] - 51:10, 72:20, 119:21, 131:14, 135:4, 143:12, 186:21, 190:3
**testifies** [1] - 13:12
**testify** [5] - 114:12, 160:11, 166:10, 167:19, 192:9
**testifying** [3] - 7:12, 13:9, 71:5
**testimony** [40] - 5:19, 5:22, 6:25, 7:17, 7:21, 9:24, 11:10, 11:14, 13:18, 13:19, 14:4, 22:8, 35:22, 49:25, 50:25, 79:22, 120:2, 125:19, 134:18, 134:21, 140:3, 140:5, 140:11, 145:24, 151:21, 160:15, 162:13, 165:3, 172:22, 182:12, 182:15, 183:13, 185:7, 197:17, 198:25, 199:5, 203:21, 203:25, 209:19
**Texas** [1] - 2:4
**text** [2] - 10:22, 11:22
**theoretical** [2] - 195:9, 195:15
**Theoretically** [1] - 84:2
**thereafter** [1] - 177:23
**therefore** [5] - 10:25, 16:8, 48:5, 160:12, 202:9
**third** [7] - 5:18, 24:18, 25:2, 25:3, 31:21, 45:20, 96:18
**thorough** [1] - 146:7
**thoughts** [1] - 104:5
**thousandths** [1] - 172:7
**three** [5] - 25:16, 29:15, 50:22, 99:12, 208:3
**throughout** [1] - 35:13
**throwing** [1] - 29:5
**tie** [1] - 94:2
**tied** [2] - 93:23, 94:8
**timeline** [2] - 22:2, 25:21
**timing** [1] - 134:3
**tires** [1] - 132:20
**titled** [1] - 15:8
**today** [13] - 4:18, 12:8, 13:2, 18:15, 25:17, 35:22, 46:5, 47:18, 62:5, 163:20, 173:22, 204:24, 208:20
**today's** [1] - 86:15
**together** [5] - 42:24, 82:2, 86:2, 104:15, 135:14
**tone** [16] - 33:19, 76:14, 90:10, 90:12, 90:14, 99:6, 99:7, 99:10, 99:11, 99:12, 99:13, 101:24, 102:15, 102:18, 153:16, 153:17
**tones** [11] - 37:23, 38:19, 99:20, 102:11, 102:16, 130:9, 148:24, 158:10, 158:13, 159:10, 160:3
**took** [10] - 8:15, 8:21, 14:13, 20:17, 23:3, 23:6, 76:6, 202:2, 205:6
**tools** [1] - 145:11
**top** [5] - 66:21, 69:21, 69:22, 72:14, 72:17
**topside** [1] - 141:23
**tore** [1] - 210:3
**totally** [6] - 35:4, 61:2, 61:6, 81:25, 140:24
**touch** [2] - 77:17, 93:21
**touchtone** [1] - 153:18
**toward** [1] - 85:4
**Toward** [1] - 175:13
**towards** [5] - 85:16, 98:15, 99:22, 132:21, 172:3
**tower** [1] - 86:8
**traditional** [6] - 40:22, 43:5, 43:13, 43:15, 45:19, 98:4
**Traditionally** [1] - 149:6
**traffic** [14] - 57:23, 58:15, 59:5, 60:6, 60:15, 62:13, 63:10, 91:7, 91:9, 91:10, 134:11, 146:16, 179:3, 190:6
**transaction** [1] - 154:10
**Transcript** [2] - 1:11, 211:14
**transcript** [4] - 208:19, 209:7, 212:10
**transformation** [2] - 169:25, 170:4
**transition** [1] - 169:23
**translate** [2] - 100:16, 159:10
**Translate** [1] - 100:17
**transmission** [5] - 33:15, 41:18, 44:13, 44:15, 148:22
**transmit** [10] - 43:10, 44:12, 85:24, 102:12, 121:21, 121:23, 121:25, 131:16, 150:18, 171:21
**transmitted** [6] - 44:10, 100:15, 122:18, 135:5, 152:17, 172:8
**transmitting** [2] - 121:13, 187:15
**transpired** [1] - 22:3
**transported** [2] - 49:6, 122:16
**travel** [4] - 40:19, 47:24, 48:24, 160:13
**traveled** [2] - 124:23, 125:9
**traveling** [1] - 40:9
**travels** [6] - 39:6, 40:6, 113:8, 156:15, 160:5, 173:4
**Treasury** [1] - 1:15
**trial** [6] - 4:18, 27:17, 137:14, 207:4, 207:16
**tried** [2] - 140:16, 207:20
**troubled** [1] - 16:9
**truck** [4] - 132:20, 132:22
**truckers** [2] - 141:12, 141:14
**true** [6] - 115:14, 120:23, 149:13, 149:14, 207:18, 212:9
**truly** [1] - 139:13
**trunk** [3] - 10:14, 113:9, 164:17
**Trunk** [1] - 39:7
**trunks** [3] - 168:2, 168:4, 168:16
**try** [4] - 83:22, 104:14, 132:18, 140:18

**trying** [6] - 40:14, 97:16, 120:7, 125:24, 190:14, 191:2
**turn** [12] - 23:9, 23:20, 31:20, 65:2, 66:18, 69:14, 78:3, 89:12, 92:16, 93:4, 138:3, 198:16
**turned** [1] - 22:21
**turning** [1] - 48:8
**two** [44] - 4:21, 8:10, 18:2, 23:5, 23:23, 25:15, 36:15, 36:19, 40:12, 41:4, 41:21, 54:17, 61:2, 68:13, 68:22, 69:10, 69:20, 72:10, 82:2, 84:7, 99:11, 103:3, 105:13, 108:5, 108:10, 108:25, 109:6, 111:13, 119:18, 119:22, 119:24, 120:3, 120:11, 141:22, 155:13, 158:15, 158:16, 168:5, 174:12, 183:25, 185:9, 185:12, 185:17, 209:18
**Two** [1] - 119:20
**two-way** [22] - 8:10, 36:15, 36:19, 40:12, 41:4, 41:21, 108:5, 108:10, 108:25, 109:6, 111:13, 119:18, 119:22, 119:24, 120:3, 120:11, 158:15, 168:5, 174:12, 185:9, 185:12, 185:17
**Two-way** [1] - 119:20
**type** [16] - 8:22, 44:11, 118:17, 124:23, 124:25, 125:2, 125:8, 125:17, 126:6, 126:8, 126:9, 158:11, 166:5, 170:20, 172:15, 192:19
**types** [9] - 8:3, 23:23, 25:5, 43:7, 46:21, 72:10, 145:19, 192:17
**typical** [3] - 97:13, 97:23, 145:12
**typically** [2] - 73:3, 155:11
**Typically** [2] - 145:21, 172:6

## U

**ultimately** [6] - 38:5, 40:6, 41:25, 56:9, 100:15, 115:2
**unable** [1] - 125:22
**uncontested** [1] - 17:23
**Under** [3] - 1:11, 43:2, 138:19
**under** [18] - 4:19, 4:24, 5:7, 13:13, 13:20, 24:23, 43:24, 47:10, 48:7, 82:25, 88:17, 137:19, 138:20, 139:15, 140:2, 142:7, 142:15, 180:18
**underlying** [1] - 18:13
**understandable** [1] - 86:11
**understood** [1] - 16:19
**undisputed** [6] - 38:6, 40:24, 139:12, 139:13, 140:9, 140:12
**unfair** [1] - 25:24
**unilaterally** [1] - 8:13
**unimpaired** [1] - 11:15
**unintelligible** [1] - 134:24
**unique** [2] - 58:7, 59:6
**unit** [1] - 44:6
**United** [13] - 1:2, 1:8, 1:18, 2:9, 9:11, 9:13, 9:14, 56:13, 57:21, 58:25, 59:3, 62:24, 145:2
**University** [7] - 53:7, 144:4, 144:6, 144:15, 144:16, 144:19
**university** [1] - 144:14
**Unless** [1] - 19:3
**unplugged** [1] - 141:15
**unsigned** [1] - 12:17
**unsophisticated** [1] - 86:16
**unsubstantiated** [1] - 12:21
**untenable** [1] - 50:5
**up** [136] - 6:2, 6:12, 16:11, 31:10, 35:14, 35:25, 36:3, 36:7, 36:17, 37:13, 38:10, 38:14, 38:16, 38:22, 39:4, 39:5, 39:21, 40:3, 40:8, 40:13, 41:7, 41:8, 41:21, 43:14, 43:20, 48:20, 49:12, 50:12, 50:20, 56:8, 58:22, 59:8, 59:23, 59:24, 60:23, 61:4, 61:25, 62:3, 62:19, 63:4, 63:5, 63:9, 66:11, 67:3, 67:4, 70:7, 75:5, 83:19, 83:25, 84:10, 84:24, 85:7, 85:10, 85:13, 89:3, 89:4, 89:6, 91:5, 91:10, 95:5, 96:9, 97:17, 98:20, 98:21, 101:14, 101:16, 101:19, 103:14, 103:24, 105:8, 105:11, 105:15, 105:19, 106:8, 106:12, 107:24, 108:8, 109:4, 111:10, 111:11, 112:4, 112:9, 112:14, 112:17, 112:24, 113:6, 118:5, 118:11, 122:7, 122:14, 126:15, 126:25, 128:3, 129:5, 133:15, 134:10, 134:11, 138:11, 138:18, 138:24, 147:24, 148:2, 148:17, 153:23, 154:11, 156:15, 157:19, 161:9, 161:10, 171:13, 171:14, 171:25, 172:12, 172:14, 172:16, 177:11, 177:15, 179:7, 181:17, 182:8, 182:13, 183:4, 184:23, 185:13, 198:6, 198:14, 203:22, 204:2, 207:2, 208:22, 209:12
**upgrades** [1] - 87:20
**upload** [1] - 84:12
**upside** [1] - 93:5
**usable** [1] - 44:14
**Usc** [2] - 11:21, 29:24
**user** [79] - 35:14, 35:25, 38:10, 38:14, 39:4, 39:21, 40:13, 41:7, 41:21, 50:12, 67:4, 68:17, 73:21, 73:22, 74:9, 84:14, 84:15, 84:19, 84:20, 84:23, 84:25, 85:4, 85:16, 85:20, 90:5, 92:22, 92:23, 93:9, 102:4, 105:8, 105:19, 106:8, 106:25, 108:13, 112:4, 112:9, 112:14, 112:17, 112:24, 122:14, 127:17, 127:18, 127:23, 128:12, 129:6, 138:11, 138:18, 147:24, 148:2, 148:17, 152:23, 152:24, 154:7, 157:19, 158:20, 158:23, 159:11, 159:21, 159:24, 160:2, 160:6, 170:16, 171:13, 171:22, 172:4, 172:14, 177:11, 177:15, 181:12, 187:19, 187:21, 198:5, 203:22, 204:2, 204:5
**user's** [25] - 36:4, 36:7, 38:16, 39:5, 40:3, 48:20, 49:6, 49:13, 67:14, 105:11, 105:16, 106:13, 107:24, 109:4, 112:4, 113:6, 118:5, 118:11, 122:7, 156:15, 170:5, 171:25, 172:16, 185:13, 187:12
**users** [9] - 31:10, 37:13, 41:8, 67:12, 91:5, 122:25, 162:21, 166:22
**users'** [3] - 36:18, 38:22, 108:8
**uses** [17] - 35:11, 36:4, 41:17, 49:20, 50:10, 67:5, 74:23, 79:4, 99:2, 99:14, 99:15, 105:16, 106:10, 117:18, 148:17, 155:11, 167:20
**utilize** [2] - 42:11, 149:15
**utilizing** [1] - 174:16
**Uunet** [6] - 8:9, 8:13, 11:2, 36:17, 108:7, 109:3

## V

**vague** [4] - 106:3, 114:18, 123:23, 133:21
**validation** [1] - 204:7
**various** [11] - 29:16, 31:14, 60:18, 65:12, 80:5, 100:18, 135:4, 179:4, 203:7, 204:9, 205:8
**vary** [7] - 124:19, 124:21, 124:22, 125:8, 126:12, 126:18, 126:20
**vendor** [17] - 5:5, 8:9, 10:7, 11:2, 25:3, 32:21, 77:11, 77:25, 78:16, 80:19, 83:3, 163:2, 174:14, 175:9, 193:7, 193:21
**Vendor** [2] - 163:2, 164:14
**vendor's** [5] - 80:21, 162:18, 163:3, 173:20, 176:17
**vendors** [8] - 24:18, 49:19, 53:15, 59:19, 60:9, 65:13, 78:9, 133:11
**vendors'** [1] - 34:6
**venture** [1] - 61:18
**verbatim** [2] - 11:20, 17:9
**Verizon** [7] - 51:24, 52:2, 58:24, 97:7, 97:8, 97:9, 148:10
**versions** [1] - 170:6
**versus** [2] - 13:21, 184:15
**via** [9] - 36:5, 38:11, 38:23, 41:23, 48:4, 74:10, 112:5, 162:23, 163:4
**Via** [1] - 212:24
**vibrating** [2] - 98:11, 98:13
**video** [1] - 171:7
**view** [3] - 25:25, 70:20, 167:16
**virtually** [1] - 134:20
**Virtually** [1] - 165:9
**voice** [125] - 8:10, 10:24, 11:3, 24:22, 32:2, 33:10, 33:13, 34:11, 34:12, 34:17, 34:18, 34:19, 36:15, 36:19, 38:3, 38:23, 39:14, 43:5, 43:9, 43:21, 44:12, 44:13, 45:10, 48:16, 48:17, 48:20, 49:5, 49:16, 74:11, 74:12, 79:4, 83:13, 83:21, 83:23, 85:10, 85:21, 85:23, 85:25, 86:4, 86:11, 89:5, 89:6, 95:7, 97:20, 98:7, 98:8, 98:9, 98:24, 99:15, 100:3, 100:4, 100:6, 100:16, 101:18, 102:20, 103:8, 103:11, 108:6, 108:10, 108:14, 108:25, 109:6, 111:13, 111:19, 111:24, 112:5, 113:8, 115:20, 116:18, 122:15, 131:12, 131:17, 134:23, 135:15, 135:16, 138:21, 138:22, 138:25, 145:13, 148:14, 148:21, 149:5, 149:12, 149:17, 150:21, 152:18, 152:19, 153:10, 154:11, 154:22, 155:14, 156:4, 160:11, 161:3, 161:11, 169:22, 170:17, 172:16, 172:20, 174:12, 175:12, 179:22, 182:8, 183:23, 184:4, 184:15, 184:18, 184:19, 184:21, 185:9, 185:12, 185:18, 187:7, 187:8, 194:9, 195:6, 195:11, 197:18, 198:2, 198:8, 198:20, 199:16, 204:10

**Voice** [22] - 10:12, 22:20, 24:14, 24:19, 25:11, 25:20, 26:8, 26:9, 26:14, 48:8, 58:4, 92:7, 92:9, 92:12, 92:14, 169:19, 175:16, 175:23, 176:5, 177:3, 177:5, 182:7
**voices** [2] - 99:21, 100:2
**Voip** [81] - 8:14, 10:16, 48:8, 48:12, 48:15, 48:19, 48:21, 48:23, 48:24, 49:2, 49:11, 49:18, 49:21, 50:2, 50:5, 50:6, 58:3, 58:9, 60:23, 93:13, 93:14, 94:4, 96:19, 96:21, 121:17, 121:21, 122:2, 122:6, 122:12, 126:18, 132:4, 132:6, 133:9, 160:20, 161:9, 161:10, 169:20, 169:21, 170:3, 170:13, 170:15, 170:19, 170:21, 170:23, 171:2, 171:8, 171:10, 171:17, 171:21, 172:2, 172:25, 173:3, 173:7, 173:9, 174:13, 174:16, 174:17, 175:6, 181:20, 182:14, 182:17, 182:18, 182:22, 183:3, 185:22, 185:23, 190:6, 195:19, 195:22, 196:3, 196:9, 196:16, 196:22, 196:25, 197:2, 197:22, 202:13, 203:6, 203:9
**volume** [3] - 55:18, 65:10, 124:20

## W

**Wait** [1] - 110:13
**wait** [4] - 19:5, 101:24, 102:14, 178:7
**wall** [1] - 37:20
**wants** [5] - 3:25, 6:12, 19:4, 49:17, 190:13
**water** [2] - 51:13, 51:16
**ways** [1] - 116:6
**weak** [1] - 130:17
**weather** [1] - 46:24
**web** [1] - 84:21
**webpage** [3] - 40:14, 40:16, 49:14
**webpages** [1] - 84:18
**week** [1] - 52:19
**weeks** [1] - 52:6
**Weil** [1] - 2:3
**welcome** [1] - 40:16
**whatsoever** [2] - 22:7, 25:14
**whereas** [1] - 207:20
**Whereof** [1] - 212:17
**whining** [1] - 100:19
**white** [3] - 64:13, 69:20, 129:12
**whole** [5] - 32:11, 59:22, 95:18, 130:16, 132:23
**wire** [3] - 97:18, 98:14, 99:21
**Wireless** [2] - 97:7, 97:8
**wireless** [1] - 97:7
**wires** [4] - 68:16, 98:16, 152:22, 155:13
**wish** [1] - 174:10
**withdraw** [1] - 88:19
**Witness** [18] - 51:14, 51:17, 98:4, 99:2, 100:23, 101:2, 101:7, 101:10, 102:10, 107:5, 107:11, 109:14, 110:17, 111:4, 152:12, 201:16, 211:2, 212:17
**witness** [31] - 3:22, 3:24, 9:19, 16:17, 16:23, 20:4, 28:9, 50:19, 50:20, 51:5, 51:8, 109:11, 109:13, 114:13, 120:5, 126:5, 128:9, 128:10, 128:17, 128:19, 136:6, 136:14, 136:16, 136:19, 143:5, 143:10, 150:3, 186:21, 188:14, 192:12, 206:14
**witness'** [2] - 28:3, 50:24
**witnesses** [2] - 136:23, 136:24
**word** [15] - 75:12, 75:14, 88:15, 100:17, 169:14, 183:12, 188:5, 188:10, 189:17, 189:22, 189:23, 189:25, 191:9, 191:14, 195:15
**words** [7] - 36:2, 81:12, 114:11, 114:13, 165:5, 165:8, 165:9
**works** [11] - 37:7, 37:16, 40:10, 58:14, 58:19, 81:24, 90:11, 118:23, 119:3, 119:11, 179:14
**world** [4] - 59:2, 84:7, 148:16, 166:24
**Worldcom** [18] - 1:5, 1:13, 3:4, 21:4, 49:17, 49:20, 49:23, 50:4, 50:5, 50:19, 80:19, 80:23, 80:25, 162:20, 174:9, 174:13, 174:16
**Worldcom's** [3] - 20:18, 162:21, 162:23
**worst** [2] - 27:18, 59:18
**written** [4] - 21:10, 21:15, 34:13, 109:12
**wrote** [2] - 21:5, 63:25

## X

**X.25** [1] - 55:6

## Y

**year** [2] - 53:16, 62:20
**years** [12] - 46:20, 52:11, 55:2, 62:18, 73:14, 73:16, 75:7, 100:13, 128:5, 142:23, 144:18, 205:5
**yesterday** [3] - 3:11, 4:17, 5:11
**York** [12] - 1:3, 1:9, 1:23, 2:9, 2:11, 9:13, 212:3, 212:4, 212:8
**yourself** [3] - 9:8, 78:6, 171:17

## Z

**zero** [6] - 99:6, 99:9, 99:10, 99:12, 100:18
**zeroed** [1] - 132:7
**zeros** [4] - 99:5, 100:19, 100:21, 101:6

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re                                         :
                                              :        Chapter 11
WORLDCOM, INC., et al.,                       :
                                              :        Case No. 02-13533  (AJG)
                                              :
             Debtors.                         :        (Jointly Administered)
-----------------------------------------------------------x

**COMPENDIUM OF EXHIBITS FOR HEARING ON REORGANIZED
DEBTORS' OBJECTION TO IRS REQUEST FOR PAYMENT No. 38365**

| EX. NO. | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT |
|---|---|---|---|---|---|
| 1. | Title 26 Internal Revenue Code Subtitle D. Miscellaneous Excise Taxes Chapter 33. Facilities and Services Subchapter B. Communications Document (26 USCS §§ 4251 and 4252 (2004)) | | | | |
| 2. | Diagram of COBRA system (Fig. 6.1 to Anderson Dec.) | | | | |
| 3. | Diagram of network access server system components (Fig. 7.3 to Anderson Dec.) | | | | |
| 4. | Lucent Technologies letter of October 18, 2005 by Donald Woods to John Anderson, MCI (Ex. C-1 to Anderson Dec.) | | | | |
| 5. | CommWorks Data Sheet regarding Total Control 1000 Media Gateway (Ex. C-2 to Anderson Dec.) | | | | |
| 6. | CommWorks IP Telephony Overview Guide Release 2.3 (Ex. C-3 to Anderson Dec.) | | | | |
| 7. | Lucent Technologies MAX TNT True Access Operating System (TAOS) 8.0-103 (MultiVoice) Addendum, August 2000 (Ex. C-4 to Anderson Dec.) | | | | |
| 8. | Lucent Technologies MultiVoice for APX/ MAX TNT Configuration Guide, July 2002 (Ex. C-5 to Anderson Dec.) | | | | |
| 9. | Lucent Technologies MAX TNT TAOS 9.1.9 Release Note, September 30, 2002 (Ex. C-6 to Anderson Dec.) | | | | |

| EX. NO. | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT |
|---|---|---|---|---|---|
| 10. | Lucent Technologies MAX TNT True Access Operating System (TAOS) 8.0-103 (MultiVoice) Addendum, April 2000 (Ex. C-7 to Anderson Dec.) | | | | |
| 11. | Email from Don Krause, Lucent, to Shoeb Siraj, dated Feb. 8, 2005 regarding DAN Platform (DOJ00259) | | | | |
| 12. | Lucent Technologies – Frequently Asked Questions – TAOS 9.0 for MultiVoice (DOJ00247 – DOJ00250, DOJ00258) | | | | |
| 13. | Total Control Platform with HiPer Access System Card Sets (DOJ00236 – DOJ00238) | | | | |
| 14. | Product Information for the 3Com CommWorks Total Control HiPer Access Router Card (002106-01) Webpage (DOJ00239 – DOJ00240) | | | | |
| 15. | Product Information for the 3Com Total Control 1000 HiPer DSP Card Set (002092-00) Modem Webpage (DOJ00241 – DOJ00242) | | | | |
| 16. | Product Information for the Cisco 7206 VXR Router (C7206VXR/400/2FE) Webpage (DOJ00243 – DOJ00244) | | | | |
| 17. | Product Information for the Lucent MAX TNT (TNT-2DC-H) Remote Access Server Webpage (DOJ00251 – DOJ00252) | | | | |
| 18. | Product Information for the Lucent (TNT-SL-48MODV3-S-C) Modem Webpage (DOJ00253 – DOJ00255) | | | | |
| 19. | Product Information for the Lucent (TNT-SL-CT1) Expansion Module Webpage (DOJ00256 – DOJ00257) | | | | |
| 20. | MCI Internet Dial Wholesale Webpage (DOJ00260 - DOJ00262) | | | | |
| 21. | Dr. Michael Hills Article: Review of Traffic Engineering for Voice Over IP | | | | |
| 22. | IRS Request for Payment (Claim No. 38365) | | | | |
| 23. | Diagram of VoIP gateway (Fig. 10.2 to Anderson Dec.) | | | | |
| 24. | Diagram of computer and modem (Fig. 7.1 to Anderson Dec.) | | | | |
| 25. | Diagram of Dial-up user (Figure 7.2 to Anderson Dec.) | | | | |
| 26. | Diagram of Colocate Modem/Routers in Central Office (Figure 5 to Hills Dec. tutorial) | | | | |

S 1147

# EXHIBIT 1

S 1148

## SECTION 4251 OF THE INTERNAL REVENUE CODE

**26 U.S.C. § 4251.  Imposition of tax**

**(a)     Tax imposed**
    **(1)     In general**
        There is hereby imposed on amounts paid for communications services a tax equal to the applicable percentage of amounts so paid.

    **(2)     Payment of tax**
        The tax imposed by this section shall be paid by the person paying for such services.

**(b)     Definitions**
    For purposes of subsection (a)—

    **(1)     Communications services**
        The term "communications services" means—
        **(A)**     local telephone service;
        **(B)**     toll telephone service; and
        **(C)**     teletypewriter exchange service.

    **(2) Applicable percentage**
    The term "applicable percentage" means 3 percent.

**(c)     Special rule**
    For purposes of subsections (a) and (b), in the case of communications services rendered before November 1 of a calendar year for which a bill has not been rendered before the close of such year, a bill shall be treated as having been first rendered on December 31 of such year.

**(d)     Treatment of prepaid telephone cards**
    **(1) In general**
    For purposes of this subchapter, in the case of communications services acquired by means of a prepaid telephone card—

        **(A)** the face amount of such card shall be treated as the amount paid for such communications services, and

        **(B)** that amount shall be treated as paid when the card is transferred by any telecommunications carrier to any person who is not such a carrier.

    **(2) Determination of face amount in absence of specified dollar amount**
    In the case of any prepaid telephone card which entitles the user other than to a specified dollar amount of use, the face amount shall be determined under regulations prescribed by the Secretary.

**(3) Prepaid telephone card**
For purposes of this subsection, the term "prepaid telephone card" means any card or any other similar arrangement which permits its holder to obtain communications services and pay for such services in advance.

## SECTION 4252 OF THE INTERNAL REVENUE CODE

**26 U.S.C. § 4252.  Definitions**

**(a) Local telephone service**
 For purposes of this subchapter, the term "local telephone service" means—

 **(1)** the access to a local telephone system, and the privilege of telephonic quality communication with substantially all persons having telephone or radio telephone stations constituting a part of such local telephone system, and

 **(2)** any facility or service provided in connection with a service described in paragraph (1).

 The term "local telephone service" does not include any service which is a "toll telephone service" or a "private communication service" as defined in subsections (b) and (d).

**(b) Toll telephone service**
 For purposes of this subchapter, the term "toll telephone service" means—

 **(1)** a telephonic quality communication for which

   **(A)** there is a toll charge which varies in amount with the distance and elapsed transmission time of each individual communication and

   **(B)** the charge is paid within the United States, and

 **(2)** a service which entitles the subscriber, upon payment of a periodic charge (determined as a flat amount or upon the basis of total elapsed transmission time), to the privilege of an unlimited number of telephonic communications to or from all or a substantial portion of the persons having telephone or radio telephone stations in a specified area which is outside the local telephone system area in which the station provided with this service is located.

**(c) Teletypewriter exchange service**
 For purposes of this subchapter, the term "teletypewriter exchange service" means the access from a teletypewriter or other data station to the teletypewriter exchange system of which such station is a part, and the privilege of intercommunication by such station with substantially all persons having teletypewriter or other data stations constituting a part of the same teletypewriter exchange system, to which the subscriber is entitled upon payment of a charge or charges (whether such charge or charges are determined as a flat periodic amount,

on the basis of distance and elapsed transmission time, or in some other manner). The term "teletypewriter exchange service" does not include any service which is "local telephone service" as defined in subsection (a).

**(d) Private communication service**

For purposes of this subchapter, the term "private communication service" means—

**(1)** the communication service furnished to a subscriber which entitles the subscriber—

    **(A)** to exclusive or priority use of any communication channel or groups of channels, or

    **(B)** to the use of an intercommunication system for the subscriber's stations,

regardless of whether such channel, groups of channels, or intercommunication system may be connected through switching with a service described in subsection (a), (b), or (c),

**(2)** switching capacity, extension lines and stations, or other associated services which are provided in connection with, and are necessary or unique to the use of, channels or systems described in paragraph (1), and

**(3)** the channel mileage which connects a telephone station located outside a local telephone system area with a central office in such local telephone system,

except that such term does not include any communication service unless a separate charge is made for such service.

# EXHIBIT 2

S 1153



# EXHIBIT 3

S 1155



# EXHIBIT 4



**Lucent Technologies**
Bell Labs Innovations

October 18, 2005

**John Anderson**
**MCI**
**2400 North Glenville**
**Richardson, Texas 75082**

Dear John:

You have recently inquired as to whether your Lucent MAX TNT platform has Voice over Internet Protocol (VoIP) capability.  Our overview of this subject follows:

VoIP capability on the Lucent MAX TNT platform requires both the necessary hardware modules and specific software license keys enabling the VoIP functionality on a per chassis basis.  For the Lucent MAX TNT platform, the following hardware modules are the ONLY hardware modules capable of supporting VoIP:

| Model | Comcode | Description |
|-------|---------|-------------|
| TNT-SL-ADI-C | 300076684 | 48-Port MultiDSP card |
| APX8-SL-96DSP | 300164423 | 96-Port MultiDSP Card |

The license keys required for VoIP functionality are obtained from Lucent and are based on the Serial number of the chassis Control Module.  Each license key is only valid for that specific Serial Number.  VoIP licensing status can be determined from the system's Command Line Interface and the value of the 'voip-enabled' parameter.  The system must indicate 'voip-enabled = yes' to allow for any VoIP functionality.

Without either of the two above listed modules, and the VoIP licensing keys applied, the MAX TNT system is not capable of supporting VoIP.

During the lifetime of the Lucent MAX TNT platform, the following models of modem/HDLC hardware modules have been deployed.  These hardware modules DO NOT support VoIP:

| Model | Comcode | Description |
|-------|---------|-------------|
| TNT-SL-48MOD-S56 | No Comcode | 48 Port Modem, V.90, Series 56 |
| TNT-SL-48MOD-SGL | 300076429 | 48-Port Modem, V.90, Data Only |
| TNT-SL-48MOD-S-C | 300076411 | 48-Port Modem, V.90, Data Only |
| TNT-SL-48MODV3-S-C | 300076437 | 48-Port Modem, V.90, Data Only |
| TNT-SL-HA128 | No Comcode | Hybrid HDLC Access Card |
| TNT-SL-HA192 | No Comcode | Hybrid HDLC Access Card |
| TNT-SL-HDCL2 | No Comcode | Hybrid HDLC Access Card |

We hope the foregoing clarifies your understanding of the issue.  If we can be of further assistance, please do not hesitate to contact the undersigned.

Best regards,

Donald Woods
Lucent Technical Sales
8000 Towers Crescent Drive, 4Th Flr
Vienna, VA  22182


CC:
J. Connelly
J. Olson
T. Lorenzen

S 1159

# EXHIBIT 5

S 1160

 **CommWorks**
a 3Com company

 **DATA SHEET**

# Total Control® 1000 Media Gateway



### Key Benefits

*Increased efficiency*
*IP networks utilize bandwidth more efficiently than traditional circuit-switched networks. Voice traffic can be compressed to 6 Kbps per call. Even greater efficiency is achieved by using idle bandwidth when voice calls are silent.*

*Toll-quality voice*
*Voice-over-IP gives your customers toll-quality voice services equal to that of the PSTN.*

*Service differentiation*
*Flexible and open interfaces reduce time to market for new services and let you stay ahead of the competition.*

*Multiservice platform*
*A robust multiservice platform supports voice, data, and fax traffic to deliver cost efficiencies. The Total Control® 1000 media gateway is an integral part of the CommWorks IP telephony platform.*

*It lets you manage voice, data, and fax traffic on a single IP network to deliver simple, cost-effective value-added services.*

The Total Control® 1000 media gateway links the circuit-switched telephone network and the packet-switched IP network to carry voice, data, and fax traffic. With it, the CommWorks platform easily integrates into a variety of different environments, providing support for wireless, cable and other access technologies. It supports single and multistage dialing models and seamless connectivity with the signaling system 7 (SS7) network.

## The Total Control 1000 Media Gateway

The Total Control 1000 media gateway converts pulse code modulation (PCM) into voice packets, requests destination addresses, and passes signaling information to the local central offices on both ends of a call. It complies with ITU H.323 v2 and SIP standards, and enables fast voice call setup, automatic fax detection, and:

• A digital signal processor (DSP) card set for terminating T1/E1-PRI and E1-R2 service and converting typical circuit-switched voice code into packet data

• An edge server card set for call processing, signaling, and media gateway controller communication
• A network management card set for platform-wide management and software downloads

Leverage the CommWorks IP telephony platform to offer traditional services, as well as set the stage for delivery of new revenue generating enhanced services

### DSP Card Set

The DSP card set includes a T1/E1-PRI and E1-R2 termination point (the T1/E1 NIC) and processing components, the DSP network access card (NAC). It converts PCM to digital voice packets and sends them to the edge server card set for further processing and distribution. This process is reversed at the end of the call.

Features include:
• G.711, G.729a and b, and G723.1 audio codecs for PCM to voice data conversion
• G168 echo canceller
• Comfort noise generator
• Dynamic jitter buffer to compensate for packet delay and/or lost packets

**WIRED**

S 1161

COMMWORKS' TOTAL CONTROL 1000 MEDIA GATEWAY

- Q.931 ISDN D channel signaling conversion to/from H.225 IP call control
- In-band (H.245) and out-of-band (RFC 2833) DTMF support
- Caller ID support
- T1/E1-PRI, E1-R2 and SS7 signaling

### Edge Server Card Set

The edge server card functions as the voice-over-IP (VoIP) gateway router to the IP network. The PCI dual Ethernet NIC provides connectivity to the LAN side of the system. One port is used for network management, the other for call access to the IP network.

A VoIP application running on the edge server card set helps set up calls across the IP backbone. It queries the gatekeeper or SIP proxy server for IP addresses of remote (egress) gateways and routes calls to the appropriate egress gateway. In turn, the gatekeeper or SIP proxy server handles all call signaling including ISDN transparency, auto registration of the gateway, and initiates the creation of call detail records (CDRs).

### Network Management Card

The network management card (NMC) manages the devices installed in the Total Control platform. The NMC is directed by the Total Control manager—the management station.

It can be optionally managed by the CommWorks 5000 for multi-chassis bulk management.

The network management card supports the Simple Network Management Protocol (SNMP) for communication between the NMC and the management station. The NMC acts as a proxy agent for the other NACs in the platform that don't support SNMP directly. Capabilities of the card as directed by the management system include:

- Configuration queries and updates
- Automatic device recognition and configuration upon installation
- Software upgrades
- Performance monitoring
- Fault management

The NMC also performs event management. Standard SNMP traps can be enabled to send an event notification or trap message to one or more management stations. The management station uses these traps for logging and alarms.

The NMC communicates with the CommWorks 5210 IP telephony manager for Total Control. It is an SNMP-based element management application that allows operators to control, configure, monitor, and test the Total Control 1000 media gateway chassis, the cards within it, and signaling and back-end servers.



*CommWorks' 3-Tier Architecture*
*The CommWorks three-tier architecture for IP telephony includes a media processing, control and management, and service creation layer. At the media processing layer, the Total Control 1000 media gateway provides universal connectivity at the access level by seamlessly integrating multiple traffic types across disparate networks.*

S 1162

COMMWORKS® TOTAL CONTROL® 1000 MEDIA GATEWAY

## The Total Control 1000 Media Gateway Features

| Feature | Benefit |
|---------|---------|
| **Scalability and Capacity**<br>• Gateway scales from 1 to 12 T1s/E1s per chassis | A virtually unlimited number of gateways per network allows construction of a sizable IP network |
| **Standards-based solution**<br>• Fully SNMP-managed components | Support for H.323v2, SIP, SS7, PRI, E1-E2, ODBC, OSP, SNMP, aHfT!, and iNOW! ensures interoperability with existing infrastructure, CommWorks partners, and other third party vendors; offers an ANSI compatible interface, low total cost of ownership, efficient back office integration. Reduces time-to-market for new services; allows services to be customized to the needs of individual customers; provides differentiation opportunities; accommodates customized and third-party back-end servers. |
| **Load Sharing and Balancing**<br>• Gatekeeper/SIP proxy server load balancing<br>• Advanced network planning | Provides maximum network uptime and performance; dynamic DSP resource allocation within the gateway and gatekeeper/SIP proxy server load balancing ensures leading scalability; ensures low call setup time by sharing the load in the network; provides flexible preprovisioning of traffic planning and management capabilities with integrated Web-based tools on the Web provisioning server; advanced software tools can be used to evaluate and tune latency, packet loss, network jitter, and delay. |
| **Quality of Service (QoS) Enhancements**<br>• Supports three classes of traffic<br>• G.168 compliant echo cancellation<br>• Comfort noise generator<br>• Latency management<br>• Less than one second call setup delay<br>• G.711 with frame erasure concealment mechanism to optimize fax and data transmission<br>• G.723.1, G.729 a and b voice compression<br>• H.245 and RFC 2833 out of band DTMF support<br>• Dynamic jitter compensation<br>• Silence Suppression | Supports RTP voice packet traffic to/from DSP, H.323 v2, and SIP signaling traffic (H.225 RAS, H.245, Q.931); supports G.723.1 and G.729a and b voice compression; provides the most current and stringent echo cancellation standard for delivering toll-quality voice; ensures optimal voice quality for the IP network; simulates background noise during silence suppression; also provides smoother sound with minimal delay; guarantees unimpeded transport through the gateway for all real-time traffic; further reduces delay caused by the RTP overhead; delivers increased bandwidth efficiency and toll quality. |
| **Reliability and Availability**<br>• Dynamic auto zone configuration<br>• Less than 100 defects per million calls<br>• Real-time and historical reporting<br>• Gateway self recovery<br>• Gatekeeper clustering within a zone | Dynamically reconfigures a gatekeeper zone to account for traffic changes and perform disaster recovery in the event of nodal failures; comparable with today's stringent PSTN reliability requirements; manages all the IP telephony elements; HP OpenView can be used to monitor the status of all system elements and integrate CommWorks' IP management with a provider's management solution to simplify overall network management and administration; minimizes system outage; ensures tier 2 and tier 3 resiliency. |
| **Redundancy and Fault Tolerance**<br>• Gateway fault management<br>• Gatekeeper redundancy<br>• Back-end server redundancy<br>• Gateway availability in power outage | Creates a robust platform that ensures no loss of quality or performance for the end user; supports redundant primary and secondary gatekeepers per zone, which prevents any service disruption in the overall network due to gatekeeper failure; support for primary to secondary server automatic failover prevents any service disruption in the overall network due to back-end server failure; dual DC load-sharing power supplies and fault management prevent any service disruption in the network due to gateway power failure. |
| **Service Transparency**<br>• No quality degradation<br>• End-to-end Q.931 signaling transparency | Seamlessly hands off traffic from the PSTN to the IP network and is completely transparent to end users with transparent pass through of voice calls, 33.6 Kbps fax calls, and V.90/V.92 voice band modem calls; enables transparent support of CLASS services such as caller ID. |
| **Seamless PSTN Integration**<br>• E.164 numbering plan support<br>• SS7, T1/E1/PRI and E1-R2 signaling<br>• PSTN in-band and out-of-band DTMF support | Enables integration of the system globally; supports call origination and termination in countries not using NANP; enables customization of the directory server to support call origination and termination with country-specific dialing plans; provides an efficient avenue for building scalable solutions with SS7 interoperability, making VoIP signaling more reliable; G.711, G.723.1, and G.729a and b codecs provides complete transparency to end users. |
| **Security**<br>• Gateway registration and back-end server<br>• SNMP access control | Provides secure transmission for mission-critical information and prevents unauthorized access to system; firewall access security protection of back-end servers; limits access to SNMP device control. |
| **Advanced OAM&P**<br>• Automated software installation and upgrades<br>• Maintenance diagnostics | Allows network operator to easily install and upgrade the network remotely from the network operations center; ensures each connection is functioning properly. |