**Edge Server NAC Specifications**



**Table 18**  Edge Server NAC Specifications

| Specifications | Description | |
|---|---|---|
| Certification | Complies with FCC Part 15 Class A, FCC Part 68, UL-listed, CSA-approved, and IC-certified. | |
| Processor | AMD-K6-III, 450MHz | |
| Hard Drive | 6GB capacity | |
| Operational memory | 256MB of 100MHz built-in SDRAM and 2 DIMM sockets available for up to 768MB | |
| Data retention method | Clock, CMOS and chassis configuration values retained | |
| | Type | 3V Lithium Cell |
| | Retention | 3 years |
| Operating system | Microsoft Windows 2000 | |
| Keyboard | PS/2 compatible | |
| Mouse | PS/2 compatible | |
| Video | SVGA compatible, 800x600, 16 color | |
| Midplane connector | 180-pin DIN | |
| NAC management bus | 512 kHz (data clock) | |
| (continued) | | |
| PCI bus | 25/33 MHz | |
| Physical dimensions | Length | 32.89 cm(12.95 in.) |
| | Width | 4.01 cm(1.58 in.) |
| | Height | 17.53 cm(6.90 in.) |
| Power requirements | | *Typical*  Maximum |
| | +5V DC | 2.8 A  3.5 A |
| | -5V DC | 8 mA  20 mA |
| | +12V DC | 29 mA  50 mA |
| | -12V DC | 16 mA  50 mA |
| Environment | *Shipping and storage* | |
| | Temperature | 0–65 °C (32–149 °F) |
| | Relative humidity | 5–95% (non-condensing) |
| | *Operating* | |
| | Temperature | 5–40 °C (41–104 °F) |
| | Relative humidity | 8–90% (non-condensing) |

 **CAUTION:** *Never install a edge server card in a chassis without a fan tray! Heat damage to the edge server card's components could result.*

**EdgeServer Pro NAC
Specifications**



**Table 19** EdgeServer Pro NAC Specifications

| Specifications | Description |
|---|---|
| Certification | Complies with FCC Part 15 Class A, FCC Part 68, UL-listed, CSA-approved, and IC-certified. |
| | Electromagnetic compatibility (EMC): |
| | FCC Part 15 Class A, Radiated and Conducted |
| | EN 55022, EMI |
| | EN 55082, EMC |
| | Product safety: |
| | UL1950 |
| | EN 60950 |
| Processor | Intel Pentium Pro 200 MHz with 256k cache (standard configuration) |
| | Socket 8 for upgrade to second processor |
| Operational Memory | DRAM: |
| | 4 x 168-pin DIMM sockets |
| | 64MB (standard configuration for single processor) up to 1GB |
| | 3.3V unbuffered EDO, 60ns DRAM |
| | Gold plated |
| | ECC |
| | VRAM: 1 MB (standard configuration) |
| Data Retention Method | Clock, CMOS and chassis configuration values retained by 3V lithium (coin) cell (CR2032), 192 mA hours |
| | Retention: up to 10 years (powered unit), 3 years in non-powered unit |
| Operating System | Microsoft Windows NT Server 4.0 with Service Pack 3 |
| Video | SVGA compatible, 1024 x 768, 256 color |
| Disk Drives | Disk size/storage     Access rate |
| | IDE hard drive(s)     2.5" / $\geq$2GB     $\leq$12ms |
| | Floppy drive     3.5" / 1.44MB     94ms (avg.) |
| Current Draw | +5.2 VDC @ 10.5A single processor, typical maximum* |
| | * "Typical maximum" refers to the maximum current draw for most typical configurations. |
| Environment | Shipping and storage |
| | Temperature:     0–65° C (32–149° F) |
| | Relative humidity:     5–95% (non-condensing) |
| | Operating |
| | Temperature:     5–40° C (41–104° F) |
| | Relative humidity:     8–80% (non-condensing) |
| Dimensions | Length:     32.89 cm (12.95 in.) |
| | Width:     6.03 cm     (2.37 in.) |
| | Height:     17.53 cm     (6.90 in.) |

S 1212

 *CAUTION: Never install an EdgeServer Pro card in a chassis without a fan tray — heat damage to the card's components could result.*

**Peripheral NIC Specifications**



**Table 20** Peripheral NIC Specifications

| Specifications | Description | |
|---|---|---|
| Certification | Complies with FCC Part 15 Class A, FCC Part 68, UL-listed, CSA-approved, and IC-certified | |
| Keyboard Port | Connector: | PS/2 compatible, 6 pin mini DIN (female) |
| | Pinout: | 1 = Key data<br>2 = Not connected<br>3 = Ground<br>4 = Power, +5VDC<br>5 = Key clock<br>6 = Not connected |
| Mouse Port | Connector: | PS/2 compatible, 6 pin mini DIN (female) |
| | Pinout: | 1 = Mouse data<br>2 = Not connected<br>3 = Ground<br>4 = Power, +5VDC<br>5 = Mouse clock<br>6 = Not connected |
| Video Port | Connector: | DB-15 video (female) |
| | Pinout: | 1 = Red video (75 ohm, 0.7 V p-p)<br>2 = Green video (75 ohm, 0.7 V p-p)<br>3 = Blue video (75 ohm, 0.7 V p-p)<br>5 = Ground<br>6 = Red ground<br>7 = Green ground<br>8 = Blue ground<br>10 = Sync ground<br>13 = Horizontal sync (or composite sync)<br>14 = Monitor ID bit 3<br><br>All others = not connected. |
| SCSI Port | Connector: | Ultra-wide SCSI, 68 pin (female) |
| | Pinout: | 1-16 = Ground          50 = Ground<br>17 =   TERMPWR        51 = TERMPWR<br>18 =   TERMPWR        52 = TERMPWR<br>19 =   Not connected  53 = Not connected<br>20-34 = Ground        54 = Ground<br>35 =   D12            55 = ATN<br>36 =   D13            56 = Ground<br>37 =   D14            57 = BSY<br>38 =   D15            58 = ACK<br>39 =   DP1            59 = Reset<br>40 =   D0             60 = MSG<br>41 =   D1             61 = SEL<br>42 =   D2             62 = CD<br>43 =   D3             63 = REQ<br>44 =   D4             64 = IO<br>45 =   D5             65 = D8<br>46 =   D6             66 = D9<br>47 =   D7             67 = D10<br>48 =   DP0            68 = D11<br>49 =   Ground |

S 1213

**Table 20**  Peripheral NIC Specifications (continued)

| Specifications | Description |
|---|---|
| Current Draw | +5.2 VDC @ 1.5A typical maximum* |
| | * "Typical maximum" refers to the maximum current draw for most typical configurations. |
| Environment | Shipping and storage |
| | Temperature:-25–75° C (-13–167° F) |
| | Relative humidity:0–100% (non-condensing) |
| | Operating |
| | Temperature:0–40° C (32–104° F) |
| | Relative humidity:0–95% (non-condensing) |
| Dimensions | Length:12.07 cm(4.75 in.) |
| | Width:2.01 cm(0.79 in.) |
| | Height:17.53 cm(6.90 in.) |

## PCI Dual Ethernet NIC Specifications



**Table 21** PCI Dual Ethernet NIC Specifications

| Specifications | Description |
|---|---|
| Certification | Complies with FCC Part 15 Class A, FCC Part 68, UL-listed, CSA-approved, and IC-certified |
| | EMC: |
| | CISPR 22, Class B, Radiated and Line Conducted |
| | FCC Part 15, Class A, Radiated and Line Conducted |
| | VDE 0878 |
| | EN 55022, EMI |
| | EN 55022, Electrostatic Discharge |
| | EN 55022, Immunity (Susceptibility), radiated and line conducted |
| | Mains Safety: |
| | UL 1950, as applicable in this case |
| | Final Product will be evaluated to UL 1950 |
| | CSA approved C22.2 No. 0.7; C22.2 No. 225-M 1986; CSA 950 |
| | IEC 950, IEC 380 |
| | EN 41003, EN 60950 |

| Interface Specifications | | |
|---|---|---|
| Serial Port (RS-232) | | |
| | Electrical: | RS-232-C (EIA/TIA-232-E standard |
| | Connector: | RJ-45, 8-position modular jack |
| | Pinout: | 1 = DSR |
| | | 2 = DCD |
| | | 3 = DTR |
| | | 4 = Ground |
| | | 5 = Receive data |
| | | 6 = Transmit data |
| | | 7 = CTS |
| | | 8 = RTS |
| | Configuration: | DTE |
| | Transmission method: | Unbalanced RS-232, 1-stop bit, no parity |
| | Transmission rate: | 115,200 bps maximum |

S 1215

**Table 21** PCI Dual Ethernet NIC Specifications (continued)

| Specifications | Description | |
|---|---|---|
| | Ethernet 10Base-T/100Base-Tx port | |
| | Data transfer rate: | 10/100 Mbps (auto-negotiated) |
| | Connector: | 8-position modular jack (Stewart 88-360808 or equivalent) |
| | Pinout: | 1 = Transmit + <br> 2 = Transmit - <br> 3 = Receive + <br> 4 = Ground <br> 5 = Ground <br> 6 = Receive - <br> 7 = Ground <br> 8 = Ground |
| | Accessing scheme: | CSMA/CD (Carrier Sense Multiple Access with Collision Detection) |
| | Topology: | Star-wired hub (using multiport repeater) |
| | Maximum nodes: | Limited only by repeater used |
| | Transmission medium: | Unshielded twisted pair (UTP) **10Base-T:** CAT3 or CAT5 (CAT5 recommended) **100Base-Tx:** CAT5 only |
| | Network lobe distance: | 100m (328 ft.) suggested maximum. Longer cabling can be used at the expense of reduced receiver squelch levels. |
| Current Draw | +5.2 VDC @ 2.0A typical maximum* | |
| | * "Typical maximum" refers to the maximum current draw for most typical configurations. | |
| Environment | Shipping and storage | |
| | Temperature:-25–75° C (-13–167° F) | |
| | Relative humidity:0–100% (non-condensing) | |
| | Operating | |
| | Temperature:0–40° C (32–104° F) | |
| | Relative humidity:0–95% (non-condensing) | |
| Dimensions | Length:12.07 cm(4.75 in.) | |
| | Width:2.01 cm(.79 in.) | |
| | Height:17.53 cm(6.90 in.) | |

**Edge Server SCSI NIC Specifications**



**Table 22**  Edge Server SCSI NIC Specifications

| Specifications | Description | | |
|---|---|---|---|
| Certification | Complies with FCC Part 15 Class A, FCC Part 68, UL-listed, CSA-approved, and IC-certified | | |
| | EMI/EMC: | | |
| | FCC Part 15, Class A, Radiated and Line Conducted | | |
| | EN 55022, Class A | | |
| | EN 55082 | | |
| | VCCI Class A | | |
| | Austel AS/NZS 3548 | | |
| | Main Safety: | | |
| | UL 1950, as applicable in this case | | |
| | C-UL | | |
| | EN 60950 | | |
| | IEC 950 | | |
| | CB Scheme | | |
| Interface Specifications | | | |
| | Serial Port (RS-232) | | |
| | | Electrical: | RS-232-C (EIA/TIA-232-E standard |
| | | Connector: | RJ-45, 8-position modular jack |
| | | Pinout: | 1 = DSR |
| | | | 2 = DCD |
| | | | 3 = DTR |
| | | | 4 = Ground |
| | | | 5 = Receive data |
| | | | 6 = Transmit data |
| | | | 7 = CTS |
| | | | 8 = RTS |
| | | Configuration: | DTE |
| | | Transmission method: | Unbalanced RS-232, 1-stop bit, no parity |
| | | Transmission rate: | 115,200 bps maximum |
| SCSI Port | Connector: | | Ultra-wide SCSI, 68 pin (female) |

S 1217

**Table 22**  Edge Server SCSI NIC Specifications (continued)

| Specifications | Description |
|---|---|
| Pinout: | 1-16 = Ground 50 = Ground<br>17 = TERMPWR 51 = TERMPWR<br>18 = TERMPWR 52 = TERMPWR<br>19 = Not connected 53 = Not connected<br>20-34 = Ground 54 = Ground<br>35 = D12 55 = ATN<br>36 = D13 56 = Ground<br>37 = D14 57 = BSY<br>38 = D15 58 = ACK<br>39 = DP1 59 = Reset<br>40 = D0 60 = MSG<br>41 = D1 61 = SEL<br>42 = D2 62 = CD<br>43 = D3 63 = REQ<br>44 = D4 64 = IO<br>45 = D5 65 = D8<br>46 = D6 66 = D9<br>47 = D7 67 = D10<br>48 = DP0 68 = D11<br>49 = Ground |
| Power Requirements | 12V at 40 mA and 5V at 750 mA<br><br>The 3.3V supply is regulated from the 5V supply on the edge server NIC. |
| Environment | Non-Operational<br><br>Temperature:-30 to 90° C, (-22 to 194° F)<br><br>Relative humidity:0–95% (non-condensing at 40° C)<br><br>Operational<br><br>Temperature:0–40° C, (32–104° F)<br><br>Relative humidity:0–95% (non-condensing) |
| Dimensions | Length:12.07 cm(4.75 in.)<br><br>Width:2.01cm(.79 in.)<br><br>Height:17.53 cm(6.90 in.) |

**HiPer DSP NAC
Specifications**



**Table 23**  HiPer DSP NAC Specifications

| Specifications | Description | |
|---|---|---|
| Certification | Complies with FCC Part 15 Class A, FCC Part 68, UL-listed, CSA-approved, and IC-certified. | |
| | T1 HiPer DSP | |
| | Electromagnetic compatibility (EMI/RFI): | FCC 15A, EN55022 A |
| | Product safety: | UL 1950, C-UL, EN 60950, JATE |
| | Telco: | FCC 68, IC CS-03 |
| | E1 HiPer DSP | |
| | Electromagnetic compatibility (EMI/RFI): | FCC 15A, EN55022 A, AUSTEL, VCCI |
| | Product safety: | UL 1950, C-UL, EN 60950, AUSTEL |
| | Immunity: | EN 50082 |
| | Telco: | CTR4, FCC 68, IC CS-03 |
| Processor | Board Manager System: | PowerPC RISC CPU |
| | Application Co-Processor System: | Dual PowerPC RISC CPUs |
| Operational Memory | Dynamic Random Access Memory (DRAM): 16 Mbytes | |
| | Static Random Access Memory (SRAM): 256Kbytes RISC memory, 2Mbytes shared memory, 12/16 DSPs x 64Kytes | |
| | Cache: 16Kbytes (program)/8Kbytes (data) for each RISC processor, total 32Kbytes (program)/16Kbytes (data) | |
| | Flash Memory: 2 Mbytes | |
| Data Retention Method | Flash memory | |
| Current Draw | T1 HiPer DSP | |
| | +5.2 V DC @ 4.3A typical maximum* | |
| | E1 HiPer DSP | |
| | +5.2 V DC @ 4.8A typical maximum* | |
| | * "Typical maximum" refers to the maximum current draw for most typical configurations. | |
| Environment | Shipping and storage | |
| | Temperature:-25–75° C (-13–167° F) | |
| | Relative humidity:0–100% (non-condensing) | |
| | Operating | |
| | Temperature:0–40° C (32–104° F) | |
| | Relative humidity:0–95% (non-condensing) | |
| Dimensions | Length:32.89 cm(12.95 in.) | |
| | Width:2.01 cm(.79 in.) | |
| | Height:17.53 cm(6.90 in.) | |

S 1219

**HiPer DSP T1/E1 NIC
Specifications**



**Table 24**  HiPer DSP T1/E1 NIC Specifications

| Specifications | Description | | |
|---|---|---|---|
| Certification | See HiPer DSP NAC certification. | | |
| Serial Ports (Console and Aux) | Electrical specification | RS-232-C (EIA/TIA-232-E standard) | |
| | Connector | RJ-45, 8 position modular jack | |
| | Pinout: | 1 = DSR 2 = DCD 3 = DTR 4 = Ground 5 = Receive data 6 = Transmit data 7 = CTS 8 = RTS | |
| | Configuration | DTE | |
| | Transmission method | Unbalanced RS-232 | |
| | Transmission rate | | |
| | Console port: | 9600 bps maximum | |
| | Auxiliary port: | 115,200 bps maximum | |
| Span 1 Port | Electrical specification: | | T1/E1 span line interface |
| | Connector: | RJ-48C, 8-position modular jack | |
| | Pinout: | | 1 = Receive ring 2 = Receive tip 4 = Transmit ring 5 = Transmit tip 6 = Transmit data 7 = CTS 8 = RTS |
| | Line rate: | T1: 1.544 Mbps | E1: 2.048 Mbps |
| | Input signal: | DS1 to -34 dB typical per AT&T Publication 64211 | |
| | Output signal: | DS1 with line buildout of 0, -7.5, -15, or -22.5 dB (selectable) | |
| | Loop timing source: | Automatic fallback to alternate source | |
| | Line loopback support: | Telco-initiated per AT&T Publication 54016 | |
| | Specifications: | ANSI T1.403 | TBR-12 |
| | | ANSI T1.408 | TBR-13 |
| | | ITU G.703 | ETSI 300-166 |
| | | ITU G.736 | ETSI 300-233 |
| | | ITU G.775 | I.431/ETSI ETS 300 011 |
| | | ITU G.823 | AT&T Publication 62411 |

**Table 24** HiPer DSP T1/E1 NIC Specifications (continued)

| Specifications | Description | | |
|---|---|---|---|
| | Channelized T1 (CH T1) and T1/PRI Application | *Framing*: | |
| | | SF (Super Frame also known as D4) | |
| | | ESF (Extended Super Frame) | |
| | | *Line coding*: | |
| | | CH T1: | |
| | | B8ZS (Binary Eight Zero Code Suppression) | |
| | | AMI (Alternate Mark Inversion) | |
| | | ZCS (Zero Code Suppression) | |
| | | T1/PRI: | |
| | | B8ZS (Binary Eight Zero Code Suppression) | |
| | E1/PRI Application | *Framing*: | |
| | | CEPT CCS without CRC-4 (used with VN-4 and some NET5 countries) | |
| | | CEPT CCS with CRC-4 (used with NET 5 countries) | |
| | | *Line coding*: | |
| | | HDB3 (High Density Bipolar 3 Zeroes) | |
| | Interfaces: | DS1 (Long Haul applications): Connecting CPE equipment to the Telco's T1 or Smart Jack up to 6000 feet away. | |
| | | DSX-1 (Short Haul applications): Connecting CPE equipment to the Telco's T1 jack up to 600 feet away. | |
| Monitor Port | Connector: | Bantam Jack | |
| | Configuration: | Non-intrusive Bridge Mode | |
| | Isolation Resistance: | 430 ohms | |
| | Attenuation: | -6 to -10 dB | |

**Table 24**  HiPer DSP T1/E1 NIC Specifications (continued)

| Specifications | Description |
|---|---|
| Current Draw | +5.2 VDC @ 600mA typical maximum* |
| | * "Typical maximum" refers to the maximum current draw for most typical configurations. |
| Environment | Shipping and storage |
| | Temperature:-25–75° C (-13–167° F) |
| | Relative humidity:0–100% (non-condensing) |
| | Operating |
| | Temperature:0–40° C (32–104° F) |
| | Relative humidity:0–95% (non-condensing) |
| Dimensions | Length:12.07 cm(4.75 in.) |
| | Width:2.01 cm(0.79 in.) |
| | Height:17.53 cm(6.90 in.) |



# GLOSSARY

This appendix lists acronyms and terminology used in the CommWorks VoIP application.

**A-Link**  Access link. SS7 Signaling link used to connect the Signaling Transfer Point (STP) and Signaling Switch Point (SSP).

**ACF**  Admission Confirm—This is a call flow message.

**AMI**  Alternate Mark Inversion—A line encoding scheme for transmitting data bits over T1 and E1 transmission systems.

**ANI**  Automatic Number Identification—The billing number of the person making the phone call. ANI allows the calling party to be billed without having to enter a PIN.

**ARJ**  Admission Reject—This is a call flow message.

**ARQ**  Admission Request—This is a call flow message.

**AIS**  Alarm Indication Signal—Formerly referred to as a 'blue alarm' or 'blue signal'. This is a signal that is created when a maintenance alarm indication has been activated. This signal is transmitted downstream informing that an upstream failure has been detected.

**AS**  Autonomous System—An independent system.

**AUX**  Auxiliary—Backup or acting as a redundancy on the system.

**B8ZS**  Binary Eight Zero Code Suppression—Line-code type, used on T1 and E1 circuits. A special code replaces any eight consecutive zeros that are sent over the link. This code is then interpreted at the remote end of the connection. This technique guarantees ones density independent of the data stream. Sometimes this is referred to as bipolar 8-zero substitution.

**BHCA**  Busy Hour Call Attempts—The number of calls attempted within 60 minutes during the busiest times during the day.

**CC**  Country Code—When calling outside of the country, the called number consists of the country code, identifying the country where the person to be called resides and a NSN (National Significant Number). The code of the country is the first three digits dialed.

**CCS**  Common Channel Signal—This is a Bellcore definition: A network architecture which uses Signalling System 7 (SS7) protocol for the exchange of information between telecommunications nodes and networks on an out-of-band basis.

**CD**    Collision Detection—A process where a simultaneous transmission has taken place. Workstations can determine if this has happened if they do not receive an acknowledgement from the receiving station within a certain amount of time. When this occurs, the workstation will try again.

**CDR**    Call Detail Record—Information gather during the call used later for billing purposes.

**CE**    Connection Endpoint—A terminator at one end of a layer connection within SAP.

**CEPT**    Conférence des administrations Européenes des Postes et Télécommunications (European Conference of Postal and Telecommunications Administrations)—A standards committee in Europe for the telecommunications industry.

**CHS**    Cylinder-head Sector—The method of identifying a given location on a hard drive.

**CISPR**    International Special Committee on Radio Interference

**CLI**    Command Line Interface—A software interface allowing the user to interact with the operating system by entering commands and optional arguments. The UNIX operating system runs at the command line from a shell prompt or a shell script.

**CMOS**    Complementary Metal Oxide Semiconductor

**CNG**    Comfort Noise Generation—The process of adding white noise to the voice channel so the people know the connection is still good when neither party is talking.

**CO**    Central Office—The telephone company facility where the request for service comes through the switching equipment and the requests for service gets routed.

**CommWorks IP Telephony System**    A total system of hardware and software components that route telephone calls and data over an IP based network (VoIP).

**CPE**    Customer Presence Equipment—A piece of equipment that is attached to a telephone network. This equipment would be the terminal equipment, telephones, key systems, modems, video conferencing devices and so on.

**CPU**    Central Processing Unit—The part of the computer that executes the commands and performs the logic.

**CRC**    Cyclic Redundancy Check—The process to determine if the data was received properly.

**CSA**    1. Call Path Services Architecture—An architecture developed by IBM which defines the protocols that allow communications between the telephones switches and computers. 2. Carrier Serving Area—A method used to categorize the local loops by length, gauge, and subscriber distribution for maximum service and cost efficiency.

**CSMA**   Carrier Sense Multiple Access—Media-access mechanism wherein devices ready to transmit data first check the channel for a carrier. If no carrier is sensed for a specific period of time, a device can transmit. If two devices transmit at once, a collision occurs and is detected by all colliding devices. This collision subsequently delays retransmissions from those devices for some random length of time.

**CTS**   Clear to Send—Hardware signal defined by the RS-232 specification that indicates that a transmission can proceed.

**CLASS**   Custom Local Area Signaling Services—CLASS is a service mark of Bellcore. It is the signaling service available such as caller-id, call waiting, and auto-redial.

**DCD**   Data Carrier Detected—Hardware signal defined by the RS-232-C specification that indicates that a device such as a modem is online and ready for transmission.

**DCE**   Data Communication Equipment—A communications device that can establish, maintain, and terminate a connection (for example, a modem). A DCE may also provide signal conversion between the data terminal equipment (DTE) and the common carrier's channel.

**DCF**   Disengage Confirm—This is a call flow message.

**DHCP**   Dynamic Host Configuration Protocol—A protocol that allows network administrators to centrally manage and automate the assignment of Internet Protocol (IP) addresses in their organization's network.

**DHTML**   Dynamic Hypertext Markup Languages—A name for a set of programs that developers can use to create Web pages that update themselves on the fly. Dynamic HTML makes your Web documents more interactive than HTML.

**DIMM**   Dual Inline Memory Module—Has a 10% higher capacity bandwidth than Single In-line memory module (SIMM). The DIMM's data path is 128 bits wide.

**DIN**   Deutsche Institute fur Normung (German Institute for Standardization)—DIN specifications are issued under the control of the German government. The most common specification is the dimensions of cable connectors referred to as DIN connectors.

**DINS**   Dialed Number Identification Service

**DIP**   Dual Inline Package—These are small on and off switches on the circuit board used to configure the board in a semipermanent way. The DIP switches are the first thing to look at when a configuration isn't what you intended after an installation.

**DMS**   Digital Multiplex System—A digital switch that is used in **a central office**. It contains multiple devices to handle the many needs of the system. Such as, local/toll exchange, long distance switch, international gateway, local and long distance switch, wireless, and advanced signaling solutions.

**DNS**   Domain Name Server—System used in the internet for translating names of network nodes into addresses.

S 1225

| | |
|---|---|
| **DRAM** | Dynamic Random Access Memory—The readable/writable memory used to store data in PCs. DRAM stores each bit of information in a "cell" composed of a capacitor and a transistor. |
| **DRJ** | Disengage Reject—This is a call flow message. |
| **DRQ** | Disengage Request—This is a call flow message. |
| **DS** | Digital Signal—Standard specifying the electrical characteristics for data transmission over four-wire telco circuits. DS1 is 1.544 Mbps, and DS3 is 44.736 Mbps. Also referred to as T1 and T3. |
| **DS0** | 1. Digital Signal level zero—It is equivalent to one voice conversation digitized under PCM. It transmits digital signals over a single channel at 64-kbps on a T1 facility 2. Data Slot 0 |
| **DSP** | Digital Signaling Processors—A special computer chip designed to process digital signals that were originally analog signals. |
| **DSR** | Data Set Ready—This is a call flow message. |
| **DTE** | Data Terminal Equipment—End-user equipment, typically a terminal or computer, that can function as the source or destination point of communication on the network. |
| **DTMF** | Dual Tone Multi-frequency—The sounds a touch-tone telephone makes when its keys are pressed. |
| **DTR** | Data Terminal Ready—A control signal that is activated to let the DCE know when the DTE is ready to send and receive data. |
| **DTS** | Data Transformation Service—Technology designed for bypassing functions for short-hop, line-of-sight applications. It never converts to analog. Its main use is in high volume, data only applications in urban areas where line costs are higher. |
| **ECC** | Error Correcting Code—Code that determines whether line noise has caused data to be garbled or dropped in transit, and then works to correct the problem. The two most common error-correction protocols and standards used by analog modems are MNP and V.42. |
| **EdgeServer Pro Card** | This card on the Total Control Chassis runs Windows NT 4.0 Server, provides two 10/100-Mbps ethernet interfaces, and routes call over IP networks. |
| **Edge server card** | This card on the Total Control Chassis runs Windows 2000 Server, provides two 10/100-Mbps ethernet interfaces, and routes call over IP networks. |
| **EDO RAM** | Extended Data Out Random Access Memory—A more efficient method to access memory. It reduces access memory time by 10% over the standard DRAM chips. |
| **EIA** | Electronic Industries Alliance—A trade organization who sets standards for electronics. |
| **EMC** | Electromagnetic Compatibility—The ability of a device or system to function without error in its intended electromagnetic environment. |
| **EMI** | Electromagnetic Interference—The leakage of radiation from equipment. |

S 1226

**ESD**  Electrostatic Discharge—Discharge of stored static electricity that can damage electronic equipment and impair electrical circuitry, resulting in complete or intermittent failures.

**ESF**  Extended Super Frame—Framing type used on T1 circuits that consists of 24 frames of 192 bits each, with the 193rd bit providing timing and other functions. ESF is an enhanced version of super frame (SF).

**ESIG**  Extended Signaling—A system internal to Total Control which ingresses and distributes SS7 signaling throughout the Chassis via the packet bus.

**ETSI**  European Telecommunications Standards Institute—Similar to the ANSI in the United States. It's purpose is to provide standards for the telecommunications industry.

**FCC**  Federal Communications Commission—A United States federal regulatory agency which oversees all aspects of the communications industry, TV, radio, telephone etc. in the United States.

**FTP**  File Transfer Protocol—Application protocol, part of the TCP/IP protocol stack, for transferring files between network nodes. FTP is defined in RFC 959.

**GCF**  Gatekeeper Confirm—This is a call flow message.

**GK**  Gatekeeper—A device that manages an IP network, supporting all gateways, user profiles, and authentication. A gatekeeper is defined by the H.323 standard.

**GRJ**  Gatekeeper Reject—This is a call flow message.

**GRQ**  Gatekeeper Request—This is a call flow message.

**GSM**  Global System for Mobile Communications—The European standard for digital cellular service using slow frequency-hopping and TDMA.

**GW**  VoIP Media Gateway—A CommWorks VoIP device that can interconnect networks with different, incompatible communications protocols. The gateway performs a layer-7 protocol-conversion to translate one set of protocols to another (for example, from TCP/IP to SNA or from TCP/IP to X.25). A gateway operates at OSI layers up through the Session Layer.

**GUI**  Graphical User Interface—A software interface based on pictorial representations and menus of operations, commands, and files. Opposite of the operating system command line interface.

**HDB3**  High Density Bipolar Three Zeros—A bipolar coding method that does not allow more than three consecutive zeros in the line signaling.

**HDM**  High Density Modem—The HiPer DSP card in the VoIP system. It implements the PSTN interface and CODEC functions of the VoIP system. It contains 24 channels per card (T1-PRI) or 31 (E1-PRI) channels per card.

**IC**  Industry Canada—A department of the Canadian government. It serves to promote all aspects of Canada's economy. It's charter is to improve conditions for investment, improve innovation performance, increase Canada's share of global trade and build a fair, efficient and competitive marketplace.

S 1227

**IDE**    Integrated Drive Electronics—Standard interface to the hard disk drive on the PC.

**IEC**    International Electrotechnical Commission—The international standards body for electrotechnology.

**IIS**    Internet Information Server—Microsoft Windows NT web based server. It allows you to create control and manage a web site remotely.

**IMT**    Inter-Machine Trunks—In the SS7 network, the IMT is the channel that carries the data to the SSP.

**ISUP**    Intergrated Services Digital Network User Part —This is the control function of the SS7 protocol. It determines the call setup, administration, and call take down on the SS7 network. In the SS7 system with VoIP enabled, the ISUP commands are converted to SLAP commands.

**I/O**    Input/Output

**IP**    Internet Protocol—A set of instructions that controls the node addresses, routes the messages, and so on of the internet.

**IP Telephony Manager**    IP Telephony Manager is a software application developed by CommWorks, a division of 3Com, that runs on a UNIX management station. This application remotely manages 3Com Network Application Cards (NACs) and Network Interface Cards (NICs) through a Network Management Card (NMC) installed on the CommWorks 5210 IP Telephony Platform.

**ISA**    Industry Standard Architecture—The most common bus architecture on the motherboard of a MS-DOS based computer.

**ISDN**    Integrated Service Digital Network—A system that provides simultaneous voice and high-speed data transmission through a single channel to the user. ISDN is an international standard for end-to-end digital transmission of voice, data, and signaling.

**ITG**    Internet Telephony Gateway— A bridge between traditional circuit-switched telephony and the internet that extends the advantages of IP telephony to the standard telephone by digitizing the standard telephone signal (if it isn't already digital), significantly compressing it, packetizing it for the internet using Internet Protocol (IP,) and routing it to a destination over the internet.

**ITU**    International Telecommunications Union—An organization established by the United Nations, of which almost every nation is a member. Its charter is to define standards for telegraphic and telephone equipment.

**LAN**    Local Area Network—A short distance data communications network. Usually found within a building or a campus environment.

**LCF**    Location Confirm—This is a call flow message.

**LEC**    1. Local Exchange Carrier—The telephone company servicing the local area. 2. Line Echo Canceler—A module placed on the line to keep the noise and vibration on the line to a minimum.

**LED**    Light Emitting Diode—Semiconductor device that emits light. Status lights on hardware devices are typically LEDs.

S 1228

**LRJ**    Location Reject—This is a call flow message.

**LRQ**    Location Request—This is a call flow message.

**MBP**    Management Bus Protocol—This protocol was developed by 3Com and is used in the NMC to communicate to the other cards in the Total Control chassis.

**MFC**    Multifrequency Compelled—An E1 call setup protocol that requires the signals to be acknowledged.

**MIB**    Management Information Base—A key element of SNMP management systems. A collection of objects that can be accessed via a network management protocol; holds information about all resources managed by a network management system.

**NAC**    Network Access Card—the card in front of the Total Control chassis. It connects to the NIC in back. It allows the Total Control chassis to receive information from the NMC, then processes it and sends it out the NIC.

**NANP**    North American Numbering Plan—The scheme used to identify the telephone trunks. It is composed of a three digit prefix and the four-digit suffix.

**NDC**    National Destination Code—Used to identify a Public Land Mobile Network (PLMN) within a country.

**NAC**    Network Application Card—In the Total Control chassis, this card is located in the front of the chassis. It allows communication to the VoIP application.

**NIC**    Network Interface Cards—In the Total Control chassis, this card is located in the back of the chassis. It allows access to the network.

**NMC**    Network Management Card—The NMC provides the management of all the cards in the Total Control chassis.

**NLP**    Non-Linear Processing—Processing of a request for service that does not take the normal route as defined by the PSTN.

**NMC**    Network Management Card—Manages all of the devices in the Total Control chassis under the direction of a PC running IP Telephony Manager software.

**NSM**    Non-Standard Message—A type of non-standard message that is allowed by ITU T.30.

**NTFS**    NT File System—The file system on Windows NT servers.

**NTP**    Network Time Protocol—Protocol built on top of TCP that assures accurate local time-keeping with reference to radio and atomic clocks located on the internet. This protocol is capable of synchronizing distributed clocks within milliseconds over long time periods.

**NVRAM**    Non-volatile Random Access Memory—Ram that retains its contents when a unit is turned off.

**OOBMAN**  Out-of-band Manager—OOBMan is an application that runs on 3Com Windows NT components of the CommWorks IP Telephony platform.

It is designed to allow a user to dial into an NT device, using a terminal emulation program such as Hyperterminal, and view or modify various configuration information on that machine.

**OS**  Operating System—A software program that controls and manages the operations of a computer system.

**OOF**  Out-of-frame—OOF conditions occurs in a T1 transmission when two or more out of four consecutive framing bits are in error.

**OOS**  Out-of-service—The term used when a module or card is not functioning. It could be because VoIP has taken it OOS due to errors, or because the card or module has been removed from the chassis.

**PCI**  Peripheral Component Interconnect—Designed by Intel. It is a 32-bit local bus on a PC to transfer data between the CPU and the peripherals.

**PCM**  Pulse Code Modulation—Technique for converting an analog signal to a digital signal.

**POTS**  Plain Old Telephone System—Standard telephone service used by most residential locations. See PSTN.

**PRI**  Primary Rate Interface—ISDN interface to primary rate access. In the U.S., the Primary Rate Interface is split into 23 B channels and one 64 Kbps D channel. PRI is delivered over the same physical link as a T1, or 1.55 Mbps link. In Europe, PRI is split into 30 B channels and one 64 k bit/second D channel and is delivered over the same physical link as an E1.

**PSI**  Power Supply Interface—The card on the chassis that controls the power for the chassis.

**PSTN**  Public Switched Telephone Network—The analog dial-tone-type telephone networks and services in place worldwide, with transmission rates up to 52Kbps. In contrast, telephone services based on digital communications lines, such as ISDN, have higher speeds and bandwidths. The POTS networks also called the public switched telephone network (PSTN).

**PSU**  Power Supply Unit—This unit is part of the Total Control chassis. It controls the power to the chassis. The PSU can be either AC or DC power with 35A, 45A, 70A, or 130A ratings.

**QOS**  Quality of Service—An indicator of the performance of a transmission system on the Internet and other networks. QoS is measured in transmission rate, error rates, latency, and other characteristics, and can to some extent be guaranteed to a customer in advance.

**RAS**  Remote Access Service—Remote access is sending and receiving data to and from a computer or controlling computer with terminals or PCs connected through phone/communications links. A remoter access service provides this function.

**RCF**      Registration Confirm—This is a call flow message.

**RISC**     Reduced Instruction Set Computer— Central processing unit architecture that greatly reduces processing time by having fewer, simpler instructions programmed into ROM, but allowing for complex processing by combining these simple instructions; primarily used in workstations.

**RFI**      Radio Frequency Interface—An interface of a programmable switch matrix between the RF test instruments of a CASS RF or CNI configuration to a series of front panel bulkhead connectors.

**RRAS**     Routing and Remote Access Service—Microsoft Windows NT's (RRAS) Routing and Remote Access Service is used for terminating RAS/PPP calls on a Microsoft Windows NT system.

**RRJ**      Registration Reject—A registration request from an H.323 Gateway to an H.323 Gatekeeper was rejected.

**RRQ**      Registration Request—An H.323 Gateway has requested to register with a remote H.323 Gatekeeper endpoint.

**RTP**      Real Time Protocol—The format of the audio/voice data as it travels through VoIP.

**RTS**      Request to Send—An RS-232 signal provided by a DTE device to a DCE device saying "I am ready when you are". The RTS/CTS RS-232 signals are often used for flow control between a modem and serial port.

**SCSI**     Small Computer System Interface—The way the peripherals communicate with the computer's main processor.

**SDL**      Signaling Data Link or Software Download

**SF**       Super Frame—Common framing type used on T1 circuits. SF consists of 12 frames of 192 bits each, with the 193rd bit providing error checking and other functions. SF is superseded by ESF, but is still widely used. Also called D4 framing.

**SCP**      Service Control Points—The SCP stores customer specific information for example, toll free numbers, and converts the information received from the incoming call and directs the call to its destination.

**SIP**      Session Initiation Protocol—Provides advanced telephony services across an IP network.

**SGP**      Signaling Gateway Platform—This is the SS7 Signaling Gateway platform. 3Com's SS7 signaling Gateway is an intelligent service exchange node that integrates services between the circuit and packet networks to deliver significant cost savings with IMTs for voice trunk access instead of ISDN PRIs.

**SLAP**     Signaling LAN Application Protocol—SLAP is the interface between the Total Control Chassis and the external SS7 Gateway system. It replaces the D-channel signaling that normally exists in an ISDN PRI interface. SLAP is 3Com's proprietary software.

**SSP**      Signaling Switch Point—Simply put, this is the telephone switch.

S 1231

**SS7**   Signaling System 7—A global standard for telecommunications as defined by the International Telecommunication Union (ITU). The SS7 standard defines the procedure protocol by which network elements in the PSTN exchange information over a digital signaling network.

**SMS**   System Management Services—Allows provisioning and updating of information on subscribers and services in near-real time for billing and administrative purposes.

**SNMP**   Simple Network Management Protocol—Standardized method of managing and monitoring network devices on TCP/IP-based internets. A standard way for computers to share networking information. In SNMP, two types of communicating devices exist: agents and managers. An agent provides networking information to a manager application running on another computer. The agents and managers share a database of information, called the Management Information Base (MIB). An agent can use a message called a traps-PDU to send unsolicited information to the manager.

**SQL**   Structured Query Language—A standard interactive and programming language for requesting information from and updating databases.

**SRAM**   Static Random Access Memory—Type of RAM that retains its contents for as long as power is supplied. SRAM does not require constant refreshing, like DRAM.

**SS**   Silence Suppression—A way to save on bandwidth by not transmitting the silences or gaps in conversation. A voice compression process where the time when there is no voice being transmitted over the line during a conversation, that space is filled with data, and video transmission on the line.

**SST**   Silence Suppression Threshold—The limit of silence allowed on the voice transmission before data, and video packets are sent on the line. This can be defined by the user.

**STP**   Signal Transfer Point—SS7 Signal Routing Node. It is a very reliable packet switch used to forward signaling messages in an SS7 network. The network switches and the SCPs connect directly to the STPs for message routing.

**SVGA**   Super Video Graphics Array—An enhancement of the VGA display standard. SVGA can display at least 800 pixels horizontally and about 600 lines vertically.

**TCM**   Total Control Manager—See IP Telephony Manager.

**TCP**   Transmission Control Protocol—Connection-oriented protocol that provides a reliable byte stream over IP. A reliable connection means that each end of the session is guaranteed to receive all of the data transmitted by the other end of the connection, in the same order that it was originally transmitted without receiving duplicates.

**TDM**   Time Division Multiplexing—A technique in which information from multiple channels can be allocated bandwidth on a single wire based on preassigned time slots. Bandwidth is allocated to each channel regardless of whether the station has data to transmit.

| | |
|---|---|
| **TDMA** | Time Division Multiplexing Adapter—A device that allows analog voice and data devices to work through an ISDN connection. The terminal adapter is a protocol converter that adapts equipment not designed for ISDN, such as phones, faxes, and modems. |
| **TFTP** | Trivial File Transfer Protocol—simplified version of the File Transfer Protocol (FTP) that transfers files but does not provide password protection or user directory capability. |
| **Total Control Manager** | TCM—See IP Telephony Manager. |
| **UCF** | Unregistration Confirm |
| **UDP** | User Datagram Protocol—Connectionless transport layer protocol in the TCP/IP protocol stack. UDP is a simple protocol that exchanges datagrams without acknowledgments or guaranteed delivery, requiring that error processing and retransmission be handled by other protocols. UDP is defined in RFC 768. |
| **UI** | User Interface—In telephony terms, this is the reference point for the BRI connection between a telephone company local loop and the customer equipment. |
| **UL** | Underwriters Laboratory—A non-profit laboratory that examines and tests items submitted by their manufactures for safety. |
| **UNC Names** | Universal Naming Convention Names—Naming conventions for file names or other resources beginning with '\\', indicating that they exist on a remote computer. |
| **URJ** | Unregistration Reject—This is a call flow message. |
| **URQ** | Unregistration Request—This is a call flow message. |
| **UTP** | Unshielded Twisted Pair— Four-pair wire medium used in a variety of networks. It consists of copper conductors that are electrically balanced. |
| **VDE** | Verbund Deutscher Electronicker—Federation of German Electrical Engineers, similar to the IEEE in the United States. |
| **VFPD** | Virtual Front Panel Display—Refers to the GUI display of the Total Control 1000 chassis. |
| **VoIP** | Voice Over Internet Protocol—A set of protocols for managing the delivery of voice and data information using the Internet Protocol (IP). Voice and data information is sent in digital form in discrete packets over the Internet instead of in analog form over the public switched telephone network (PSTN). A major advantage of VoIP is that it avoids the tolls charged by ordinary telephone service. |
| **VRAM** | Virtual Random Access Memory |
| **WAN** | Wide Area Network—Public or private computer network serving a wide geographic area. |

S 1233

**78**　APPENDIX : GLOSSARY

**ZCS**　Zero Code Suppression—Used primarily with T1. The insertion of a one bit to prevent the transmission of eight consecutive zeros on an active line. When eight or more consecutive zeros are detected on the line, the system considers the line inactive, and releases the line.

# INDEX

## Numerics
10/100 Ethernet Aux I/O NIC specifications 53
130A power supply specifications 50

## A
about this guide ix
Accounting Server 27
acronyms 67
ActiveX 26

## B
Back-end Server 25
Billing Support Server 27, 28
billing system 31

## C
cable type 44
cabling specifications 43
call attempts 23
call control 31, 40
    messages 29
    progress tones 31
    settings 33
    signaling path 33
call detail record (see CDR) 20
call flow 15
    ISUP 35
    PRI 34
    setup 33
    SIP to SIP 39
    SS7 15, 40
    SS7 and SIP 40
    types 33
call models 18
Canada 47
capacity 20
    Gatekeeper 21
    system 20, 31
CDR 20, 23, 27, 31
chassis specifications 49
class-5 switch 14
CODEC 19, 20
CommWorks 5000 29
CommWorks system
    call flows 15
    call models 18
    cards 19
    components 14
    features 31
    messaging 19
    regulatory compliance 47
    specifications 48
components
    Accounting Server 27

Back-end Server 25
Billing Support Server 27, 28
billing system 31
CommWorks system 14
Directory Mapping Server 25
Distributed Directory Server 31
dual-homed 42
fax over IP 31
Gatekeeper 23
Gateway 18
HiPer DSP card 22
HiPer NMC 21, 22
international dialing 31
Provisioning Server 26
SIP Proxy Server 24
software 31
specifications 47
configuration
    Gateway 18
    spans 43
connectors
    RJ45 43
    RJ48C 43
contacting CommWorks Technical Support xi
conventions, document x

## D
data transformation service 28
DHTML 26
Directory Mapping Server 25
    functions 26
Distributed Directory Server 31
documentation, related x
DTS package 28
dual-homed 42

## E
E.164 26
echo cancellation 48
edge server
    capacity 20
    ethernet 45
    ethernet interfaces 44
    NAC specifications 55
    operating system 19
EdgeServer Pro
    NAC specifications 56
    operating system 19
ethernet
    interfaces 44
    pinouts 43
    requirements 43
Exceed 30

## F
fan tray specifications 51
FastStart 33
fax 31
frame size 20

## G
G.711 15, 19
G.723.1 19
    overview 15
G.729A 19
Gatekeeper
    BHCA 23
    capacity 21
    Distributed Directory Server 31
    overview 23
Gateway
    configuration 18
    overview 17
    spans 43
    web access 29
glossary 67

## H
H.225 33
HiPer DSP 22
    cabling 43
    function 21
    NAC specifications 63
    NIC pinouts 42
    NIC specifications 64
    spans 43
HiPer Network Management Card (See HiPer DSP) 21
HiPer NMC
    cabling specifications 44
    ethernet interfaces 43
    functions 22
    SNMP 21
    specifications 52
HP OpenView 29
HP-UX 30
http
    //totalservice@commworks.com. ix
Hummingbird Exceed 30

## I
international dialing 31
International Dialing Support 20, 31
Internet Explorer 30
introduction 13
IP network
    management 41
    voice 41
IP Telephony Manager

S 1235

**80**

managing components 31

**J**
JavaScript 26
jitter buffer
    size 48
junction box 43

**L**
logging 19

**M**
management applications 30
Management Information Base (MIB) 22
management IP network 41
management software 31
messages 19
    real-time 29
Microsoft Internet Explorer 26
Microsoft SQL Server 25

**N**
NANP 26
Network Management Card 21
    proxy agent 28
network planning 41
North American Numbering Plan 26

**O**
operating system 19
overview, CommWorks system 13

**P**
PCI dual ethernet NIC specifications 59
PCM 17
peripheral NIC specifications 57
pinouts
    ethernet 43
    HiPer DSP NIC 42
power supply specifications 50
progress tones 31
Provisioning Server 26
PSTN 17
public switched telephone network (PSTN)
    17
pulse-code modulation 17

**Q**
Q.931 33

**R**
real-time billing 31
regulatory compliance
    Canadian 47
    U.S. 47
related documentation x
release notes ix
requirements
    ethernet 43

RFC 2543 24
RJ45 connectors 43
RJ-48C 43
RJ48C connectors 43
routes, static 42
RTP 15, 48

**S**
SCSI 19
signalling
    SLAP 17
SIP
    call flow 39
    SS7 call flow 40
SIP Proxy Server
    features 24
SLAP 17
SLAP v.2 Protocol 17
SNMP 21, 28
    HiPer NMC 22
    system chart 29
software 31
spans 20
    configuration 43
    Gateway 43
    HiPer DSP 43
specifications 47
    10/100 Ethernet Aux I/O NIC 53
    130A power supply 50
    chassis 49
    edge server NAC 55
    EdgeServer Pro NAC 56
    fan tray 51
    HiPer DSP NAC 63
    HiPer DSP NIC 64
    HiPer NMC NAC 52
    PCI dual ethernet NIC 59
    peripheral NIC 57
    system 48
    Total Control 49
SS7
    call flow 15, 40
    connection types 14
    diagram 15
    SIP call flow 40
    SLAP 17
static routes 42
statistics 29
Sun Solaris 30
Super CDR 28
support xi
switch
    class-5 14
system
    capacity 20, 31
    messages 19
    specifications 48
system flow 29

**T**
T.38 31
terms 67
tones 31
Total Control specifications 49
traffic flow (see call flow) 15
transparent trunking 19

**U**
UDP 48
UDPTL frames 31
UNIX 30

**V**
Van Jacobson compression 48
voice IP network 41
VoIP
    call flow 34
    components 14
    connections 13
    overview 13

**W**
web browser 29
website ix

S 1236