**Lucent Technologies**
Bell Labs Innovations

# MAX TNT®

TAOS 9.1.9 Release Note

For software release 9.1.9
September 30, 2002

S 1562

**Copyright © 2001, 2002 Lucent Technologies Inc. All rights reserved.**

This material is protected by the copyright laws of the United States and other countries. It may not be reproduced, distributed, or altered in any fashion by any entity (either internal or external to Lucent Technologies), except in accordance with applicable agreements, contracts, or licensing, without the express written consent of Lucent Technologies. For permission to reproduce or distribute, please email your request to techcomm@lucent.com.

**Notice**

Every effort was made to ensure that the information in this document was complete and accurate at the time of printing, but information is subject to change.

**European Community (EC) RTTE compliance**

CE  Hereby, Lucent Technologies, declares that the equipment documented in this publication is in compliance with the essential requirements and other relevant provisions of the Radio and Telecommunications Technical Equipment (RTTE) Directive 1999/5/EC.

To view the official *Declaration of Conformity* certificate for this equipment, according to EN 45014, access the Lucent INS online documentation library at http://www.lucentdocs.com/ins.

**Safety, Compliance, and Warranty Information**

Before handling any Lucent Access Networks hardware product, read the *Edge Access and Broadband Access Safety and Compliance Guide* included in your product package. See that guide also to determine how products comply with the electromagnetic interference (EMI) and network compatibility requirements of your country. See the warranty card included in your product package for the limited warranty that Lucent Technologies provides for its products.

**Security Statement**

In rare instances, unauthorized individuals make connections to the telecommunications network through the use of access features.

**Trademarks**

Lucent, the Lucent logo, and all Lucent brand and product names are trademarks or registered trademarks of Lucent Technologies Inc. Other brand and product names are trademarks of their respective holders.

**Ordering Information**

You can order the most up-to-date product information and computer-based training online at http://www.lucentdocs.com.

**Feedback**

Lucent Technologies appreciates customer comments about this manual. Please send them to techcomm@lucent.com.

**Lucent Technologies**

## *Customer Service*

Product and service information, and software upgrades, are available 24 hours a day.
Technical assistance options accommodate varying levels of urgency.

## Finding information and software

To obtain software upgrades, release notes, and addenda for this product, log in to Lucent
OnLine Customer Support at `http://www.lucent.com/support`.

Lucent OnLine Customer Support also provides technical information, product information,
and descriptions of available services. The center is open 24 hours a day, seven days a week.
Log in and select a service.

## Obtaining technical assistance

Lucent OnLine Customer Support at `http://www.lucent.com/support` provides easy
access to technical support. You can obtain technical assistance through email or the Internet,
or by telephone. If you need assistance, make sure that you have the following information
available:

- Active contract number, product name, model, and serial number
- Software version
- Software and hardware options
- If supplied by your carrier, service profile identifiers (SPIDs) associated with your line
- Your local telephone company's switch type and operating mode, such as AT&T 5ESS Custom or Northern Telecom National ISDN-1
- Whether you are routing or bridging with your Lucent product
- Type of computer you are using
- Description of the problem

## Obtaining assistance through email or the Internet

If your services agreement allows, you can communicate directly with a technical engineer
through Email Technical Support or a Live Chat. Select one of these sites when you log in to
`http://www.lucent.com/support`.

### *Calling the technical assistance center (TAC)*

If you cannot find an answer through the tools and information of Lucent OnLine Customer
Support or if you have a very urgent need, contact TAC. Access Lucent OnLine Customer
Support at `http://www.lucent.com/support` and click `Contact Us` for a list of
telephone numbers inside and outside the United States.

Alternatively, call 1-866-LUCENT8 (1-866-582-3688) from any location in North America for
a menu of Lucent services. Or call +1 510-769-6001 for an operator. If you do not have an
active services agreement or contract, you will be charged for time and materials.

S 1564

# Contents

Customer Service ........................................................................................................ iii

**Upgrade and downgrade procedures for TAOS 9.1.9 ..................... 1**

Requirements and recommendations ........................................................................... 1
    Memory requirement in TAOS 9.1.9 ...................................................................... 1
    32MB JEDEC DRAM card required for this release ............................................. 1
    Obtaining the TAOS 9.1.9 software ....................................................................... 1
    Local access to the unit recommended .................................................................. 2
    Saving the system configuration ............................................................................ 3
Upgrade instructions ................................................................................................... 3
    Before you begin upgrading ................................................................................... 3
    Upgrading a standalone MAX TNT unit ................................................................ 3
    Upgrading a multishelf MAX TNT unit ................................................................. 4
Downgrade instructions ............................................................................................... 5
    Downgrading a standalone MAX TNT unit ........................................................... 5
    Downgrading a multishelf MAX TNT unit ............................................................ 6

**TAOS 9.1.9 enhancements and corrections ................................. 9**

TAOS 9.1.9 enhancements ........................................................................................... 9
    Improved POST diagnostics for slot cards ............................................................ 9
    Firmware versions for digital modem cards ........................................................... 9
    Firmware versions for MultiDSP cards .................................................................. 9
TAOS 9.1.9 corrections ............................................................................................... 9

**TAOS 9.1.8 enhancements and corrections ................................. 13**

TAOS 9.1.8 enhancements ........................................................................................... 13
    Improved POST diagnostics for slot cards ............................................................ 13
    Firmware versions for digital modem cards ........................................................... 13
    Firmware versions for MultiDSP cards .................................................................. 13
TAOS 9.1.8 corrections ............................................................................................... 13

**TAOS 9.1.5 enhancements and corrections ................................. 15**

TAOS 9.1.5 enhancements ........................................................................................... 15
    Firmware versions for digital modem cards ........................................................... 15
    Firmware versions for MultiDSP cards .................................................................. 15

**TAOS 9.1.3 enhancements and corrections ................................. 17**

TAOS 9.1.3 enhancements ........................................................................................... 17
    Firmware versions for digital modem cards ........................................................... 17
    Firmware versions for MultiDSP cards .................................................................. 17

S 1565

**Contents**

TAOS 9.1.3 corrections ...................................................................................... 17

**TAOS 9.1.2 enhancements** ........................................................ **21**

Firmware versions for digital modem cards .................................................. 21
Firmware versions for MultiDSP cards .......................................................... 21

**TAOS 9.1.1 enhancements and corrections** ............................ **23**

TAOS 9.1.1 enhancements....................................................................... 23
    Firmware versions for digital modem cards ........................................ 23
    Firmware versions for MultiDSP cards ............................................... 23
    DSCP and TOS support ....................................................................... 24
    Command line changes ......................................................................... 26
    RADIUS support.................................................................................. 27
TAOS 9.1.1 corrected problems ............................................................... 27

**Notices, Known Issues, and Caveats for TAOS 9.1.9** ........... **31**

Notice of compatibility with RFC 2833....................................................... 31
Notice of TAOS license and upgrade changes.............................................. 31
    Price change for base TAOS software ................................................ 31
    Price change for upgrades and maintenance to TAOS 9.1.9 software ........... 31
    Distribution change for TAOS 9.1.9 software ..................................... 32
    TAOS software license agreement change .......................................... 32
Notice of memory requirement in TAOS 9.1.9 ............................................ 32
Notice of support for Universal Port on the 96-port MultiDSP slot card ............ 32
Notice about MultiDSP cards .................................................................... 32
Notice about upgrading slot cards.............................................................. 33
Notice of parameter name changes in the
    External-Auth profile......................................................................... 33
Notice of nonsupport for WORM-ARQ on the 96-port MultiDSP slot card............ 34
Notice of discontinuance of configurable RADIUS port and ID space ................. 34
Notice of a tunneling configuration requirement ......................................... 34
Notice concerning call signaling support on T1 and E1 slot cards ..................... 35
Notice of change in egress call routing configuration .................................... 35
Known issue regarding RFC 2003 compliance............................................... 36
Known issue linking more than one PVC to a single traffic shaper ................... 37
Caveats in this release ............................................................................. 37

S 1566

# Upgrade and downgrade procedures for TAOS 9.1.9

This section shows how to upgrade and downgrade the TAOS software for a MAX TNT unit.

## *Requirements and recommendations*

These recommendations for upgrading MAX TNT units help ensure a smooth upgrade. If you must downgrade from this release to a previous one, please see "Downgrade instructions" on page 5.

### Memory requirement in TAOS 9.1.9

To upgrade to TAOS 9.1.9, your MAX TNT unit must be equipped with the 32MB flash card. Please contact your Lucent sales representative to purchase the 32MB flash card.

### 32MB JEDEC DRAM card required for this release

For this release, the MAX TNT requires a 32MB JEDEC DRAM card (model number TNT-SP-DRAM-32). New MAX TNT units now ship standard with the 32MB DRAM card.

The 32MB JEDEC DRAM card is not hot swappable. To install the card, you must turn off power to the MAX TNT, insert the card, and then turn on power to the MAX TNT. For additional information about the card, contact your sales representative.

### Obtaining the TAOS 9.1.9 software

The MAX TNT TAOS 0.1.x software consists of the following files:

| Filename | Descriptions |
|---|---|
| `tntsrb.bin` | The boot loader. Both T1 and E1 loads use the same boot loader software. Install the appropriate boot loader for your software release when upgrading or downgrading. |
| `tntrel.tar` and `tntrel2.tar` | Tar files (T1 load) that contain images for the shelf controller and all T1-compatible slot cards. |
| `tntrele.tar` and `tntrele2.tar` | Tar files (E1 load) that contain images for the shelf controller and all E1-compatible slot cards. |

If you need further assistance on obtaining the TAOS 9.1.9 software, see "Customer Service" on page iii.

To identify the software that you need based on the slot cards that have been physically installed in your chassis, refer to the following table. This table lists the contents of the tar files that contain the most commonly used slot-card images.

Minimally, you must load the first tar file (`tntrel.tar` or `tntrele.tar`). If your MAX TNT chassis contains additional slot cards (for example, a SWAN slot card), then you must also load the second tar file (`tntrel2.tar` or `tntrele2.tar`).

S 1567

**Upgrade and downgrade procedures for TAOS 9.1.9**
*Requirements and recommendations*

Table 1 lists the contents of the MAX TNT TAOS 9.1.9 tar files.

*Table 1.    Tar file content description*

| Filename | Contents | |
|---|---|---|
| | Description | Slot-card images |
| `tntrel.tar` | Shelf controller | `tntsr` |
| | Ethernet | `tntenet2 tntenet3 tntenet3nd` |
| | HDLC | `tnthdlc2 tnthdlc2ec` |
| | T1-specific images | `tnt8t1 tntt3 tntut1 tntpctfit` |
| | MAX TNT modem images | `tntcsmx tntcsm3v tntmdm56k` |
| | MultiDSP | `tntmadd` |
| `tntrel2.tar` | STM-0 | `tntstm0` |
| | UDS3 | `tntuds3` |
| | DS3-ATM, DS3-ATM-2 | `tntds3atm tntds3atm2` |
| | OC3-ATM | `tntoc3atm tntoc3atm2` |
| | SWAN | `tntswan tntswan2` |
| | Analog modem | `tntamdm` |
| `tntrele.tar` | Shelf controller | `tntsre` |
| | Ethernet | `tntenet2 tntenet3 tntenet3nd` |
| | HDLC | `tnthdlc2 tnthdlc2ec` |
| | E1-specific images | `tnt8e1 tntue1 tntpctfie` |
| | MAX TNT modem images | `tntcsmx tntcsm3v tntmdm56k` |
| | MultiDSP | `tntmadd` |
| `tntrele2.tar` | E3-ATM | `tnte3atm` |
| | OC3-ATM | `tntoc3atm tntoc3atm2` |
| | SWAN | `tntswan tntswan2` |
| | Analog modem | `tntamdm` |

## Local access to the unit recommended

Whenever you install system software, Lucent recommends that you access the unit through the shelf controller serial or LAN port rather than a slot card port.

If your unit is configured with DNIS and CLID passwords, after upgrading from TAOS 8.x to TAOS 9.x, the unit no longer recognizes the `dnis-password` and `clid-password` values that were set in prior releases, and dial-in users might experience a busy tone.

MAX TNT® TAOS 9.1.9 Release Note

S 1568

## Saving the system configuration

As a general practice, always save the system configuration before upgrading or downgrading system software. If you use TFTP to save the system configuration, the target file must exist on the TFTP server and you must have permission to write it. For example, the following commands executed on a TFTP server create a target file and set its permissions:

```
$ touch /tftpboot/config/testcfg.1
$ chmod a=rw /tftpboot/config/testcfg.1
```

Before you save the system configuration, you must enable the `allow-password` permission in the `User` profile to save the configured passwords. If you do not have `allow-password` permission enabled, you are prompted to confirm that you wish to save the configuration without passwords. If you do so and then restore the saved configuration, all passwords in the configuration are wiped out. The following commands executed on the MAX TNT unit save the system's configuration to the target file on the TFTP server and then restore the saved configuration:

```
admin> save network 10.10.10.10 config/testcfg.1
admin> load config network 10.10.10.10 config/testcfg.1
```

**Note:** For additional information about the `save` command and its options, see the *APX 8000/MAX TNT/DSLTNT Reference.*

## *Upgrade instructions*

These instructions show how to upgrade to TAOS 9.1.9 from TAOS version 8.0.x or later. If you are not sure which version the system is running, enter the `version` command. For example:

```
admin> version
Software version 8.0.5
```

**Note:** Under certain conditions, the `load tar` command might not recognize the slot cards and load only the shelf controller image during the upgrade procedure. If this occurs, reset the system and load the tar file again. The second `load tar` command will load the appropriate slot-card images for the system.

## Before you begin upgrading

Before upgrading a standalone or multishelf unit, follow these preliminary steps:

1  Log into the system and save its configuration to a TFTP server. This step is optional but strongly recommended. For details, see "Saving the system configuration" on page 3.

2  Verify that the `load-select` profile is configured either to automatically load only required binaries or to load only selected binaries.

## Upgrading a standalone MAX TNT unit

**Note:** The following steps are order sensitive. To help ensure a smooth upgrade, first perform the preliminary upgrade steps described in the preceding section, and then perform the following steps in the order in which they are shown.

S 1569

**Upgrade and downgrade procedures for TAOS 9.1.9**
*Upgrade instructions*

To upgrade a standalone unit, proceed as follows:

1  Format the flash card (optional). For example:

   `admin> format flash-card-1`

2  Load the boot loader. For example:

   `admin> load boot-sr network 10.10.10.10 tntsrb.bin`

   **Note:** If you upgrade from TAOS 9.0.x or higher, continue with step 4. Otherwise, continue with step 3.

3  Load the tar file. For example:

   `admin> load tar network 10.10.10.10 tntrel.tar`

   **Note:** Skip step 4.

4  Load the tar file. For example:

   `admin> load tar network 10.10.10.10 tntrel.tar tntrel2.tar`

5  Restore the system configuration file (optional). For example:

   `admin> load config network 10.10.10.10 /tftpboot/con-fig/testcfg`

6  Reset the system as follows:

   `admin> reset`

**Note:** The `dnis-password` parameter in the `password-profile` subprofile of the EXTERNAL-AUTH profile has been changed to `DNIS`.

## Upgrading a multishelf MAX TNT unit

**Note:** For multishelf systems, the master shelf and each slave shelf must have a 32MB JEDEC DRAM card (model number TNT-SP-DRAM-32).

**Note:** MultiVoice® is not supported on multishelf systems.

If you are upgrading a multishelf system, you must load the new boot loader to the slave shelves by using the Loadslave command. (The version of the `tntsrb.bin` file on the master shelf must match the `tntsrb.bin` version on the slave shelves. Otherwise, the slave shelves cannot load code from the master shelf.) In addition, you must load a link to a redundant image of the tar file located in onboard flash.

The following steps are order sensitive. To help ensure a smooth upgrade, first perform the preliminary steps described in "Before you begin upgrading" on page 3, and then perform the following steps in the order in which they are shown:

1  Format the flash card (optional). For example:

   `admin> format flash-card-1`

2  Load the boot loader. For example:

   `admin> load boot-sr network 10.10.10.10 tntsrb.bin`

3  Load the new boot loader to the slave shelves. For example, the following command loads the boot loader to a slave shelf with a rotary-switch setting of 2:

   `admin> loadslave 2 boot-sr`

   **Note:** If you are upgrading from TAOS 9.0.x or higher, skip step 4 and continue to step 5.

MAX TNT® TAOS 9.1.9 Release Note

S 1570

4    Load the tar file. For example:

```
admin> load tar network 10.10.10.10 tntrel.tar
```

**Note:** Skip step 5 and continue with step 6.

5    Load the tar file. For example:

```
admin> load tar network 10.10.10.10 tntrel.tar tntrel2.tar
```

6    Use the Loadslave command to load a link to the image2 file, which is a redundant compressed image of the of the binary in the NVRAM. For example, the following command loads the image to a slave shelf with a rotary-switch setting of 2:

```
admin> loadslave 2 image2
```

7    Restore the system configuration file (optional). For example:

```
admin> load config network 10.10.10.10 /tftpboot/con-
fig/testcfg
```

8    Reset the system, as follows:

```
admin> reset -a
```

## Downgrade instructions

Because releases are not necessarily backward compatible, Lucent recommends that you always restore a backup configuration made under the previous version or one of its predecessors.

**Note:** If you must downgrade, you must have serial access to the MAX TNT. See the previous *MAX TNT TAOS 9.0 Release Notes* at `http://www.lucent.com/support/documentation.html`.

### Downgrading a standalone MAX TNT unit

To restore a previous software version (prior to TAOS 9.1.9), proceed as follows:

1    Format the flash card. For example:

```
admin> format flash-card-1
```

2    Load the previous version of the boot loader. For example:

```
admin> load boot-sr network 10.10.10.10 tntsrb.bin
```

**Note:** If downgrading to a previous software version prior to 9.0.x, continue with step 3. Otherwise, continue with step 4.

3    Load the previous version of the tar file. For example, to load via TFTP from a local host:

```
admin> load tar network 10.10.10.10 tntrel.tar
```

**Note:** Skip step 4 and continue with step 5.

4    Load the previous version of the tar file files.

```
admin> load tar network tntrel.tar tntrel2.tar
```

5    Clear all profiles by entering the nvram command. For example:

```
admin> nvram
```

S 1571

6    Log into the system via the serial connection. Open the `IP-Interface` profile for the
     shelf controller and set the address. For example:

```
admin> read ip-interface { { 1 controller 1 } 0}
IP-INTERFACE/{ { shelf-1 controller 1 } 0 } read

admin> set ip-address = 10.10.10.2/24

admin> write
IP-INTERFACE/{ { shelf-1 controller 1 } 0 } written
```

7    Load a backup configuration made under the restored software version or one of its
     predecessors. For example:

```
admin> load config network 10.10.10.10 config/801-config
```

8    Reset the system. This step is required. For example:

```
admin> reset
```

## Downgrading a multishelf MAX TNT unit

If you are downgrading a multishelf system, you must load the restored boot loader to the slave
shelves by using the Loadslave command. (The version of the `tntsrb.bin` file on the
master shelf must match the `tntsrb.bin` version on the slave shelves. Otherwise, the slave
shelves cannot load code from the master shelf.) In addition, you must load a link to a
redundant image of the restored tar file. To downgrade a multishelf unit, proceed as follows:

1    Format the flash card. For example:

```
admin> format flash-card-1
```

2    Load the boot loader. For example:

```
admin> load boot-sr network 10.10.10.10 tntsrb.bin
```

3    Load the new boot loader to the slave shelves. For example, the following command loads
     the boot loader to a slave shelf with a rotary-switch setting of 2:

```
admin> loadslave 2 boot-sr
```

   **Note:** If you are downgrading to a TAOS version prior to 9.0.x, continue with step 4.
   Otherwise, continue with step 5.

4    Load the tar file. For example:

```
admin> load tar network 10.10.10.10 tntrel.tar
```

   **Note:** Skip step 5 and continue with step 6.

5    Load the tar files. For example:

```
admin> load tar network 10.10.10.10 tntrel.tar tntrel2.tar
```

6    Use the Loadslave command to load a link to the image2 file, which is a compressed
     image of the binary in the NVRAM. For example, the following command loads the
     image to a slave shelf with a rotary-switch setting of 2:

```
admin> loadslave 2 image2
```

7    Clear all profiles by entering the nvram command. For example:

```
admin> nvram
```

S 1572

8   Log into the system (master shelf) via the serial connection. Open the `IP-Interface`
    profile for the shelf controller and set the IP address. For example:

```
admin> read ip-interface { { 1 controller 1 } 0}
IP-INTERFACE/{ { shelf-1 controller 1 } 0 } read
admin> set ip-address = 10.10.10.2/24
admin> write
IP-INTERFACE/{ { shelf-1 controller 1 } 0 } written
```

9   Load a backup configuration made under the restored software version or one of its
    predecessors. For example:

```
admin> load config network 10.10.10.10 /tftpboot/config/801-
config
```

    **Note:** Steps 10 and 11 are required and are order sensitive.

10  To enable the shelf controller as master shelf, reset the system as follows:

```
admin> reset
```

11  To enable the system as a multishelf system, reset the system as follows:

```
admin> reset -a
```

S 1573

# TAOS 9.1.9 enhancements and corrections

TAOS 9.1.9 introduced new enhancements and corrected certain problems from the previous release.

## TAOS 9.1.9 enhancements

TAOS 9.1.9 includes the following enhancements.

### Improved POST diagnostics for slot cards

The power-on and self test (POST) logic has been improved. Slot cards that pass POST with previous software releases might now be declared defective.

### Firmware versions for digital modem cards

The Mindspeed (formerly known as Conexant) firmware versions for the MAX TNT Digital Modem slot cards include support for V.90, K56flex, K56plus, and all slower, standard modem speeds. This release includes the following Mindspeed firmware:

- Series56 Digital Modem slot cards (also called CSM/1, TNT-SL-48MOD-S56) support V2.0982-K56_DLP_CSM firmware.
- Series56 II Digital Modem slot cards (also called CSM/3, TNT-SL-48MOD-SGL and TNT-SL-48MOD-S-C) support V5.817 firmware.
- Series56 III Digital Modem slot cards (also called CSMV/3, TNT-SL-48MODV3-S-C) support V5.8175 firmware.

### Firmware versions for MultiDSP cards

TAOS 9.1.9 includes the following Lucent firmware versions for the MAX TNT MultiDSP slot cards:

- 48-port MultiDSP slot cards (TNTP-SL-ADI-C or TNTV-SL-ADI-C) support Controller V0.1.71, Modem DSP V0.1909.0, and VoIP DSP V3.0.52 Lucent firmware.
- 96-port MultiDSP slot cards (APX8-SL-96DSP) support Controller V0.1.71, Modem DSP V0.1909.0, and VoIP DSP V3.0.52 Lucent firmware.

## TAOS 9.1.9 corrections

Table 2 lists the change requests (CR) identification numbers and the problems corrected in TAOS 9.1.9.

*Table 2.    Change request ID numbers and problems corrected in TAOS 9.1.9*

| CR ID | Problem corrected |
|-------|-------------------|
| 6002416 | TAOS units sent some periodical accounting records to the RADIUS server even when the `acct-sess-interval` parameter was set to 0. |
| 7006834 | Ethernet-2 slot cards rebooted with a Warning 179 message and no fatal errors. |

S 1574

**TAOS 9.1.9 enhancements and corrections**
*TAOS 9.1.9 corrections*

*Table 2.    Change request ID numbers and problems corrected in TAOS 9.1.9 (continued)*

| CR ID | Problem corrected |
|---|---|
| 7006963 | The TAOS unit was receiving FE36 resets on the 96-port MultiDSP modem card upon upgrade to the current software. |
| 7007016 | Binary FTP client downloads were hanging when a call was established with a Nokia mobile phone using V.120 Point-to-Point Protocol (PPP) and a user rate of 19.2 or 28.8Kbps. The problem occured after 8 to 12 Kb of data was transfered from a CSM3/V or HDLC2 slot card to the client (client download or get). |
| 7007103 | The HDLC2 and Ethernet-2 slot cards reset daily with FE42. Warning messages 179 and 104 were also logged. |
| 7007108 | Approximately half of TAOS units with Ethernet-2 slot cards were experiencing `index 95 (Card bounced, timeout failure)`. |
| 7007110 | On the Ethernet-3ND slot card, the SNMP agent incorrectly populated RFC 2233 MIB objects. The Ethernet-3ND was also inconsistent with Ether-3 and Ethernet-2 slot cards. |
| 7007138 | TAOS units forwarded the Hot Standby Routing Protocol (HSRP) multicast packet with the source IP address as the Cisco IP address. |
| 7007140 | After rebooting, the TAOS unit received the following fatal error three times before the system came up:<br>`Shelf-Controller FE36: _gmonTextCount + 0.` |
| 7007150 | The TAOS unit missed some autonomous system external linked state advertisements (LSAs) in the Open Shortest Path First (OSPF) database that were present in OSPF routing table |
| 7007153 | The `call-log-key` and `shared-secret` were still visible when `allow-password` was set to `no`. |
| 7007186 | When downing E1 slot (using the `slot -d` command), the Access SS7 Gateway Control Protocol (ASGCP) message was not sent to the ASG. |
| 7007216 | After a PPP a session was established, Sharp's Picwalk SH712m PHS mobile phones with terminated web browser PPP PIAFs calls sent a DNS query to the DNS server. Approximately half of the time the TAOS unit did not forward the first DNS response packet back to the PIAFS terminal when the remote address was assigned from an IP pool and the call went through Ethernet-3ND slot card. |
| 7007221 | Data Filters were not being applied when Dialed Number Information Service (DNIS) authentication was used on Remote Authentication Dial-In User Service (RADIUS). |
| 7007267 | A `Login-User` with a RADIUS profile failed a Telnet session after 5 seconds. |
| 7007278 | The SNMP trap received from the TAOS unit was posted as the wrong data type (`Wrong type: should be Counter32`). |
| 7007280 | The TAOS unit sent an SNMP trap to network management system (NMS) when its configuration was changed, but the trap reported `Admin` or `NULL` instead of the actual `username` of the person making the configuration change. |

MAX TNT® TAOS 9.1.9 Release Note

S 1575

Table 2.    *Change request ID numbers and problems corrected in TAOS 9.1.9 (continued)*

| CR ID | Problem corrected |
|---|---|
| 7007315 | There was either a mismatch in the management information base (MIB) between the interface index of the soft IP address reported in the `ipAddrTable` and in the `ifTable`, or the interface index of the soft IP address reported in these tables was the same. This impacted the way the TAOS unit was discovered in network management software, and prevented correct supervision of the network access server in HP OpenView. |
| 7007351 | TAOS units rejected incoming V.120 calls at the Integrated Digital Services Network (ISDN) when incoming Q.931 setup messages containedlogical link control (LLC) information and V.120 bearer capatibility.  The call was not routed to a modem card, and was released on the E1 slot card with an `Incompatible Destination` message. |
| 7007356 | Fragmented 1500 byte packets were incorrectly compressed with MS-STACK and Mircrosoft Point-to-Point Compression (MPPC). |
| 7007385 | FTP sessions over Mircrosoft Point-to-Point Compression (MPPC) froze on both Win98SE and Win2k at approximately 99% during an `ftp get` transfer. |
| 7007388 | The Layer 2 Tunneling Protocol (L2TP) user name length was limited to 31 characters when using the L2TP access concentrator (LAC) Proxy Link Control Protocol (LCP). |
| 7007391 | A terminal server Point-to-Point Protocol (PPP) delay was applied to V.120 and X.75 asynchronous calls when Dial Number Information Service (DNIS) pre-authentication and an immediate service, such as Raw Transport Control Protocol (TCP), was used. |
| 7007407 | There was a V.92 connection problem with Zoom serial modems. |
| 7007499 | When users connected to a BZ5000 switch placed a VoIP call to a TAOS unit, they did not receive a voice announcement. The voice announcement was sent from the TAOS unit to the switch, but the switch was unable to pass  it on to the user because the extension bit (bit 8) of the third octet needed to be set to 1 and the TAOS unit was sending a value of 0. |
| 7007523 | The Courier Modem I did not work with V.34 emulation. |
| 7007527 | TAOS unit either corrupted or duplicated tones received at the egress gateway. In traces, PIN tones were received in altered form and propagated to the switch. |
| 7007534 | Microsoft Challange Handshake Authentication Protocol (MS-CHAP) V1 authenication via RADIUS failed. |
| 7007535 | When an `IP TCP SYN` packet was sent to an unreachable TCP port (for example, port 80) on the open virtual router interface or system address, the `TCP RST ACK` reply packet was sent by the TAOS unit originating from the main router interface. |
| 7007555 | The T3 slot card crashing with FE18 and shut down the quadrant. |
| 7007586 | Data link connection identifier (DLCI) backup did not work when Frame Relay Direct was used. |
| N/A | A `sysConfigChangeTrap(30)` was not sent when the configuration was modified using the Simple Network Management Protocol (SNMP). |

S 1576

# TAOS 9.1.8 enhancements and corrections

TAOS 9.1.8 introduced new enhancements and corrected certain problems from the previous release.

## TAOS 9.1.8 enhancements

TAOS 9.1.8 includes the following enhancements.

### Improved POST diagnostics for slot cards

The power-on and self test (POST) logic has been improved. Slot cards that pass POST with previous software releases might now be declared defective.

### Firmware versions for digital modem cards

The Mindspeed (formerly known as Conexant) firmware versions for the MAX TNT Digital Modem slot cards include support for V.90, K56flex, K56plus, and all slower, standard modem speeds. This release includes the following Mindspeed firmware:

* Series56 Digital Modem slot cards (also called CSM/1, TNT-SL-48MOD-S56) support V2.0982-K56_DLP_CSM firmware.
* Series56 II Digital Modem slot cards (also called CSM/3, TNT-SL-48MOD-SGL and TNT-SL-48MOD-S-C) support V5.817 firmware.
* Series56 III Digital Modem slot cards (also called CSMV/3, TNT-SL-48MODV3-S-C) support V5.8175 firmware.

### Firmware versions for MultiDSP cards

This release includes the following Lucent firmware versions for the MAX TNT MultiDSP slot cards:

* 48-port MultiDSP slot cards (TNTP-SL-ADI-C or TNTV-SL-ADI-C) support Controller V0.1.69, Modem DSP V0.1908.0, and VoIP DSP V3.6.2 Lucent firmware.
* 96-port MultiDSP slot cards (APX8-SL-96DSP) support Controller V0.1.69, Modem DSP V0.1908.0, and VoIP DSP V3.6.2 Lucent firmware.

## TAOS 9.1.8 corrections

Table 3 lists the change requests (CR) identification numbers and the problems corrected in TAOS 9.1.8.

*Table 3.    Change request ID numbers and problems corrected in TAOS 9.1.8*

| CR ID | Problem corrected |
|-------|-------------------|
| N/A | ATMP: when the HA-HR connection was MP or MPP, only one channel worked. |

S 1577

**TAOS 9.1.8 enhancements and corrections**
*TAOS 9.1.8 corrections*

*Table 3.    Change request ID numbers and problems corrected in TAOS 9.1.8 (continued)*

| CR ID | Problem corrected |
|---|---|
| 7006665 | No RADIUS accounting `Tunnel-Link-Stop` packet was being sent for an incoming call on an L2TP access concentrator (LAC) when the call went down before ICRQ was sent for the call. |
| 7006816 | The `ipportmap` statistics were not being updated when IP packets were routed via fast-path. |
| 7006924 | A consistent fatal error 29 on ingress HDLC resource card was occuring when the MAX TNT shelf controller command, `filterdisp` was issued when dial-in user was connected to `vrouter != main`. |
| 7007004 | Sessions were reported to have filters present when they infact did not. This happened for the sessions that came up after the TAOS unit had reached its stress condition( maximum calls up). |
| 7007003 | When an `ip-route` profile was created, the route was added to the interface as a permanent static route, even though the interface it was tied to was temporary—therefore the route got added without the TEMP flag. Because only routes with a TEMP flag are deleted when a call goes down, routes without a TEMP flag persisted even after the interface they were tied to no longer existed. When an attempt was made to send updates of such routes to the slots, a Warning 179 occured. |
| 7006483 | The virtual channel fault-management was not working on OC3-ATM cards |
| 7006818 | The `filterdisp` command could not retrieve filter contents for CLID or DNIS authenticated sessions, even though filters were properly applied. |
| 7006685 | There were 0.2% data packet loss for SDTN. |
| 7006867 | The pseudo route functionality was not working properly. |
| 7007047 | Changing the `call-route` profile when a TAOS unit was under heavy stress caused a Warning 179. |
| 7007086 | In the syslog messages of IPDC call setups, many LAN information records of the followoing type were found: Cause 806 maps to "channel unacceptable". Some calls were being dropped because the lines were under yellow alarm. |
| 7007104 | Cancellation of voice announcements were not successful when cancellation requests were sent within 50 milliseconds of sending of the actual request for playing the announcement. |
| 6000646 | MultiDSP card could not be limited to lower modulation using the `+MS=3` answer string. |
| 7007050 | There was a high percentage of no carrier calls on MultiDSP cards compared to CSM cards, in Japan. |
| 7007051 | The V.92 quick connect was not efficient. |
| 7007085 | On MultiDSP cards, there was a high packet latency every 30 seconds at low speed v.34 modulation. |
| 7007096 | A double-free of an `mbuf` was causing CSM3v cards to reboot every two minutes with the following warnings and fatal errors:Warning 104, Warning 179, Warning 150 and FE 1, FE 8, FE 29. |

14

MAX TNT® TAOS 9.1.9 Release Note

S 1578

# TAOS 9.1.5 enhancements and corrections

TAOS 9.1.5 introduced new enhancements and corrected certain problems from the previous release.

 **Note:** TAOS 9.1.5 includes improved resistance to Denial of Service attempts.

## *TAOS 9.1.5 enhancements*

TAOS 9.1.5 includes the following digital modem enhancements.

### Firmware versions for digital modem cards

The Mindspeed (formerly known as Conexant) firmware versions for the MAX TNT Digital Modem slot cards include support for V.90, K56flex, K56plus, and all slower, standard modem speeds. This release includes the following Mindspeed firmware:

*   Series56 Digital Modem slot cards (also called CSM/1, TNT-SL-48MOD-S56) support V2.0982-K56_2M_DLP_CSM firmware.
*   Series56 II Digital Modem slot cards (also called CSM/3, TNT-SL-48MOD-SGL and TNT-SL-48MOD-S-C) support V5.8177 firmware.
*   Series56 III Digital Modem slot cards (also called CSMV/3, TNT-SL-48MODV3-S-C) support V5.8177 firmware.

### Firmware versions for MultiDSP cards

This release includes the following Lucent firmware versions for the MAX TNT MultiDSP slot cards:

*   48-port MultiDSP slot cards (TNTP-SL-ADI-C or TNTV-SL-ADI-C) support Controller V0.1.59, Modem DSP V0.1903.0, and VoIP DSP V3.6.2 Lucent firmware.
*   96-port MultiDSP slot cards (APX8-SL-96DSP) support Controller V0.1.59, Modem DSP V0.1903.0, and VoIP DSP V3.6.2 Lucent firmware.

S 1579

# TAOS 9.1.3 enhancements and corrections

TAOS 9.1.3 introduced new enhancements and corrected certain problems from the previous release.

## TAOS 9.1.3 enhancements

TAOS 9.1.3 includes the following digital modem enhancements.

### Firmware versions for digital modem cards

The Mindspeed (formerly known as Conexant) firmware versions for the MAX TNT Digital Modem slot cards include support for V.90, K56flex, K56plus, and all slower, standard modem speeds. This release includes the following Mindspeed firmware:

- Series56 Digital Modem slot cards (also called CSM/1, TNT-SL-48MOD-S56) support V2.0982-K56_2M_DLP_CSM firmware.
- Series56 II Digital Modem slot cards (also called CSM/3, TNT-SL-48MOD-SGL and TNT-SL-48MOD-S-C) support V5.8177 firmware.
- Series56 III Digital Modem slot cards (also called CSMV/3, TNT-SL-48MODV3-S-C) support V5.8177 firmware.

### Firmware versions for MultiDSP cards

This release includes the following Lucent firmware versions for the MAX TNT MultiDSP slot cards:

- 48-port MultiDSP slot cards (TNTP-SL-ADI-C or TNTV-SL-ADI-C) support Controller V0.1.59, Modem DSP V0.1903.0, and VoIP DSP V3.6.2 Lucent firmware.
- 96-port MultiDSP slot cards (APX8-SL-96DSP) support Controller V0.1.59, Modem DSP V0.1903.0, and VoIP DSP V3.6.2 Lucent firmware.

## TAOS 9.1.3 corrections

Table 4 lists the trouble report (TR) identification numbers and the problems corrected in TAOS 9.1.3.

*Table 4.    Trouble report ID numbers and problems corrected in TAOS 9.1.3*

| TR ID | Problem corrected |
|---|---|
| 6001658 | The TAOS unit could not bundle two 64K nailed channels between a TNT unit and a P50 D64s2 line. |
| 6002284 | The successful connection rate (for dial-in users) was down to 80% in the TNT with DS3 interfaces. |
| 6002335 | User sessions authenticated through RADIUS using `Ascend-Telnet-Profile = admin` were unable to perform many administration functions, such as save the configuration to flash or network or open a trunk card. |

S 1580

**TAOS 9.1.3 enhancements and corrections**
*TAOS 9.1.3 corrections*

*Table 4.    Trouble report ID numbers and problems corrected in TAOS 9.1.3 (continued)*

| TR ID | Problem corrected |
|-------|-------------------|
| 6002537 | Treatment of IPX net numbers for IPX dialin clients was inconsistent with other branches. |
| 6002459 | Suspect modems were being accessed before remaining available modems were used, causing suspect modems to be used over and over and increasing call failure rate. |
| 6002522 | When a coredump was taken on a modem card, the CLID or DNIS information was not present in the stop packet of the call-logging record or in the RADIUS packets. |
| 6002574 | The client was using the DNS addresses that the TNT unit sent it in the configure nonacknowledgment (cf-nak) rather than using the DNS addresses that it had been statically assigned and that it indicated it wanted to use in the configure request. |
| 7000009 | SS7: After an administrative reset, the TNT unit generated a series of 179 warnings. |
| 7000019 | The TNT unit was not accepting multiple formats of Radius Attributes. |
| 7000045 | Stacked data was being sent to the shelf controller when an IP address was configured. |
| 7000046 | Egress PRI calls failed when, in the configuration for the lines ( in the `T1 profile:line-interface:signaling-mode`) the signaling type is defined through the parameter with Feature Group D—either `inband-fgd-in-fgd-out` or `inband-fgd-in-fgc-out`. |
| 7000084 | V.110 calls were not being answered. |
| 7000093 | Call-logging did not roll back to host 1 at host reset time. |
| 7000100 | There was an error in Faststart procedure in which the TNT unit returned fast connect elements. In the call proceeding, the TNT unit did not choose the fast connect transmition proposition proposed in the Setup. |
| 7000101, 7000120 | TNT unit failed to open H.245 logical channel, causing release of call. |
| 7000126 | The TNT unit added routing entries and summerized the pool even though `Pool-Summary = No`. |
| 7006386 | The TNT unit did not re-transmit unacknowledged high-level data link control-normal response mode (HDLC-NRM) packets.. |
| 7006448 | When `Call-Routing-Sort-Method = Slot-First`, the second channel call was not routed to the same slot. With call routing by telephone numbers, calls were routed to the wrong slot even though the telephone number was specified in the Call-Route profile. |
| 7006454 | The values for bytes and packets received during a session and bytes and packets sent during the same session did not equal the bytes sent (0x93), packets sent (0x91), bytes received (0x9E), and packets received (0x9D). |
| 7006469 | The `-a` option to the `callroute` command was missing in the interface. |

MAX TNT® TAOS 9.1.9 Release Note

S 1581

**TAOS 9.1.3 enhancements and corrections**
*TAOS 9.1.3 corrections*

*Table 4.    Trouble report ID numbers and problems corrected in TAOS 9.1.3 (continued)*

| TR ID | Problem corrected |
|-------|-------------------|
| 7006475 | A TNT unit, configured in standard (non faststart) mode, was resetting with VoIP calls initiated from an OpenPhone H323 client configured in faststart mode. |
| 7006485 | The TAOS unit was receiving 179 warnings on Madd and Madd2 cards. |
| 7006490 | The Madd and CSMX cards were generating 179 warnings. |

S 1582

# TAOS 9.1.2 enhancements

TAOS 9.1.2 includes the following digital modem enhancements.

## *Firmware versions for digital modem cards*

The Mindspeed (formerly known as Conexant) firmware versions for the MAX TNT Digital Modem slot cards include support for V.90, K56flex, K56plus, and all slower, standard modem speeds. This release includes the following Mindspeed firmware:

- Series56 Digital Modem slot cards (also called CSM/1, TNT-SL-48MOD-S56) support V2.0982-K56_2M_DLP_CSM firmware.
- Series56 II Digital Modem slot cards (also called CSM/3, TNT-SL-48MOD-SGL and TNT-SL-48MOD-S-C) support V5.8177 firmware.
- Series56 III Digital Modem slot cards (also called CSMV/3, TNT-SL-48MODV3-S-C) support V5.8177 firmware.

## *Firmware versions for MultiDSP cards*

This release includes the following Lucent firmware versions for the MAX TNT MultiDSP slot cards:

- 48-port MultiDSP slot cards (TNTP-SL-ADI-C or TNTV-SL-ADI-C) support Controller V0.1.55, Modem DSP V0.1902.0, and VoIP DSP V3.6.2 Lucent firmware.
- 96-port MultiDSP slot cards (APX8-SL-96DSP) support Controller V0.1.55, Modem DSP V0.1902.0, and VoIP DSP V3.6.2 Lucent firmware.

S 1583

# TAOS 9.1.1 enhancements and corrections

TAOS 9.1.1 includes the following new enhancements and corrected certain problems from the previous release.

## TAOS 9.1.1 enhancements

TAOS 9.1.1 includes the following modem manager enhancements.

### Firmware versions for digital modem cards

The Mindspeed (formerly known as Conexant) firmware versions for the MAX TNT Digital Modem slot cards include support for V.90, K56flex, K56plus, and all slower, standard modem speeds. This release includes the following Mindspeed firmware:

- Series56 Digital Modem slot cards (also called CSM/1, TNT-SL-48MOD-S56) support V2.0982-K56_2M_DLP_CSM firmware.
- Series56 II Digital Modem slot cards (also called CSM/3, TNT-SL-48MOD-SGL and TNT-SL-48MOD-S-C) support V5.8177 firmware.
- Series56 III Digital Modem slot cards (also called CSMV/3, TNT-SL-48MODV3-S-C) support V5.8177 firmware.

### Firmware versions for MultiDSP cards

This release includes the following Lucent firmware versions for the MAX TNT MultiDSP slot cards:

- 48-port MultiDSP slot cards (TNTP-SL-ADI-C or TNTV-SL-ADI-C) support Controller V0.1.53, Modem DSP V0.1902.0, and VoIP DSP V3.6.2 Lucent firmware.
- 96-port MultiDSP slot cards (APX8-SL-96DSP) support Controller V0.1.53, Modem DSP V0.1902.0, and VoIP DSP V3.6.2 Lucent firmware.

This MultiDSP firmware addresses the following trouble reports:

1   Silence timer fixes       (TR 6001445)

    The two silence timers fixed in this release include:

    –   Retrain timer, and

    –   PH2-PH3 silence timer

    Prior to this release, modem clients did not respond to retrains initiated by server modems. This issue resulted in abnormal disconnects. The fix of the retrain timer reduced abnormal disconnects and also corrected PH2-PH3 silence timer settings.

2   V90 rate mask fix       (TR 6002242)

    Prior to this release, some client modems would always attempt to connect at 50667bps. Previous versions of TAOS incorrectly published a lack of support for 50667bps connections. This scenario sometimes resulted in the client modem disconnecting before establishing a data connection. Modems that experienced this problem included Jaguar2000, Legend, T&W, and the TP568. This TAOS release adds support for 50667bps connections.

S 1584

3    Spectral shaper fix        (TR 6001214/6001235)

In prior TAOS releases, some modems would fail to connect to MultiDSP slot cards over slightly degraded circuits. This release modifies the spectral shaping characteristics and provides better connection success rates with client modems such as the AZT MR2800 and the COM1 light modem 56k.

4    MOH disabled by default fix        (TR 6002284)

In prior TAOS releases, the Modem-on-Hold (MOH) feature disabled by default. Enabling the MOH feature would occasionally interfere with a call that was not using MOH. This release fixes that problem and has MOH enabled by default.

5    TRN1D timer fix        (TR 6002242)

This release increases the TRN1D timeout. Some client modems perform better with the MultiDSP slot cards when the TRN1D timeout has been increased.

6    V22 power level fix        (TR 6002540)

In prior TAOS releases, some client modems would fail to establish a connection when connecting to MultiDSP slot cards using V22/V22bis and would fall back to Bell 103. This release fixes this problem.

7    V8 bit mask fix        (TR 6001795/6006001)

In prior TAOS releases, the bits in the V8 masks indicating support of V23 were incorrectly set to 0. This caused some client modems to disconnect when attempting to establish a connection using V23 through V8. This release fixes this problem by setting the appropriate bits to 1, which indicate support for V23.

# DSCP and TOS support

TAOS 9.1.0 provided Differentiated Services Code Point (DSCP) support by adding configurable parameters to the Connection, Filter, and VoIP profiles and a new RADIUS attribute to support the ability to mark packets for differentiated services that are compatible with RFC 2474 ("Definition of the Differentiated Services Field in the IPv4 and IPv6 Headers", December, 1998).

**Note:** For 9.1.x releases, queuing strategies, per-hop behaviors, and other QoS schemes defined in RFC 2474 are not supported.

## Differentiating class of service

In TAOS 9.1.x, DSCP and Type of Service (TOS) marking is supported on the OC3-ATM2 slot card. However, if configured, it will incur a performance overhead. The following example illustrates this behavior.

The location of the tos-options subprofile within the connection profile is:

CONNECTION > ip-options > tos-options

The following is an example of the tos-options subprofile, named test1.

```
[in CONNECTION/test1:ip-options:tos-options]
active = no
precedence = 000
type-of-service = normal
apply-to = incoming
```

S 1585

```
marking-type = precedence-tos
dscp = 00
```

In this example of the tos-options subprofile, the active field is set to no. This indicates that TOS marking will not be activated on the IP packets and the performance penalty will not be incurred.

If the `active` field is set to yes, the profile will look as follows:

```
[in CONNECTION/test1:ip-options:tos-options]
active = yes
precedence = 000
type-of-service = normal
apply-to = incoming
marking-type = precedence-tos
dscp = 00
```

The packets which arrive at the OC3-ATM2 slot card from the ATM interface are marked with the TOS byte, since the `apply-to` field defines the direction of the packet as incoming. This means that incoming packets will incurr a performance penalty but outgoing packets will not.

Similarly, if the `apply-to` field is changed to `outgoing` the profile looks as follows:

```
[in CONNECTION/test1:ip-options:tos-options (changed)]
active = yes
precedence = 000
type-of-service = normal
apply-to = outgoing
marking-type = precedence-tos
dscp = 00
```

Packets which are destined to egress through the OC3-ATM2 slot card will incurr a performance penalty, whereas packets arriving at the OC3-ATM2 slot card will not incurr this penalty.

Likewise, if the `apply-to` field is set to `both`, the profile looks as follows:

```
[in CONNECTION/test1:ip-options:tos-options]
active = yes
precedence = 000
type-of-service = normal
apply-to = both
marking-type = precedence-tos
dscp = 00
```

Packets destined to arrive at and egress through the OC3-ATM2 slot card will incurr the performance penalty.

**Note:** This behavior does not affect connection profiles configured for ingress host cards. More specifically, if a users connection profile has TOS enabled, and the card connects to an ingress host card (e.g. 48-port MultiDSP slot card), packets sent from that profile will have the TOS byte marked in the IP header (on the ingress-host card), and if the packets egress through the OC3-ATM2 slot card, they will not incurr the performance penalty; provided that TOS is not enabled on the OC3-ATM2 slot card connection profile.

S 1586

**TAOS 9.1.1 enhancements and corrections**
*TAOS 9.1.1 enhancements*

## Command line changes

The following two parameters have been added to the `Connection`, `Filter`, and `VoIP` profiles:

| Parameter | Setting |
|---|---|
| `marking-type` | `precedence-tos` (default)—specifies RFC 791 as the standard to differentiate class of service |
| `dscp` | `dscp`—specifies RFC 2474 as the standard to differentiate class of service. The DSCP value if DSCP is specified in the `marking-type` parameter. Values can range from 00 to FF (hexidecimal) |

**Note:** Although all eight bits of the second octet in the IP packet header can be set by entering hexidecimal values from 00 to FF, to stay compliant with RFC 2474 only the first six bits should be set, by entering values from 00 to 3F.

### Connection profiles

In a `Connection` profile, the new DSCP parameters are located in the `tos-options` subprofile, as shown in the following example:

```
[in CONNECTION/test-profile:ip-options:tos-options]
active = no
precedence = 000
type-of-service = normal
apply-to = incoming
marking-type = precedence-tos
dscp = 00
```

### Filter profiles

In a `Filter` profile, the new DSCP parameters are located in the `tos-filter` subprofile of a specific input or output filter, as shown in the following example:

```
[in FILTER/test-filt:input-filters[1]:tos-filter]
protocol = 0
source-address-mask = 0.0.0.0
source-address = 0.0.0.0
dest-address-mask = 0.0.0.0
dest-address = 0.0.0.0
Src-Port-Cmp = none
source-port = 0
Dst-Port-Cmp = 0
dest-port = 0
precedence = 000
type-of-service = normal
marking-type = precedence-tos
dscp = 00
```

S 1587

*VoIP profiles*

In the `VoIP` profile, the new DSCP attributes are located in the `tos-options` subprofile, as shown in the following example:

```
[in VOIP/{ "" "" }:tos-options]
active = no
precedence = 101
type-of-service = latency
apply-to = both
marking-type = precedence-tos
dscp = 00
```

## RADIUS support

A new VSA RADIUS attribute has been defined to support DSCP marking from RADIUS profiles. The following attribute has been added to the RADIUS dictionary file:

```
ATTRIBUTE        Ascend-IP-DSCP              3        integer
```

The following attribute values have been added to the dictionary file:

```
VALUE Ascend-IP-TOS IP-TOS-Dscp                        128
VALUE Ascend-IP-DSCP IP-DSCP-Default                     0
```

To select DSCP marking over the default `Precedence-TOS` marking, the `Ascend-IP-TOS` `RADIUS` attribute must be set to `IP-TOS-Dscp`. The new `Ascend-IP-DSCP` `RADIUS` attribute is used to specify the DSCP value to be set in the `Connection` profile. The value specified in the `RADIUS` profile must be the decimal equivalent of the binary bit setting desired in the second octet of the IP packet header.

Following is an example RADIUS profile, named `test2`. The last two lines show how to specify the use of DSCP marking and set the DSCP value to 252.

```
test    Password             =       "test2"
        Ascend-Route-IP      =       Route-IP-Yes,
        Ascend-Bridge        =       Bridge-No,
        Ascend-Idle-Limit    =       0,
        Ascend-IP-TOS        =       IP-TOS-Dscp,
        Ascend-IP-TOS-DSCP   =       252
```

# TAOS 9.1.1 corrected problems

Table 5 lists the trouble report (TR) identification numbers and the problems corrected in TAOS 9.1.1.

*Table 5.    Trouble report ID numbers and problems corrected in TAOS 9.1.1*

| TR ID | Problem corrected |
|-------|-------------------|
| TR 6000936 | Warning 330 and FE42 (fatal error) messages were appearing on CSM3V slot cards in TAOS units. (The FE42 index decoded as FATAL_READY_HANG_FAULT. The Warning 330 index decoded as ERROR_GDB_PROTECTION_FAULT.) |

S 1588

**TAOS 9.1.1 enhancements and corrections**
*TAOS 9.1.1 corrected problems*

Table 5.    Trouble report ID numbers and problems corrected in TAOS 9.1.1 (continued)

| TR ID | Problem corrected |
|-------|-------------------|
| TR 6001020 | Modems in TAOS units were sometimes moved to the suspect list for inadequate reasons. |
| TR 6001758 | TAOS units were not correctly handling L2TP packets larger than 1500 bytes. |
| TR 6001935 | The L2TP M-bit was incorrectly set to 0 instead of 1 for AVP 29 and AVP 32. |
| TR 6001986 | The `netstat -i` command reported incorrect values for the DS3-ATM, OC3-ATM, and E3-ATM slot cards. |
| TR 6002013 | The `refresh -p` command sometimes failed to correctly update routes in the routing table. |
| TR 6002076 | L2TP authentication sometimes failed because the `hostname` field length was too small. |
| TR 6002118 | TAOS units with a CSMX Modem slot card sometimes experienced Warning 179 errors. |
| TR 6002133 | When configured to use two-stage dialing, the MultiVoice® Gateway did not prompt the user for the end point phone number. |
| TR 6002143 | MultiVoice® Gateways did not successfully place fax calls to some destinations. |
| TR 6002167 | Some NT users were unable to establish a PPTP session, receiving the error message `GRE_PB: No listener for protocol 0x880B`. |
| TR 6002170 | When adding channels to an MP connection, TAOS units ignored the subaddress in the BACP field. |
| TR 6002171 | An incorrect Caller ID was assigned to incoming ISDN calls whose caller ID was suppressed. |
| TR 6002172 | A TAOS unit could leave an SS7/CIC in a connected state even after the call was disconnected. |
| TR 6002189 | The SNMP queue did not recover correctly after being flooded. |
| TR 6002197 | Slot cards could report an incorrect time even though the shelf controller was correctly set. |
| TR 6002201 | A TAOS unit could experience Warning 179 when a T1 line was disconnected. |
| TR 6002209 | When receiving ISDN connections, CSMV3 slot cards could incorrectly log `invalid mdm con str`. |
| TR 6002216 | When a TAOS unit had the default MRU set to 1500 for Multilink PPP sessions some packet loss could be experienced. |
| TR 6002220 | When using redundant Ethernet links, incorrect routes and packet loss could result from disconnecting one of those links. |

S 1589

*Table 5.    Trouble report ID numbers and problems corrected in TAOS 9.1.1 (continued)*

| TR ID | Problem corrected |
|---|---|
| TR 6002227 | MAX TNT units could incorrectly leave E1 channels in a seized state instead of releasing them to idle. |
| TR 6002233 | MultiVoice® Gateways incorrectly detected a phase-reversal CED and failed to report fax v.21 flags. |
| TR 6002261 | MAX TNT units were unable to use BACP to initiate lowering the available bandwidth by dropping a channel during an ISDN MPPP call. |
| TR 6002275 | T1 slot cards set to an all zeros idle pattern would incorrectly have an all ones idle pattern after the card was rebooted. |
| TR 6002279 | A TAOS unit with a CSMX modem slot card could experience a fatal error. |
| TR 6002320 | TAOS units with MADD or CSM3V slot cards could experience FE8, FE29, or FE42 errors. |
| TR 6002354 | Performing an open command that requires a DNS lookup could cause a Warning 999 error. |
| TR 6002366/ TR 6002494 | Long syslog messages were truncated. |
| TR 6002367 | The pbecho command reported incomplete information. |
| TR 6002369 | Multiple nailed T1s between two TAOS units in a MPP configuration did not function correctly. |
| TR 6002395 | The MADD2-SNMP agent incorrectly set the mdmIDProductDetails string. |
| TR 6002412 | When a MultiVoice® Gateway was configured as a multiple logical gateway (MLG) using two-stage dialing, it could not use transparent cause codes. |
| TR 6002418 | PPTP-connected web browsers failed to display JPEG images because buffers larger than those supported by HDLC were not transmitted. |
| TR 6002423 | The MultiVoice® Gateway was incorrectly set to use B3 as the busy tone for Brazil instead of the correct B2. |
| TR 6002442 | TAOS units upgraded to TAOS 9.1.0 were not able to send data across frame relay switched PVCs. |
| TR 6002448 | ATMP tunnels would incorrectly remain active even after it's PVC got disconnected. |
| TR 6002458 | If an E1 profile had the number-complete parameter set to time-out, a Warning 179 could occur. |
| TR 6002468 | Tag 0x99 (estimated average latency) has been added in IPDC messages (RCR/ACR), which is supported by SoftSwitch. |
| TR 6002504 | An incorrect LCN was being returned by a MultiVoice® Gateway in FastStart elements. |

S 1590

**TAOS 9.1.1 enhancements and corrections**
*TAOS 9.1.1 corrected problems*

*Table 5.    Trouble report ID numbers and problems corrected in TAOS 9.1.1 (continued)*

| TR ID | Problem corrected |
|-------|-------------------|
| TR 6002505 | H.323 calls made by a MultiVoice® Gateway configured with video codecs that included CIFs were resetting. |
| TR 6002512 | IP-IP decapsulation was not supported even when doing IP-IP encapsulation. |
| TR 6002528 | DSCP (Differentiated Services Code Point) marking did not work correctly for OC3-ATM2 slot cards. Only the first packet was marked. |
| TR 6002534 | When the d-channel became unavailable, it was reported in the Line/T1-stats and SNMP trap as a d-channel failure. |
| TR 6002536 | When an E1 line was configured in NT mode, the MultiVoice® Gateway erroneously requested an optional Q.931 Information Element (IE). |
| TR 6002537 | The RADIUS IPX network node attribute would not be correctly transferred for ATMP sessions. |
| TR 6002539 | There were some layer 3 compliance problems in regard to ITU-T Q.931. Some connections were incorrectly established even when sent illegal information. |
| N/A | After call establishment and when voice announcements were repeated continuously, all audio was lost. |
| N/A | Audibility was lost in DRQ messages (forced drop calls) but was successful in PIN and DNIS requests. |

MAX TNT® TAOS 9.1.9 Release Note

S 1591

# Notices, Known Issues, and Caveats for TAOS 9.1.9

Read these notices and known issues carefully before upgrading to TAOS 9.1.9 software.

## *Notice of compatibility with RFC 2833*

When using RFC 2833 for dual-tone multifrequency (DTMF) tone-passing, and passing the following tones:

- *
- #
- A
- B
- C
- D

TAOS software versions 9.1.0 through 9.1.7, and TAOS 10.0 will have compatiblity problems with TAOS 9.1.9. TAOS software versions 9.1.9 and onward, and TAOS 10.0.1 and onward, are compliant with RFC 2833.

## *Notice of TAOS license and upgrade changes*

For the release of TAOS 9.1.9, the following changes are now in effect for TAOS base software and TAOS software upgrades, service, and maintenance.

### Price change for base TAOS software

With the release of TAOS 9.1.9, the MAX TNT, APX 8000, MAX 6000 and MAX 3000 hardware platforms and TAOS software are priced separately. The TAOS software license is now a mandatory item for any new order. The license grants licensees the right to use the base TAOS 9.1.9 software on the specific platform purchased. *The right to upgrade to a subsequent TAOS minor or major software release that includes new operating system software features is no longer included as part of the base TAOS software license.*

### Price change for upgrades and maintenance to TAOS 9.1.9 software

Upgrades to TAOS 9.1.9 software and subsequent releases for the MAX TNT, APX 8000, MAX 3000, and MAX 6000 platforms are available through Lucent Worldwide Services as part of an annual Software Upgrade and Maintenance Service contract. These contracts are priced separately for each platform and include the following software and services:

- TAOS software updates, upgrades, and support
- TAOS software options (hashcodes), updates, upgrades, and support
- Remote technical support
- Hardware maintenance and return

S 1592