Only customers with an established Software Upgrade and Maintenance Service contract are authorized to upgrade designated TAOS-enabled units to TAOS 9.1.9 and to download the required TAOS 9.1.9 software files.

## Distribution change for TAOS 9.1.9 software

TAOS 9.1.9 and subsequent general-availability TAOS software releases are no longer available from `ftp.ascend.com`. Upgrades to TAOS 9.1.9 and all subsequent releases and updates (maintenance releases) will be available instead from the Lucent Worldwide Services software front-end Web site at `http://www.eSight.com`.

## TAOS software license agreement change

Lucent Technologies is introducing a new software license agreement that grants you a personal, nontransferable, nonexclusive right to use TAOS 9.1.9 in object code form only, and its accompanying documentation. The agreement prohibits you from loading or using TAOS software on any unit of Lucent equipment other than the unit for which you purchased the software, unless otherwise agreed upon in writing by Lucent.

Use of TAOS software on any equipment other than that for which it was obtained, or any material breach of these conditions, immediately and automatically terminates the license. Lucent reserves the right to pursue all available legal remedies to enforce the terms and conditions of the software license.

## *Notice of memory requirement in TAOS 9.1.9*

To upgrade to TAOS 9.1.9, your TAOS unit must be equipped with the 32MB flash card. Please contact your Lucent sales representative to purchase the 32MB flash card.

## *Notice of support for Universal Port on the 96-port MultiDSP slot card*

The following is a correction to the *MAX TNT TAOS 9.0 Release Note*.

The 96-port MultiDSP slot card currently supports mixing voice and data services on the same card. The following combination of services are supported:

- 96 VoIP and modem sessions, in any combination, with VoIP using either the G.729 or G.711 audio codec
- 96 VoIP sessions using either the G.729 or G.711 audio codec
- 96 modem sessions

A total of 96 ports is supported on this card.

## *Notice about MultiDSP cards*

In TAOS 9.1.9, you can combine 48-port and 96-port MultiDSP cards in a MAX TNT unit for V.90 and ISDN dial-up termination.

S 1593

# Notice about upgrading slot cards

If you replace a fast (100 MB) Ethernet-1 slot card (TNT-SL-E100) with a newer Ethernet card (TNT-SL-E10-100 or TNT-SL-E100-V-C) that supports MultiVoice®, you must write new Ethernet profiles for the new card. The old Ethernet profiles do not carry forward.

If you replace an older Hybrid Access slot card (TNT-SL-HA128 or TNT-SL-HA192) with a newer Hybrid Access card (TNT-SL-HDLC2 or TNT-SL-HDLC2-EC-C), you must write new profiles for the new cards.

If you replace a Series56 modem card (TNT-SL-48MOD-S56, TNT-SL-48MOD-SGL, TNT-SL-48MOD-S-C or TNT-SL-48MODV3-S-C) with a MultiDSP card (TNTP-SL-ADI-C, TNTV-SL-ADI-C, or APX8-SL-96DSP), you must write new profiles for the new cards.

When changing the slot card type for any slot, execute the `slot -r` command after downing (`slot -d`) or removing the existing card and before inserting a different slot card type.

# Notice of parameter name changes in the External-Auth profile

In TAOS 8.0.x, the `dnis-password` and `clid-password` parameters were added to the External-Auth profile. With these parameters, you were able to set RADIUS passwords for DNIS and CLID preauthentication.

In TAOS 9.0, the `dnis-password` and `clid-password` parameters were moved to the `password` subprofile of the External-Auth profile. The parameter names were also changed, as shown in the following sample subprofile (shown with default values):

```
[in EXTERNAL-AUTH:password-profile]
clid = Ascend-CLID
dnis = Ascend-DNIS
```

If your unit is configured with DNIS and CLID passwords, after upgrading from TAOS 8.0.x to TAOS 9.1.9, the unit will no longer recognize the `dnis-password` and `clid-password` values that were set in prior releases and dial-in users might experience a busy tone.

To restore the DNIS and CLID preauthorization passwords, you must apply the value of the `dnis-password` and `clid-password` parameters (set in earlier TAOS 8.0.x releases), to the new `dnis` and `clid` parameters as follows:

```
admin> read external-auth
EXTERNAL-AUTH read

admin> set password-profile dnis = secretdnis

admin> set password-profile clid = secretclid

admin> write
EXTERNAL-AUTH written
```

S 1594

## Notice of nonsupport for WORM-ARQ on the 96-port MultiDSP slot card

WORM-ARQ is not currently supported on the 96-port MultiDSP slot card. In TAOS 9.1.9, WORM-ARQ for personal digital cellular (PDC) phones is supported *only* on the 48-port MultiDSP slot card. NTT DoCoMo developed the WORM-ARQ technology to maintain transmission quality for PDC wireless phones in Japan. The Lucent Technologies WORM-ARQ license can be enabled only for the 48-port MultiDSP slot card.

## Notice of discontinuance of configurable RADIUS port and ID space

In TAOS 8.0.x, the default settings for User Datagram Protocol (UDP) source ports and ID spaces for communication with a RADIUS server specified the use of a unique source port for each card and a distinct ID space for both authentication and accounting requests. However, the MAX TNT unit could be configured to use a single source port and ID space system wide, to accommodate certain RADIUS server daemons that had a system-unique requirement.

Because no known RADIUS servers continue to maintain this requirement, and because the unit's port density makes the use of a single port and ID space undesirable, with TAOS 9.1.0, and TAOS 9.1.9, the MAX TNT always uses port-unique source ports and always sends RADIUS authentication and accounting requests with distinct RADIUS IDs. The following parameters are therefore no longer supported and have been removed from the External-Auth profile:

```
[EXTERNAL-AUTH]
rad-id-space = distinct
rad-id-source-unique = port-unique
```

**Note:** The rad-ip-space and rad-id-source-unique parameters no longer appear in the External-Auth profile in TAOS 9.1.9. If you downgrade the unit to an earlier release, the parameters revert to their default values for that release.

## Notice of a tunneling configuration requirement

If you are configuring Ascend Tunnel Management Protocol (ATMP), Layer 2 Tunneling Protocol (L2TP), or Point-to-Point Tunneling Protocol (PPTP) on a TAOS unit, you must set the System-IP-Address parameter of the IP-Global profile to specify a system IP address.

S 1595

# Notice concerning call signaling support on T1 and E1 slot cards

When configuring call signaling support on E1 trunks:

*   Do not configure R1/R2 multi-frequency (MF) signaling and R2 dual-tone multi-frequency (DTMF) signaling for different trunks on the same E1 slot card.

    When configuring call signaling on E1 trunks, the MAX TNT loads only one tone look-up table per slot card. The tone look-up tables for R1/R2 MF and R2 DTMF signaling are unique to the call signaling type specified by the `Signaling-Mode` parameter. The MF tone look-up table will not support DTMF signaling, and the DTMF tone look-up table will not support R1/R2 MF signaling.

When configuring call signaling support on T1 trunks:

*   Do not configure ISDN or inband, robbed-bit signaling and Feature Group D (FGD) signaling for different trunks on the same T1 slot card. The tone look-up tables for FGD are unique to the call signaling requirements for Access Tandem switching.

*   Do not configure inband multifrequency (MF) signaling and inband dual-tone multi-frequency (DTMF) signaling for different trunks on the same T1 slot card. The tone look-up tables are unique to the call signaling type specified by the `Signaling-Mode` parameter. The MF tone look-up table will not support DTMF signaling, and the DTMF tone look-up table will not support MF signaling.

# Notice of change in egress call routing configuration

Internal changes made to MultiVoice® in TAOS 8.0-118.1 still apply in TAOS 9.1.9, which cause the MAX TNT unit to check both the `Call-Route` and the `T1 > Line-Interface > Channel-Config > Channel-Config#N` profile when determining which slot and line is used to route the call. When determining call routes, MultiVoice® will use:

1   The `Trunk Group` parameter in the `Call-Route` profile to identify slot cards where the call can be routed

2   The `Trunk Group` parameter at the `T1 > Line-Interface > Channel-Config > Channel-Config#N` profile to identify a line/DS0, if any are available, which can egress the call.

In the following example, T1 slot cards are installed in Slot 12 and Slot 13. For the T1 card in Slot 12 of the MAX TNT, all eight T1 trunks are assigned to trunk group 12 using the `Trunk-Group` parameter in both the `Call-Route` profile for the T1 slot card and the `T1 > Line-Interface > Channel-Config > Channel-Config#N` profiles for each DS0 as follows:

```
tnt45>list
[in CALL-ROUTE/{ { { shelf-1 slot-12 0 } 0 } 0 }]
index* = { { { shelf-1 slot-12 0 } 0 } 0 }
trunk-group = 12
phone-number = ""
preferred-source = { { any-shelf any-slot 0 } 0 }
call-route-type = trunk-call-type
```

S 1596

```
tnt45>list 1
[in T1/{ shelf-1 slot-12 1 }:line-interface:channel-con-
fig[1]]
channel-usage = switched-channel
trunk-group = 12
phone-number = ""
call-route-info = { any-shelf any-slot 0 }
```

When configuring call routing, you must provision the following:

1  At the least, a T1 or an E1 profile must have a trunk group set at the slot or line level which matches the trunk group prefixed to a call's dial string. Setting `trunk-group=0` is equivalent to specifying any trunk group.

2  All channels on the same line must be specified with the same trunk group .

3  If a call is accepted onto a slot card, you must have at least one line and channel on that card with a matching trunk group in `T1 > Line-Interface > Channel-Config`

It is recommended to always create a `Call-Route` profile for each line of a T1 card. Specify the trunk group at the line level and for each channel at the channel level. In the following example, on the T1 slot card installed in Slot 7, the first T1 trunk is assigned to trunk group 7 using the `Trunk-Group` parameter in the Call-Route profile for that T1 trunk and the `T1 > Line-Interface > Channel-Config > Channel-Config[1]` profile as follows:

```
admin>list
[in CALL-ROUTE/{ { { shelf-1 slot-7 1 } 0 } 3 } ]
index* = { { { shelf-1 slot-7 1 } 0 } 3 }
trunk-group = 7
phone-number = ""
preferred-source = { { any-shelf any-slot 0 } 0 }
call-route-type = voip-call-type

admin>list 1
[in T1/{ shelf-1 slot-7 1 }:line-interface:channel-con-
fig[1]]
channel-usage = switched-channel
trunk-group = 7
phone-number = ""
call-route-info = { any-shelf any-slot 0 }
```

Though other methods may work in limited situations, these are not discussed here because they usually do not scale to multiple T1 card configurations that use trunk groups.

# Known issue regarding RFC 2003 compliance

In TAOS 9.1.1, RFC 2003 compliant IP in IP encapsulation is implemented by setting an appropriate RADIUS Tunnel-Type Attribute in a RADIUS users record to pass a value of seven (7) to the TAOS unit. The TAOS dictionary indicates the Tunnel Type Attribute as "IP-in-IP". Other RADIUS dictionaries may secify "IP-IP".

S 1597

# Known issue linking more than one PVC to a single traffic shaper

In TAOS 9.1.9, when two or more private virtual circuits (PVCs) are configured to use the same traffic shaper, one PVC can consume more than its proportional share of the shaper's transmit buffers, preventing other PVCs from transmitting at their maximum allowed bandwidth.

As long as none of the PVCs exceed their respective bandwidth limits, traffic shaping performs as expected. However, if one of the PVCs exceeds its bandwidth limit, it can use all of the traffic shaper's pool resources, potentially preventing all throughput from other PVCs in the pool. In cases where more than one PVC in a pool is requesting more than its alloted benefit, the PVC with the most traffic has the highest probability of obtaining pool resources.

# Caveats in this release

You should be aware of the following issues in TAOS 9.1.9 software:

- As new features are added to each TAOS release, the amount of memory used by the operating system increases. TAOS units will report less available memory with each subsequent release.

- Before changing an ATM connection's (VPI-VCI) assignment, you must disable the connection on a MAX TNT unit's OC3 (copper) ATM slot card (TNT-SL-OC3-C) or a MAX TNT unit's OC3 (fiber) ATM slot card (TNT-SL-OC3-F).

- Multilink Protocol (MP) bonding of analog calls is supported, but some client modems and software might have compatibility problems.

- Configurable receive and transmit data rate limits are not supported on the MAX TNT unchannelized DS3-ATM slot card (TNT-SL-UDS3A). Configurable receive and transmit data rate limits *are* supported on the unchannelized DS3 Frame slot card (TNT-SL-UDS3).

S 1598

# EXHIBIT 10

S 1599



# MAX TNT® True Access™ Operating System (TAOS) 8.0-103 (MultiVoice)

Addendum

Part Number: 7820-0683-001
For software version 8.0-103
April 2000

**Copyright© 2000 Lucent Technologies. All Rights Reserved.**

This material is protected by the copyright laws of the United States and other countries. It may not be reproduced, distributed, or altered in any fashion by any entity (either internal or external to Lucent Technologies), except in accordance with applicable agreements, contracts or licensing, without the express written consent of Lucent Technologies, Inc.

**Notice**

Every effort was made to ensure that the information in this document was complete and accurate at the time of printing. However, information is subject to change.

**Security Statement**

In rare instances, unauthorized individuals make connections to the telecommunications network through the use of access features.

**Trademarks**

DSLPipe, DSLMAX, DSL Terminator, DSLTNT, MAX, MAX TNT, MultiDSL, MultiVoice, Pipeline, GRF, NavisRadius, NavisAccess, and Stinger are trademarks of Lucent Technologies. Other trademarks and trade names mentioned in this publication belong to their respective owners.

**Ordering Information**

To order copies of this document, contact your Lucent Technologies representative or reseller.

**Support Telephone Numbers**

For a menu of support and other services, call (800) 272-3634. Or call (510) 769-6001 for an operator.

**Lucent Technologies**

S 1601

# Contents

Customer Service................................................................................................................... vii


## Notices and known issues ............................................. ix

Notice about MAX TNT TAOS 8.0.1 and 8.0-103 ........................................ ix

Notice of modified RADIUS port and ID space defaults........................................ ix

Notice of modified behavior during IPDC negotiation .......................................... x

Notice of discontinuance of software support........................................ x

Notice about upgrading slot cards ........................................ x

Known issues in this release ........................................ xi


## Upgrade and downgrade procedures ............................. 1

Requirements and recommendations ........................................................................ 1
Obtaining the MAX TNT TAOS 8.0-103 software ........................................ 1
Local access to the unit recommended ........................................ 1
32-MB JEDEC DRAM card required for this release ........................................ 1
Flash size limitations for this upgrade ........................................ 1
Saving the system configuration ........................................ 2

Upgrade instructions........................................................................ 3
If you are upgrading from MAX TNT TAOS 7.0V ........................................ 3
Upgrading a standalone MAX TNT unit ........................................ 4
Upgrading a multishelf MAX TNT unit ........................................ 4

Downgrade instructions........................................................................ 6
Downgrading a standalone MAX TNT unit ........................................ 6
Downgrading a multishelf MAX TNT unit ........................................ 7

S 1602

## MultiVoice features in MAX TNT TAOS 8.0-103 ............. 9

*Modem manager*..........................................................................................................................**9**
*Firmware versions for digital modems* ........................................................................... *9*
*Firmware versions for MultiDSP cards* ........................................................................ *9*
*Series56 III modem card support* ...................................................................................... *9*
*Expanded MultiDSP card support* ................................................................................... *10*

*MultiVoice operations* ...........................................................................................................**10**
*System requirements for VoIP* .......................................................................................... *11*
*Ethernet requirements for VoIP processing* ................................................................... *11*
    Full-duplex mode required ............................................................................. 11
    Compatible configuration in connecting port of hub or router ......................... 12
*Overview of VoIP call routing* ......................................................................................... *12*
*Overview of VoIP in an H.323v2 environment* ............................................................. *13*
*Overview of VoIP in an SS7 IPDC 0.12 environment* .................................................. *14*
*General system configuration for VoIP support* ............................................................ *15*
    Disabling ICMP Destination Unreachable packets for VoIP calls .................... 15
    Preventing receipt of UDP packets until VoIP calls are set up ...................... 16
    System settings for VoIP operations ................................................................ 17
*Call route configuration* ..................................................................................................... *18*
    Using DNIS-specific trunk mappings ............................................................. 18
    Process voice and data calls on different MultiDSP cards ............................. 19
    Configuring preferred source routing .............................................................. 21
    Use trunk routing (optional) for outbound voice calls ..................................... 21
*VoIP call management and performance settings* ......................................................... *22*
*New VoIP profile settings in MAX TNT TAOS 8.0-103* .............................................. *23*
    Configuring multiple logical gateways (MLG) ............................................... 24
    New Trunk and Call status reporting ............................................................. 27
    Trunk and DS0 selection (per call) ................................................................. 28
    Configuring the H.245 pipeline signal model ................................................. 29
    Enabling fax packet redundancy .................................................................... 30
    Enabling fixed-sized fax packets for backwards compatibility ....................... 32
    Configuring the fax data transmission rate ..................................................... 32
*Modified E1 profile settings in MAX TNT TAOS 8.0-103* ........................................... *33*
    Enabling DTMF-R2 signal processing ............................................................ 34
    Collecting 15-digit dial strings ....................................................................... 35
*New VoIP profile settings in MAX TNT TAOS 8.0.1* .................................................. *35*
    Storing voice announcements in the FAT-16 flash memory file system ........... 36
    Allowing fallback to alternate codecs ............................................................ 37
    Deactivating trunks used for VoIP calls ......................................................... 37
    Enabling early ringback .................................................................................. 38
    Trunk prefixing ............................................................................................... 39
*Real-time fax* ......................................................................................................................... *39*
    Overview of real-time fax settings ................................................................. 39
    Example real-time fax configuration ............................................................... 40
*Transparent modem* ............................................................................................................. *40*
    Overview of transparent modem settings ....................................................... 40
    Example transparent modem configuration ..................................................... 41
*Using transparent modem with real-time fax* ................................................................ *41*
    Example real-time fax and transparent modem configuration ......................... 41
    Limitation for low-speed modems .................................................................. 42

S 1603

*IPDC message support for modifying parameters* ........................................................ *42*
*IPDC message support for fax and transparent modem* ............................................... *43*
*New trunk features for VoIP calls* ............................................................................... *43*
    Configurable interdigit timer for T1 inband signaling ...................................... 43
    Delaying charges until call is answered (true connect) ..................................... 44
    Gatekeeper CLID substitution ........................................................................... 45
*RT-24 (proprietary) codec support* ............................................................................. *46*
*G.728 codec support* .................................................................................................... *46*
*SNMP: Support for the VoIP MIB (ascend 28)* .......................................................... *47*
*SNMP: Traps for VoIP-related conditions* .................................................................. *48*
*NavisAccess support for VoIP call reporting* .............................................................. *49*
    Start records ...................................................................................................... 49
    Stop records ....................................................................................................... 50
    Call Progress records ........................................................................................ 51

S 1604

# *Customer Service*

Customer Service provides a variety of options for obtaining information about Lucent products and services, software upgrades, and technical assistance.

## Finding information and software on the Internet

Visit the Web site at `http://www.ascend.com` for technical information, product information, and descriptions of available services.

Visit the FTP site at `ftp.ascend.com` for software upgrades, release notes, and addenda to this manual.

## Obtaining technical assistance

You can obtain technical assistance by telephone, email, fax, modem, or regular mail, as well as over the Internet.

### *Enabling Lucent to assist you*

If you need to contact Lucent for help with a problem, make sure that you have the following information when you call or that you include it in your correspondence:

- Product name and model.
- Software and hardware options.
- Software version.
- If supplied by your carrier, Service Profile Identifiers (SPIDs) associated with your line.
- Your local telephone company's switch type and operating mode, such as AT&T 5ESS Custom or Northern Telecom National ISDN-1.
- Whether you are routing or bridging with your Lucent product.
- Type of computer you are using.
- Description of the problem.

### *Calling Lucent from within the United States*

In the U.S., you can take advantage of Priority Technical Assistance or an Advantage service contract, or you can call to request assistance.

#### *Priority Technical Assistance*

If you need to talk to an engineer right away, call (900) 555-2763 to reach the Priority Call queue. The charge of $2.95 per minute does not begin to accrue until you are connected to an engineer. Average wait times are less than three minutes.

#### *Advantage Services*

Advantage Services is a comprehensive selection of services. Installation services help get your Lucent Wide Area Network (WAN) off to the right start. Ongoing maintenance and

---

MAX TNT TAOS 8.0-103 (MultiVoice) Addendum                                          vii

S 1605

support services provide hardware and software solutions to keep your network operating at peak performance. For more information, call (800) 272-3634, or access the Web site at www.ascend.com and select Services and Support, then Advantage Services.

### Other telephone numbers

For a menu of Lucent's services, call (800) 272-363. Or call (510) 769-6001 for an operator.

## Calling Lucent from outside the United States

You can contact Lucent by telephone from outside the United States at one of the following numbers:

| Telephone outside the United States | (510) 769-8027 |
| --- | --- |
| Austria/Germany/Switzerland | (+33) 492 96 5672 |
| Benelux | (+33) 492 96 5674 |
| France | (+33) 492 96 5673 |
| Italy | (+33) 492 96 5676 |
| Japan | (+81) 3 5325 7397 |
| Middle East/Africa | (+33) 492 96 5679 |
| Scandinavia | (+33) 492 96 5677 |
| Spain/Portugal | (+33) 492 96 5675 |
| UK | (+33) 492 96 5671 |

For the Asia Pacific Region, you can find additional support resources at http://apac.ascend.com

## Obtaining assistance through correspondence

Lucent maintains two email addresses for technical support questions. One is for customers in the United States, and the other is for customers in Europe, the Middle East, and Asia. If you prefer to correspond by fax, BBS, or regular mail, please direct your inquiry to Lucent's U.S. offices. Following are the ways in which you can reach Customer Service:

- Email from within the U.S.—support@ascend.com
- Email from Europe, the Middle East, or Asia—EMEAsupport@ascend.com
- Fax—(510) 814-2312
- Customer Support BBS (by modem)—(510) 814-2302

Write to Lucent at the following address:

Attn: Customer Service
Lucent Technologies
1701 Harbor Bay Parkway
Alameda, CA 94502-3002

MAX TNT TAOS 8.0-103 (MultiVoice) Addendum

S 1606

# Notices and known issues

## *Notice about MAX TNT TAOS 8.0.1 and 8.0-103*

The core and extended features available in MAX TNT TAOS 8.0.1 are incorporated in TAOS 8.0-103. Details about using TAOS features, other than MultiVoice, may be found in the MAX TNT *True Access™ Operating System (TAOS) 8.0.1 Addendum.*

## *Notice of modified RADIUS port and ID space defaults*

**Note:** This modification could cause authentication failures with RADIUS servers that do not support distinct UDP source ports. If your RADIUS server does not support authentication requests from multiple source ports, you must reset the modified parameters to their previous values.

The default settings for User Datagram Protocol (UDP) source ports and ID spaces for communication with a RADIUS server have been changed from single to multiple. Following are the relevant parameters, shown with the new default settings:

```
[EXTERNAL-AUTH]
rad-id-space = distinct
rad-id-source-unique = port-unique
```

MAX TNT units can use either a single global source UDP port for all slot cards, or a unique port for each card. Similarly, a unit can use one ID space for both authentication and accounting requests, or a distinct space for each type of request.

Previous TAOS versions recommended the use of multiple source ports and ID spaces for performance reasons, and because use of a single source port and ID space reduces the number of simultaneous requests that the unit can generate. However, the default settings configured a single global source port and ID space to ensure compatibility with all RADIUS servers.

In this release, the default settings have been changed to the recommended values.

If the system was already using the recommended settings, this change will have no effect.

Systems that used the previous default settings will respond as follows:

*   If the RADIUS server supports distinct source ports, the system will experience a slight improvement in performance.

*   If the RADIUS server does not support distinct source ports, the system will experience problems with RADIUS authentication and accounting.

To communicate with RADIUS servers that do not support distinct source ports, you must modify the External-Auth profile as follows to restore the parameters to their previous values:

```
admin> read external-auth
EXTERNAL-AUTH read

admin> set rad-id-space = unified

admin> set rad-id-source-unique = system-unique
```

S 1607

```
admin> write
EXTERNAL-AUTH written
```

# Notice of modified behavior during IPDC negotiation

In previous releases, the MAX TNT unit's system address was used during IP Device Control (IPDC) protocol negotiation. In previous releases, if the System-IP-Addr parameter was null, the shelf controller IP address was used.

Since MAX TNT TAOS 8.0.1, the MAX TNT unit requires a valid System-IP-Addr setting to complete IPDC negotiation. For example, the following commands explicitly set the system address to the shelf controller IP address:

```
admin> get ip-int { {1 c 1} 0} ip-address
ip-address = 10.2.3.4

admin> read ip-global
IP-GLOBAL read

admin> set system-ip-addr = 10.2.3.4

admin> write
IP-GLOBAL written
```

**Note:** If the System-IP-Addr setting is null, the system terminates PPP connections during the IPCP negotiation phase.

# Notice of discontinuance of software support

Software support has been discontinued for the MAX TNT Ethernet-0 slot card (TNT-SL-E10), the Fast (100 MB) Ethernet-1 slot card (TNT-SL-E100), and the older MAX TNT Hybrid Access slot cards (TNT-SL-HA128 and TNT-SL-HA192).

# Notice about upgrading slot cards

If you replace a MAX TNT Fast (100 MB) Ethernet-1 slot card (TNT-SL-E100) with a newer Ethernet card (TNT-SL-E10-100 or TNT-SL-E100-V-C), you must write new Ethernet profiles for the new card. The old Ethernet profiles do not carry forward.

If you replace an older MAX TNT Hybrid Access slot card (TNT-SL-HA128 or TNT-SL-HA192) with a newer Hybrid Access card (TNT-SL-HDLC2 or TNT-SL-HDLC2-EC-C), and if you replace a MAX TNT Series56 modem card (TNT-SL-48MOD-S56) with a newer Series56 card (TNT-SL-48MOD-S-C or TNT-SL-48MODV3-S-C), you must write new profiles for the new cards.

If you replace a Series56 modem card (TNT-SL-48MOD-S56, TNT-SL-48MOD-SGL, TNT-SL-48MOD-S-C or TNT-SL-48MODV3-S-C) with a MultiDSP card (TNTP-SL-ADI-C, TNTV-SL-ADI-C, or APX8-SL-96DSP), you must write new profiles for the new cards.

For any slot whose card type is being changed, you should perform a `slot -r` command after downing (`slot -d`) or removing the existing card prior to inserting a new card type.

S 1608

# Known issues in this release

- LAN-Modem profiles contain entries for 96 devices. For the 96-port MultiDSP card, all 96 entries in the profile are used. For 48-port modem cards (Series56 modem card (TNT-SL-48MOD-S56), Series56 II (TNT-SL-48MOD-S-C), and Series56 III (TNT-SL-48MODV3-S-C) cards), only the first 48 entries are used. For the 48-port MultiDSP card (TNTP-SL-ADI-C or TNTV-SL-ADI-C), every other entry in a LAN-Modem profile is used (odd ports only, from 1 to 95).

- Incompatibility with MultiVoice Access Manager Release 2.x.

  - Dynamic call control and multiple logical gateways are only supported in MultiVoice networks running TAOS Release 8.0-103 on the gateways and MVAM Release 3.0 on the gatekeepers. These features are not supported in MultiVoice networks where gatekeepers are running Release 2.x of the MultiVoice Access Manager.

  - New parameter definitions are added to the Non-Standard data messages (such as, trunk/DS0 reporting, non-standard call failure codes) sent by a MultiVoice Gateway to the MultiVoice Access Manager.

- Change in Call-logging packet format

  In releases prior to 7.2.0, the format of Call-logging packets are identical to RADIUS Accounting packets. With the introduction of 7.2.0, Call-logging will no longer be compatible with RADIUS, although Lucent's NavisAccess product fully supports MultiVoice Call-logging. The MAX TNT continues to support RADIUS accounting, SNMP and SYSLOG functionality.

  Because of the proprietary nature of and potential modification to call-logging packets, you should not use call-logging packets with any application other than Lucent's NavisAccess.

S 1609

# Upgrade and downgrade procedures

This section shows how to upgrade and downgrade the TAOS software of a MAX TNT unit.

**Note:** Digital subscriber loop (DSL) functionality is not supported in this release. See "Notice of discontinuance of MAX TNT support for DSL" on page 14.

## *Requirements and recommendations*

These recommendations for upgrading MAX TNT units help ensure a smooth upgrade. If you must downgrade from this release to a previous one, please see "Downgrade instructions" on page 6.

### Obtaining the MAX TNT TAOS 8.0-103 software

The MAX TNT TAOS 8.0-103 software consists of the following files:

| Filename | Descriptions |
|---|---|
| tntsrb.bin | The boot loader. Both T1 and E1 loads use the same boot loader software. Lucent recommends that you always install a new boot loader when upgrading to a release. |
| tntrel.tar | Tar file (T1 load) that contains images for the shelf controller and all MAX TNT slot cards. |
| tntrele.tar | Tar file (E1 load) that contains images for the shelf controller and all MAX TNT slot cards. |

You can obtain the files you need from the anonymous FTP server ftp.ascend.com. If you need technical assistance, see "Customer Service" on page 3.

### Local access to the unit recommended

Whenever you install system software, Lucent recommends that you access the unit through the shelf controller serial or LAN port rather than a slot card port.

### 32-MB JEDEC DRAM card required for this release

For this release, the MAX TNT requires a 32-MB JEDEC DRAM card (model number TNT-SP-DRAM-32). New MAX TNT units now ship standard with the 32-MB DRAM card.

The 32-MB JEDEC DRAM card is *not* hot swappable. To install the card, you must turn off power to the MAX TNT, insert the card and then power on the MAX TNT. For additional information about the card, contact your service representative.

### Flash size limitations for this upgrade

Because the MAX TNT supports many different slot card types, the tar files containing slot-card code images can be too large to load on an 8-MB flash card. TAOS 7.0.0 introduced a new

S 1610

**Upgrade and downgrade procedures**
*Requirements and recommendations*

Load-Select profile type that prevents loading the entire set of slot-card images. The profile causes the system to determine which card types are present and load only those images. For details about the Load-Select profile, see the *MAX TNT Reference Guide*.

In addition, in this release, the `tntbase.tar` and `tntbasee.tar` files are less than 8-MB in size and are guaranteed to fit on an 8-MB flash card.

If neither of the small tar files are appropriate for your systems, to load this release to 8MB flash, make sure that all parameters in the Load-Select profile are set to `auto` and that the combined binaries required to run the system and its cards do not exceed 8MB. Following are the approximate sizes of each binary in the tar file:

*Table 1.    Approximate sizes of shelf controller and card binaries*

| System component | Binary filename | Approx. size (KB) |
| --- | --- | --- |
| Shelf controller (T1) | tntsr/tntsr.ffs | 1800 |
| Shelf controller (E1) | tntsre/tntsre.ffs | 1800 |
| 8T1 | tnt8t1/tnt8t1.ffs | 275 |
| UTI (Frameline) | tntut1/tntut1.ffs | 825 |
| 8E1 | tnt8e1/tnt8e1.ffs | 260 |
| UE1 (E1 Frameline) | tntue1/tntue1.ffs | 810 |
| T3 | tntt3/tntt3.ffs | 310 |
| Ethernet-2 | tntenet2/tntenet2.ffs | 240 |
| Ethernet-3 | tntenet3/tntenet3.ffs | 355 |
| HDLC-2 | tnthdlc2/tnthdlc2.ffs | 1005 |
| HDLC-2EC | tnthdlc2ec/tnthdlc2ec.ffs | 1000 |
| SWAN | tntswan/tntswan.ffs | 725 |
| UDS3 | tntuds3/tntuds3.ffs | 730 |
| DS3-ATM | tntds3atm/tntds3atm.ffs | 735 |
| OC3-ATM | tntoc3atm/tntoc3atm.ffs | 730 |
| Analog modem | tntamdm/tntamdm.ffs | 700 |
| 56K modem | tntmdm56k/tntmdm56k.ffs | 850 |
| Series56 I/ Series56 II | tntcsmx/tntcsmx.ffs | 990 |
| Series56 III | tntcsm3v/tntcsm3v.ffs | 980 |
| MultiDSP | tntmadd/tntmadd.ffs | 1300 |
| STM-0 | tntstm0/tntstm0.ffs | 300 |

## Saving the system configuration

As a general practice, always save the system configuration before upgrading or downgrading system software. You can then restore the configuration along with earlier system software if anything unexpected occurs during the upgrade or downgrade. If you use TFTP to save the system configuration, the target file must exist on the TFTP server and you must have permission to write it. For example, the following commands executed on a TFTP server create a target file and set its permissions:

```
$ touch /tftpboot/config/testcfg.1
```

S 1611

```
$ chmod a=rw /tftpboot/config/testcfg.1
```

Before you save the system configuration, you must enable the Allow-Password permission in the MAX TNT User profile to save the configured passwords. If you do not have Allow-Password permission enabled, you will be prompted to confirm that you wish to save the configuration without passwords. If you do so and then restore the saved configuration, all passwords in the configuration are wiped out. The following commands executed on the MAX TNT save the system's configuration to the target file on the TFTP server and then restore the saved configuration:

```
admin> save -a network 10.10.10.10 /tftpboot/config/testcfg.1
admin> load config network 10.10.10.10 /tftpboot/config/testcfg.1
```

## Upgrade instructions

These instructions show how to upgrade to MAX TNT TAOS 8.0-103 from TAOS version 7.0.0 or later. If you are not sure which version the system is running, enter the version command. For example:

```
admin> version
Software version 7.2.0
```

If the system is running a software version earlier than 7.0.0, please upgrade to 7.0.0 first and then follow the instructions in this note. For information about upgrading to 7.0.0, you can access the MAX TNT TAOS 7.0.0 release note at http://www.ascend.com/doclibrary.

**Note:** Under certain conditions, the load tar command might recognize no slot cards and load only the shelf controller image during the upgrade procedure. If this occurs, reset the system and load the tar file again. The second load tar command will load the appropriate slot-card images for the system.

### If you are upgrading from MAX TNT TAOS 7.0V

MAX TNT TAOS 8.0-103 introduces a DOS-compatible general-purpose file system. If you are upgrading to MAX TNT TAOS 8.0-103 from a TAOS 7.0V release and you intend to use the new file system format, you must first reformat the flash card to the old format. This is required. For example:

```
admin> format -o flash-card-1
```

After formatting the flash card to the old format, follow the upgrade instructions in the next section or in "Upgrading a multishelf MAX TNT unit" on page 4.

The initial format operation erases the card's contents, including all voice announcements stored on the card. When the upgrade is complete, you must reload the voice announcements. For example, the following command loads a voice-announcement file named busy.au from a TFTP server at 10.10.10.10 to the /current directory on flash card 1 (flash card 1 is the default):

```
admin> load file network 10.10.10.10 busy.au
```

For more information details about loading voice announcements, see "Storing voice announcements in the FAT-16 flash memory file system" on page 268.

S 1612

## Upgrading a standalone MAX TNT unit

To upgrade a standalone unit with 8MB flash, proceed as follows:

1   Log into the system and save its configuration to a TFTP server. This step is optional but strongly recommended. For details, see "Saving the system configuration" on page 2.

2   Verify that the combined binaries required to run the system and its cards do not exceed 8MB. See "Approximate sizes of shelf controller and card binaries" on page 2.

3   Verify that the Load-Select profile is configured to automatically load only required binaries. All parameters in the profile must be set to `auto`.

4   Format the flash card. For example:

    `admin> format flash-card-1`

5   Load the boot loader. For example:

    `admin> load boot-sr network 10.10.10.10 tntsrb.bin`

6   Load the tar file. For example:

    `admin> load tar network 10.10.10.10 tntrel.tar`

7   Reset the system. This step is required. For example:

    `admin> reset`

8   Telnet into the system via the serial connection. Verify that the shelf controller IP address is set. For example:

    ```
    admin> get ip-interface { { 1 c 1 } 0} ip-address
    [in IP-INTERFACE/{ { shelf-1 controller 1 } 0 }:ip-address]
    ip-address = 10.10.10.2/24
    ```

    If the address is not set, open the IP-Interface profile for the shelf controller and set the address. For example:

    ```
    admin> read ip-interface { { 1 c 1 } 0}
    IP-INTERFACE/{ { shelf-1 controller 1 } 0 } read

    admin> set ip-address = 10.10.10.2/24

    admin> write
    IP-INTERFACE/{ { shelf-1 controller 1 } 0 } written
    ```

9   Load the system configuration. This step is optional, but recommended. For example:

    `admin> load config network 10.10.10.10 /tftpboot/config/tntconfig`

10  Format the flash card again. For example:

    `admin> format flash-card-1`

11  Load the tar file again. For example:

    `admin> load tar network 10.10.10.10 tntrel.tar`

12  Reset the system. This step is optional, but recommended. For example:

    `admin> reset`

## Upgrading a multishelf MAX TNT unit

If you are upgrading a multishelf system, you must propagate the new boot loader to the slave shelves by using the Loadslave command. (The version of the `tntsrb.bin` file on the master shelf must match the `tntsrb.bin` version on the slave shelves. Otherwise, the slave shelves cannot load code from the master shelf.) In addition, you must propagate a link to a redundant image of the tar file located in onboard flash.

MAX TNT TAOS 8.0-103 (MultiVoice) Addendum

To upgrade a multishelf unit with 8MB flash, proceed as follows:

1   Log into the master shelf and save the configuration to a TFTP server. This step is optional
    but strongly recommended. For details, see "Saving the system configuration" on page 2.

2   Verify that the combined binaries required to run the system and its cards do not exceed
    8MB. See "Approximate sizes of shelf controller and card binaries" on page 2.

3   Verify that the Load-Select profile is configured to automatically load only required
    binaries. All parameters in the profile must be set to auto.

4   Format the flash card. For example:

    ```
    admin> format flash-card-1
    ```

5   Load the boot loader. For example:

    ```
    admin> load boot-sr network 10.10.10.10 tntsrb.bin
    ```

6   Propagate the new boot loader to the slave shelves. For example, the following command
    propagates the boot loader to a slave shelf with a rotary-switch setting of 2:

    ```
    admin> loadslave 2 boot-sr
    ```

7   Load the tar file. For example:

    ```
    admin> load tar network 10.10.10.10 tntrel.tar
    ```

8   Reset the system. This step is required. For example:

    ```
    admin> reset -a
    ```

9   Telnet into the system via the serial connection. Verify that the master shelf controller IP
    address is set. For example:

    ```
    admin> get ip-interface { { 1 c 1 } 0} ip-address
    [in IP-INTERFACE/{ { shelf-1 controller 1 } 0 }:ip-address]
    ip-address = 10.10.10.2/24
    ```

    If the address is not set, open the IP-Interface profile for the shelf controller and set the
    address. For example:

    ```
    admin> read ip-interface { { 1 c 1 } 0}
    IP-INTERFACE/{ { shelf-1 controller 1 } 0 } read

    admin> set ip-address = 10.10.10.2/24

    admin> write
    IP-INTERFACE/{ { shelf-1 controller 1 } 0 } written
    ```

10  Load the system configuration. This step is optional, but recommended. For example:

    ```
    admin> load config network 10.10.10.10 /tftpboot/config/tntconfig
    ```

11  Format the flash card again. For example:

    ```
    admin> format flash-card-1
    ```

12  Load the tar file again. For example:

    ```
    admin> load tar network 10.10.10.10 tntrel.tar
    ```

13  Use the Loadslave command to propagate a link to the image2 file, which is a redundant
    image of the tar file created in onboard flash. For example, the following command
    propagates the image to a slave shelf with a rotary-switch setting of 2:

    ```
    admin> loadslave 2 image2
    ```

14  Reset the system. This step is optional, but recommended. For example:

    ```
    admin> reset -a
    ```

S 1614

# *Downgrade instructions*

Because releases are not necessarily backward compatible, Lucent recommends that you always restore a backup configuration made under the previous version or one of its predecessors.

If you have enabled extended profiling and then must downgrade to an earlier software version, see "Additional onboard memory for extended profiling" on page 92, for important information.

> **Note:** Serial access to the MAX TNT unit is required for downgrading to a previous release from MAX TNT TAOS 8.0-103. Because of the new profiles and functionality introduced in MAX TNT TAOS 8.0-103, you must initialize the system by clearing the onboard nonvolatile random access memory (NVRAM) when performing a downgrade. When you clear NVRAM, the initialized system starts up unconfigured, just as it was when you first installed it, with no IP address assignments.

## Downgrading a standalone MAX TNT unit

To restore an earlier system software version, proceed as follows:

1   Log into the MAX TNT and save the current configuration to a TFTP server. This step is optional, but recommended.

2   Reformat the flash card to the old format. This is required. For example:

    admin> **format -o flash-card-1**

3   Load the previous version of the boot loader. For example:

    admin> **load boot-sr network 10.10.10.10 tntsrb.bin**

4   Load the previous version of the tar file. For example, to load via TFTP from a local host:

    admin> **load tar network 10.10.10.10 tntrel.tar**

5   Clear NVRAM. This step is required when downgrading. For example:

    admin> **nvram -f**

6   Telnet into the system via the serial connection. Open the IP-Interface profile for the shelf controller and set the address. For example:

    admin> **read ip-interface { { 1 c 1 } 0}**
    IP-INTERFACE/{ { shelf-1 controller 1 } 0 } read

    admin> **set ip-address = 10.10.10.2/24**

    admin> **write**
    IP-INTERFACE/{ { shelf-1 controller 1 } 0 } written

7   Load a backup configuration made under the restored software version or one of its predecessors. For example:

    admin> **load config network 10.10.10.10 /tftpboot/config/7x-config**

8   Reset the system. This step is optional, but recommended. For example:

    admin> **reset**

S 1615

## Downgrading a multishelf MAX TNT unit

If you are downgrading a multishelf system, you must propagate the restored boot loader to the slave shelves by using the Loadslave command. (The version of the `tntsrb.bin` file on the master shelf must match the `tntsrb.bin` version on the slave shelves. Otherwise, the slave shelves cannot load code from the master shelf.) In addition, you must propagate a link to a redundant image of the restored tar file. To restore an earlier system software version, proceed as follows:

1   Log into the master shelf and save the current configuration to a TFTP server. This step is optional, but recommended.

2   Reformat the flash card to the old format. This is required. For example:

    admin> **format -o flash-card-1**

3   Load the previous version of the boot loader. For example:

    admin> **load boot-sr network 10.10.10.10 tntsrb.bin**

4   Propagate the boot loader to the slave shelves. For example, the following command propagates the boot loader to a slave shelf with a rotary-switch setting of 2:

    admin> **loadslave 2 boot-sr**

5   Load the previous version of the tar file. For example, to load via TFTP from a local host:

    admin> **load tar network 10.10.10.10 tntrel.tar**

6   Clear NVRAM. This step is required when downgrading. For example:

    admin> **nvram -f**

7   Telnet into the system via the serial connection. Open the IP-Interface profile for the shelf controller and set the address. For example:

    admin> **read ip-interface { { 1 c 1 } 0}**
    IP-INTERFACE/{ { shelf-1 controller 1 } 0 } read

    admin> **set ip-address = 10.10.10.2/24**

    admin> **write**
    IP-INTERFACE/{ { shelf-1 controller 1 } 0 } written

8   Load a backup configuration made under the restored software version or one of its predecessors. For example:

    admin> **load config network 10.10.10.10 /tftpboot/config/7x-config**

9   Use the Loadslave command to propagate a link to the `image2` file, which is a redundant image of the tar file created in onboard flash. For example, the following command propagates the image to a slave shelf with a rotary-switch setting of 2:

    admin> **loadslave 2 image2**

10  Reset the system. This step is optional, but recommended. For example:

    admin> **reset -a**

S 1616

# MultiVoice features in MAX TNT TAOS 8.0-103

## *Modem manager*

### Firmware versions for digital modems

The Conexant firmware versions for MAX TNT Digital Modem cards include support for V.90, K56flex, K56plus, and all slower, standard modem speeds. This release includes the following Conexant firmware:

- Series56 Digital Modem cards (also called CSM/1, TNT-SL-48MOD-S56) support V2.0982-K56_2M_DLP_CSM firmware.
- Series56 II Digital Modem cards (also called CSM/3, TNT-SL-48MOD-SGL and TNT-SL-48MOD-S-C) support V5.817 firmware.
- Series56 III Digital Modem cards (also called CSM/3V, TNT-SL-48MODV3-S-C) support V5.8173 firmware.

The V5.817 and V5.8173 firmware include a fix for synchronization rate failures with some PCtel chipset modems. The V5.8173 firmware also provides a fix for synchronization failures observed with some Lucent winmodems.

### Firmware versions for MultiDSP cards

This release includes the following Lucent firmware versions for MultiDSP cards:

- 48-port MultiDSP cards (TNTP-SL-ADI-C or TNTV-SL-ADI-C) support Lucent V0.1614.1 firmware.
- 96-port MultiDSP cards (APX8-SL-96DSP) support Lucent V0.1614.1 firmware.

### Series56 III modem card support

The Series56 III Digital Modem card (TNT-SL-48MODV3-S-C) is a single-slot 48-port card that is the functional equivalent of the Series56 II card. Ongoing support continues in parallel for the Series56, Series56 II, and Series56 III modules.

The new Series56 III has the same installation and configuration procedures as the Series56 II card, described in the *MAX TNT Hardware Installation Guide*. The procedures are also described in the Series56 II guide, which you can access online after registering at http://www.ascend.com/doclibrary.

The output of the Show command identifies the Series56 III Digital Modem card as `csmv-card`, as shown in the following example:

```
admin> show
  Shelf 1 ( standalone ):
    { shelf-1 slot-14 0 }      UP      csmv-card
```

---

S 1617

MultiVoice features in MAX TNT TAOS 8.0-103
*MultiVoice operations*

## Expanded MultiDSP card support

In addition to the 48-port MultiDSP card (TNTP-SL-ADI-C or TNTV-SL-ADI-C) a 96-port MultiDSP card (APX8-SL-96DSP) is now available.

Modem service is now supported and enabled by default on both MultiDSP cards.

With the appropriate software licenses, services currently supported on the 48-port MultiDSP card are: modem (for example, V.90), ISDN (HDLC), V.110, PHS, and VoIP (voice). The 96-port card does not support PHS or VoIP in this release.

PHS functionality now supports a fixed data rate of 32Kbps (PIAFS 1.0), or a fixed data rate of either 32Kbps or 64Kbps for the duration of a call (PIAFS 2.0), or a data rate that switches between 32Kbps and 64Kbps during a call, depending on what the wireless bandwidth permits (PIAFS 2.1). The PIAFS 2.1 functionality requires a separate license

The 48-port MultiDSP card supports 48 ports of any service and handles up to two different services per card. In this release, when running two services per card, the services can be used only in one of the following combinations:

- Data (modem/ISDN) with V.110
- Data (modem/ISDN) with PHS
- Data (modem/ISDN) with VoIP

The 96-port MultiDSP card currently supports 96 ports of data (modem/ISDN) and/or V.110 service, and handles up to two different services per card. When running two services per card, one service must be data and the other must be V.110. The 96-port card does not support PHS or VoIP in this release.

In this release, the following configuration restrictions apply:

- The 96-port and 48-port MultiDSP card cannot be used together in the same unit.
- The dual-port Series56 card (TNT-SL-48MOD-S56) cannot be used in the same unit with MultiDSP cards.

Multiple 48-port MultiDSP cards can be used in the same unit, and the Series56 II (TNT-SL-48MOD-SGL and TNT-SL-48MOD-S-C) and Series56 III (TNT-SL-48MODV3-S-C) cards can be used in the same unit as a MultiDSP card.

For further details on the MultiDSP cards, see the MultiDSP guide at http://www.ascend.com/doclibrary. After you register, you can view or download the guide.

## *MultiVoice operations*

Support for MultiVoice operations was introduced with limited availability in earlier TAOS 7.x releases, and was made generally available in MAX TNT TAOS 8.0.2. This *Limited Availability Release* contains new features and corrections introduced in the True Access[TM] Operating System (TAOS) for the MAX TNT[TM], supporting the MultiVoice feature set.

MultiVoice functionality includes Voice over IP (VoIP) and a transparent data mode that enables users to run a modem on a VoIP channel. With a separate license on both ends of the transmission, MultiVoice also supports real-time fax over IP.

S 1618

**Note:** This release note provides an overview of MultiVoice functionality and describes new MAX TNT TAOS 8.0-103 features that are not documented in the *MultiVoice for the MAX TNT Configuration Guide*. For details about MultiVoice configuration, see the guides at http://www.ascend.com/doclibrary.

In MAX TNT TAOS 8.0-103, the following MultiVoice software licenses can be enabled:

- VoIP, which enables the MAX TNT to act as an H.323v2 MultiVoice Gateway for transmission of real-time voice calls and transparent modem calls across IP networks.
- VoIP and SS7, which enables the MAX TNT to act as a MultiVoice Gateway that communicates with an SS7 signaling gateway to transmit real-time voice calls and transparent modem calls from an SS7 network across IP networks.
- Real-time fax (T.38) over IP, which uses the VoIP framework for call establishment, fax detection, and fax initiation.

For information about using MultiVoice for basic long-distance service and 800 service, and with overlapping coverage areas and multizone call routing, see the *MultiVoice for the MAX TNT Configuration Guide* at http://www.ascend.com/doclibrary.

## System requirements for VoIP

To operate as a MultiVoice Gateway, a MAX TNT unit must have the following equipment and licenses:

- VoIP software licenses
- Sufficient MultiDSP cards to process VoIP calls
- Sufficient T1, T3, or E1 trunks to process VoIP calls
- Sufficient Ethernet-3 cards to process VoIP calls

If the MAX TNT unit will operate in an H.323 environment, it must also have an IP connection to a workstation running the MultiVoice Access Manager (MVAM) software.

If the unit will operate in an SS7 environment, the SS7 software license must also be enabled so that the system can perform IPDC packet processing.

## Ethernet requirements for VoIP processing

MAX TNT units do not support routing of VoIP calls through the shelf controller Ethernet port. Ethernet-3 (TNT-SL-E100-V-C) cards are required for VoIP. The Ethernet-3 card is a high performance Ethernet module with one 100-MB interface designed for demanding applications such as VoIP.

### Full-duplex mode required

When using the Ethernet-3 card to support VoIP call processing, the card must operate in full-duplex mode. The card operates in full-duplex mode by default, as specified in the setting of the following parameter:

```
[in ETHERNET/{ any-shelf any-slot 0 }]
duplex-mode = full-duplex
```

S 1619

**MultiVoice features in MAX TNT TAOS 8.0-103**
*MultiVoice operations*

---

*Compatible configuration in connecting port of hub or router*

The 100-MB interface on the Ethernet-3 card is not autoconfigurable and Lucent does not recommend connecting it to a hub or router port that has been autoconfigured. Connecting it to an autoconfigured port can have negative effects on VoIP calls, including poor voice quality for connected calls and increased instances of initial call failures.

To ensure the best performance and quality for VoIP calls, make sure that the hub or router port that connects the Ethernet-3 card to the packet network complies with the following recommended configuration:

- Port autoconfiguration must be disabled.
- Port speed must be configured to operate at 100 Mbits only.
- Port must be configured for full-duplex transmission

Please refer to the manufacturer-provided documentation for your particular network hub, router or switch for specific instructions on configuring its Ethernet ports.

**Note:** It is not necessary to apply the recommended configuration to ports providing the outbound connection from the hub or router to the rest of the IP network. This configuration is required only for the port connecting to the Ethernet-3 card.

# Overview of VoIP call routing

When a VoIP license has been enabled, the system creates a new Call-Route profile for each installed MultiDSP card that supports VoIP. The new Call-Route profile sets the Call-Route-Type parameter to `voip-call-type`, as shown in the following sample profile for a MultiDSP card in shelf 1, slot 3:

```
admin> get call-route { { { 1 3 0 } 0 } 3 }
[in CALL-ROUTE/{ { { shelf-1 slot-3 0 } 0 3 }]
index* = { { { shelf-1 slot-3 0 } 0 } 2 }
trunk-group = 0
phone-number = ""
preferred-source = { { any-shelf any-slot 0 } 0}
call-route-type = voip-call-type
```

The `voip-call-type` setting enables the system to route VoIP calls to the MultiDSP card. When the MAX TNT receives a VoIP call on a network line (such as T1 or E1), it routes the traffic internally on its time-division multiplex (TDM) bus to the MultiDSP card, which handles VoIP-related functions such as audio coder/decoder (codec) processing, RTP and UDP processing, and so forth.

The MultiDSP card then forwards the packetized traffic on the system's packet bus to an exit (egress) interface such as Ethernet or another T1 line. The example path shown in Figure 1 provides a simplified picture of how VoIP calls are routed through the MAX TNT.

---

S 1620

*Figure 1.  Simplified view of VoIP call routing within the MAX TNT*



For details about VoIP call routing and how to fine tune it, see the *MultiVoice for the MAX TNT Configuration Guide* at http://www.ascend.com/doclibrary.

## Overview of VoIP in an H.323v2 environment

MultiVoice is compliant with the ITU-T H.323 standard for the transmission of real-time voice communications across IP networks. H.323 systems use the IETF standard Real-Time Transport Protocol (RTP) with codecs for voice and other communications over the Internet.

VoIP-enabled MAX TNT units operate as MultiVoice Gateways. Callers dial into a local MAX TNT through the PSTN. The MAX TNT then communicates with a MultiVoice Gatekeeper to establish communication channels to a far end MultiVoice Gateway. Workstations running MVAM software operate as H.323 MultiVoice Gatekeepers, which handle all call control functions, including bandwidth control, authentication, call-detail recording (CDR), and alias translation.

In the example Gateway and Gatekeeper configuration in Figure 2, two Gateways connect Caller A to Caller B. A system running MVAM performs the H.323 Gatekeeper functions.

S 1621

**MultiVoice features in MAX TNT TAOS 8.0-103**
*MultiVoice operations*

*Figure 2.  Example diagram of MultiVoice in H.323 environment*



When Caller A dials Caller B, events such as the following occur:

1  Caller A dials Gateway 1, and enters his or her PIN authentication (if required) and Caller B's telephone number.

2  Gateway 1 establishes a session with the Gatekeeper, and then forwards the telephone number and PIN authentication to the Gatekeeper.

3  The Gatekeeper authenticates Caller A and, if authentication is successful, forwards the IP address of Gateway 2 to Gateway 1.

4  Gateway 1 establishes a session with Gateway 2.

5  Gateway 2 forwards the call request to Caller B.

6  When Caller B answers the telephone (goes off-hook), voice traffic is tunneled in IP packets by means of RTP, between Gateway 1 and Gateway 2.

## Overview of VoIP in an SS7 IPDC 0.12 environment

In an SS7 environment, VoIP-enabled MAX TNT units are MultiVoice Gateways that communicate with an SS7 signaling gateway to establish communication channels to a far-end MultiVoice Gateway.

The SS7 signaling gateways initiate and manage call setup and release, and execute call routing. The signaling gateway communicates call setup information to the MAX TNT using IPDC 0.12. IPDC message tags define voice encoding type, packet loading, IP and RTP ports, and other variables used for processing VoIP calls

In the example MultiVoice Gateway and signaling gateway configuration in Figure 3, the Gateways support VoIP calls controlled by IPDC over intermachine trunks (IMTs) for SS7 calls originating from the PSTN.

S 1622

*Figure 3.   Example diagram of MultiVoice in SS7 environment*



When Caller A dials Caller B, the following events occur:

1   Caller A dials the number for their SS7 service provider plus Caller B's telephone number. For example, Caller A dials a number such as 10-10-999-1-888-555-1212.

2   The signaling gateway assembles call routing information, and other information required to connect the call, such as user authentication and call reporting information.

3   The signaling gateway then sends an SS7 message to the PSTN to ring Caller B's telephone.

4   The signaling gateway uses IPDC to initiate an RTP/IP connection across the packet network between Gateway 1 and Gateway 2. The signaling gateway simultaneously sends IPDC setup information to both Gateway 1 and Gateway 2.

5   When Caller B answers the telephone (goes off-hook), the signaling gateway converts the SS7 signals into IPDC packets, and voice traffic is tunneled in IP packets between Gateway 1 and Gateway 2 by means of RTP.

6   Gateway 2 passes the IPDC packets to the signaling gateway at the far end, which converts the IPDC packets to SS7 messages and routes the call across the appropriate signaling links to Caller B.

In an SS7 environment, values in IPDC message tags override corresponding call management settings in the default VoIP profile.

## General system configuration for VoIP support

Lucent recommends certain IP and call-handling configurations for processing VoIP calls. Global settings that are required for VoIP communication are also described in this section.

**Note:** For details about recommended IP settings and routes, see the *MultiVoice for the MAX TNT Configuration Guide* at http://www.ascend.com/doclibrary.

### Disabling ICMP Destination Unreachable packets for VoIP calls

For Voice over IP (VoIP) calls, UDP for-me packets can arrive at a rate of 200 packets per second for each direction of each call. If the MAX TNT is not listening on a port for the for-me packets while setting up or tearing down a call, it returns ICMP Destination Unreachable

S 1623