

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 8, 2008

By fax: 212.805.6191

The Honorable Barbara S. Jones
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *IRS v. WorldCom, Inc. (In re WorldCom)*, 07 Civ. 7414 (BSJ)

Dear Judge Jones:

This Office represents the appellants (the "government") in the above-named bankruptcy appeal. I am writing to seek an enlargement of the page limit contained in Local Civil Rule 7.1(b). Due to the numerous legal issues raised on this appeal and the extensive record in the bankruptcy court, I respectfully request that the Court permit the government to file a reply brief not exceeding 25 pages. The brief is due September 15, 2008. Counsel for debtors-appellees has consented to this request. The Court granted page extensions for both parties' opening briefs.

    Thank you for your consideration.

Granted.

SO ORDERED
/s/ Barbara S. Jones
BARBARA S. JONES
U.S.D.J.
9/8/08

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: /s/

BENJAMIN H. TORRANCE
Assistant United States Attorney
Telephone: 212.637.2703
Fax: 212.637.2702
E-mail: benjamin.torrance@usdoj.gov

cc:    Alfredo Pérez, Esq. (by fax: 713.224.9511)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/08

TOTAL P.02