```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
In re                               :  Chapter 11
                                    :  Case No. 02-13533 (AJG)
WORLDCOM, INC., et al.,             :
                                    :
            Reorganized Debtors.    :
------------------------------------ X
                                    :
INTERNAL REVENUE SERVICE            :
                                    :
            Plaintiff,              :
      v.                            :  07 Civ. 7414 (BSJ)
                                    :  08 Civ. 3070 (BSJ)
                                    :  **Opinion & Order**
WORLDCOM, INC., et al.,             :
                                    :
            Defendant.              :
------------------------------------ X

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

The Government's Appeal and the Reorganized Debtors' Motion to Dismiss Appeal or for an Order Denying the Internal Revenue Service Leave to File an Interlocutory Appeal are currently under consideration.

The parties are to notify the Court on or before July 23, 2009 of any change of law or circumstance that may have occurred since briefing was completed and that may be helpful to the Court in its determinations.

**SO ORDERED:**

_____
Barbara S. Jones
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         July 16, 2009